**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GLENDA JOHNSON et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **Civ. No. 11-5782** |
| | : | |
| **SMITHKLINE BEECHAM** | : | |
| **CORPORATION et al.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 29th day of March, 2012, for the reasons set out in my Memorandum Opinion, it is hereby **ORDERED** as follows:

1.    Plaintiffs' Motion to Remand *(Doc. No. 17)* is **DENIED**;

2.    For diversity jurisdiction purposes, Defendants GlaxoSmithKline Holdings (Americas) Inc. and GlaxoSmithKline LLC are citizens of Delaware alone; and

3.    The above-captioned matter shall be **STAYED** pending appellate review of this Order.

The Clerk of the Court of Appeals should note that this matter addresses the same jurisdictional issues addressed in Murray v. SmithKline Beecham Corp., No. 11-3510 (E.D. Pa. Mar. 29, 2012) (order granting motion to remand), and Yeatts v. SmithKline Beecham Corp., No. 11-6711 (E.D. Pa. Mar. 29, 2012) (order granting motion to remand).

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

**Paul S. Diamond, J.**