IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENDA JOHNSON, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM<br>CORPORATION, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 2:11-cv-05782-PD<br><br>AND ALL RELATED CASES<br><br>This Document Relates to:<br><br>*Spence, et al. v. Avantor Performance Materials, et al.* No. 2:12-cv-04542 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

This Stipulation applies to *Spence, et al. v. Avantor Performance Materials, et al.*, No. 2:12-cv-04542 (E.D. Pa.). Under FED. R. CIV. P. 41(a)(1)(A)(ii), it is hereby agreed between Plaintiffs Michael Morgan, Barbara Murray and Tawana Williams, on the one hand, and Defendants GlaxoSmithKline LLC, GlaxoSmithKline Holdings (Americas) Inc., Sanofi-Aventis, U.S. LLC and Grünenthal GmbH, on the other hand, that all claims of Plaintiffs Michael Morgan, Barbara Murray and Tawana Williams against all Defendants are voluntarily dismissed with prejudice, each party to bear its own costs and fees.

/s/ *Steve W. Berman*
Steve W. Berman
Craig R. Spiegel
Nick Styant-Browne
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101

Jeffrey L. Kodroff
John Macoretta
Mary Ann Geppert
SPECTOR, ROSEMAN, KODROFF &
WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

/s/ *Michael T. Scott*
Michael T. Scott
Sandra M. Di Iorio
Bailey E. Axe
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103

Sonja S. Weissman
REED SMITH LLP
101 Second St., Suite 1800
San Francisco, CA 94105

*Attorneys for Defendants GlaxoSmithKline LLC and GlaxoSmithKline Holdings (Americas) Inc.*

- 1 -

s/ *Daniel S. Pariser*
Daniel S. Pariser
ARNOLD & PORTER LLP
555 12th Street NW
Washington, DC 20004

Anand Agneshwar
Bruce Kelly
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022

Kenneth A. Murphy
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103

*Counsel for Defendant*
*Sanofi-Aventis U.S. LLC*

/s/ *Craig A. Knot*
Sara J. Gourley
Eugene A. Schoon
Craig A. Knot
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

Albert G. Bixler
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

*Counsel for Defendant Grünenthal GmbH*

Dated: March 26, 2014

**APPROVED:**

[signature]
**PAUL S. DIAMOND, J.**

4/14/14
**DATE**

- 2 -

006185-13 680428 V1