# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENDA JOHNSON, et al., : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. 11-5782 |
| : | and all related cases |
| SMITHKLINE BEECHAM : | |
| CORPORATION, et al., : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 16th day of October, 2014, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 246), Plaintiff's Response (Doc. No. 262), and all related filings, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff Edmund Andre's action is **DISMISSED** with prejudice. Judgment is hereby entered as to all Plaintiff's claims in favor of all Defendants and against Plaintiff.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.