IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENDA JOHNSON, et al. | : | |
| | : | |
| v. | : | Civ. No. 11-5782 |
| | : | and all related cases |
| SMITHKLINE BEECHAM | : | |
| CORPORATION, et al. | : | |

## O R D E R

**AND NOW**, this 9th day of March, 2015, upon consideration of today's Memorandum Opinion, it is hereby **ORDERED** that:

1. Special Master Hangley's Report and Recommendation (Doc. No. 414) is **APPROVED and ADOPTED**;

2. Defendants' Motions for Sanctions (Doc. Nos. 258, 281, 310) are **GRANTED** as to Defendant Grünenthal and **HELD IN ABEYANCE** as to the GSK Defendants;

3. Pursuant to 28 U.S.C. § 1927, I impose sanctions on the law firm of Hagens Berman Sobol Shapiro LLP and award Grünenthal:

    a. All its fees and costs reasonably incurred after April 11, 2014 solely in the Merica, Boiardi, and Garza matters; and

    b. 3/49ths of its fees and costs reasonably incurred after April 11, 2014 on work that addressed the Merica, Boiardi, and Garza matters as well as other Plaintiffs' matters.

4. In addition to the sanctions imposed in ¶ 3(a), in the alternative, pursuant to the Court's inherent authority, I impose sanctions on the law firm of Hagens Berman Sobol Shapiro LLP in the amount of 3/49ths of its fees and costs reasonably incurred

1

after April 11, 2014 on work that addressed the Merica, Boiardi, and Garza matters as well as other Plaintiffs' matters; and

5. Special Master Hangley shall issue a Report and Recommendation calculating the fees and costs recoverable by Grünenthal under ¶¶ 3(a), 3(b), and 4 of this Order. (See Doc. No. 316.)  Any objections to that Report and Recommendation must be filed within 14 days after the Report is served.  Any responses shall be filed within 10 days after any objections.

          **IT IS SO ORDERED.**

          */s/ Paul S. Diamond*
          _____
          Paul S. Diamond, J.