# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLENDA JOHNSON, et al.,** : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. 11-5782 |
| : | and all related cases |
| **SMITHKLINE BEECHAM** : | |
| **CORPORATION, et al.,** : | |
| Defendants. : | |

## J U D G M E N T

**AND NOW**, this 1st day of April, 2015, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 260), Plaintiff's Response (Doc. No. 283), and all related filings, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** for the reasons stated in today's Memorandum Opinion. Plaintiff Debra Johnson's action is **DISMISSED** with prejudice, and **JUDGMENT** is hereby entered as to all Plaintiff's claims in favor of Defendants and against Plaintiff.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.