**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GLENDA JOHNSON ET AL., | ) ) ) | Case No. 2:11-cv-005782-PD and all related cases |
| Plaintiffs, | ) ) | This Document Relates to: |
| v. | ) ) ) | Debra Johnson v. |
| SMITHKLINE BEECHAM CORPORATION ET AL., | ) ) ) | GlaxoSmithKline, LLC, et al., No. 12-cv-5455 |
| Defendants. | ) ) ) | |

**DEFENDANTS GLAXOSMITHKLINE LLC AND GLAXOSMITHKLINE HOLDINGS (AMERICAS) INC.'S NOTICE OF REQUEST FOR TAXATION OF COSTS AGAINST PLAINTIFF DEBRA JOHNSON**

To the Clerk of Court and Plaintiff Debra Johnson (through her attorneys):

Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54.1(c), Defendants

GlaxoSmithKline LLC and GlaxoSmithKline Holdings (Americas) Inc. (collectively,

"Defendants") file this Request for Taxation of Costs Against Plaintiff Debra Johnson and in

support thereof state as follows:

1. On April 1, 2015, the Court granted summary judgment in favor of Defendants,

dismissed Plaintiff Debra Johnson's action with prejudice, and entered judgment as to all of

Plaintiff's claims in favor of Defendants and against Plaintiff.

2. Defendants seek costs in the amount of $7,172.68, as reflected in the attached Bill

of Costs.

Dated:  April 13, 2015

Respectfully submitted,

*/s/ Michael T. Scott*
Michael T. Scott
Sandra M. Di Iorio
Jenai H. St. Hill
Cassandra L. Matos
Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, Pennsylvania 19103
Telephone:  (215) 851-8100
Facsimile:   (215) 851-1420

Sonja S. Weissman (admitted pro hac vice)
Reed Smith LLP
101 Second Street
San Francisco, California 94105
Telephone: (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendants GlaxoSmithKline LLC
and GlaxoSmithKline Holdings (Americas) Inc.

- 1 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GLENDA JOHNSON ET AL., | ) | Case No. 2:11-cv-005782-PD |
| | ) | and all related cases |
| Plaintiffs, | ) | |
| | ) | This Document Relates to: |
| v. | ) | |
| | ) | Debra Johnson v. |
| SMITHKLINE BEECHAM CORPORATION | ) | GlaxoSmithKline, LLC, et al., |
| ET AL., | ) | No. 12-cv-5455 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on April 1, 2015 in favor of Defendants and against Plaintiff, the Clerk is requested to tax the following as Costs:

**Fees for printed or electronically recorded transcripts necessarily obtained for use in the case** ....................................................................................................................**$5,396.61**

- Deposition of Debra Johnson taken on April 23, 2014............................................$1,573.25
- Deposition of Bruce Johnson taken on April 23, 2014...............................................$498.00
- Deposition of Doris Williams taken on March 13, 2014..........................................$1300.48
- Deposition of Diann Ducote taken on March 12, 2014 ............................................$1385.30
- Deposition of Michael Johnson taken on March 12, 2014 ..........................................$529.80
- Deposition of Thomas N. Gates, M.D. taken on May 24, 2013 (1/52 of $1,604.55)....$30.86
- Deposition of Spencer M. Free, Ph.D. taken on August 14, 2014 (1/52 of $585.45)....$11.26
- Deposition of Gordon R. Forrer, M.D. taken on October 1, 2014 (1/52 of $198.00) .....$3.81
- Deposition of John H. Jessen taken on August 7, 2014 (1/52 of $1,098.15) ................$21.12
- Deposition of Kevin G. Colgan taken on February 26, 2014 (1/52 of $829.80)...........$15.96
- Deposition of Geoffrey C. Mealand taken on August 13, 2014 (1/52 of $1,392.00)....$26.77

**Fees for exemplification and the costs of making copies of any materials where copies were necessarily obtained for use in the case**.............................................................................**$1,776.07**

- Copies of medical records, insurance records, and/or employment records[1] ..............$796.70

---

[1]    Records were sought and/or obtained from the following providers: National Personnel Records Center (Civilian); San Antonio Military Medical Center; Rapides Regional Medical Center; Christus St. Francis Cabrini Hospital; Rapides Parish School Board; Social Security Disability; Dr. Ross D. Ramsey; Humana; Dr. J.B. Ganji;

- Copies of exhibits to be used in depositions and summary judgment briefing ...........$979.37

**TOTAL**.................................................................................................................**$7,172.68**

---

Cenla Heart Specialists; Office of Personnel Management – Retirement Operations; Rapides Regional Physician Group; Red River ENT Associates; Dr. Gary Rubenstein; Dr. Ross D. Ramsey; Freedman Clinic Internal Medicine; Blue Cross & Blue Shield; Wal-Mart, Inc.; and Mutual of Omaha.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all counsel of record by CM/ECF system.

Dated: _____

_____
Michael T. Scott
Attorney for Defendants GlaxoSmithKline LLC
and GlaxoSmithKline Holdings (Americas) Inc.

## TAXATION OF COSTS

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    Dated:  _____
Clerk of Court                    Deputy Clerk

## CERTIFICATE OF SERVICE

I certify that on April 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/CEF.


/s/ Michael T. Scott
Michael T. Scott