IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENDA JOHNSON, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION, *et al.*,<br><br>                              Defendants. | Case No.: 2:11-cv-05782-PD<br><br>AND ALL RELATED CASES<br><br>This Document Relates to:<br><br>*Debra Johnson v. GlaxoSmithKline, LLC, et al.*,<br>No. 12-cv-5455 |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Debra Johnson hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment [Dkt. No. 488] and Memorandum [Dkt. No. 487] of this Court entered on April 1, 2015, in favor of Defendants against said Plaintiff.

DATED:  April 28, 2015

>                Respectfully submitted,
>
> HAGENS BERMAN SOBOL SHAPIRO LLP
>
>
> By:         /s/ Steve W. Berman
>        Steve W. Berman (*Admitted Pro Hac Vice*)
> Craig R. Spiegel (*Admitted Pro Hac Vice*)
> Nick Styant-Browne (*Admitted Pro Hac Vice*)
> 1918 Eighth Avenue, Suite 3300
> Seattle, WA  98101
> Telephone:  (206) 623-7292
> Facsimile:  (206) 623-0594
> Email:  steve@hbsslaw.com
>            craig@hbsslaw.com
>            nick@hbsslaw.com
>
> *Attorneys for Plaintiff*

-2-

        SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
        Jeffrey L. Kodroff (PA Bar No. 55780)
        John Macoretta (PA Bar No. 60094)
        Mary Ann Geppert (PA Bar No. 92644)
        1818 Market Street, Suite 2500
        Philadelphia, PA 19103
        Telephone:  (215) 496-0300
        Fax:  (215) 496-6611
        Email: jkodroff@srkw-law.com
               jmacoretta@srkw-law.com
               mgeppert@srkw-law.com

*Attorneys for Plaintiff/Local Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Appeal has been electronically filed with the Clerk of Court using CM/ECF on this 28th day of April, 2015. A true and correct copy of the foregoing document is being served on this date on all counsel of via transmission of Notices of Electronic Filing generated by CM/ECF.

DATED: April 28, 2015

> HAGENS BERMAN SOBOL SHAPIRO LLP
>
> By:     /s/ Steve W. Berman
>     Steve W. Berman (*Pro Hac Vice*)
> Craig R. Spiegel (*Pro Hac Vice*)
> Nick Styant-Browne (*Pro Hac Vice*)
> 1918 Eighth Avenue, Suite 3300
> Seattle, WA 98101
> Telephone (206) 623-7292
> Facsimile (206) 623-0594
> Email: steve@hbsslaw.com
>       craig@hbsslaw.com
>       nick@hbsslaw.com
>
> *Attorneys for Plaintiff*