# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENDA JOHNSON, et al.** | : | |
| | : | |
| v. | : | Civ. No. 11-5782 |
| | : | |
| **SMITHKLINE BEECHAM CORPORATION, et al.** | : | |

### O R D E R

Accordingly, this 19th day of May, 2015, upon consideration of Hagens Berman's Objections to the Special Masters May 6, 2015 and May 8, 2015 Orders (Doc. No. 502) and Motion for Stay (Doc. No. 504), it is hereby **ORDERED** that the Objections are **OVERRULED** and the Motion for a Stay is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.