# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLENDA JOHNSON, et al.** : | |
| : | |
| v. : | Civ. No. 11-5782 |
| : | and all related cases |
| **SMITHKLINE BEECHAM** : | |
| **CORPORATION, et al.** : | |

## JUDGMENT

**AND NOW**, this 27th day of August, 2015, for the reasons set forth in today's Order granting Grünenthal's unopposed Motion for Entry of Judgment (Doc. No. 512), it is hereby **ORDERED** that:

1. Judgment is entered in favor of Grünenthal for sanctions against Hagens Berman for the prosecution of the Merica, Boiardi, and Garza actions in the agreed upon amount of $145,000.00; and

2. Mr. Garza's claims against Grünenthal are **DISMISSED with prejudice**.  Judgment is entered as to all Plaintiff's claims in favor of Grünenthal and against Plaintiff.

   **IT IS SO ORDERED.**

   */s/ Paul S. Diamond*
   _____
   Paul S. Diamond, J.