**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| GLENDA JOHNSON ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SMITHKLINE BEECHAM CORPORATION )<br>ET AL., )<br>)<br>Defendants. )<br>) | Case No. 2:11-cv-005782-PD<br>and all related cases |

**DEFENDANTS' STATEMENT IN RESPONSE TO THE PROCEDURAL**
**MEMORANDUM AND ORDER OF THE SPECIAL DISCOVERY MASTER**

Defendants hereby waive participation in and discovery into the in camera review and proceedings addressed in the Procedural Memorandum and Order of the Special Discovery Master (Doc. 539) and Memorandum and Order Correcting Procedural Memorandum of the Special Discovery Master (Doc. 540).

Respectfully submitted,

*/s/ Michael T. Scott*
Michael T. Scott
Sandra M. Di Iorio
REED SMITH LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420

Sonja S. Weissman (*admitted pro hac vice*)
REED SMITH LLP
101 Second Street
San Francisco, California 94105
Telephone: (415) 543-8700
Facsimile:  (415) 391-8269

*Attorneys for Defendants GlaxoSmithKline LLC and GlaxoSmithKline Holdings (Americas) Inc.*


/s/ Craig A. Knot
Sara J. Gourley (*admitted pro hac vice*)
Eugene A. Schoon (*admitted pro hac vice*)
Craig A. Knot (*admitted pro hac vice*)
Elizabeth C. Curtin (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:   (312) 853-7036

Albert G. Bixler
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, Pennsylvania 19102
Telephone:   (215) 851-8400
Facsimile:   (215) 851-8383

*Attorneys for Grünenthal GmbH*


/s/ Daniel S. Pariser
Daniel S. Pariser (*admitted pro hac vice*)
Paige H. Sharpe (*admitted pro hac vice*)
ARNOLD & PORTER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:   (202) 942-5000
Facsimile:   (202) 942-5999

        Anand Agneshwar (*admitted pro hac vice*)
        Bruce R. Kelly (*admitted pro hac vice*)
        ARNOLD & PORTER LLP
        399 Park Avenue
        New York, NY 10022
        Telephone:  (212) 715-1000
        Facsimile:  (212) 715-1399

        Kenneth A. Murphy
        DRINKER BIDDLE & REATH LLP
        One Logan Square
        Suite 2000
        Philadelphia, Pennsylvania  19103
        Telephone: (215) 988-2700
        Facsimile: (215) 988-2757

        *Attorneys for Sanofi-Aventis U.S. LLC*

Dated:  December 12, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2016, a copy of this document was filed electronically and is available for viewing and downloading from the CM/ECF system. I also certify that a true and correct copy of the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF. A true and correct copy of the foregoing document is also being served this day on the following by U.S. mail:

> John Marshall
> 25670 West Spruce Street
> Lacombe, LA  70445

> /s/ *Michael T. Scott*
> Michael T. Scott