# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENDA JOHNSON, et al. | : | |
| | : | |
| v. | : | Civ. No. 11-5782 |
| | : | and all related cases |
| SMITHKLINE BEECHAM | : | |
| CORPORATION, et al. | : | |

## O R D E R

**AND NOW**, this 8th day of May, 2018, upon consideration of Defendants Sanofi-Aventis U.S. LLC, GlaxoSmithKline LLC, GlaxoSmithKline Holdings (Americas) Inc., and Grünenthal GmbH's Motion to Reallocate Special Master Fees and Costs Relating to Hagen Berman Sobol Shapiro LLC's Motions to Withdraw as Counsel (Doc. No. 615), Hagens Berman Sobol Shapiro LLP's Response (Doc. No. 617), Defendants' Reply (Doc. No. 623), and all related submissions, it is hereby **ORDERED** that Defendants' Motion (Doc. No. 615) is **DENIED without prejudice**.

                                                                 **AND IT IS SO ORDERED.**

                                                               */s/ Paul S. Diamond*

                                                               Paul S. Diamond, J.