# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENDA JOHNSON, et al. | : | |
| | : | |
| v. | : | Civ. No. 11-5782 |
| | : | and all related cases |
| SMITHKLINE BEECHAM | : | |
| CORPORATION, et al. | : | |

## O R D E R

On April 25, 2019, Special Master William Hangley filed a Report and Recommendation (Doc. No. 685), recommending that I allow Diana Cabcabin to review the following documents: (1) Hagens Berman Sobel Shapiro's Motion to Reopen and Correct the Record with Respect to Hagens Berman's Motion to Withdraw as Counsel for Plaintiff Terrie Bolton (Doc. No. 583, filed under seal); (2) Hagens Berman, Terrie Bolton, and Tyler Weaver's Joint Submission Following Teleconference with the Special Master (submitted to the Special Discovery Master on December 20, 2017); and (3) the transcript of the December 12, 2017 teleconference with the Special Discovery Master regarding Hagens Berman's request to reopen and correct the record. (Doc. No. 669.) The recommendation is unopposed.

**AND NOW**, this 25th day of April, 2019, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 685) is **APPROVED and ADOPTED**; and
2. The **SPECIAL MASTER** shall **PROVIDE** Ms. Cabcabin with (1) a copy of the under-seal Hagens Berman Motion (Doc. No. 583), redacted to protect the limited amount of content that remains privileged to Ms. Bolton; (2) the December 20, 2017 Joint Submission; and (3) the December 12, 2017 teleconference transcript.

**AND IT IS SO ORDERED**.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.