IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENDA JOHNSON ET AL., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) Case No. 2:11-cv-05782-PD |
| v. | ) and all related cases <br> ) |
| SMITHKLINE BEECHAM CORPORATION ET AL., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

**PROCEDURAL MEMORANDUM OF**
**THE SPECIAL DISCOVERY MASTER**

**I.   Notice of Hearing**

Various participants' scheduling issues, combined with the public health crisis, have dissuaded me from attempting to hold a hearing in the period ending April 3. The hearing will be held during the week of April 27 – May 1, 2020 in Judge Diamond's Courtroom. Participants should keep the entire week open for the time being.

**II.   Procedure Going Forward**

We have completed Step 1 of the process described in my Memorandum of February 6, 2020 (Doc. 704): My proposed redactions of the hearing transcripts and exhibits (the "Hearing Materials") have been distributed to counsel for Hagens Berman Sobel Shapiro LLP; Tyler Weaver; and Kay Gunderson Reeves, and I have received and considered their proposals for different or additional redactions. Some but not all were accepted, and I have also made a few additional redactions on my own initiative.

Each of Terrie Bolton, Diana Cabcabin, John Marshall, Jose Navamuel, Carolyn Sampson, and Mary Sells, directly or by counsel, will receive a unique copy of the Hearing

- 2 -

Materials.[1]  The transcripts made available to each will mask only that material that is protected by *another* present or former plaintiff's *individual* attorney-client or work-product privilege.  My planned redactions of any material as to which the *recipient* holds a privilege (alone or jointly with other present or former plaintiffs) will be marked with transparent redaction boxes, but not masked.  The recipients will be given until Monday, April 6, 2020 to propose any further redactions or challenge the redactions presented to them.  After considering any such suggestions, I will make the transcripts available – masking *all* work product and attorney-client privileged communications that have not been waived or forfeited – to Defendants.

I remind all concerned that the privilege or confidentiality judgments made throughout this review process should be considered tentative, not final, as discussed in the February 6 Memorandum.

March 12, 2020                    /s/ William T. Hangley
                                  WILLIAM T. HANGLEY
                                  SPECIAL DISCOVERY MASTER

---

[1] Each unique set of these Hearing Materials will be placed on a password-protected ShareFile link; the password will be emailed only to appropriate individual or her counsel, *as well as to counsel for Hagens Berman, Mr. Weaver, and Ms. Reeves.*