IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENDA JOHNSON ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:11-cv-05782-PD |
| v. | ) ) | and all related cases |
| SMITHKLINE BEECHAM CORPORATION ET AL., | ) ) ) ) | |
| Defendants. | ) ) | |

**PROCEDURAL MEMORANDUM AND ORDER**
**OF THE SPECIAL DISCOVERY MASTER**

My Procedural Memorandum of March 12, 2020 (Doc. 706) announced that a uniquely redacted copy of the transcripts and exhibits from the Hearings of May 7-9, 2019 (the "Hearing Materials") would be distributed to each of Terrie Bolton, Diana Cabcabin, John Marshall, Jose Navamuel, Carolyn Sampson, and Mary Sells ("the Six"), and announced that the Six would have until Monday, April 6, 2020 to propose any further redactions or challenge the redactions presented to them.  Since the issuance of that Memorandum, as the COVID-19 crisis worsened, my law firm colleagues and I have been conducting our professional activities from our residences.  This situation has complicated the process of considering the parties' proposed redactions and creating and distributing the six individually redacted sets of transcripts and exhibits; I now expect them to be distributed later this week.  To assure that the Six and their counsel have adequate opportunity to consider the redactions, I will extend the deadline for their proposals and objections.

- 2 -

## ORDER

It is hereby ORDERED that any objections of Terrie Bolton, Diana Cabcabin, John Marshall, Jose Navamuel, Carolyn Sampson, or Mary Sells to the production of the transcripts of her or his testimony taken during the period May 7-9, 2019, and associated exhibits, as redacted by the Special Discovery Master, and any proposal for making additional redactions or unredacting any information, shall be presented to the Special Discovery Master, *in camera,* on or before April 22, 2020.

No other party or counsel should receive copies. Pending further Order, any such objections or proposals shall be accessed only by the Court and the Special Discovery Master, and will not be publicly docketed.

March 31, 2020  /s/ William T. Hangley  
　　　　　　　　　　　　　　　　　WILLIAM T. HANGLEY  
　　　　　　　　　　　　　　　　　SPECIAL DISCOVERY MASTER