IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENDA JOHNSON ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:11-cv-05782-PD |
| v. | ) ) | and all related cases |
| SMITHKLINE BEECHAM CORPORATION ET AL., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER OF**
**THE SPECIAL DISCOVERY MASTER**

Due to the continuation of the national and local public health crisis, the hearing in this matter is postponed and reset for the week of June 8-12, 2020. The hearing will be held in Judge Diamond's Courtroom as previously announced. Participants should keep the entire week open for the time being.

April 21, 2020                    /s/ William T. Hangley
                                  WILLIAM T. HANGLEY
                                  SPECIAL DISCOVERY MASTER