

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
ATTORNEYS AT LAW

1818 MARKET STREET    SUITE 3402    PHILADELPHIA, PA
19103
215.320.6200    FAX: 215.981.0082
WWW.PIETRAGALLO.COM

E-MAIL:   gja@Pietragallo.com
der@Pietragallo.com

May 15, 2020

**VIA ECF**
William T. Hangley, Esquire
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933

> Re:   *Johnson, et al. v. SmithKline Beecham, LLC, et al.*,
> Case No. 2:11-cv-05782-PD and all related cases

Dear Special Master Hangley:

We write on behalf of our client, Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), to request a telephonic status conference concerning the hearing tentatively set for the week of June 8, 2020. Dkt. No. 710. A status conference would promote judicial efficiency and fairness by enabling the parties and the Special Master to discuss the scope and logistics of the hearing. Hagens Berman suggests that the conference be held at the Special Master's convenience during the week of May 18, 2020.

Undersigned counsel has raised this request with counsel for all parties, and none has objected to it.

Respectfully Submitted,

*/s/ Douglas E. Roberts*

GAETAN J. ALFANO
DOUGLAS E. ROBERTS
*Counsel of Record for Hagens Berman
Sobol Shapiro, LLP*

cc:   All counsel of record (via ECF)
Plaintiffs John Marshall and Jose Navamuel (via email)
Plaintiff Richard Anderson (via mail)

5231158v1

OHIO                    PENNSYLVANIA                    WEST VIRGINIA