# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENDA JOHNSON ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> SMITHKLINE BEECHAM CORPORATION ET AL., <br><br> Defendants. | Case No. 2:11-cv-05782-PD <br> and all related cases |

## MEMORANDUM AND ORDER OF THE SPECIAL DISCOVERY MASTER

### MEMORANDUM

Just as I was about to postpone the next state of the hearing in this matter for the $n$th time as the coronavirus pandemic remains with us, I have received a request from counsel for a telephone status conference. The suggestion is a good one, and I appreciate it.

However, given the uncertainty of the schedule, and the fact that I intend to issue a Memorandum and Order that may affect the shape of the hearing I am now postponing, I will defer scheduling the requested status conference for the time being.

### ORDER

Due to the continuation of the national and local public health crisis, the hearing in this matter is postponed, and will be rescheduled at a future date.

May 15, 2020

/s/ William T. Hangley
WILLIAM T. HANGLEY
SPECIAL DISCOVERY MASTER