**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GLENDA JOHNSON ET AL., )<br><br>Plaintiffs, )<br><br>v. )<br><br>SMITHKLINE BEECHAM CORPORATION )<br>ET AL., )<br><br>Defendants. ) | Case No. 2:11-cv-05782-PD<br>and all related cases |

**AMENDED SCHEDULING ORDER OF THE SPECIAL DISCOVERY MASTER**

The Scheduling Order of the Special Discovery Master, Doc. 735, entered on January 11, 2021 (the "January 11 Order"), is amended as follows:

1. The hearing in the matters currently before me will resume on **May 24, 2021** in Courtroom 15A, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

2. In view of the reduced but lingering threat of the global pandemic, all participants and counsel are given leave to participate by telephone or video hookup rather than attending in person if they so choose. For purposes of this Order, the term "participants" shall include the parties, Movant Hagens Berman Sobel Shapiro LLP ("Hagens Berman"), any past or present Hagens Berman attorney or paralegal professional who has testified or is expected to testify in the hearing, and former Plaintiff Diana Cabcabin. Counsel for each participant shall, not later than May 17, 2021, file on the public docket a statement identifying

a. each witness counsel intends to call on direct examination, stating whether the witness will be called as on direct or as on cross examination, and stating whether counsel expect the witness to be present in the courtroom;

b. any scheduling or appearance issues that might limit or otherwise affect the availability, on any day during the week of May 24, of any witness who is represented by that counsel, or whom counsel expects to call.

Unrepresented parties are not obligated to provide the notices ordered in this paragraph, and are free to examine all witnesses. Nothing contained herein is intended to limit any participant or counsel in cross-examining witnesses called by others.

3. In addition to witnesses who have previously testified, I expect to call Attorney Stephen Raynes, of Raynes Lawn Hehmeyer, Philadelphia, as a fact witness.

In all other respects, the January 11 Order remains in effect.


May 6, 2021                                    /s/ William T. Hangley
                                               WILLIAM T. HANGLEY
                                               SPECIAL DISCOVERY MASTER