**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GLENDA JOHNSON, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:11-cv-05782 |
| | ) | |
| SMITHKLINE BEECHAM CORPORATION, et al., | ) | (AND ALL RELATED ACTIONS) |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**TERRIE BOLTON'S MOTION TO STRIKE PORTIONS OF THE UNREDACTED
EXPERT OPINION OF ABRAHAM C. REICH**

Plaintiff Terrie Bolton moves to strike portions of the April 15, 2020 Expert Opinion of Abraham C. Reich ("Opinion") submitted without prior notice to Ms. Bolton by Hagens Berman Shapiro & Sobol, LLP ("Hagens"). Mr. Reich states he provided opinions regarding Ms. Bolton only because the Court had not yet granted the April 1, 2020 Joint Motion to Withdraw and Substitute Counsel as to Plaintiff Terrie Bolton ("Joint Motion"), in which Ms. Bolton and Hagens agreed Hagens could withdraw as counsel for Ms. Bolton. [*See* Opinion, p. 11, fn 4.]

Since the uninvited filing of Mr. Reich's Opinion, the Court has granted the Joint Motion such that Hagens' former representation of Ms. Bolton is now moot. [*See* Judge Diamond's October 21, 2020 Order (ECF 731).] Thus, there is no motion or dispute involving Ms. Bolton currently pending before the Special Discovery Master and matters involving Ms. Bolton should not be addressed during the hearings that begin on May 24, 2021. Ms. Bolton will expeditiously prosecute her claims against Defendants *pro se*. As a result, any testimony, evidence and opinions regarding Hagens' efforts to withdraw from representing Ms. Bolton are irrelevant, unrelated to the issues before the Special Discovery Master and will unfairly prejudice Ms. Bolton because it

1

would effectively force Ms. Bolton to litigate the merits of her underlying claims in a hearing held

to resolve disputes between Hagens and other Plaintiffs – not Ms. Bolton.

Accordingly, Ms. Bolton respectfully moves for an Order that the portions of Mr. Reich's

Opinion relating to her claims against Defendants located on page 11 of Mr. Reich's Opinion be

stricken from the record and that Mr. Reich be ordered to file an amended Opinion omitting any

discussion of Ms. Bolton or her claims against Defendants.


Respectfully submitted,                                  TUCKER LAW GROUP, LLC


                                                         By: */s/ Joe H. Tucker, Jr.*
                                                             Joe H. Tucker, Jr., Esquire

                                                         Ten Penn Center
                                                         1801 Market street, Suite 2500
                                                         Philadelphia, PA 19103
                                                         (315) 875-0609
                                                         Telephone:    215.875.0609
                                                         Attorneys for TERRIE BOLTON


                                                         COHEN DOWD QUIGLEY, P.C.


                                                         By: */s/ Cindy C. Albracht-Crogan*
                                                             Cindy C. Albracht-Crogan
                                                             Email:   ccrogan@cdqlaw.com

                                                         2425 E. Camelback Road
                                                         Suite 1100
                                                         Phoenix, Arizona 85016
                                                         Telephone:    602.252.8400
                                                         Facsimile:    602.252.5339
                                                         Attorneys for TERRIE BOLTON

Dated:   May 20, 2021