# Ex. 1

| From: | Douglas E. Roberts |
|---|---|
| To: | Hangley, William T. |
| Cc: | Gaetan J. Alfano; Ferrari, Kim T; Weiss, Sharon A.; Rice, Cary L. |
| Subject: | Johnson v. SmithKline Beecham -- Hagens Berman expert report |
| Date: | Wednesday, April 15, 2020 4:34:03 PM |
| Attachments: | image840110.png |
| | image157497.png |
| | Redactions from A. Reich Expert Opinion Letter(5201440.1).pdf |
| | A. Reich expert opinion letter (unredacted)(5197807.1).pdf |

Dear Special Master Hangley,

We hope this email finds you safe and in good health. On behalf of Hagens Berman, and pursuant to your Order dated March 16, 2020 (Dkt. # 707), I write to provide you with a copy of the firm's expert report concerning its motions to withdraw as counsel for Richard Anderson, Terrie Bolton, John Marshall, Jose Navamuel, and Mary Sells.

Also pursuant to your order, we have served copies on Messrs. Anderson, Marshall, and Navamuel; Ms. Bolton (through counsel); and Ms. Sells (through counsel). Consistent with your prior rulings on privilege, the report to provided to each plaintiff was redacted to conceal privileged information regarding the other plaintiffs. Additionally, we have served copies on Diana Cabcabin and Carolyn Sampson, through their counsel, from which privileged information regarding the five plaintiffs subject to motions to withdraw has been redacted. The attached chart documents the redactions from all of these reports.

Finally, we have provided unredacted copies to counsel for Tyler Weaver and Kay Reeves. We have not provided copies to the pharmaceutical defendants because the report: (1) does not concern the portions of the hearings to which they have been granted access; (2) is based on testimony from which they were excluded due to privilege concerns, and (3) reveals core work product and attorney-client privileged communications.

Please let us know if you have any questions or concerns.

Respectfully Submitted,

**Douglas E. Roberts, Esquire**
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia,PA19103
Office: (215) 988-1431|Fax: (215) 754-5195
DER@Pietragallo.com|BIO|vCard

Connect with me on LinkedIn: 🖼



This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s). If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify Pietragallo Gordon Alfano Bosick & Raspanti, LLP by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

**In consideration of the health and welfare of our employees, clients, friends, and the community, until further notice all office locations of Pietragallo Gordon Alfano Bosick & Raspanti, LLP are closed, but our business will remain open and active by way of fully-**

operative telework arrangements.