| | |
|---|---|
| **From:** | Barb Murray |
| **To:** | Chambers of Judge Paul S Diamond |
| **Subject:** | Johnson v Smithkline special Masters order |
| **Date:** | Wednesday, October 18, 2023 9:10:42 AM |

CAUTION - EXTERNAL:


I was forwarded your order by the Hagens Bergman firm whom I instructed several years ago to drop me from the thalidomide lawsuit they were pursuing. They new from our first meeting that I did not think I was a valid claimant as I was born in Germany and my mother was never in the States until after I was born.  I instructed them to drop me from the claim completely.  From a reading of your order it does not sound like they did as I asked.  I would be happy to testify if they appeal your order.
Thank you, Barbara Murray, 708-359-1425.

Barbara Murray 708-359-1425.   Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.