**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GLENDA JOHNSON, et al., | Case No. 2:11-cv-05782-PD |
| Plaintiffs, | |
| v. | AND ALL RELATED CASES |
| SMITHKLINE BEECHAM COPORATION, et al. | |
| Defendants. | |

**HAGENS BERMAN SOBOL SHAPIRO LLP AND STEVE BERMAN'S RESPONSE
AND OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE SPECIAL
DISCOVERY MASTER DATED MAY 16, 2024**

Respondents Hagens Berman Sobol Shapiro, LLP and Steve Berman (collectively, "Hagens Berman" or "the Firm") respond and object as follows to the Report and Recommendation of the Special Discovery Master filed May 16, 2024 (Doc. 805) ("the R&R").

In the R&R, Special Discovery Master Hangley made recommendations as to three issues germane to Hagens Berman.

First, Special Discovery Master Hangley evaluated and made recommendations with respect to the redactions made by the Firm in its Objections to the Special Discovery Master's Report and Recommendations Dated October 12, 2023 and Response to the OSC Entered October 13, 2023 (Doc. 791) ("Objections").[1] The Firm objects to two of the recommendations made in the R&R on this issue.

The R&R recommends that Exhibits 107 and 118 to the Firm's Objections be made public because each of them was an exhibit to the 2017 or 2019 hearings before the Special Discovery Master. (Doc. 805 at 29). At this time, those exhibits and the 2017 and 2019 hearing transcripts remain sealed. As discussed below, Special Discovery Master Hangley

---

[1] Pursuant to this Court's May 16, 2024 Order, the Firm later filed a more securely redacted copy of its December 13, 2023 Objections and Response on the public docket. *See* Docs. 807 & 808.

proposes that those transcripts be unsealed, after counsel and parties have had the opportunity to redact attorney-client privileged information.  Exhibits 107 and 118 are questionnaires filled out by plaintiffs Jose Navamuel and Mary Sells, respectively, for the purpose of obtaining legal services and therefore constitute attorney-client privileged communications. Accordingly, Exhibits 107 and 118 should remain under seal.

Second, Special Discovery Master Hangley recommended "that counsel be invited or ordered to review for attorney-client privilege the transcripts of the 2017 and 2019 hearing sessions . . . in advance of those transcripts being unsealed." (Doc. 805 at 2). By way of background, the R&R recounts that in May 2021 Special Discovery Master Hangley ruled that Hagens Berman had waived attorney-work-product protection (but not the attorney-client privilege) with respect to the 2017 and 2019 hearing transcripts when the Firm provided those transcripts to the Firm's expert, Abraham Reich. (Doc. 805 at 11; *see also* Doc. 742 (Findings and Order of the Special Discovery Master) and Doc. 746 (Memorandum of the Special Discovery Master)). Hagens Berman objected to that finding (Doc. 748), but its objections were overruled by Judge Diamond on May 24, 2021 (Doc. 749).

At a hearing on May 26, 2021, Special Discovery Master Hangley requested that the participants in those 2017 and 2019 hearings provide "guidance on what you expect to be done with the underlying transcripts from the 2017 and 2019 iterations of this hearing." (May 26, 2021 Tr. at p. 470:20-23.) On June 9, 2021, Hagens Berman filed a Notice addressing this and other items. *See* Doc. 750 (Notice Regarding Transcripts, Agreements Produced as Ordered by Special Master Hangley, and Post-Hearing Briefing). In the June 9, 2021 Notice, Hagens Berman argued that the hearing transcripts should remain confidential and under seal, and available only to the parties and participants who were present during proceedings as reflected in those transcripts. The Firm provided more specificity as to what transcripts (or portions of transcripts) should be made available to which parties at paragraphs 49-81 of its June 9, 2021 Notice (Doc. 750 at pp. 12-18).

The Firm stands by and incorporates by reference here the arguments made in its June 9, 2021 Notice, which have not been ruled upon by Special Discovery Master Hangley (or Judge Diamond). In addition, and without waiving its prior arguments, if the 2017 and 2019 transcripts are to be unsealed over the Firm's objections, the Firm (and other parties and counsel) should be given the opportunity to redact attorney-client communications as appropriate.

