IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENDA JOHNSON, et al.** | : | |
| | : | |
| v. | : | Civ. No. 11-5782 |
| | : | and all related cases |
| **SMITHKLINE BEECHAM** | : | |
| **CORPORATION, et al.** | : | |

## O R D E R

**AND NOW**, this 20th day of June, 2024, it is hereby **ORDERED** that:

1. Hagens Berman Sobol Shapiro, LLP's and Steve Berman's Motion for Reconsideration (Doc. No. 813) is **GRANTED**;

2. My June 10, 2024 Order (Doc. No. 811) is **VACATED**;

3. The Special Discovery Master's Recommendation that Exhibits 107 and 118 must be filed on the public docket is **REJECTED**;

4. The Report and Recommendation (Doc. No. 805) is **APPROVED AND ADOPTED** in all other respects;

5. <u>**No later than** June 24, 2024 at 5:00 p.m.</u>,

    a. the Objectors must file on the Court's electronic filing system, pursuant to Fed. R. Civ. P. 5(b), versions of their respective Objections, including exhibits and attachments, redacted only to the extent recommended by the Special Master and approved and adopted hereby;

    b. the Objectors must serve on the "*Pro Se* Plaintiffs" identified as such in the October Report and Recommendation (Doc. No. 767) — Richard Anderson (if and when he can be found), Terrie Bolton, Diana Cabcabin, Yvonne English, Darren Griggs, Carolyn Jean Grover, Mark Harrelson, John Marshall, Jose Navamuel, Carolyn Sampson, Mary Sells, any additional plaintiff who has brought or threatened a

lawsuit or other dispute resolution proceedings against that Objector, and any additional plaintiff who has terminated her representation by Hagens Berman, agreed to do so, been asked by Hagens Berman to do so, or informed Hagens Berman of her intention to do so. The copies so served may be redacted only to the limited extent necessary to preserve the attorney-client privileged communications of a particular past or present client or potential client from disclosure to unprivileged recipients; this will require the distribution of nonidentical iterations of partially redacted materials in some instances. Copies of such partially redacted materials will be sent to the Court in chambers and the Special Discovery Master, but shall not be filed of record; and

6. **No later than** July 1, 2024 at 5:00 p.m., Objectors Berman and Hagens Berman must send to the Court in chambers and the Special Discovery Master, but not yet file of public record, complete copies of the hearing transcripts of September 2017 and May 2019, redacted only to preserve past and present Hagens Berman clients or potential clients' attorney-client privileges. Berman and Hagens Berman shall serve on each *Pro Se* Plaintiff copies of the Transcripts disclosing that *Pro Se* Plaintiff's attorney-client privilege-protected communications while redacting communications that are privileged only to others.

**AND IT IS SO ORDERED**.

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.