**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GLENDA JOHNSON, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION NO. 2:11-cv-05782 |
| SMITHKLINE BEECHAM CORPORATION, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DIANA CABCABIN'S OBJECTION TO THE NOVEMBER 2024 REPORT AND RECOMMENDATION OF THE SPECIAL DISCOVERY MASTER RE: PROPOSED REDACTIONS FROM 2017 AND 2019 HEARING TRANSCRIPTS**

DIANA CABCABIN, through her attorneys hereby objects to the above referenced recommendation and requests to maintain under seal all confidential information in which Ms. Cabcabin has a protectable attorney-client privilege, attorney work product, or privacy interest, as such information was disclosed only at an *in camera* proceeding and the Court's legitimate interest in resolving the issues in this matter can be met without full or further public disclosure of her private information.

The materials that are subject to this objection include Ms. Cabcabin's own testimony during the May 9, 2019 hearing appearing at pages 438-493 of the transcript, and the portion of the testimony of Tyler Weaver that pertains to her, appearing at pages 298-355.

Ms. Cabcabin's legal contentions regarding these materials are set forth in more detail at Doc. 719 and 727, which she herein incorporates by reference. Ms. Cabcabin also joins in the objections of Hagens Berman Sobol Shapiro LLP and Steve Berman (Doc. 825) to the extent the positions therein—for example, as to waiver—bear on the Court's assessment and disposition of her confidential information.

FENWICK & WEST LLP

Dated: December 11, 2024

By: */s/ Todd R. Gregorian*
　　　Laurence F. Pulgram
　　　(Admitted *pro hac vice*)
　　　Email: lpulgram@fenwick.com
　　　Todd R. Gregorian
　　　(Admitted *pro hac vice*)
　　　Email: tgregorian@fenwick.com

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:　　415.875.2300
Facsimile:　　415.281.1350
Attorneys for DIANA CABCABIN