**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GLENDA JOHNSON, et al., | Case No. 2:11-cv-05782-PD |
| Plaintiffs, | |
| v. | AND ALL RELATED CASES |
| SMITHKLINE BEECHAM COPORATION, et al. | |
| Defendants. | |

**HAGENS BERMAN SOBOL SHAPIRO LLP'S AND STEVE BERMAN'S RESPONSE AND OBJECTIONS TO THE FURTHER REPORT AND AMENDED RECOMMENDATIONS OF THE SPECIAL DISCOVERY MASTER RE: PROPOSED REDACTIONS FROM 2017 AND 2019 HEARING TRANSCRIPTS**

Respondents Hagens Berman Sobol Shapiro, LLP and Steve Berman (collectively, "the Firm") respond and object as follows to the Further Report and Amended Recommendations of the Special Discovery Master Re: Proposed Redactions from 2017 and 2019 Hearing Transcripts (Doc. 829) ("the R&R").

On April 15, 2025, Special Discovery Master Hangley issued his Further Report and Amended Recommendations of the Special Discovery Master Re: Proposed Redactions from 2017 and 2019 Hearing Transcripts (Doc. 829) ("the Amended R&R"). The Amended R&R addressed the Firm's proposed redactions on attorney-client privilege grounds of the 2017 and 2019 hearing transcripts, as set out in the Firm's Response and Objections to the November 2024 Report and Recommendations of the Special Discovery Master Re: Proposed Redactions from 2017 and 2019 Hearing Transcripts (Doc. 825).

The Firm does not object to the redaction rulings set out in the Amended R&R, but does so without waiver of the objections and arguments made in its December 13, 2023 Objections with respect to Special Discovery Master Hangley's authority and continued participation in this matter.

In addition to the redaction rulings, the Amended R&R discusses the record as it pertains to the Court and the Special Discovery Master's prior rulings that attorney work product protection was waived by certain materials being provided to the Firm's expert witness in the withdrawal proceedings, Abraham Reich. (Doc. 892 at 2-5). The Firm objects generally to that discussion as beyond the scope of the Special Discovery Master's review of the Firm's proposed redactions to the 2017 and 2019 transcripts, and incorporates by reference the substantive responses to such discussion as set out at pages 2-5 of its Response and Objections to the November 2024 Report and Recommendations (Doc. 825).

Further, to avoid any suggestion of waiver of this issue, the Firm respectfully reiterates its objections to publication of the 2017 and 2019 hearing transcripts to the extent those transcripts contain attorney work product, for the reasons set out in in its prior filings and in the filings of certain plaintiffs. *E.g.,* Docs. 718, 719, 726, 727, 748, 819, 822, 826, 827.

Finally, the Firm respectfully requests that the Court's forthcoming order adjudicating these redaction issues provide the opportunity for the Firm and the plaintiffs in this matter to seek a stay and appellate review prior to publication of the 2017 and 2019 transcripts containing attorney work product on the docket. *E.g.,* Order denying Petition for Writ of Mandamus, *In re Hagens Berman Sobol Shapiro LLP*, No. 24-2167 (3d Cir. Sept. 30, 2024) (denying petition without prejudice on ripeness grounds because the "District Court has not ordered the transcripts to be published on the public docket").

. . .

. . .

. . .

. . .

DATED:  May 6, 2025

Respectfully submitted,

/s/ Keith Beauchamp

COPPERSMITH BROCKELMAN PLC

Keith Beauchamp (*pro hac vice*)
kbeauchamp@cblawyers.com
Marvin C. Ruth (*pro hac vice*)
mruth@cblawyers.com
Malvika A. Sinha (*pro hac vice*)
msinha@cblawyers.com
2800 North Central Avenue, Suite 1900
Phoenix, AZ  85004
Telephone: (602) 381-5490
Facsimile: (602) 224-6020

PIETRAGALLO GORDON ALFANO BOSICK &
RASPANTI LLP

Gaetan J. Alfano
Pennsylvania Bar No. 32971
GJA@pietragallo.com

Peter St. Tienne Wolff
Pennsylvania Bar No. 208433
PSW@pietragallo.com
1818 Market Street, Suite 3402
Philadelphia, PA 19102
Telephone: (215) 320-6200
Facsimile: (215) 981-0082

*Attorneys for Hagens Berman Sobol Shapiro LLP,
and Steve Berman*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2025, a true and correct copy of the foregoing Hagens Berman Sobol Shapiro LLP and Steve Berman's Response and Objections to the Further Report and Amended Recommendations of the Special Discovery Master Re: Proposed Redactions from 2017 and 2019 Hearing Transcripts was filed electronically and served on all counsel via the Court's CM/ECF system.

/s/ Keith Beauchamp

COPPERSMITH BROCKELMAN PLC

Keith Beauchamp (*pro hac vice*)
kbeauchamp@cblawyers.com
Marvin C. Ruth (*pro hac vice*)
mruth@cblawyers.com
Malvika A. Sinha (*pro hac vice*)
msinha@cblawyers.com
2800 North Central Avenue, Suite 1900
Phoenix, AZ  85004
Telephone: (602) 381-5490
Facsimile: (602) 224-6020

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP

Gaetan J. Alfano
Pennsylvania Bar No. 32971
GJA@pietragallo.com

Peter St. Tienne Wolff
Pennsylvania Bar No. 208433
PSW@pietragallo.com
1818 Market Street, Suite 3402
Philadelphia, PA 19102
Telephone: (215) 320-6200
Facsimile: (215) 981-0082

*Attorneys for Hagens Berman Sobol Shapiro LLP, and Steve Berman*