IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLENDA JOHNSON, *et al.*,          :
                                   :
v.                                 :   Civ. No. 11-5782
                                   :   and all related cases
SMITHKLINE BEECHAM                 :
CORPORATION, *et al.*              :

### ORDER

**AND NOW**, this 5th day of August, 2025, it is hereby **ORDERED** that:

1. Except as noted in the Memorandum Opinion, the Report and Recommendation of the Special Master, (Doc. No. 767), is **ADOPTED**;

2. The Motion to Withdraw regarding Plaintiff John Marshall, (Doc. No. 207), is **GRANTED**; the Motion to Withdraw regarding Plaintiff Mary Sells, (Doc. No. 382), is **DENIED**; the Motion to Withdraw regarding Plaintiff Richard Anderson, (Doc. No. 375), is **GRANTED**; and the Motions to Withdraw regarding Plaintiffs Terrie Bolton, (Doc. No. 342), and Jose Navamuel, (Doc. No. 301), are **DENIED AS MOOT**;

3. The Court will not address Mr. Hangley's recommended imposition of sanctions until after Hagens Berman, Steve Berman, Tyler Weaver **SHOW CAUSE** on or before **September 4, 2025** as to why the sanctions recommended by Mr. Hangley should not be imposed.

4. The request that the Court discharge Mr. Hangley is **DENIED**.

5. Counsel for all Parties shall, after meeting and conferring, advise the Court as to how they wish to proceed with the remaining claims.

AND IT IS SO ORDERED.

/s/ Paul S. Diamond
Paul S. Diamond, J.