# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLENDA JOHNSON, ET. AL.,       :
         Plaintiffs,      :
                        :
    v.                    :     Civ. No. 2:11-cv-05782-PD
                        :
SMITHKLINE BEECHAM
CORPORATION, ET. AL.,       :
         Defendants.     :
                        :

## O R D E R

**AND NOW**, this 12th day of August, 2025, upon consideration of Hagens Berman Sobol Shapiro, LLP and Steve Berman's Motion to Extend by 30 days the Deadline to Respond to the Court's August, 5, 2025 Order to Show Cause (Doc. 835), it is hereby **ORDERED** that the motion is **GRANTED**. Hagens Berman Sobol Shapiro, LLP, Steve Berman, and Tyler Weaver **SHALL** file their Responses no later than October 6th, 2025, at 12:00 p.m.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.