**From:**      Mary Lee Sells
**To:**        Chambers of Judge Paul S Diamond
**Subject:**   Thalidomide
**Date:**         Wednesday, September 3, 2025 1:01:49 PM

---

CAUTION - EXTERNAL:

To The Honorable Judge Diamond
My name is Mary Sells and I  am  writing to let you
know I DO NOT WANT TO DROP MY CASE.
I recently received a letter from Hagens Berman stating that I have three options:
(1) continue your case with us as your lawyers
(2) represent yourself
(3) drop your case
Well your Honor i do not trust them to be my lawyers. I do not know enough law to represent myself  and I will not drop my case.I will always fight for what I believe is true, until I win my case or die.
I had David Weiner as my pro bono lawyer but he got sick and retired  David said I had a good case and it made him sick how I was being treated. He also said he found another lawyer to help me  pro bono .But i never heard anything else. I was hoping Special Master Hangly could fine me another Pro Bono lawyer as he found David Weiner for me.
The first I heard of Ectodermal dysplasia is doing my deposition, so I looked it up
This is a inherited  genetic disorder. I DO NOT HAVE THIS
It says you do not sweat  well I do sweat very much also its hereditary  no one in my family has this not my parents my sisters or my children. We all offered to be tested but the lawyers only tested me for the TP 63 gene it was not positive
No EEC. I do believe my injuries were caused by that pill the doctor gave my mother for morning sickness THALIDOMIDE
I hope you or Special Master Handley can help me get some kind of compensation for the life I had to endure. Also for the wrong doing of Hagens Berman.please keep me informed
Thank You,  Sincerely
Mary Sells
sweets77xyz@gmail.com
740-312-5414

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.