IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENDA JOHNSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM COPORATION, et al.<br><br>Defendants. | Case No. 2:11-cv-05782-PD<br><br>AND ALL RELATED CASES |

## MOTION FOR LEAVE TO FILE RESPONSE TO ORDER TO SHOW CAUSE UNDER SEAL

Hagens Berman Sobol Shapiro, LLP and Steve Berman (collectively, "Hagens Berman" or "Respondents") hereby request that they be permitted to file an unredacted original copy under seal of: (i) their Response to the Memorandum Opinion and Order to Show Cause (Docs. 834, 835) issued by this Court on August 5, 2025; and (ii) their exhibits accompanying the Response. These materials (collectively referred to herein as the "October 2025 Response") are due to be filed on October 6, 2025. The Firm will simultaneously file a public redacted copy of the October 2025 Response that redacts attorney client privileged material and work product privileged material that the Court has not already deemed waived.[1]

---

[1] The Court previously determined that the Firm waived work product protection with respect to certain material provided to its expert witness, Abraham Reich, in advance of *in camera* hearings on various withdrawal motions. [Doc. 749] The Firm continues to object that it did not waive the work product protection by providing these materials to Mr. Reich in this limited context. *See, e.g.*, Doc. 819. However, given the Court's previous rulings that the work product protection was waived with respect to certain materials that Mr. Reich considered (*see, e.g.*, Docs. 743, 787), the Firm does not seek to file that material under seal here.

On December 13, 2023, Respondents filed objections and a response to SDM Hangley's October 12, 2023 Report and Recommendations ("December 2023 Objections"). In advance of that filing, they sought permission to file the December 2023 Objections under seal because they contained attorney client privileged and/or work product privileged materials. *See* Doc. 779. The Court permitted Respondents to (i) file an unredacted original of the December 2023 Objections under seal with Special Discovery Master William T. Hangley and (ii) file and serve a public redacted copy of the December 2023 Objections. *See* Doc. 787. The Court further ordered, inter alia, that Respondents identify and explain to Special Discovery Master William T. Hangley the specific basis for each redaction.

Respondents respectfully request the same relief here because the upcoming October 2025 Response will also contain attorney-client privileged communications as well as work product privileged material not subject to the Court's prior finding of waiver.

In support of this request, Respondents state as follows:

1. On August 5, 2025, the Court issued a Memorandum Opinion (Doc. 834) and Order to Show Cause (Doc. 835) as to why the Court should not impose sanctions against Hagens Berman for conduct raised by Special Discovery Master William Hangley in his October 2023 Report & Recommendation (Doc. 767).

2. The attorney-client privileged information of all past and present plaintiffs in the underlying thalidomide litigation remain intact. That privilege protects the disclosure of mental impressions, conclusions, opinions, notes and legal theories of Hagens Berman and its co-counsel.

3. Hagens Berman's October 2025 Response will reference, and in some cases attach, documents (including under-seal transcripts) containing attorney-client privileged communications and/or attorney work-product of both Hagens Berman and its co-counsel. It will

2

also reference, and in some cases attach, documents previously designated as Confidential and filings previously made under seal by parties (including Defendants) in this matter.

6. To maintain the attorney-client privileged nature of these communications, to protect any attorney work product the Court has not deemed waived, and to protect confidential information (including information previously filed under seal), Hagens Berman respectfully requests leave to file an unredacted copy of its October 2025 Response (including exhibits) under seal, along with an explanation of why it is claiming privilege for each redaction. This is consistent with the prior practice of submitting such information *in camera*. Hagens Berman will simultaneously file publicly, and serve on Defendants, a redacted version of the October 2025 Response.

7. To the extent exhibits submitted in support of the October 2025 Response are identical to those submitted in connection with Respondents' December 2023 Objections (Doc. 791) to the Special Discovery Master's October 2023 Report & Recommendation, the exhibits will be redacted consistent with the direction provided by the Court and Special Discovery Master Hangley in prior orders. *See* Doc. 805 and Doc. 811.

8. Because the underlying litigation remains pending, and issues raised by the Memorandum Opinion and Order to Show Cause contain attorney-client privileged information and attorney work product, Hagens Berman intends to serve an unredacted copy of its October 2025 Response on counsel for Tyler Weaver, as disclosure to Mr. Weaver will not vitiate the privilege given his prior role as counsel for Plaintiffs.

WHEREFORE, Respondents respectfully request that this Honorable Court grant this Motion, enter the proposed Order attached hereto, and grant leave to file their forthcoming October 2025 Response in the manner proposed above.

DATED:  September 24, 2025

        COPPERSMITH BROCKELMAN PLC

        By: /s/ Keith Beauchamp
           Keith Beauchamp (*pro hac vice*)
           kbeauchamp@cblawyers.com
           Marvin C. Ruth (*pro hac vice*)
           mruth@cblawyers.com
           Malvika A. Sinha (*pro hac vice*)
           msinha@cblawyers.com
           2800 North Central Avenue, Suite 1900
           Phoenix, AZ  85004
           Telephone: (602) 381-5490
           Facsimile: (602) 224-6020

        PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP

        /s/ Gaetan J. Alfano (w/permission)

        Gaetan J. Alfano
        Pennsylvania Bar No. 32971
        GJA@pietragallo.com
        1818 Market Street, Suite 3402
        Philadelphia, PA 19102
        Telephone: (215) 320-6200
        Facsimile: (215) 981-0082

        Peter St. Tienne Wolff
        Pennsylvania Bar No. 208433
        PSW@pietragallo.com
        38th Floor, One Oxford Centre
        301 Grant Street
        Pittsburgh, PA 15219
        Telephone: (412) 263-2000
        Facsimile: (412) 263-2001

        SAXTON & STUMP, LLC

        <u>/s/ Christopher C. Conner (w/permission)</u>

Christopher C. Conner
Pennsylvania Bar No. 36407
cconner@saxtonstump.com
4250 Crums Mill Road, Suite 201
Harrisburg, PA 17112
Telephone: (717) 216-5522
Facsimile: (717) 547-1900

*Attorneys for Hagens Berman Sobol Shapiro LLP, and Steve Berman*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 24, 2025, a true and correct copy of the foregoing Motion for Leave to File Response to Order to Show Cause Under Seal was filed electronically and served on all counsel via the Court's CM/ECF system. It also was served by first class mail on Plaintiffs John Marshall and Jose Navamuel and on Plaintiff Richard Anderson at Mr. Anderson's last-known address.

COPPERSMITH BROCKELMAN PLC

By: /s/ Keith Beauchamp
   Keith Beauchamp (*pro hac vice*)
   kbeauchamp@cblawyers.com
   Marvin C. Ruth (*pro hac vice*)
   mruth@cblawyers.com
   Malvika A. Sinha (*pro hac vice*)
   msinha@cblawyers.com
   2800 North Central Avenue, Suite 1900
   Phoenix, AZ  85004
   Telephone: (602) 381-5490
   Facsimile: (602) 224-6020

*Attorneys for Hagens Berman Sobol Shapiro LLP, and Steve Berman*