IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENDA JOHNSON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION, et al.<br><br>Defendants. | Case No. 2:11-cv-05782-PD<br>And All Related Cases |

**JOINT NOTICE IN RESPONSE TO ORDER OF AUGUST 5, 2025**

In response to this Court's Order of August 5, 2025 (the "Order") (Doc. No. 835), Plaintiffs represented by Hagens Berman and Defendants Grünenthal GmbH, GlaxoSmithKline LLC, GlaxoSmithKline Holdings (Americas) Inc., and Sanofi-Aventis U.S. LLC (collectively, "Defendants") respectfully submit this Notice to advise the Court on the status of the parties' response to the Order's instruction that "[c]ounsel for all parties shall, after meeting and conferring, advise the Court as to how they wish to proceed with the remaining claims." *See* Order ¶ 5.

Since the Order was entered, Hagens Berman and Defendants have had initial meet and confers, and Defendants have had meet and confers with pro se plaintiffs Terrie Bolton, John Marshall, and Jose Navamuel. Ms. Bolton, Mr. Marshall, and Mr. Navamuel have notified Defendants that they intend to proceed with their claims. Defendants are continuing to meet and confer with both represented and unrepresented Plaintiffs with the aim of presenting a coordinated, joint proposal for next steps in the litigation. In addition, Hagens Berman is contacting the Plaintiffs whom it continues to represent regarding how they wish to proceed.

Hagens Berman and Defendants accordingly propose that the parties advise the Court, either jointly or separately if agreement cannot be reached, by November 4, 2025, how they wish to proceed with the remaining claims.  This date accommodates the need for Hagens Berman to communicate with their clients and to afford those individuals sufficient time to fully consider their options, and for the parties to further meet and confer after Hagens Berman obtains their clients' directives.

Defendants have consulted with Terrie Bolton, John Marshall, and Jose Navamuel regarding this Notice.  Ms. Bolton and Mr. Marshall have agreed with this proposed timing for the submission.  Mr. Navamuel has not agreed or provided a counterproposal.

Dated:  September 26, 2025

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:_____/s/ Steve W. Berman_____
Steve W. Berman (*Admitted Pro Hac Vice*)
Craig R. Spiegel (*Admitted Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
            craig@hbsslaw.com

*Attorneys for non-pro se Plaintiffs*

/s/ Daniel S. Pariser
Daniel S. Pariser (*admitted pro hac vice*)
Paige H. Sharpe (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

Anand Agneshwar *(admitted pro hac vice)*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Counsel for Sanofi-Aventis U.S. LLC*

/s/ Daniel A. Spira
Daniel A. Spira (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Eugene A. Schoon (*admitted pro hac vice*)
CROKE, FAIRCHILD, DUARTE & BERES, LLC
180 N. LaSalle St.
Suite 3400
Chicago 60601
Telephone:  (773) 517-2740

*Counsel for Grünenthal GmbH*

/s/ Michael T. Scott
Michael T. Scott
Mike Scott Law LLC
1116 Red Rose Lane
Villanova PA 19085
Telephone:  (215) 518-8695

Sonja S. Weissman (*admitted pro hac vice*)
REED SMITH LLP
101 Second Street, Ste. 1800
San Francisco, CA 94105
Telephone:  (415) 543-8700

*Counsel for GlaxoSmithKline LLC, and GlaxoSmithKline Holdings (Americas) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, the foregoing document was filed electronically and is available for viewing and downloading from the CM/ECF system. I also certify that a true and correct copy of the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF. A true and correct copy of the foregoing document is also being served this day on the following by electronic mail:

 Terrie Bolton
 tmixon922@gmail.com

 John Marshall
 jmarshall.marshall9@gmail.com

 Jose Navamuel
 josenavamue@gmail.com

          */s/ Paige H. Sharpe*