**Exhibits to Hagens Berman Sobol Shapiro LLP and Steve Berman's Response to the OSC Entered August 5, 2025**

| Ex. No. | Date | Description |
|---|---|---|
| 1 | 10/02/25 | Declaration of Keith Beauchamp |
| 2 | 06/24/24 | Declaration of Steve Berman |
| 3 | | Judicial commentary re Hagens Berman |
| 4 | | Profile of Peter Gordon |
| 5 | | Peter Gordon biography from Gordon Legal |
| 6 | 01/29/19 | Submission of Peter Gordon re Thalidomide Inquiry to Parliament |
| 7 | 07/23/12 | Email to Ms. Reeves from Mr. Styant-Browne |
| 8 | 03/01/12 | Email from Mr. Styant-Browne to Tmide team |
| 9 | 10/18/12 03/19/13 | Letters to Ms. Sells and Mr. Boiardi from Mr. Styant-Browne |
| 10 | Undated | Attorney Employment Agreement between Hagens Berman and Roel Garza |
| 11 | 04/13/11 | Email to Mr. Styant-Browne from Mr. Gordon with attachment |
| 12 | 09/19/11 | Email to Mr. Styant-Browne from Ms. Reeves |
| 13 | 04/18/11 | Email to Mr. Styant-Browne from Mr. Gordon with attachment |
| 14 | | Compilation of Hagens Berman Invoices (2011-2015) |
| 15 | | Compilation of Hagens Berman Expenses (2011-2015) |
| 16 | 11/11/10 | Gordon Reeves letter to clients |
| 17 | 09/17/12 | Letter to Ms. Sells from Mr. Haegele |
| 18 | 09/14/12 | Letter to Mr. Yeatts from Hagens Berman |
| 19 | | Declaration |
| 20 | 10/18/11 | Email exchange between Mr. Gordon and the Firm |
| 21 | 10/13/11 | Email exchange between Ms. Reeves, Mr. Gordon and Mr. Styant-Browne |
| 22 | 11/08/11 | Email to Mr. Berman, Mr. Styant-Browne, Mr. Spiegel and Mr. Gordon from Ms. Reeves |
| 23 | 03/26/14 | Email to HB Team from Mr. Berman |
| 24 | 09/26/13 | Email exchange between Mr. Berman and Dr. Stephens with attachment |
| 25 | 01/16/14 | Minutes from 1/16/14 meeting with Dr. Stephens |
| 26 | 08/24/11 | Email to Mr. Styant-Browne from Pressnell attaching Reeves 1/28/11 memo |
| 27 | 04/22/11 | Email to HB from Ms. Carroll |
| 28 | 05/03/11 | Memo to Thalidomide file from Mr. Spiegel |
| 29 | 05/06/11 | Email from Mr. Spiegel attaching updated memo |
| 30 | 09/20/11 | Email exchange between Mr. Berman, Mr. Styant-Browne, Ms. Reeves and Mr. Spiegel |
| 31 | 04/30/14 | Memo to Thalidomide file from Spiegel |
| 32 | 05/06/14 | Email and attached memorandum from Mr. Spiegel to team |
| 33 | 12/23/11 | Email to Mr. Styant-Browne and Ms. Barnes from Ms. Reeves |

