IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENDA JOHNSON, *et al.*, | : | |
|     *Plaintiffs,* | : | |
| | : | |
| v. | : | Case No. 2:11-cv-05782-PD |
| | : | |
| SMITHKLINE BEECHAM | : | AND ALL RELATED CASES |
| CORPORATION, *et al.*, | : | |
|     *Defendants* | : | |

MEMORANDUM IN SUPPORT OF MOTION TO SEAL
RESPONSE OF TYLER WEAVER TO ORDER TO SHOW CAUSE
ISSUED ON AUGUST 5, 2025

    Tyler Weaver requests leave to file his response to the motion to show cause in order to provide maximum protection for his former client, Terri Bolton. Mr. Weaver's response is crafted in a manner designed to avoid any damage to Ms. Bolton's still-pending claim while still responding to the order to show cause.

                                                                                                                                                Respectfully Submitted,

                                                                                                                */s/ Robert E. Welsh*_____
                                                                                                                Robert E. Welsh
                                                                                                                 Welsh & Recker, P.C.
                                                                                                                 306 Walnut Street
                                                                                                                 Philadelphia, PA 19106
                                                                                                                 215 972 6430
                                                                                                                 rewelsh@welshrecker.com
                                                                                                                 Counsel for Tyler Weaver