IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLENDA JOHNSON, et al.,

    v.                    Civ. No. 11-05782
                          and all related cases

SMITHKLINE BEECHAM
CORPORATION, et al.,

**Terrie Bolton's Response to Motion for Leave to File Under Seal Response of Tyler Weaver to Order to Show Cause Issued on August 5, 2025**

I, Terrie Bolton, received and reviewed Tyler Weaver's Motion for Leave to File Under Seal Response to Order to Show Cause Issued on August 5, 2025, Doc. 855 ("Motion").

In his Motion, Mr. Weaver stated that he wanted to file his Response to the Court's Order to Show Cause ruling ("Response") under seal because: (1) Mr. Weaver "seeks to avoid any action that might diminish Ms. Bolton's claim and his response to the order to show cause is crafted in such a way as to avoid such harm while permitting Mr. Weaver to effectively respond to the order to show cause"; and (2) "[s]ealing Mr. Weaver's response will aid in the effort to avoid diminishing Ms. Bolton's claim."  Motion, p. 2.

I agree and support the sealing of Mr. Weaver's Response.  That said, Mr. Weaver's response, to the extent it relates to me and my claims in the underlying litigation, should not be concealed from me.  As a result, I respectfully request that, if the Court seals Mr. Weaver's Response, the Court order that Mr. Weaver sends a copy to me via email that does not redact those portions of the Response

that are not confidential, and those portions which are confidential but relate to me and/or my claims.

Respectfully submitted on October 20, 2025.

Terrie Bolton
21001 N. Tatum Blvd STE 1630 #492
Phoenix, AZ 85050
(312) 623-3070
Email: tmixon922@gmail.com