IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENDA JOHNSON, et al. | Civ. No. 2:11-cv-05782-PD |
| v. | |
| SMITHKLINE BEECHAM CORPORATION, et al. | AND ALL RELATED CASES |

## HAGENS BERMAN SOBOL SHAPIRO LLP AND STEVE BERMAN'S MOTION FOR RECUSAL

Pursuant to Title 28, United States Code, Section 455(a), Hagens Berman Sobol Shapiro LLP and Steve Berman ("collectively "Respondents"), by and through undersigned counsel, respectfully move the Court for an order: (1) immediately recusing the Court from this matter; and (2) requesting the appointment of a new, randomly selected district court judge to preside over this matter. As set forth in the Respondents' accompanying Brief in Support of Motion for Recusal, Respondents aver as follows:

1.  The Court engaged in extensive *ex parte* communications with Special Discovery Master ("SDM") William T. Hangley throughout his appointment in this case. The *ex parte* communications exceeded authorizations set forth in the Court's initial appointment order (Doc. 256), Fed. R. Civ. P. 53, and the Code of Conduct for U.S. Judges.

2.  Numerous, unexplained *ex parte* communications occurred when SDM Hangley's sole undertaking was to draft his Report and Recommendations dated October 13, 2023 ("R&R") (Doc. 767), and Respondents have a good faith basis to believe that SDM Hangley and the Court impermissibly discussed the findings, conclusions, or opinions set forth in the R&R.

3.  Respondents have a good faith basis to believe that the *ex parte* communications between SDM Hangley and the Court during the time period that SDM Hangley was drafting the

R&R impacted the Court's ability to conduct an independent, impartial *de novo* review of Respondents' objections to the R&R.

4. The extensive and pervasive *ex parte* communications create an appearance of bias. A reasonable person, with all the knowledge of the facts, would conclude that the Court's impartiality might reasonably be questioned. Because a reasonable person, with all the knowledge of the facts, would conclude that the Court's impartiality might reasonably be questioned in the circumstances presented here, the Court's disqualification is mandated pursuant to 28 U.S.C. § 455(a).

5. Because the Court's disqualification is mandated, Respondents request that the Court order the Clerk of Courts to randomly assign this matter to a new district court judge.

WHEREFORE, Respondents respectfully request that this Motion for Recusal be granted.

Respectfully submitted,

October 23, 2025                              /s/ Keith Beauchamp

COPPERSMITH BROCKELMAN PLC

Keith Beauchamp (*pro hac vice*)
kbeauchamp@cblawyers.com
Marvin C. Ruth (*pro hac vice*)
mruth@cblawyers.com
Malvika A. Sinha (*pro hac vice*)
msinha@cblawyers.com
2800 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5490
Facsimile: (602) 224-6020

        PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP

            Gaetan J. Alfano
            Pennsylvania Bar No. 32971
            GJA@pietragallo.com

            Peter St. Tienne Wolff
            Pennsylvania Bar No. 208433
            PSW@pietragallo.com
            1818 Market Street, Suite 3402
            Philadelphia, PA 19102
            Telephone: (215) 320-6200
            Facsimile: (215) 981-0082

        SAXTON & STUMP

            Christopher C. Conner
            Pennsylvania Bar No. 36407
            4250 Crums Mill Road, Suite 201
            Harrisburg, PA 17112
            cconner@saxtonstump.com
            Office: 717-216-5522
            Fax:717-547-1900

            Timothy M. Stengel
            Pennsylvania Bar No. 314573
            280 Granite Run Drive, Suite 300
            Lancaster, PA 17601
            tstengel@saxtonstump.com
            Office: 717-556-1010
            Fax: 717-441-3810

        *Attorneys for Hagens Berman Sobol Shapiro LLP, and Steve Berman*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 23, 2025, a true and correct copy of the foregoing Hagens Berman Sobol Shapiro LLP and Steve Berman's Motion for Recusal was filed electronically and served on all counsel via the Court's CM/ECF system.

/s/ Keith Beauchamp

COPPERSMITH BROCKELMAN PLC

> Keith Beauchamp (*pro hac vice*)
> kbeauchamp@cblawyers.com
> Marvin C. Ruth (*pro hac vice*)
> mruth@cblawyers.com
> Malvika A. Sinha (*pro hac vice*)
> msinha@cblawyers.com
> 2800 North Central Avenue, Suite 1900
> Phoenix, AZ  85004
> Telephone: (602) 381-5490
> Facsimile: (602) 224-6020

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP

> Gaetan J. Alfano
> Pennsylvania Bar No. 32971
> GJA@pietragallo.com
>
> Peter St. Tienne Wolff
> Pennsylvania Bar No. 208433
> PSW@pietragallo.com
> 1818 Market Street, Suite 3402
> Philadelphia, PA 19102
> Telephone: (215) 320-6200
> Facsimile: (215) 981-0082

SAXTON & STUMP

Christopher C. Conner
Pennsylvania Bar No. 36407
4250 Crums Mill Road, Suite 201
Harrisburg, PA 17112
cconner@saxtonstump.com
Office: 717-216-5522
Fax: 717-547-1900

Timothy M. Stengel
Pennsylvania Bar No. 314573
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
tstengel@saxtonstump.com
Office: 717-556-1010
Fax: 717-441-3810

*Attorneys for Hagens Berman Sobol Shapiro LLP, and Steve Berman*