Exhibit 1

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GLENDA JOHNSON, et al., | Case No. 2:11-cv-05782-PD |
| Plaintiffs, | |
| v. | AND ALL RELATED CASES |
| SMITHKLINE BEECHAM COPORATION, et al. | |
| Defendants. | |

**DECLARATION OF KEITH BEAUCHAMP IN SUPPORT OF HAGENS
BERMAN AND STEVE BERMAN'S MOTION FOR RECUSAL**

I, Keith Beauchamp, declare as follows:

1.      I am a partner at the law firm of Coppersmith Brockelman PLC in Phoenix, Arizona. Along with co-counsel, I represent Hagens Berman Sobol Shapiro LLP, ("Hagens Berman" or "the Firm") and Steve Berman in this matter (collectively, "Respondents").

2.      This Declaration is submitted in connection with Hagens Berman and Steve Berman's Motion for Recusal.

3.      I am over the age of 18 and competent to be a witness. I have personal knowledge of the facts set forth in this Declaration and believe them to be true.

4.      Attached as Exhibit A to this Declaration is a summary table created from Special Discovery Master Hangley's invoices issued in this case to Hagens Berman and the Defendants from August 2014 through November 2023.[1] The summary is comprised of time entries reflecting *ex parte* communications with the Court as well as communications with unidentified parties (i.e., "telephone"). This table was created by attorneys and staff at my law firm working under my direction and supervision, and the time entries/descriptions selected from the invoices for the summary table appear verbatim as they appeared in the original invoices.

---

[1] The August 2014 invoice includes work performed in June and July 2014. *See* Ex. B.

5.      Attached as Exhibit B is a table summarizing SDM Hangley's fees and expenses from August 2014 through November 2023, as reflected in his invoices. This table was created by attorneys and staff at my law firm working under my direction and supervision. The amount of time billed, as well as the narrative descriptions in each time entry, were copied verbatim from the underlying invoices. The underlying invoices can be found at Exhibit 122 to Hagens Berman and Steve Berman's Response to August 5, 2025 Order to Show Cause Why Sanctions Should Not Be Imposed [Doc. 851-9, pgs. 2 through 230; Doc. 851-10, pgs. 1 through 270].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  October 23, 2025

/s/ Keith Beauchamp

# Exhibit A

**Special Discovery Master *Ex Parte* Communications**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 06/12/14 | William T. Hangley | **Discuss possible discovery master engagement with Judge Diamond.** Check potential conflicts. | 0.90 |
| 06/16/14 | William T. Hangley | **Briefing discussion with Judge Diamond** re appointment as discovery master. Discuss topics and issues.  Review docket entries to familiarize with case. | 2.00 |
| 06/17/14 | William T. Hangley | Review discovery dispute.  **Telephone with Judge Diamond.** | 1.00 |
| 06/18/14 | William T. Hangley | **Discussions with firm and court** re use of attorneys, potential conflicts, terms of appointment. | 0.90 |
| 06/23/14 | William T. Hangley | **Discuss planning with Judge Diamond.** Review affidavit.  Staffing. | 0.70 |
| 06/25/14 | William T. Hangley | Receive, review court order.  **Telephone with Judge Diamond.**  Review docket, select items for our file. Begin review. | 4.00 |
| 06/27/14 | William T. Hangley | Review files.  **Telephone with the court.** | 4.00 |
| 07/11/14 | William T. Hangley | Discuss order protocols with Chan and **Judge Diamond.**  Review and approve order.  Entered. | 0.80 |
| 07/14/14 | William T. Hangley | **Correspondence with Clerk of Court and Judge Diamond re order-entering authority.** Receive, review counsel's letter re summary judgment issues. Prepare for conference with counsel. | 3.30 |
| 07/17/14 | William T. Hangley | **Review discovery order with Judge Diamond.** File. | 3.60 |
| 07/31/14 | William T. Hangley | Receive, review Scott letter re Boiardi sanctions. Discuss with Chan.  **Discussion with Judge Diamond.** Locate earlier submissions.   Review and respond to submissions re scope of weekly  disclosures of progress in evaluating cases. Receive and review first deposition chart. | 3.80 |
| 08/01/14 | William T. Hangley | **Telephone with the Court.**  Consultation with Chan. Read and consider various submissions from counsel. | 2.30 |
| 08/07/14 | William T. Hangley | Administrative arrangements.  Telephone hearing on in-deposition discovery dispute. **Report to court.** | 1.1 |
| 08/18/14 | Ashely M. Chan | **Participate in call with W. Hangley and Judge Diamond re: status of plaintiffs motion to withdrawal as counsel.** | 0.50 |
| 08/18/14 | William T. Hangley | **Telephone with the Court.**  Analyze legal issues. | 1.30 |

