# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENDA JOHNSON, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION, *et al.*,<br><br>                              Defendants. | Case No. 2:11-cv-05782-PD<br><br>AND ALL RELATED CASES |

### DECLARATION OF CRAIG R. SPIEGEL IN SUPPORT OF HAGENS BERMAN AND STEVE BERMAN'S MOTION FOR RECUSAL

I, Craig R. Spiegel, declare:

1. I am a partner at Hagens Berman Sobol Shapiro LLP ("Hagens Berman"). I am an attorney of record in *Glenda Johnson, et al. v. SmithKline Beecham Corp., et al.*, Civ. No. 11-5782 (and all related cases) (the "Thalidomide Litigation").

2. On August 15, 2014, the law firm of Hangley Aronchick Segal Pudlin & Schiller sent me Invoice No. 40062078, listing William T. Hangley as the "Billing Attorney," regarding "Discovery Mastership" in the Thalidomide Litigation. That was the first invoice that Hagens Berman received for Special Master Hangley's work in the Thalidomide Litigation.

3. Over the next nine years, I received 86 more invoices from Special Master Hangley for his work on the Thalidomide Litigation.

4. The last invoice I received from Special Master Hangley for his work on the Thalidomide Litigation was Invoice No. 40126843, dated November 21, 2023.

5. Hagens Berman paid all of those invoices, ending with Invoice No. 40126843.

-1-

6.      I have not received any invoice from Special Master Hangley since receiving Invoice No. 40126843. After diligent inquiry, I am unaware of anyone at Hagens Berman receiving any invoice from Special Master Hangley.

7.      I am aware that on October 4, 2025 counsel for Hagens Berman requested that Special Master Hangley send invoices for services he performed since sending Invoice No. 40126843, dated November 21, 2023.

8.      Special Master Hangley responded on October 6, 2025 that in light of Judge Diamond's rejection of the Firm's December 2023 request that he be discharged, he would review and then send those invoices. *See* Exhibit 1, 10/06/25 email exchange between SDM Hangley and counsel. To date, the Firm has not yet received those invoices.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:   October 23, 2025

                                                  /s/ Craig R. Spiegel

# EXHIBIT 1

| | |
|---|---|
| **From:** | Hangley, William T. |
| **To:** | Keith Beauchamp |
| **Cc:** | "sweissman@reedsmith.com"; Rice, Cary L.; Barnes, Jacqueline D; "Gaetan J. Alfano"; Christopher Conner; Masciandaro, Michael J.; Bompadre, Kristine R. |
| **Subject:** | Your billing inquiry [IMAN-HASP1.FID104272] |
| **Date:** | Monday, October 6, 2025 12:47:44 PM |
| **Attachments:** | |

Keith: This is to acknowledge your email below. You correctly observe that my firm has not yet billed the plaintiffs or defendants for fees earned and expenses incurred after October 31, 2023. My firm's decision to suspend billing was, of course, in response to Hagens Berman's December 2023 prayer (Doc. 791 at 131) that the Court "issue an order discharging SDM Hangley from his duties; and . . . strike all portions of the R&R not addressing Hagens Berman's pending motions to withdraw." For as long as those prayers for relief remained unresolved, there was an at-least colorable possibility that your clients (and Mr. Weaver, who joined in these arguments) would prevail on them. We decided not to exacerbate the situation by demanding monthly payments for work your clients considered to be unauthorized. Now that Judge Diamond has rejected the arguments (Docs. 834 at 24, 835), I am reviewing our time and expense records for the period November 1, 2023-September 30, 2025, and will send a bill for that period soon. I appreciate your patience and that of the defendants. I've copied Ms. Weissman on this email.

**From:** Keith Beauchamp <KBeauchamp@cblawyers.com>
**Sent:** Saturday, October 4, 2025 3:03 PM
**To:** Hangley, William T. <wth@hangley.com>
**Cc:** Rice, Cary L. <clr@hangley.com>; Barnes, Jacqueline D <jdb@hangley.com>; 'Gaetan J. Alfano' <GJA@Pietragallo.com>; Christopher Conner <cconner@saxtonstump.com>; Masciandaro, Michael J. <mjm@hangley.com>; Bompadre, Kristine R. <krb@hangley.com>
**Subject:** RE: Hagens Berman's under-seal submission in Civ. No. 11-5782 [IMAN-HASP1.FID104273]

**[EXTERNAL EMAIL - This message originated outside Hangley Aronchick.]**

Dear Special Discovery Master Hangley:

We respectfully note that Hagens Berman has not received an invoice for your work since receiving the invoice dated 11/21/2023 for work performed through October 31, 2023. Pursuant to Judge Diamond's order of appointment, the Parties are to be billed on a monthly basis for fees and expenses.
Would you kindly provide Hagens Berman and its counsel copied on this email with an updated invoice reflecting all your work subsequent to October 2023?

Thank you very much for your attention to this matter.

Best regards,

**Keith Beauchamp**

**Coppersmith Brockelman PLC**
602.381.5490 (direct)
480.332.5512 (mobile)
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
cblawyers.com