IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENDA JOHNSON, et. al | )<br>) |
| v. | )<br>) Civ. No. 11-5782 |
| SMITHKLINE BEECHAM CORPORATION, et. al. | ) and all related cases |

RESPONSE TO HAGENS BERMAN SOBOL SHAPIRO LLP AND STEVE BERMAN'S
MOTION FOR RECUSAL

1. Plaintiff Carolyn Sampson respectfully requests that Hagens Berman Sobol Shapiro LLP and Steve Berman's Motion for Recusal (Doc. No. 862) in the above referenced case be denied.

2. The Court's original order on June 26, 2014 (Doc. No. 256, Line 8), was agreed to by all parties.

    "All Parties have indicated that they have no objections or suggestions to the Proposed Order. (Doc. Nos. 251, 252, 253, 255.)"

3. The order granted the Special Master access to the Court as needed to fulfill his duties.

    "The Special Master may communicate *ex parte* with counsel insofar as it pertains to discovery compliance or *in camera* review of documents as necessary. The Special Master may communicate *ex parte* with the Court without notice to the Parties concerning procedural matters, to assist the Court's understanding of complex discovery matters, or for any other reason reasonably necessary to the fulfillment of his duties."

4. Having closely read every filing on the docket, I do not believe Judge Diamond's impartiality may reasonably be questioned. Additionally, granting the Motion for Recusal

will add an unnecessary and unreasonable delay for a case that has already exceeded fourteen years. Plaintiffs deserve the right to move swiftly toward resolution. Indeed, as the docket shows, some plaintiffs have already died waiting.

Oct. 31, 2025                     Respectfully submitted,

                                                Carolyn Sampson, (pro se plaintiff)
                                                15353 Greenhaven Ln, #101
                                                Burnsville, MN 55306
                                                Telephone: 651-470-3937