**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GLENDA JOHNSON, et. al | ) |
| | ) |
| v. | ) |
| | ) Civ. No. 11-5782 |
| SMITHKLINE BEECHAM CORPORATION, et. al. | ) and all related cases |

RESPONSE TO MEMORANDUM IN SUPPORT OF DEFENDANTS' PROPOSAL

1.  Plaintiff Carolyn Sampson respectfully requests that the Court delay a ruling on the Defendants' proposal for proceeding with the remaining claims in this litigation (Doc. No. 835) until after ruling on the Special Discover Master's Report and Recommendations (Doc. No. 767).

2.  While the Court stated, "The Parties have not objected to the great majority of Mr. Hangley's factual findings, which, in any event, I have reviewed de novo and adopt." (Doc. No 834) the specific recommendation to order Peter Gordon to return to this case was not mentioned.

    "I recommend that Mr. Gordon be asked (ordered if necessary) to submit his promised application, assisted in doing so by his co-counsel as necessary."

    "At this point, we do know that he and his firm put his probity behind papers filed and discovery served beginning in August 2012. Peter Gordon should not remain an empty chair…"

3.  While I have attempted over the years to engage a new law firm, the age of this case and its unusual circumstances do not appeal to lawyers with experience in this area of practice. I would be grateful to accept assistance from Mr. Gordon in seeing my case through to a final

order. If that is a possibility, I should not be ordered to submit documentation to defendants before the matter is resolved.

4. I also object to Defendants' proposal for dismissal of my claim against GSK. While I believed in 2014 that I was agreeing to something in my best interest, I have since learned otherwise. I will not elaborate here on the reason for my change of mind but will be happy to do so upon request.

Nov 6, 2025                    Respectfully submitted,

Carolyn Sampson, (pro se plaintiff)
15353 Greenhaven Ln, #101
Burnsville, MN 55306
Telephone: 651-470-3937