IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GLENDA JOHNSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SMITHKLINE BEECHAM CORPORATION, *et al.*, <br><br> Defendants. | Case No. 2:11-cv-05782-PD <br><br> AND ALL RELATED CASES <br><br> **HAGENS BERMAN'S STATEMENT OF POSITION RE REALLOCATION OF SPECIAL DISCOVERY MASTER FEES** |

Respondent Hagens Berman Sobol Shapiro LLP hereby submits its statement of position in response to this Court's Order dated March 23, 2026. (Doc. 895.) That Order was issued in response to Defendants' Renewed Motion to Reallocate Special Master's Fees and Costs (Doc. 890) and the briefing that followed.

Defendants' Motion seeks to retroactively reallocate to Hagens Berman the full cost of Special Discovery Master William T. Hangley's compensation for fees and costs back to the date of December 1, 2017. To date, Hagens Berman and Defendants have shared equally the compensation of the Special Discovery Master. To date, Hagens Berman has paid $1,509,904.82 in total for its share of SDM Hangley's costs and fees, of which $1,205,420.41 was paid for the relevant period of December 1, 2017, to the present.

- 1 -

006185-13/3474396 V1

In its Order, the Court concluded that with respect to the post-December 1, 2017 time period, it "must consider whether Mr. Hangley's fees and costs should be borne by Hagens Berman alone or share by the Firm and" one or more of: (1) Defendant GSK; (2) all Defendants; and/or (3) Tyler Weaver. (Doc. 895 at 5-6.) The Order directed any interested party to file a statement of its position no later than noon on March 30, 2026, with respect to that issue.

Hagens Berman has previously made various objections with respect to the Special Discovery Master's rulings, the scope and exercise of his authority and payment of the associated fees and costs. Those objections have been overruled and are not repeated here. Without waiving its prior objections, Hagens Berman respectfully informs the Court that it takes no position as to the proper allocation of the Special Discovery Master's fees and costs between Hagens Berman and any other party for the period December 1, 2017, to the present.

DATED:  March 25, 2026

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ Craig R. Spiegel
      Craig R. Spiegel (*Admitted Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: craig@hbsslaw.com

- 2 -

006185-13/3474396 V1

- 3 -

*Attorneys for Plaintiffs* Rebecca Alexander, Sharon Anderson, Craig Charleston, Kathleen Gunn, Alan Horridge, Tammy Jackson, Steven Lucier, Ted Mann, Annette Manning, Mary McPartlan-Hurson, Robert Murray, Camela Norcross, Yolanda Perez, Mary Sells, Chris Simeone, William Tyler, Edward Worthan, and Phillip Yeatts

006185-13/3474396 V1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using CM/ECF on this 25th day of March, 2026. A true and correct copy of the foregoing document is being served on this date on all counsel of via transmission of Notices of Electronic Filing generated by CM/ECF.

DATED:  March 25, 2026

HAGENS BERMAN SOBOL SHAPIRO LLP

By:    */s/ Craig R. Spiegel*
        Craig R. Spiegel (*Admitted Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: craig@hbsslaw.com

*Attorneys for Plaintiffs* Rebecca Alexander, Sharon Anderson, Craig Charleston, Kathleen Gunn, Alan Horridge, Tammy Jackson, Steven Lucier, Ted Mann, Annette Manning, Mary McPartlan-Hurson, Robert Murray, Camela Norcross, Yolanda Perez, Mary Sells, Chris Simeone, William Tyler, Edward Worthan, and Phillip Yeatts

006185-13/3474396 V1