# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLENDA JOHNSON, *et al.*,        :

                        :

    v.                     :      Civ. No. 11-5782

                        :      and all related cases

SMITHKLINE BEECHAM       :

CORPORATION, et al.        :

## O R D E R

**AND NOW**, this 13th day of May, 2026, upon consideration of Hagens Berman's Expedited Motion for Stay (Doc. No. 905), it is hereby **ORDERED** that any interested party respond to the Motion **no later than** Tuesday, May 19, 2026, at 12:00 p.m.

AND IT IS SO ORDERED.

_____

Paul S. Diamond, J.