| | |
|---|---|
| **From:** | gearoldledsome <gearoldledsome@gmail.com> |
| **Sent:** | Tuesday, June 2, 2026 4:02 PM |
| **To:** | Chambers of Judge Paul S Diamond |
| **Subject:** | Pro se. Can you appoint me a attorney that can help me with the court? I don't have the funds to pay an attorney, I know this is not the norm. Case # 2:11-cv-05782-PD Gearold Ledsome 325 647 7347 Po box 2271 Brownwood tx 76804 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**CAUTION - EXTERNAL:**

Thank you
I will mail a hard copy of the email

Sent from my Galaxy

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.