**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GLENDA JOHNSON, et. al )
)
    v. )
)
                                        ) Civ. No. 11-5782
SMITHKLINE BEECHAM CORPORATION, et. al. )  and all related cases

**CERTIFICATION OF SERVICE ON DEFENDANTS OF EVIDENCE OF SUPPORT FOR PRO SE PLAINTIFF CAROLYN SAMPSON'S CLAIMS**

Persuant to the Court's May 27, 2026 Order (Doc. No. 911), I hereby certify that I caused a notarized copy of Evidence of Pro Se Plaintiff Carolyn Sampson's Claims to be sent to attorneys for the Defendants via email on June 10, 2026 at their last known email addresses: Sonja Weismann SWeissman@reedsmith.com, Paige Sharpe Paige.Sharpe@arnoldporter.com, Daniel Spira dspira@sidley.com, and Sonoe Hum SHum@reedsmith.com

DATED: June 10, 2026        By: /s/ Carolyn Sampson

                                  Carolyn Sampson (*pro se* plaintiff)
                                  15353 Greenhaven Ln, #101
                                  Burnsville, MN 55306
                                  Telephone: 651-470-3937
                                  Email: cafsampson@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document has been

electronically filed with the Clerk of Court using CM/ECF on this 10th day of

June, 2026. A true and correct copy of the foregoing document is being served on

this date on all counsel via transmission of Notices of Electronic Filing

generated by CM/ECF.


DATED: June 10, 2026    By: /s/ Carolyn Sampson
Carolyn Sampson (*pro se* plaintiff)
15353 Greenhaven Ln, #101
Burnsville, MN 55306
Telephone: 651-470-3937
Email: cafsampson@gmail.com