| | |
|---|---|
| **From:** | gearoldledsome <gearoldledsome@gmail.com> |
| **Sent:** | Thursday, June 11, 2026 12:56 PM |
| **To:** | Chambers of Judge Paul S Diamond |
| **Subject:** | Attorney request |

<mark>**CAUTION - EXTERNAL:**</mark>

Judge Diamond,

I would like rescind my request to ask for an court appointed attorney.

I believe it was improper and not proper court procedure.

My apologies to the court.

Thank you

Gearold Ledsome

Sent from my Galaxy

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>