## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENDA JOHNSON**, *et al.*, | : | |
| | : | |
| **v.** | : | **Civ. No. 11-5782** |
| | : | **and all related cases** |
| **SMITHKLINE BEECHAM** | : | |
| **CORPORATION**, *et al.* | : | |

## ORDER

Tyler Weaver moves to file his Response to my August 5, 2025 Order to Show Cause under seal.  (Doc. Nos. 835, 855.)  He "seeks to avoid any action that might diminish [Plaintiff Terrie] Bolton's claim and his response . . . is crafted in such a way as to avoid such harm."  (Id. at 1.)  He urges that "sealing Mr. Weaver's response will aid in the effort to avoid diminishing Ms. Bolton's claim."  (Id.)  As I have previously ruled, this is not a justification for sealing.  (See Doc. Nos. 902 at 2; 826 (overruling Bolton's Objections that unsealing the 2017 and 2019 hearing transcripts might undermine the "fairness of . . . future proceedings" and Bolton's "goal . . . to move forward with [her] claims").)

**AND NOW**, this 1st day of July, 2026, it is hereby **ORDERED** that Tyler Weaver's Motion to Seal Show Cause Response (Doc. No. 855) is **DENIED**.

### AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*

**PAUL S. DIAMOND, J.**