Third, Special Discovery Master Hangley *sua sponte* recommended that the Court order Hagens Berman to serve its unredacted Objections on: (i) the five Withdrawal Plaintiffs (T. Bolton, J. Marshall, J. Navamuel, M. Sells and R. Anderson); (ii) each Plaintiff that had a dispute with Hagens Berman (D. Cabcabin, Y. English, D. Griggs, C. Grover, M. Harrelson and C. Sampson); and (iii) "each plaintiff who has terminated her representation by Hagens Berman, agreed to do so, been asked by Hagens Berman to do so, or informed Hagens Berman of her intention to do so." (Doc. 805 at 4 & 10.) Special Discovery Master Hangley further clarifies that: (i) this obligation would not extend to former Plaintiffs whose claims have been resolved by ruling or stipulation, *id*. at p 10; and (2) each Plaintiff would receive only those unredacted materials specific to that Plaintiff, *id.* at p. 9. The Firm has no objection to this recommendation.[2]

Finally, notwithstanding its responses above, the Firm incorporates by reference and does not waive the various objections and arguments made in its Dec. 13, 2023

---

[2] The Firm complied in December 2023 with this Court's order to serve its Objections on all parties, including the five Withdrawal Plaintiffs "as well as those plaintiffs who have brought lawsuits or alternative dispute resolution proceedings against Hagens Berman." (Doc. 787).

3

Objections with respect to Special Discovery Master Hangley's authority and continued participation in this matter.

DATED:  June 6, 2024                    Respectfully submitted,

                                        /s/ Keith Beauchamp

                                        COPPERSMITH BROCKELMAN PLC

                                            Keith Beauchamp (*pro hac vice*)
                                            kbeauchamp@cblawyers.com
                                            Marvin C. Ruth (*pro hac vice*)
                                            mruth@cblawyers.com
                                            Malvika A. Sinha (*pro hac vice*)
                                            msinha@cblawyers.com
                                            2800 North Central Avenue, Suite 1900
                                            Phoenix, AZ  85004
                                            Telephone: (602) 381-5490
                                            Facsimile: (602) 224-6020

                                        PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP

                                        Gaetan J. Alfano
                                        Pennsylvania Bar No. 32971
                                        GJA@pietragallo.com

                                        Peter St. Tienne Wolff
                                        Pennsylvania Bar No. 208433
                                        PSW@pietragallo.com
                                        1818 Market Street, Suite 3402
                                        Philadelphia, PA 19102
                                        Telephone: (215) 320-6200
                                        Facsimile: (215) 981-0082

                                        *Attorneys for Hagens Berman Sobol Shapiro LLP, and Steve Berman*

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 6, 2024, a true and correct copy of the foregoing Hagens Berman Sobol Shapiro LLP and Steve Berman's Response and Objections to the Report and Recommendation of the Special Discovery Master Dated May 16, 2024 was filed electronically and served on all counsel via the Court's CM/ECF system.

/s/ Keith Beauchamp

COPPERSMITH BROCKELMAN PLC

Keith Beauchamp (*pro hac vice*)
kbeauchamp@cblawyers.com
Marvin C. Ruth (*pro hac vice*)
mruth@cblawyers.com
Malvika A. Sinha (*pro hac vice*)
msinha@cblawyers.com
2800 North Central Avenue, Suite 1900
Phoenix, AZ  85004
Telephone: (602) 381-5490
Facsimile: (602) 224-6020

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP

Gaetan J. Alfano
Pennsylvania Bar No. 32971
GJA@pietragallo.com

Peter St. Tienne Wolff
Pennsylvania Bar No. 208433
PSW@pietragallo.com
1818 Market Street, Suite 3402
Philadelphia, PA 19102
Telephone: (215) 320-6200
Facsimile: (215) 981-0082

*Attorneys for Hagens Berman Sobol Shapiro LLP, and Steve Berman*