**Exhibits to Hagens Berman Sobol Shapiro LLP and Steve Berman's Response to the OSC
Entered August 5, 2025**

| Ex. No. | Date | Description |
| --- | --- | --- |
| 34 | 07/30/12 | Email to Mr. Berman, Mr. Styant-Browne, Mr. Spiegel and Mr. Gordan from Ms. Reeves |
| 35 | 06/01/14 | Retainer agreement |
| 36 | 10/15/11 | Email to Mr. Berman, Mr. Styant-Browne and Mr. Spiegel from Ms. Reeves |
| 37 | 09/29/11 | Email exchange between Ms. Reeves and Mr. Styant-Browne |
| 38 | 11/09/11 | Email to Mr. Berman, Mr. Styant-Browne and Mr. Spiegel from Ms. Reeves re GSK |
| 39 | 12/08/14 | Memo to File from Mr. Brown re Dr. Forrer |
| 40 | 02/28/14 | Ms. Mahoney's Elements of the Claims document |
| 41 | 10/02/13 | Discovery requests from Plaintiff to Defendants |
| 42 | 09/09/11 | Email to Mr. Styant-Browne from Ms. Reeves attaching memo |
| 43 | 08/24/11 | Email to Mr. Gordon from Ms. Reeves forwarded to Mr. Berman and Mr. Styant-Browne |
| 44 | 10/24/11 | Email exchange between Mr. Day, Ms. Reeves, Mr. Gordon and Mr. Styant-Browne |
| 45 | 10/21/11 | Email to Mr. Styant-Browne from Ms. Reeves |
| 46 | 11/17/11 | Press Release – "Patients Seek to Force FDA to Release Records Showing Distribution of Thalidomide" |
| 47 | 09/23/11 | Email exchange between Ms. Reeves, Mr. Berman, Mr. Spiegel & Mr. Styant-Browne |
| 48 | 09/27/11 – 06/19/12 | Email to Mr. Berman and Others from Ms. Reeves |
| 49 | 05/05/14 | Email to Team from Mr. Spiegel |
| 50 | | Thalidomide Case Background Questions |
| 51 | 03/22/12 | Email to Mr. Haegele from Mr. Styant -Browne |
| 52 | 08/23/12 | Email to potential client from Ms. Barnes |
| 53 | 08/27/12 | Email exchange between Mr. Berman, Mr. Styant-Browne, Mr. Haegele, Ms. Reeves and Ms. Barnes |
| 54 | 05/04/12 | Email to Mr. Styant-Browne and Mr. Berman from Ms. Reeves attaching index of FDA documents |
| 55 | 05/06/12 | Email to Mr. Gordon, Mr. Berman, Mr. Styant-Browne, and others from Ms. Reeves |
| 56 | 08/17/12 | Email to Mr. Styant-Browne and Ms. Barnes from Mr. Berman |
| 57 | 08/10/12 | Email to Mr. Berman, Mr. Gordon and Mr. Styant-Browne from Ms. Reeves |
| 58 | 10/02/62 | Letter to Merrell from FDA officer Kenneth Lennington |
| 59 | 10/19/62 | Letter from FDA files |
| 60 | 12/05/12 | Email to Mr. Styant-Browne from Mr. Spiegel with attachment |
| 61 | 08/16/12 | Email to Team from Mr. Berman re FDA documents |

**Exhibits to Hagens Berman Sobol Shapiro LLP and Steve Berman's Response to the OSC
Entered August 5, 2025**

| Ex. No. | Date | Description |
|---|---|---|
| 62 | 08/17/12 | Email to Ms. Reeves, Ms. Barnes and Mr. Styant-Browne from Mr. Berman with attachment |
| 63 | 08/17/12 | Email to Ms. Barnes, Mr. Haegele, Mr. Styant-Browne and Ms. Reeves from Mr. Berman attaching list of investigators |
| 64 | 11/14/11 | Email exchange between Ms. Reeves and Mr. Styant-Browne |
| 65 | 12/22/11 | Email to Ms. Reeves from Ms. Barnes re Kelsey archives review |
| 66 | Undated | Table with Key Docs from Kelsey Archive |
| 67 | 01/10/14 | Email from to Team from Ms. Mahoney attaching documents |
| 68 | 08/14/14 | Email to Mr. Spiegel from Ms. Bede |
| 69 | 08/04/14 | Email to Mr. Berman and Mr. Styant-Browne from Mr. Brown |
| 70 | 10/08/14 | Memo to File from Ms. Bede and Mr. Brown |
| 71 | 10/22/12 | Email exchange between Ms. Reeves and Mr. Berman |
| 72 | 01/17/14 | Email to Team from Mr. Berman |
| 73 | 08/06/12 | Email to Team from Mr. Berman |
| 74 | 04/13/12 | Email exchange between Mr. Berman, Mr. Styant-Browne and Ms. Reeves |
| 75 | 07/30/12 | Email exchange between Mr. Berman, Mr. Styant-Browne, Mr. Gordon and Ms. Reeves |
| 76 | 08/17/12 | Email to Team from Mr. Berman |
| 77 | 08/30/12 | Email to Team from Mr. Berman re Dr. Stephens |
| 78 | 08/20/12 | Email exchange between Ms. Reeves, Ms. Barnes and Mr. Styant-Browne |
| 79 | 02/02/14 | Email to Mr. Berman |
| 80 | 08/30/13 | Email to Dr. Stephens from Mr. Berman |
| 81 | 04/03/14 | Email to Dr. Stephens from Mr. Berman |
| 82 | 03/2012 | Email exchange between Ms. Barnes, Mr. Styant-Browne, Ms. Reeves and Mr. Berman |
| 83 | 03/02/12 | Memo to Mr. Berman from Ms. Reeves re Dr. Kessler |
| 84 | 02/24/12 | Email to Mr. Berman from Ms. Reeves re Dr. Kessler |
| 85 | 03/04/12 | Email to Team from Ms. Reeves with attachments |
| 86 | 05/19/14 | Email to Mr. Berman |
| 87 | 10/11/14 | Email to Mr. Berman |
| 88 | 01/29/14 | Email exchange with Mr. Berman |
| 89 | 11/14/12 | Email to Mr. Berman from Mr. Gordon |
| 90 | 08/30/13 | Email to Mr. Berman from Peter Gordon |
| 91 | 05/06/14 | Email to Mr. Berman from Ms. Bede |
| 92 | 05/02/14 | Email exchange between Mr. Berman and Ms. Bede |
| 93 | 04/19/14 | Email exchange with Ms. Bede |
| 94 | 05/28/14 | Email to Mr. Berman from Ms. Bede |
| 95 | 06/19/12 | Email to Mr. Spiegel, Ms. Reeves & Ms. Barnes from Mr. Berman |
| 96 | 08/15/12 | Email to Mr. Berman from Mr. Gordon re Dr. Stephens |