**Special Discovery Master *Ex Parte* Communications**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 09/03/14 | William T. Hangley | Opinion and order.  Consider Chan email re withdrawal motions.  **Conference call with Judge Diamond.** Clerk's office re logistics. Review files from consolidated cases. Research and opinion. | 3.70 |
| 09/05/14 | William T. Hangley | *Telephone* .  Review report. | 0.80 |
| 10/18/14 | William T. Hangley | Review various briefs.  Diamond opinion re Andre. *Telephone* .  Correspondence with counsel re status of issues. | 3.00 |
| 10/28/14 | William T. Hangley | **Telephone with the Court.**  Research. | 2.00 |
| 10/29/14 | William T. Hangley | **Telephone with court.**  Set up and conduct telephone conference.  Drafting opinion. | 3.00 |
| 12/04/14 | William T. Hangley | File opinion and related work.  **Telephone with Judge Diamond  and Clerk Weber.** | 2.00 |
| 12/05/14 | Allison Buccola | **Participate in call with Judge Diamond**  re: sanctions opinion. | 0.30 |
| 12/08/14 | William T. Hangley | Receive, review counsel's report on review of cases, Orders from district court amending appointment and setting schedule for expense submission and objections thereto pursuant to sanctions recommendation. **Discussions  with chambers.** | 2.30 |
| 12/16/14 | William T. Hangley | **Research and discussions with Judge Diamond.** Review recent briefs and orders. | 5.60 |
| 12/23/14 | William T. Hangley | Prepare and file opinion and order. Consider Grunenthal motion and proposed order and **discuss procedure with Judge Diamond.** | 4.00 |
| | | **Totals** | 56.90 |

**Special Discovery Master *Ex Parte* Communications**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/23/15 | William T. Hangley | Review of Styant-Browne 1/20 letter. Consider jurisdictional concerns.  Email to all counsel. **Discuss allocation of responsibilities with Judge Diamond and go forward.** | 2.80 |
| 02/11/15 | William T. Hangley | **Telephone with Judge Diamond's chambers.** | 0.20 |
| 02/27/15 | William T. Hangley | **Discussion with Judge Diamond.** Receive, review court order. | 0.90 |
| 03/06/15 | William T. Hangley | **Discussion  with Judge Diamond.** | 0.60 |
| 03/10/15 | William T. Hangley | **Confer with Judge Diamond.**  Review pending matters. | 1.20 |
| 03/17/15 | William T. Hangley | Discuss status with Buccola. Arrangements  for ECF notices.  **Email discussion  with court and clerk.** | 0.70 |
| 03/26/15 | William T. Hangley | **Telephone with Judge Diamond.** | 0.70 |
| 04/01/15 | William T. Hangley | Review time charge records. **Telephone with Judge Diamond.** Review Diamond opinion re Debra Johnson. | 1.30 |
| 05/04/15 | William T. Hangley | **Telephone with Judge Diamond.** | 0.30 |
| 05/19/15 | Allison Buccola | **Attend conference  with W. Hangley and Judge Diamond.** | 0.30 |
| 06/01/15 | William T. Hangley | **Telephone  with Judge Diamond.**  Review Mandamus denial and materials.  Email to counsel re interview scheduling. | 1.80 |
| 06/03/15 | William T. Hangley | Scheduling interviews.  Emails to counsel. Receive, review and enter order in response to Knot email. **Telephone with the court.** | 1.50 |
| 06/12/15 | William T. Hangley | Preparation and Ledsome, Simeone interviews. Discuss with Buccola. **Telephone with the Court.** | 2.70 |
| 06/15/15 | William T. Hangley | **Telephone with the court.**  Research. Interviews. On-the-record  session with counsel. | 3.00 |
| 06/19/15 | William T. Hangley | **Meet with Judge Diamond.** | 0.40 |
| 07/09/15 | William T. Hangley | **Telephone with Judge Diamond.** | 0.40 |
| 07/14/15 | William T. Hangley | Research and **telephone with the court.** | 2.00 |
|  |  | **Totals** | 20.80 |

**Special Discovery Master *Ex Parte* Communications**

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 01/05/16 | William T. Hangley | Work on opinion.  **Telephone with Judge Diamond.** | 1.50 |
| 02/17/16 | William T. Hangley | **Telephone with the court.**  Receive, review new filing. | 0.60 |
| 02/18/16 | William T. Hangley | Preparation and conference call with all counsel. **Telephone with Judge Diamond.**  Work on report. | 2.00 |
| 03/02/16 | William T. Hangley | **Conversation  with the Court.**  Review case law. | 1.00 |
| 03/11/16 | William T. Hangley | **Telephone with Judge Diamond.** | 0.30 |
| 03/14/16 | William T. Hangley | **Judge Diamond  correspondence.**  Review recent filings by plaintiffs affected by withdrawal motions. | 0.40 |
| 07/28/16 | William T. Hangley | *Solicit comments*  on draft R&R. | 0.50 |
| 08/10/16 | William T. Hangley | File report and recommendation. **Discussions with the Court.** | 2.80 |
| 10/28/16 | William T. Hangley | Research and t**elephone with the court.** | 1.40 |
| 11/23/16 | William T. Hangley | *Correspondence from party* .  **Confer with court and formulate response.**  Review correspondence and draft response. | 2.20 |
| 12/12/16 | William T. Hangley | Receive, review defendants' waiver of participation  in in camera proceedings. **Correspondence with Judge Diamond.** | 1.20 |
|  |  | **Totals** | 13.90 |