**Exhibits to Hagens Berman Sobol Shapiro LLP and Steve Berman's Response to the OSC
Entered August 5, 2025**

| Ex. No. | Date | Description |
|---|---|---|
| 97 | 08/16/12 | Email to Ms. Reeves from Mr. Berman re Dr. Stephens |
| 98 | 07/02/14 | Email exchange between Mr. Weaver, Mr. Spiegel, Mr. Styant-Browne and Mr. Berman |
| 99 | 11/22/13 | Email to Dr. Stephens from Ms. Hasselman |
| 100 | 04/30/14 | Email exchange between Dr. Stephens and Ms. Grueneich |
| 101 | 05/16/14 | Email exchange between Dr. Stephens and Ms. Grueneich with attachments |
| 102 | 09/16/14 | Email to SDM Hangley from Mr. Styant-Browne |
| 103 | | Intentionally Left Blank |
| 104 | 08/25/14 | Email exchange between Ms. Bolton and Mr. Weaver |
| 105 | 01/22/19 | Hagens Berman Disclosure to the Court, attaching 2018 Stephens Declaration |
| 106 | | Ms. Reeves' notes regarding Mr. Navamuel |
| 107 | | Mr. Navamuel's Questionnaire |
| 108 | 01/19/12 | Email to Mr. Styant-Browne from Ms. Reeves |
| 109 | 12/18/13 | Letter to Mr. Anderson from Mr. Styant-Browne |
| 110 | 12/22/13 | Letter to Hagens Berman from Mr. Anderson |
| 111 | 11/01/13 | Letter to Mr. Anderson from Mr. Styant-Browne |
| 112 | 08/05/14 | Letter to Mr. Anderson from Mr. Styant-Browne |
| 113 | 08/28/14 | Email between Mr. Weaver, Mr. Styant-Browne and Ms. Grueneich |
| 114 | | Intentionally left blank |
| 115 | 09/17/14 | Letter to Mr. Anderson from Mr. Styant-Browne |
| 116 | 02/06/17 | Email to SDM Hangley from Mr. Roberts with attachment |
| 117 | 09/21/17 | Email to Mr. Anderson from Mr. Alfano with attachments |
| 118 | | Ms. Sells' Questionnaire |
| 119 | 07/03/14 | Email to Team from Ms. Mahoney |
| 120 | | Intentionally left blank |
| 121 | | Intentionally left blank |
| 122 | | SDM Hangley Invoices |
| 123 | | Summary chart of SDM Hangley' fees and expenses |
| 124 | | Summary chart of SDM Hangley's ex parte communications and investigation |
| 125 | | Excerpt from Deposition of Edmund Andre |
| 126 | | Ms. Reeves' notes re Andre |
| 127 | 08/14/12 | Email exchange between Ms. Reeves and Mr. Berman |
| 128 | 08/04/14 | Email to Mr. Kodroff from Mr. Berman |
| 129 | 07/14/15 | Email from Mr. Styant-Browne |
| 130 | | Jun 20, 2014 discovery responses and production by Mr. Anderson |
| 131 | | Plaintiff Ranking Summary |
| 132 | 11/05/13 | Williams' Response to GSK Interrogatory No. 4 |
| 133 | 11/05/13 | Email exchange between Ms. Williams and Ms. Mahoney |

**Exhibits to Hagens Berman Sobol Shapiro LLP and Steve Berman's Response to the OSC
Entered August 5, 2025**

| Ex. No. | Date | Description |
|---|---|---|
| 134 | 01/08/14 | Email exchange between Ms. Mahoney, Mr. Styant-Browne, Mr. Spiegel, Ms. Smith, Ms. Hasselman, Ms. Grueneich and Mr. Haegele |
| 135 | 10/02/25 | Supplemental Declaration of Steve Berman |