**Special Discovery Master *Ex Parte* Communications**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/23/17 | William T. Hangley | File R&R.  **Conversation with Judge Diamond.** | 1.00 |
| 05/22/17 | William T. Hangley | Receive, review Alfano letter to Court. **Discuss status with the Court.** | 0.60 |
| 09/05/17 | William T. Hangley | **Discuss hearing logistics with the Court and staff** | 0.40 |
| 09/13/17 | William T. Hangley | **Email from chambers.**  Continuing review of record. | 3.40 |
| 09/20/17 | William T. Hangley | Order on Berman motion.  Meeting with Rice and Amenhauser.   Prepare for hearings. Organization  of binders. **Telephone with court re logistics and questions about sealing documents.** | 4.90 |
| 09/28/17 | William T. Hangley | Preparation and hearing.  **Consultation with Judge Diamond.** | 7.50 |
| 11/28/17 | William T. Hangley | Conference call with counsel for HB and one plaintiff. **Report to and discuss with Judge Diamond.** Review documents. Research. | 4.40 |
| 12/19/17 | William T. Hangley | **Telephone with Judge Diamond**. Telephone with Alfano.  Review Yeatts complaint allegations. *Search internet*. | 2.00 |
|  |  | **Totals** | 24.20 |

**Special Discovery Master *Ex Parte* Communications**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/25/18 | William T. Hangley | **Email to and conversation with the Court.** Continuing work on opinion. | 3.60 |
| 01/26/18 | William T. Hangley | **Telephone with Judge Diamond** and law clerk Martha Hanna.  Draft order. | 1.50 |
| 01/30/18 | William T. Hangley | **Correspondence with** counsel and **court**. Drafting proposed order. | 2.50 |
| 01/31/18 | William T. Hangley | **Draft suggested order for the court.** | 2.50 |
| 02/01/18 | William T. Hangley | Review clerk's edits to order; **telephone with Judge Diamond.** | 1.20 |
| 02/02/18 | William T. Hangley | **Judge Diamond re scope of drafting responsibility.** | 1.00 |
| 02/14/18 | William T. Hangley | Report and Recommendation.  **Telephone with chambers.**  Research. | 8.00 |
| 02/15/18 | William T. Hangley | **Telephone with chambers.**  Drafting. | 1.50 |
| 03/15/18 | William T. Hangley | Draft and send letter to Cabcabin. **Telephone with Judge Diamond.**  *Email exchange with Pulgram.* | 2.40 |
| 03/31/18 | William T. Hangley | Email from Ms. Cabcabin.  Respond by email to Pulgram.  **To Judge Diamond.** | 0.50 |
| 04/12/18 | William T. Hangley | Arrangements for pro hac and local counsel appearances. **Telephone with Judge Diamond.** Emails with Rice. Review Cabcabin and Defendants  motions and issue scheduling order. Serve the 5 plaintiffs. | 1.80 |
| 04/13/18 | William T. Hangley | *Correspondence and emails* .  **Telephone with chambers.** | 0.80 |
| 05/02/18 | William T.  Hangley | **Telephone with Court.**  Review papers filed. | 1.50 |
| 05/04/18 | William T.  Hangley | **Telephone with Judge Diamond.** Research. | 1.20 |
| 05/07/18 | William T. Hangley | *Telephone.*    Research and  writing.  Review Fenwick bill. | 2.20 |
| 05/08/18 | William T. Hangley | Research.  **Telephone  with chambers.** Review Pulgram  bill and approve. | 3.40 |
| 05/10/18 | William T. Hangley | **Discussions with court regarding conduct of hearings and protection of privilege.** | 2.00 |
| 05/29/18 | William T. Hangley | **Discuss Sampson situation with Judge Diamond**. *Correspondence* .   Review court order. *Telephone* . *Review MN lawyer data* . | 2.00 |
| 07/09/18 | William T. Hangley | Review, approve Cabcabin counsel bills and inform Hagens Berman.  Receive notice re Bolton. Discussion  with Rice. **With Judge Diamond.** Address motions. | 1.90 |

**Special Discovery Master *Ex Parte* Communications**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|------:|
| 07/27/18 | William T. Hangley | Review Sampson letter and respond. **Telephone discussion with Judge Diamond.** | 1.40 |
| 07/30/18 | William T. Hangley | *Emails with Sampson* . With Rice. **With the Court.** | 0.80 |
| 10/09/18 | William T. Hangley | John Summers. **Judge Diamond re scope of assignment.** | 0.90 |
| 11/16/18 | William T. Hangley | **Telephone with the Court**. Further work on Report. | 2.20 |
| 12/12/18 | William T. Hangley | **Telephone with Judge Diamond.** Report and recommendation. | 2.20 |
| 12/19/18 | Kim Ferrari | **Call with Clerk from Judge Diamond's chambers regarding status of R&R**; discuss same with W. Hangley. | 0.50 |
| | | **Totals** | 49.50 |

**Special Discovery Master *Ex Parte* Communications**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/07/19 | William T. Hangley | Receive email from Kim Ferrari.  Review Reeves motion.  **Telephone with the court.** | 1.8 |
| 02/14/19 | William T. Hangley | **Telephone with the Court.**  Review Donato correspondence and respond.  Review Reeves folders. | 2.80 |
| 03/04/19 | William T. Hangley | Review materials.  **Conversation with Judge Diamond.**  *Emails* . | 1.50 |
| 03/20/19 | William T. Hangley | **Telephone and correspondence with the court** re scheduling and courtroom access arrangements. | 0.70 |
| 03/21/19 | William T. Hangley | **Further correspondence and telephone with court, court staff, team and counsel re hearing dates**.  Continuing review of documents. | 3.20 |
| 03/22/19 | William T. Hangley | *Further correspondence* .  Follow up with counsel on dates and productions.  Issue schedule order.  Receive and consider further correspondence from counsel regarding scope and particulars of productions, as well as schedule conflicts. Telephone with Donato re contacting interested counsel and polling re immediate and available dates.  **Correspondence with the Court.** | 4.00 |
| 03/25/19 | William T. Hangley | Scheduling problems.  **Telephone with court.** Review Reeves position and continue drafting memorandum. Review earlier opinions and R&Rs. | 6.00 |
| | | **Totals** | 20.00 |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/12/20 | William T. Hangley | *Exchange phone messages with counsel* . **Consult with court.** | 0.60 |
| 03/23/20 | William T. Hangley | **Research and discussion with Judge Diamond.** | 2.00 |
| 03/24/20 | William T. Hangley | **Correspondence with the court.** | 0.50 |
| 04/05/20 | William T. Hangley | *Telephone  and research.* | 2.00 |
| 04/10/20 | William T. Hangley | Research and *telephone* . | 2.20 |
| 04/15/20 | William T. Hangley | **Review Standing Order and discuss scheduling with Judge Diamond and team.** Field questions from counsel.  Receive, review email and Reich opinion from Hagens Berman counsel. | 3.30 |
| 04/21/20 | William T. Hangley | **Discuss scheduling with the Court.**  Enter new scheduling order. | 0.80 |
| 04/24/20 | William T. Hangley | Review transcripts and Reich opinion. Research Federal Rules.  **Discussion with Judge Diamond** and discussions with team. | 4.60 |
| 04/29/20 | William T. Hangley | Internal discussions and research re treatment of transcripts.  **Telephone with Judge Diamond.** | 1.40 |
| 05/08/20 | William T. Hangley | **Telephone with Judge Diamond.** | 0.70 |
| 05/20/20 | William T. Hangley | Research.  **Telephone with the court.** | 2.40 |
| 05/21/20 | William T. Hangley | *Correspondence* and drafting.  Work on Memorandum. | 5.20 |
| 06/08/20 | William T. Hangley | Edits to draft.  Send, conduct Zoom meeting with team. **Correspondence with the court.** Further research and writing. | 4.50 |
| 06/09/20 | William T. Hangley | **Conference with the court.**  Continuing research and consultation with team. Revisions to draft M&O. | 5.00 |
| 06/12/20 | William T. Hangley | *Correspondence* . | 0.70 |
| 06/15/20 | William T. Hangley | *Correspondence* . | 0.40 |
| 06/20/20 | William T. Hangley | *Correspondence* . | 0.40 |
| 06/26/20 | William T. Hangley | Receive motion for extension, and **discuss allocation of adjudicative responsibilities with Judge Diamond.** Act on motion. | 1.40 |
| 06/30/20 | William T. Hangley | *Telephone*  and research. | 0.50 |
| 07/09/20 | William T. Hangley | Receive and review briefs.  **Telephone with the court.** Discussions with team. Set up zoom meeting with team and study briefs. | 4.80 |
| 07/15/20 | William T. Hangley | **Telephone with the court.**  Zoom with team. | 1.40 |
| 07/23/20 | William T. Hangley | **Telephone with the court** and with team, while traveling.  Update. | 0.60 |
| 08/03/20 | William T. Hangley | Drafting and review of earlier draft opinion. **Telephone with Court.** Zoom with Matthias and Rice. Consider suggested edits. | 2.50 |

**Special Discovery Master *Ex Parte* Communications**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/04/20 | William T. Hangley | Review past events in order to brief Judge Diamond's new clerk. **Telephone with the judge.** Continue work on review of redactions and draft opinion. | 3.00 |
| 08/20/20 | William T. Hangley | Review recent filings. **Discussion with the court.** | 2.60 |
| 08/21/20 | William T. Hangley | Review schedules with Rice and Matthias. Preliminary review of Cabcabin and Hagens Berman briefs. *Telephone*. Research. | 2.30 |
| 08/25/20 | William T. Hangley | **Correspondence from the court.** | 0.40 |
| 08/26/20 | William T. Hangley | **Discuss conflict issues with the court and team.** | 0.60 |
| 08/28/20 | William T. Hangley | **Telephone with the court.** | 0.70 |
| 08/31/20 | William T. Hangley | *Correspondence,* **discussion with the court** and review of discovery documents re relationship between Sampson discovery disputes and matters before the SDM ripe for decision. | 1.00 |
| 09/01/20 | William T. Hangley | **Update from court** on discovery disputes and appointment in Sampson case, and overlaps with Johnson case issues.  Read motion papers. Agree to potential appointment.  (Charge discounted 50%) | 2.00 |
| 09/03/20 | William T. Hangley | *Review emails and filings in these and a related case*. *Telephone*.   (Charge discounted 50%) | 1.90 |
| 09/08/20 | William T. Hangley | **Telephone with the court.** | 0.80 |
| 09/09/20 | William T. Hangley | Review and comment to Pulgram and Alfano on Cabcabin bills.  **Review history with Judge Diamond.** | 2.50 |
| 09/11/20 | William T. Hangley | **Report to the court.**  Email update dicussion with Rice. (Charge discounted 50%) | 0.90 |
| 09/14/20 | William T. Hangley | *Telephone*. | 0.40 |
| 09/17/20 | William T. Hangley | **Telephone with the court.**  Research. Telephones and emails with team. | 2.00 |
| 10/21/20 | William T. Hangley | Review open motions (according to the docket) and **advise the Court.** | 1.80 |
| 10/22/20 | William T. Hangley | **Email and correspondence with the court.** | 0.40 |
| 12/04/20 | William T. Hangley | **Remote meeting with Judge Diamond.** | 0.80 |
|  |  | **Totals** | 72.00 |

**Special Discovery Master *Ex Parte* Communications**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 01/11/21 | William T. Hangley | Review file, **clear scheduling with Judge Diamond**, and prepare and enter scheduling order. | 3.00 |
| 05/03/21 | William T. Hangley | *Telephone* and review earlier orders. | 2.20 |
| 05/04/21 | William T. Hangley | **Telephone with the Court** and follow-up with team re scheduling and attendance terms. Drafting order. | 2.00 |
| 05/07/21 | Cary Rice | Evaluate **request from Judge Diamond** for information related to requested order. | 0.40 |
| 05/27/21 | William T. Hangley | **Telephone with the court.** Arrangements to begin post-hearings review and drafting. | 0.90 |
| 06/09/21 | William T. Hangley | **Lengthy calls with team and with the court.** Continuing research and request for research assistance. *Correspondence with counsel*. | 4.00 |
| 07/06/21 | William T. Hangley | **Telephone with the court.** | 0.60 |
| 08/24/21 | William T. Hangley | Research and drafting. **Question for the court.** | 4.40 |
| 08/30/21 | William T. Hangley | *Telephone* and review recent cases. | 2.30 |
| 09/23/21 | William T. Hangley | **Telephone with the court** and review testimony. | 1.90 |
| 10/04/21 | William T. Hangley | **Telephone with the court.** | 0.60 |
| 11/02/21 | William T. Hangley | *Telephone*. | 0.60 |
| 12/10/21 | William T. Hangley | Transcript review and research; **correspondence with the court.** | 4.40 |
| 12/14/21 | William T. Hangley | Drafting and research. *Telephone*. | 3.60 |
| 12/15/21 | William T. Hangley | Drafting and research. *Telephone*. | 6.00 |
| | | **Totals** | 36.90 |

**Special Discovery Master *Ex Parte* Communications**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/06/22 | William T. Hangley | **Telephone with the Court.** | 0.40 |
| 03/17/22 | William T. Hangley | **Follow up with court re recent dismissal** of related litigation. *Review that docket* . | 0.70 |
| 05/06/22 | William T. Hangley | **Telephone with the court.** | 0.40 |
| 06/13/22 | William T. Hangley | *Telephone* and research. | 1.30 |
| 06/15/22 | William T. Hangley | Drafting and research. *Telephone* . | 4.50 |
| 06/23/22 | William T. Hangley | **Correspondence with the court and with counsel (re Harrellson settlement).** Continued review and drafting. | 5.00 |
| 06/28/22 | William T. Hangley | Record review and drafting. *Telephone* . | 5.00 |
| 09/19/22 | William T. Hangley | **Telephone with the Court.** Drafting R&R. | 7.00 |
| 11/21/22 | William T. Hangley | Draft report. **Correspondence with the court.** | 4.00 |
| 11/28/22 | William T. Hangley | *Telephone* and record review. | 4.00 |
| 12/21/22 | William T. Hangley | Research and **telephone with the court.** | 3.60 |
| 12/22/22 | William T. Hangley | Research and **discussion with Judge Diamond.** | 7.00 |
| 12/23/22 | William T. Hangley | Research and drafting. **Telephone with the court.** | 4.80 |
| | | **Totals** | 47.70 |

**Special Discovery Master *Ex Parte* Communications**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 02/28/23 | William T. Hangley | Drafting and **telephone with the court.** | 3.00 |
| 03/10/23 | William T. Hangley | J. Summers re staffing arrangements and coverage. **Telephone with the Court.** | 0.90 |
| 05/03/23 | William T. Hangley | *Telephone*.  Review transcripts and citations. | 5.30 |
| 06/02/23 | William T. Hangley | **Discuss case questions with the court.** Review testimony. | 0.90 |
| 07/07/23 | William T. Hangley | **Telephone with the court.** | 0.30 |
| 07/10/23 | William T. Hangley | **Telephone with the court.** | 1.00 |
| 08/04/23 | William T. Hangley | Drafting and **correspondence with the court.** | 4.20 |
| 08/10/23 | William T. Hangley | Research and record check.  *Telephone*. | 4.40 |
| 10/20/23 | William T. Hangley | **Correspondence with the court.** | 0.40 |
| 10/31/23 | William T. Hangley | **Telephone with the court.** Various details. | 0.70 |
|  |  | **Totals** | 21.10 |

Exhibit B

# Exhibit B

### Table of Special Discovery Master Invoices by Date Work Performed

| Month of Service | Invoice Date | SDM Hours | SDM Fee | Other atty Hours | Assoc. Fee | Para Hours | Para Fee | Total Fees & Costs |
|---|---|---|---|---|---|---|---|---|
| **2014** | | | | | | | | |
| June-July | 08/15/14 | 56.6 | $41,440.00 | 28.7 | $12,915.00 | 9.4 | $1,739.00 | $56,121.15 |
| August-September | 10/15/14 | 37.2 | $29,760.00 | 5.6 | $2,520.00 | 8.0 | $1,480.00 | $34,214.40 |
| October | 11/20/14 | 32.0 | $25,600.00 | 6.7 | $1,239.50 | 0 | $0 | $27,681.00 |
| November | 12/08/14 | 85.9 | $68,720.00 | 16.4 | $3,444.00 | 0.6 | $111.00 | $77,435.10 |
| December | 01/13/15 | 57.0 | $45,600.00 | 8.2 | $1,807.00 | 10.4 | $1,924.00 | $54,608.58 |
| **2014 totals** | | **268.7** | **$211,120.00** | | $1,807.00 | 10.4 | $1,924.00 | **$250,060.23** |
| **2015** | | | | | | | | |
| January | 02/10/15 | 8.8 | $7,040.00 | 0 | $0 | 0.3 | $55.50 | $7,166.52 |
| February-March | 04/13/15 | 16.0 | $12,800.00 | 8.9 | $2,225.00 | 0 | $0 | $15,183.18 |
| April | 05/11/15 | 2.1 | $1,680.00 | 0.2 | $50.00 | 0 | $0 | $1,730.00 |
| May | 06/11/15 | 8.2 | $6,560.00 | 4.8 | $1,200.00 | 0.4 | $74.00 | $8,469.53 |
| June | 07/13/15 | 34.5 | $27,600.00 | 17.6 | $4,400.00 | 0 | $0 | $32,039.58 |
| July | 08/04/15 | 15.8 | $12,640.00 | 15.7 | $3,925.00 | 0 | $0 | $17,560.14 |
| August - November | 12/04/15 | 19.7 | $15,760.00 | 0.2 | $50.00 | 0 | $0 | $17,145.06 |
| December | 01/14/16 | 10.0 | $8,000.00 | 0 | $0 | 0 | $0 | $10,131.72 |
| **2015 totals** | | **115.1** | **$92,080.00** | | | | | **$109,425.73** |
| **2016** | | | | | | | | |
| January-February | 03/10/16 | 19.3 | $15,992.50 | 0.6 | $162.00 | 0 | $0 | $17,943.82 |
| March-September | 10/10/16 | 84.9 | $70,042.50 | 2.1 | $567.00 | 12.2 | $2,257.00 | $44,051.02 |
| October | 11/07/16 | 12.3 | $10,147.50 | 12.5 | $3,375.00 | 0 | $0 | $14,786.51 |
| November | 12/05/16 | 13.1 | $10,807.50 | 0.2 | $54.00 | 1.1 | $203.50 | $12,294.31 |
| December | 01/24/17 | 12.7 | $10,447.50 | 0 | $0 | 0 | $0 | $13,579.14 |
| **2016 totals** | | **142.3** | **$117,437.50** | | | | | **$102,654.80** |
| **2017** | | | | | | | | |
| January | 02/14/17 | 10.2 | $8,415.00 | 0 | $0 | 0.4 | $74.00 | $10,291.20 |

HB_OBJ1635

| Month of Service | Invoice Date | SDM Hours | SDM Fee | Other atty Hours | Assoc. Fee | Para Hours | Para Fee | Total Fees & Costs |
|---|---|---|---|---|---|---|---|---|
| February | 03/08/17 | 2.2 | $1,815.00 | 0 | $0 | 0 | $0 | $2,189.40 |
| May-June | 07/14/17 | 13.0 | $10,725.00 | 4.7 | $1,316.00 | 5.3 | $980.50 | $13,399.14 |
| July | 09/05/17 | 6.7 | $5,527.50 | 8.6 | $2,408.00 | 1.4 | $259.00 | $8,215.50 |
| August | 09/19/17 | 5.3 | $4,372.50 | 1.5 | $420.00 | 4.4 | $814.00 | $5,606.50 |
| September | 10/20/17 | 75.4 | $62,205.00 | 34.0 | $9,520.00 | 65.8 | $12,173.00 | $85,773.00 |
| October | 11/27/17 | 10.4 | $8,580.00 | 0 | $0 | 3.1 | $573.50 | $10,743.54 |
| November | 12/28/17 | 37.1 | $30,607.50 | 0.4 | $112.00 | 13.0 | $2,405.00 | $36,253.68 |
| December | 01/25/18 | 34.7 | $28,627.50 | 23.7 | $6,636.00 | 28.1 | $5,198.50 | $42,461.22 |
| **2017 totals** | | **182** | **$150,150.00** | | | | | **$214,933.18** |
| **2018** | | | | | | | | |
| January - March | 04/10/18 | 125.4 | $103,455.00 | 5.7 | $1,710.00 | 13.0 | $2,405.00 | $120,053.58 |
| April - May | 06/13/18 | 35.9 | $29,617.50 | 10.4 | $3,120.00 | 13.2 | $2,442.00 | $36,476.04 |
| June | 07/13/18 | 17.3 | $14,272.50 | 24.0 | $7,200.00 | 23.9 | $4,421.50 | $25,894.00 |
| July - August | 09/18/18 | 25.0 | $20,625.00 | 3.4 | $1,020.00 | 1.8 | $333.00 | $24,301.14 |
| September-October | 11/07/18 | 21.6 | $15,757.50 | 11.3 | $1,920.00 | 1.4 | $259.00 | $20,369.82 |
| November | 12/06/18 | 19.5 | $16,087.50 | 0 | $0 | 0 | $0 | $16,989.78 |
| December | 01/16/19 | 30.4 | $25,080.00 | 2.1 | $493.50 | 3.0 | $555.00 | $28,650.00 |
| **2018 totals** | | **275.10** | **$224,895.00** | | | | | **$272,734.36** |
| **2019** | | | | | | | | |
| January | 02/15/19 | 10.4 | $8,580.00 | 0 | 0 | 2.9 | $536.50 | $9,352.74 |
| February | 03/07/19 | 9.4 | $7,755.00 | 17.6 | $5,632.00 | 9.3 | $1,720.50 | $15,107.50 |
| March | 04/05/19 | 44.5 | $36,712.50 | 53.0 | $16,043.50 | 2.9 | $536.50 | $54,763.60 |
| April | 05/09/19 | 51.7 | $42,652.50 | 79.0 | $24,955.00 | 18.8 | $3,478.00 | $71,939.66 |
| May | 06/05/19 | 81.4 | $67,155.00 | 122.5 | $36,977.00 | 56.7 | $10,489.50 | $118,049.09 |
| June | 06/05/19* | 9.6 | $7,920.00 | 1.1 | $352.00 | 0 | $0 | $8,471.38 |
| July | 08/13/19 | 10.2 | $8,415.00 | 5.4 | $1,728.00 | 0 | $0 | $16,506.62 |
| August-October | 11/06/19 | 18.4 | $15,180.00 | 24.3 | $7,633.00 | 11.0 | $2,035.00 | $25,090.66 |
| November | 12/05/19 | 13.1 | $10,807.50 | 14.7 | $4,054.00 | 0.3 | $55.50 | $15,186.14 |
| December | 01/06/20 | 0.3 | $247.50 | 0 | $0 | 0 | $0 | $247.50 |
| **2019 totals** | | **249** | **$152,377.50** | | | | | **$334,714.89** |

| Month of Service | Invoice Date | SDM Hours | SDM Fee | Other atty Hours | Assoc. Fee | Para Hours | Para Fee | Total Fees & Costs |
|---|---|---|---|---|---|---|---|---|
| **2020** | | | | | | | | |
| January | 02/18/20 | 12.7 | $10,477.50 | 0.8 | $272.00 | 0 | $0 | $10,787.59 |
| February | 03/12/20 | 22.2 | $18,315.00 | 10.8 | $3,607.00 | 6.6 | $1,221.00 | $23,143.00 |
| March | 04/08/20 | 24.6 | $20,295.00 | 12.9 | $4,275.50 | 27.0 | $4,995.00 | $29,565.50 |
| April | 05/22/20 | 42.3 | $34,897.50 | 13.3 | $4,346.5 | 6.0 | $1,110.00 | $40,625.08 |
| May | 06/22/20 | 47.0 | $38,775.00 | 4.6 | $1,473.00 | 15.3 | $2,830.50 | $46,168.55 |
| June | 07/28/20 | 27.0 | $22,275.00 | 4.6 | $1,544.50 | 0 | $0 | $25,396.38 |
| July | 08/26/20 | 51.5 | $42,487.50 | 17.8 | $5,707.50 | 3.5 | $647.50 | $49,208.62 |
| August | 09/16/20 | 30.5 | $25,162.50 | 4.9 | $1,490.50 | 0 | $0 | $26,785.84 |
| September | 10/23/20 | 17.6 | $11,756.25 | 0 | $0 | 0 | $0 | $11,806.53 |
| October | 11/24/20 | 4.0 | $2,062.50 | 9.9 | $0 | 0 | $0 | $2,062.50 |
| December | 01/21/21 | 5.3 | $4,372.50 | 0 | $0 | 0.1 | $18.50 | $4,391.00 |
| **2020 totals** | | **284.7** | **$230,876.25** | | | | | **$269,940.59** |
| **2021** | | | | | | | | |
| January | 02/26/21 | 14.4 | $11,880.00 | 0.5 | $132.50 | 0 | $0 | $12,012.50 |
| February | 03/22/21 | 4.1 | $3,382.50 | 0 | $0 | 0 | $0 | $3,445.57 |
| March | 04/22/21 | 19.6 | $16,170.00 | 0 | $0 | 0 | $0 | $17,228.02 |
| April | 05/28/21 | 35.1 | $28,957.50 | 0 | $0 | 0 | $0 | $30,120.19 |
| May | 06/22/21 | 115.0 | $94,875.00 | 42.6 | $15,549.00 | 25.3 | $4,680.50 | $117,117.80 |
| June | 07/22/21 | 20.8 | $17,160.00 | 13.1 | $4,281.50 | 4.4 | $814.00 | $22,438.38 |
| July | 08/26/21 | 14.4 | $11,880.00 | 0.5 | $182.50 | 0 | $0 | $12,115.06 |
| August | 09/29/21 | 12.4 | $10,230.00 | 1.3 | 354.50 | 0 | 0 | $10,548.50 |
| September-October | 11/26/21 | 12.6 | $10,395.00 | 0 | $0 | 0 | $0 | $10,443.06 |
| November | 12/08/21 | 6.0 | $4,950.00 | 0 | $0 | 0 | $0 | $5,024.50 |
| December | 01/21/22 | 46.8 | $38,610.00 | 0 | $0 | 0.4 | $74.00 | $39,161.67 |
| **2021 totals** | | **301.2** | **$248,490.00** | | | | | **$279,655.25** |
| **2022** | | | | | | | | |
| January | 02/23/22 | 61.3 | $50,572.50 | 0 | $0 | 0 | $0 | $50,881.20 |
| February | 03/22/22 | 6.2 | $5,115.00 | 0 | $0 | 0 | $0 | $5,123.98 |
| March | 04/28/22 | 17.0 | $14,025.00 | 0 | $0 | 0 | $0 | $14,441.36 |

**HB_OBJ1637**

| Month of Service | Invoice Date | SDM Hours | SDM Fee | Other atty Hours | Assoc. Fee | Para Hours | Para Fee | Total Fees & Costs |
|---|---|---|---|---|---|---|---|---|
| April | 05/13/22 | 3.0 | $2,475.00 | 0 | $0 | 0 | $0 | $2,485.50 |
| May | 06/27/22 | 28.5 | $23,512.50 | 0 | $0 | 0 | $0 | $23,574.24 |
| June | 07/20/22 | 60.0 | $49,500.00 | 0 | $0 | 0 | $0 | $49,689.00 |
| July | 08/12/22 | 80.0 | $66,000.00 | 0 | $0 | 0 | $0 | $66,203.46 |
| August | 09/26/22 | 38.8 | $32,010.00 | 0 | $0 | 0 | $0 | $32,251.67 |
| September | 10/28/22 | 72.80 | $59,565.00 | 0 | $0 | 0 | $0 | $60,277.82 |
| October | 11/27/22 | 46.8 | $38,610.00 | 0 | $0 | 0 | $0 | $38,857.32 |
| November | 12/28/22 | 39.1 | $32,257.50 | 0 | $0 | 0 | $0 | $32,675.46 |
| December | 01/26/23 | 39.1 | $32,257.50 | 0 | $0 | 0 | $0 | $32,401.32 |
| **2022 totals** | | **453.5** | **$373,642.50** | | | | | **$376,461.01** |
| **2023** | | | | | | | | |
| January | 02/23/23 | 13.7 | $12,330.00 | 0 | $0 | 0 | $0 | $12,330.00 |
| February | 03/27/23 | 4.7 | $4,230.00 | 0 | $0 | 0 | $0 | $4,230.00 |
| March | 04/25/23 | 12.6 | $11,340.00 | 0 | $0 | 0 | $0 | $11,340.00 |
| April | 05/24/23 | 20.4 | $18,360.00 | 0 | $0 | 0 | $0 | $18,416.63 |
| May | 06/23/23 | 41.4 | $37,260.00 | 0 | $0 | .4 | $80.00 | $37,618.64 |
| June | 07/20/23 | 71.0 | $63,900.00 | 0 | $0 | .7 | $140.00 | $64,151.46 |
| July | 08/21/23 | 82.9 | $74,610.00 | 0 | $0 | 0 | $0 | $75,613.11 |
| August | 09/14/23 | 46.9 | $42,210.00 | 10.10 | $4,292.50 | 0 | $0 | $47,601.94 |
| September | 10/25/23 | 66.6 | $59,940.00 | 3.1 | $1,317.50 | 0 | $0 | $62,132.98 |
| October | 11/21/23 | 63.5 | $57,150.00 | 1.8 | $765.00 | 14.8 | $2,960.00 | $60,875.00 |
| **2023 totals** | | **423.7** | **$381,330.00** | | | | | **$394,309.76** |
| | | | | | | | | |
| **GRAND TOTALS** | | **2708.3** | **$2,193,123.75** | | | | | **$2,604,889.80** |
| | | | | | | | | |

HB_OBJ1638