26-2267

RECEIVED
JUL 2 0 2026
This
U.S.C.A. 3rd CIRCUIT LMR

IN The United States District Court
for the Eastern District of Pennsylvania

Glenda Johnson, et. al
v.
SmithKline Beecham Corporation

Civ. No. 11-5782 and all related cases

certification of service
on Defendants of evidence of
support for pro se plaintiff
John Marshall's claims
persuant to the Court's May 27,
2026 order Doc. No. 911,
I hereby certify that a copy
of evidence of pro se plaintiff
John Marshall's claims to be sent
to attorney for the Defendant
via mail Date July 15, 2026

Sonja S. Weissman
Reed Smith
599 Lexington Avenue
New York, Ny  10022-7650

Daniel A Spira
Sidley Austin LLP
One South Dearborn
Chicago IL 60603

Paige Sharpe
Arnold Porter
601 Massachusetts Ave NW
Washington, D.C. 20001-3743

John Marshall
4803 Duke Rd
Utica Ms. 39175
985-788-1130
jmarshall.marshall9@gmail.com

Thalidomide Birth Defects

six finger on each hand no Thumbs
Missing Thumbs — Radial Ray Deficiency
with extra fingers — Polydactyly
        triphalangeal thumbs or extra
fingers polydactyly

malformed Carpal Bones
early — onset Osteoarthritis

Leg Length Discrepancies
        Asymmetric hip and pelvic development

club Legs and Feet — Tibia/Fibula Deficiency
        seven Toes on each foot — Polydactyly

# MARSHALL, JOHN

## Meditech - HPF - Lakeview

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 I SOURCE Meditech - HPF - Lakeview

# Table of Contents

| | |
|---|---|
| **Settings** | **1** |
| **Patient** | **2** |
| **Summaries** | **3** |
| Documents | 3 |

Requested by Eugenia Simmons on 1/30/2026 9:12:10 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview

# Settings

This document was generated using the following options.

Filter

No episode or date range filter.

Content

|  | Included | Attachments | Details | Comments | Versions | Secure | Invalidated |
|---|---|---|---|---|---|---|---|
| **PATIENT** | | | | | | | |
| Documents | * | * | --- | --- | --- | --- | * |

Settings

| Time Zone | Central Standard Time |
|---|---|
| 24-Hour Time | No |
| Chart Annotations | No |

PATIENT MARSHALL. IOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview

# About

## Patient Details

| | | | |
|---|---|---|---|
| Deceased | False | Status | |
| PCP | | SSN | 427114187 |
| Ref Prov | None | Name | JOHN GILBERT MARSHALL |
| Marital Status | M | Gender | M |
| Race | W | DOB | 2/28/1959 |
| Ethnicity | 2 | MRN | F001029598 |
| Religion | NON | Secondary Address | 25670 WEST SPRUCE ST LACOMBE, LA 70445 |
| Primary Lang | ENG | Secondary Lang | |
| Home Phone | 9857881130 | Other Phone | 9857881130 |
| Employment | | Medicare Id | |
| Comment | | Guarantor | |
| Guarantor Relationship | | | |

## Patient Insurance

No patient insurance records were found in the archive.

## Patient Contacts

No patient contact records were found in the archive.

PATIENT MARSHALL, JOHN | DOB 2/28/1959 ¹ MRN F001029598 | SOURCE Meditech - HPF - Lakeview

# Summaries

## Documents

### Other

| Encounter | Title | Subtitle | Date | Admitted | Discharged | Attch. |
|---|---|---|---|---|---|---|
| F00046503219 | FACESHEET S | | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.53 |

### Clinical_Other

| Encounter | Title | Subtitle | Date | Admitted | Discharged | Attch. |
|---|---|---|---|---|---|---|
| F00046503219 | MEDICATION ADMIN RECORD C | Medical Discharge Summary | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.60 |
| F00046503219 | NURSES NOTES C | Inpt Discharge Summary | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.93 |
| F00046503219 | OCCUPATIONAL THERAPY H | u FPT.HN | 6/8/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.199 |
| F00046503219 | ED RECORDS C | EMERGENCY PATIENT RECORD | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.211 |
| F00046503219 | CARE PLAN EVO NURSING C | Plan of Care Evaluation | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.219 |

### Clinical_Physician

| Encounter | Title | Subtitle | Date | Admitted | Discharged | Attch. |
|---|---|---|---|---|---|---|
| F00046503219 | ED PHYSICIAN RECORD C | EMERGENCY PROVIDER R | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.30 |
| F00046503219 | CONSULTATION RPT C | Hospitalist Consulta | 6/8/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.48 |
| F00046503219 | PROGRESS NOTES C | Orthopaedic Consult | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.57 |
| F00046503219 | DISCHARGE SUMMARY C | Brief Discharge Note | 6/9/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.81 |

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview

# Documents

## Clinical_Physician

| Encounter | Title | Subtitle | Date | Admitted | Discharged | Attch. |
|---|---|---|---|---|---|---|
| F00046503219 | PROGRESS NOTES C | Trauma Progress Note | 6/8/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.86 |
| F00046503219 | PROGRESS NOTES C | Orthopaedic Progress | 6/8/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.92 |
| F00046503219 | H AND P C | Trauma - History & P | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.128 |
| F00046503219 | PROGRESS NOTES C | Hospitalist Progress | 6/9/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.195 |
| F00046503219 | PROGRESS NOTES C | Orthopaedic Progress | 6/9/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.201 |

## Operations_Procedures

| Encounter | Title | Subtitle | Date | Admitted | Discharged | Attch. |
|---|---|---|---|---|---|---|
| F00046503219 | OPERATING ROOM RECORD C | 06_08_22 1005 | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.6 |
| F00046503219 | OPERATING ROOM RECORD S | | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.29 |
| F00046503219 | OPERATIVE REPORT C | Operative Note - Ful | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.54 |
| F00046503219 | Anesthesia Record C | 202206071300-337604-C | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.204 |

## Orders

| Encounter | Title | Subtitle | Date | Admitted | Discharged | Attch. |
|---|---|---|---|---|---|---|
| F00046503219 | OE ORDERS DISCHARGE REPORT C | Summary | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.134 |
| F00046503219 | PHYSICIAN ORDERS S | | 6/7/2022 | 6/7/2022 5:49:00 AM | 6/9/2022 10:11:00 AM | p.194 |

## Results

| Encounter | Title | Subtitle | Date | Admitted | Discharged | Attch. |
|---|---|---|---|---|---|---|

```
                                                                        Page: 1
                                    Surgical Case Record
     Patient:  F001029598 MARSHALL,JOHN GILBERT        Date of Birth:  02/28/59
  Account No:  P00046503219                                      Age:  63
   Physician:  WEHLA-Wehrly,Lance J  MD                          Sex:  M
   Specialty:  ORT-ORTHOPEDICS                       Room-Bed/T.Loc:  F.405-A
        O.R.:  F.OR01-OR RM 1                            Oper Date:  06/07/22
               Lakeview_Regional_Medical_Ctr
Primary Procedure:  RIGHT FEMORAL NAIL
Case Close/                                              Run Date:  06/09/22
Transmitted:  06/08/22 1005  FNU.LDH  HOWARTH RN,LINDA D   Run Time:  0050
```

**ALLERGIES**

**ALLERGIES**
Last Updated: 06/07/22

| CODED Allergy/Adverse Reaction<br>    Patient Reaction | Type | Sev | Date | Ver |
|---|---|---|---|---|
| F001900590 - No Known Drug Allergies<br>    UNKNOWN | Allergy | U | 06/07/22 | Y |

*** CONTINUED ON PAGE 2 ***

```
                                                                      Page: 2
                              Surgical Case Record
      Patient:  F001029598 MARSHALL,JOHN GILBERT       Date of Birth:  02/28/59
   Account No:  F00046503219                                    Age:  63
    Physician:  WEHLA-Wehrly,Lance J  MD                        Sex:  M
    Specialty:  ORT-ORTHOPEDICS                        Room-Bed/T.Loc:  F.405-A
         O.R.:  F.OR01-OR RM 1                              Oper Date:  06/07/22
                Lakeview_Regional_Medical_Ctr
 Primary Procedure:  RIGHT FEMORAL NAIL
 Case Close/                                             Run Date:  06/09/22
 Transmitted:  06/08/22 1005  FNU.LDH  HOWARTH RN,LINDA D   Run Time:  0050
```

### OR/ENDO ASSESSMENTS

```
Occurred 06/07/22 1453 BOSWELL,VERENA   Recorded 06/07/22 1454 BOSWELL,VERENA
      Physiological problem/alteration in:
      Skin integrity
            - - SKIN INTEGRITY ALTERATION - -
             Skin integrity alteration problem expected to:  Improve/Resolve
                                         Target date:  06/07/22
                     Skin integrity alteration problem is:  Stabilizing/Maintaining
      Functional problem/alteration in:
      Comfort
      Pain
            - - COMFORT ALTERATION - -
                     Comfort alteration problem expected to:  Improve/Resolve
                                         Target date:  06/07/22
                          Comfort alteration problem is:  Stabilizing/Maintaining
            - - PAIN PROBLEM - -
                             Pain problem expected to:  Improve/Resolve
                                         Target date:  06/07/22
                                     Pain problem is:  Stabilizing/Maintaining
      Psychological problem/alteration in:
      Anxiety
            - - ANXIETY ALTERATION - -
                     Anxiety alteration problem expected to:  Improve/Resolve
                                         Target date:  06/07/22
                          Anxiety alteration problem is:  Stabilizing/Maintaining
      Health behavior problem/risk:
      Procedural/periop risk
            - - PROCEDURAL/PERIOP RISK - -
             Procedural/periop risk problem expected to:  Stabilize/Maintain
                                         Target date:  06/07/22
                     Procedural/periop risk problem is:  Stabilizing/Maintaining


Occurred 06/07/22 1452 BOSWELL,VERENA   Recorded 06/07/22 1452 BOSWELL,VERENA
            - - CQM ANTIBIOTIC DOSING - -
             Antibiotic #1 given:  Pre-operative dosing
                   Antibiotic #1:  1347
              Antibiotic #1 dose:  2
             Antibiotic #1 units:  Gram(s)
              Antibiotic #1 date:  06/07/22
        Antibiotic #1 time begun:  1347
             Antibiotic #1 route:  IV Intravenous
          Antibiotic #1 given by:  FNU.LJH    HEBERT,LAWRENCE CRNA
          Surgical incision date:  06/07/22
          Surgical incision time:  1425

DOCUMENTATION
MDROs:
```

*** CONTINUED ON PAGE 3 ***

```
                                                                         Page: 3
                             Surgical Case Record
    Patient:   F001029598 MARSHALL,JOHN GILBERT      Date of Birth:  02/28/59
 Account No:   F00046503219                                   Age:   63
  Physician:   WEHLA-Wehrly,Lance J  MD                       Sex:   M
  Specialty:   ORT-ORTHOPEDICS                    Room-Bed/T.Loc:    F.405-A
       O.R.:   F.OR01-OR RM 1                         Oper Date:     06/07/22
               Lakeview_Regional_Medical_Ctr
Primary Procedure:  RIGHT FEMORAL NAIL
Case Close/                                          Run Date:   06/09/22
Transmitted:  06/08/22 1005   FNU.LDH  HOWARTH RN,LINDA D    Run Time:   0050

Occurred 06/07/22 1452 BOSWELL,VERENA   Recorded 06/07/22 1453 BOSWELL,VERENA
            - - DRESSING AND PACKING - -
    Skin alteration: Present/Exists
    Skin alteration:
     - - Incision Lateral Leg right - -
    Instance list status: Active
    Staples/sutures: Sutures intact
    Cleansed/applied: Normal saline
    Dressing/reinforcement type: XEROFORM, 4X4S
    <End>

DOCUMENTATION
Skin alteration summary: Incision Lateral Leg right
Skin alteration:
```

```
                             OR/ENDO TIMES

——OR/ENDO AREA   ——   TIME DATE ——
   ANESTHESIA START:   1347 06/07/22
         PT IN ROOM:   1347 06/07/22
     SURGEON IN ROOM:  1415 06/07/22
     PROCEDURE START:  1425 06/07/22

Filed by VERENA BOSWELL, -RN on 06/07/22 at 1501
```

*** CONTINUED ON PAGE 4 ***

```
                                                                           Page: 4
                              Surgical Case Record
      Patient:  F001029598 MARSHALL,JOHN GILBERT       Date of Birth:  02/28/59
   Account No:  P00046503219                                     Age:  63
    Physician:  WEHLA-Wehrly,Lance J  MD                         Sex:  M
    Specialty:  ORT-ORTHOPEDICS                       Room-Bed/T.Loc:  P.405-A
         O.R.:  F.OR01-OR RM 1                             Oper Date:  06/07/22
                Lakeview_Regional_Medical_Ctr
Primary Procedure:  RIGHT FEMORAL NAIL
Case Close/                                             Run Date:  06/09/22
Transmitted:  06/08/22 1005  FNU.LDH  HOWARTH RN,LINDA D   Run Time:  0050
```

## EQUIPMENT

```
F.OR*BASIC - BASIC EQUIPMENT AND POSITION
     Transferred to OR table: By roller
   Initial patient position: Supine
       Initial position time: 1350
        Initial arm position: Arms on armboards/padded
        Initial safety strap: Chest
 Initial position device(s): Eggcrate
                             Hana table
     Initial position comment: PATIENT POSITIONED ON ORTABLE BY MD. RICO RICKS, CRNA AND OR
                               CIRCULATOIR. POSITION VERIFIED AND APPROVED BY MD.

F.ORC-ARML - OR C-ARM LARGE

F.ORDRIL6 - OR DRILL SYSTEM 6 OR 7

Filed by VERENA BOSWELL, -RN on 06/07/22 at 1501
```

*** CONTINUED ON PAGE 5 ***

```
                                                                    Page: 5
                            Surgical Case Record
    Patient:  F001029598 MARSHALL,JOHN GILBERT      Date of Birth:  02/28/59
 Account No:  P00046503219                                   Age:  63
  Physician:  WEHLA-Wehrly,Lance J  MD                       Sex:  M
  Specialty:  ORT-ORTHOPEDICS                     Room-Bed/T.Loc:  F.405-A
       O.R.:  F.OR01-OR RM 1                          Oper Date:  06/07/22
             Lakeview_Regional_Medical_Ctr
Primary Procedure:  RIGHT FEMORAL NAIL
Case Close/                                          Run Date:  06/09/22
Transmitted:  06/08/22 1005  FNU.LDH  HOWARTH RN,LINDA D    Run Time:  0050
```

| OR/ENDO STAFF |
|---|

| SURGEONS | IN | OUT | DATE |
|---|---|---|---|
| Procedure: | | | |
| p RIGHT FEMORAL NAIL | | | |
| Wehrly,Lance J  MD | | | |
| Surgeon: | | | |
| Wehrly,Lance J  MD | | | |

| ANESTHESIOLOGISTS | IN | OUT | DATE |
|---|---|---|---|
| Anesthesiologist: | | | |
| Carey,Susan  MD | | | |
| Assist/CRNA: | | | |
| Hebert,Lawrence  CRNA | | | |
| Lapeyrouse,Monique A  CRNA | 1438 RELIEF | | 06/07/22 |

| OTHER CASE STAFF | IN | OUT | DATE |
|---|---|---|---|
| Circulator/ RN: | | | |
| BOSWELL,VERENA | | | |
| Scrub/ Tech: | | | |
| EDWARDS,SELRINA* | | | |
| MAGEE,BRITTANY | | | |
| Assistant: | | | |
| TIFFANY BOYCE | 1458 FA | | 06/07/22 |
| Other: | | | |
| GRIJALVA,JUSTIN* | | | |
| | RAD TECH | | |
| SALVAGGIO,KIMBERLY R | | | |
| RUSSELL ARTHUR | | | |
| Vendors/ HCIR: | | | |
| SHELLY LOWERY | | | |
| | SYNTHES | | |

Filed by VERENA BOSWELL, -RN on 06/07/22 at 1514

| PROCEDURES |
|---|

| PROPOSED Procedures | Severity | R/L/B | ANES TYPE | ASA CLASS |
|---|---|---|---|---|
| p RIGHT FEMORAL NAIL | MAJ | RIGHT | General Anesthesia | 3 |

| ACTUAL Procedures | Severity | R/L/B | Wound | Surgeon | START | END |
|---|---|---|---|---|---|---|
| p RIGHT FEMORAL NAIL | MAJ | RIGHT | CL | WEHLA | | |

Filed by VERENA BOSWELL, -RN on 06/07/22 at 1527

*** CONTINUED ON PAGE 6 ***

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
                                                                    Page: 6
                                  Surgical Case Record
    Patient:  F001029598 MARSHALL,JOHN GILBERT        Date of Birth:  02/28/59
 Account No:  P00046503219                                     Age:  63
  Physician:  WEHLA-Wehrly,Lance J  MD                         Sex:  M
  Specialty:  ORT-ORTHOPEDICS                       Room-Bed/T.Loc:  F.405-A
       O.R.:  F.OR01-OR RM 1                            Oper Date:  06/07/22
              Lakeview_Regional_Medical_Ctr
Primary Procedure:  RIGHT FEMORAL NAIL
Case Close/                                          Run Date:  06/09/22
Transmitted:  06/08/22 1005  FNU.LDH  HOWARTH RN,LINDA D  Run Time:  0050
```

|  DIAGNOSIS  |
|---|

**PRE OP DIAGNOSIS**
RIGHT FEMORAL FRACTURE

**POST OP DIAGNOSIS**
RIGHT FEMORAL FRACTURE

Filed by VERENA BOSWELL, -RN on 06/07/22 at 1527

|  OR/ENDO MEDICATIONS  |
|---|

| DATE | TIME | MEDICATIONS ADMINISTERED | DOSE | QTY | ROUTE | SITE | GIVEN BY |
|---|---|---|---|---|---|---|---|
| 06/07/22 | 1347 | See Anesthesia Notes | | | | | FNU.LJH |
| 06/07/22 | 1347 | 0.9% NACL 1000ML POUR | 1000ML | 1 | IRR | *ONFIELD | F.WEHLA |

*** CONTINUED ON PAGE 7 ***

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
                                                                        Page: 7
                                        Surgical Case Record
      Patient:    F001029598 MARSHALL,JOHN GILBERT      Date of Birth:   02/28/59
  Account No:    F00046503219                                   Age:    63
   Physician:    WEHLA-Wehrly,Lance J  MD                       Sex:    M
   Specialty:    ORT-ORTHOPEDICS                     Room-Bed/T.Loc:    F.405-A
        O.R.:    F.OR01-OR RM 1                          Oper Date:    06/07/22
                 Lakeview_Regional_Medical_Ctr
Primary Procedura:  RIGHT FEMORAL NAIL
Case Close/                                              Run Date:    06/09/22
Transmitted:   06/08/22 1005  FNU.LDH  HOWARTH RN,LINDA D  Run Time:    0050
```

## COUNTS

**Procedures:** TFN HIP

Initial
| Item | Counted | Comments |
|------|---------|----------|
| SPONGES | Yes | |
| SHARPS | Yes | |

Counted by: FNU.BM8
FNU.VB

2ND
| Item | Counted | Comments |
|------|---------|----------|
| SPONGES | Correct | |
| SHARPS | Correct | |

Counted by: FNU.BM8
FNU.VB

Final
| Item | Counted | Comments |
|------|---------|----------|
| SPONGES | Correct | |
| SHARPS | Correct | |

Counted by: FNU.BM8
FNU.VB

Comments

| | |
|---|---|
| Surgeon Given Counts: | Yes |
| X-ray Taken: | No |
| Scan Taken: | No |

Filed by VERENA BOSWELL, -RN on 06/07/22 at 1500

*** CONTINUED ON PAGE 8 ***

```
                                                                          Page: 8
                                 Surgical Case Record
      Patient:   F001029598 MARSHALL,JOHN GILBERT      Date of Birth:  02/26/59
   Account No:   F00046503219                                   Age:   63
    Physician:   WEHLA-Wehrly,Lance J  MD                       Sex:   M
    Specialty:   ORT-ORTHOPEDICS                     Room-Bed/T.Loc:   F.405-A
         O.R.:   F.OR01-OR RM 1                           Oper Date:   06/07/22
                 Lakeview_Regional_Medical_Ctr
Primary Procedure:   RIGHT FEMORAL NAIL
Case Close/                                               Run Date:   06/09/22
Transmitted:   06/08/22 1005  FNU.LDH  HOWARTH RN,LINDA D     Run Time:   0050
```

| IMPLANTS |
| --- |

| Inventory | Type | Implant/Manufacturer | | Qty/Surgeon | Device ID |
| --- | --- | --- | --- | --- | --- |
| IMPLANTS | F.ORTHO | NAIL 10X380 FEM RT | 04037058S | 1 | |
| | | DEPUY SYNTHES (SYNTHES) | | Wehrly,Lance J  MD | |

| Lot #/Batch # | Cat #/Serial # | Size/Exp Date | Qty/Site | Culture |
| --- | --- | --- | --- | --- |
| 653P528 | 04.037.058S | 10/380 | 1 | |
| | | 01/31/32 | FEMUR RIGHT | |

```
      Donation ID                Manufacture Date

      Implant Tracked: N
      Opened By:   FNU.VB      Date: 20220607    Time:
      Prepared By: FNU.BM8     Date: 20220607    Time:
```

| IMPLANTS | F.ORTHO | SCR 5MM 4.3MM 38MM | 04005528 | 1 | |
| --- | --- | --- | --- | --- | --- |
| | | DEPUY SYNTHES (SYNTHES) | | Wehrly,Lance J  MD | |

| Lot #/Batch # | Cat #/Serial # | Size/Exp Date | Qty/Site | Culture |
| --- | --- | --- | --- | --- |
| 04005528 | 04005528 | 38MM | 1 | |
| | | | FEMUR RIGHT | |

```
      Donation ID                Manufacture Date

      Implant Tracked: N
      Opened By:   FNU.VB      Date: 20220607    Time:
      Prepared By: FNU.BM8     Date: 20220607    Time:
```

| IMPLANTS | F.ORTHO | SCR 5MM 4.3MM 42MM | 04005532 | 1 | |
| --- | --- | --- | --- | --- | --- |
| | | DEPUY SYNTHES (SYNTHES) | | Wehrly,Lance J  MD | |

| Lot #/Batch # | Cat #/Serial # | Size/Exp Date | Qty/Site | Culture |
| --- | --- | --- | --- | --- |
| 04005532 | 04005532 | 42MM | 1 | |
| | | | FEMUR RIGHT | |

```
      Donation ID                Manufacture Date

      Implant Tracked: N
      Opened By:   FNU.VB      Date: 20220607    Time:
      Prepared By: FNU.BM8     Date: 20220607    Time:
```

| IMPLANTS | F.ORTHO | SCR 5MM 4.3MM 54MM | 04005544 | | |
| --- | --- | --- | --- | --- | --- |
| IMPLANTS | F.ORTHO | BLA HELICAL 10.35X85 | 04038385S | 1 | |
| | | DEPUY SYNTHES (SYNTHES) | | Wehrly,Lance J  MD | |

| Lot #/Batch # | Cat #/Serial # | Size/Exp Date | Qty/Site | Culture |
| --- | --- | --- | --- | --- |
| 24P5021 | 04.038.385S | 85MM | 1 | |

*** CONTINUED ON PAGE 9 ***

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview· ' ᴱNCOUNTER DATE 6/7/2022 10:49:00 AM

```
                                                                    Page: 9
                              Surgical Case Record
      Patient:   F001029598 MARSHALL,JOHN GILBERT      Date of Birth:  02/28/59
   Account No:   F00046503219                                   Age:   63
    Physician:   WEHLA-Wehrly,Lance J  MD                       Sex:   M
    Specialty:   ORT-ORTHOPEDICS                    Room-Bed/T.Loc:  F.405-A
         O.R.:   F.OR01-OR RM 1                         Oper Date:  06/07/22
                 Lakeview_Regional_Medical_Ctr
 Primary Procedure:  RIGHT FEMORAL NAIL
 Case Close/                                             Run Date:  06/09/22
 Transmitted:  06/08/22 1005   FNU.LDH  HOWARTH RN,LINDA D    Run Time:  0050
                                                        09/30/29   FEMUR RIGHT

      Donation ID             Manufacture Date

      Implant Tracked: N
      Opened By:   FNU,VB      Date: 20220607    Time:
      Prepared By: FNU.BM8     Date: 20220607    Time:


 Filed by LINDA D HOWARTH RN, -RN on 06/08/22 at 1004
```

### OR/ENDO TIMES

```
 ——OR/ENDO AREA    ——   TIME DATE ——
        PROCEDURE END:   1533 06/07/22
 SURGEON LEAVES ROOM:    1533 06/07/22
     PT LEAVES ROOM:     1542 06/07/22

 Filed by VERENA BOSWELL, -RN on 06/07/22 at 1553
```

### OR/ENDO TRANSFER DATA

```
 PATIENT DESTINATION:   PACU        PACU
    REPORT GIVEN TO:    FNU.SRB         SHANE R BROSSETTE RN
    TRANSPORT METHOD:   BED         PATIENT BED
    SURGERY OUTCOME:    CO          COMPLETED

 Filed by VERENA BOSWELL, -RN on 06/07/22 at 1553
```

*** CONTINUED ON PAGE 10 ***

```
                                                                          Page: 10
                            Surgical Case Record
    Patient:   F001029598 MARSHALL,JOHN GILBERT      Date of Birth:  02/28/59
 Account No:   F00046503219                                   Age:   63
  Physician:   WEHLA-Wehrly,Lance J  MD                       Sex:   M
  Specialty:   ORT-ORTHOPEDICS                      Room-Bed/T.Loc:  F.405-A
       O.R.:   F.OR01-OR RM 1                            Oper Date:  06/07/22
               Lakeview_Regional_Medical_Ctr
 Primary Procedure:  RIGHT FEMORAL NAIL
 Case Class:/                                        Run Date:  06/09/22
 Transmitted:  06/08/22 1005  FNU.LDH  HOWARTH RN,LINDA D    Run Time:  0050
```

## OR/ENDO SCREENS

```
           - - RN CHECKLIST AND ASSESSMENT - -
        Procedure: RIGHT FEMUR TRACTION PIN INSERTION AND FEMORAL SHAFT INTRAME
                   DULLARY NAILING
                       Was the admit history and assessment reviewed: Yes
               Were changes to admit history and/or assessment noted: No
                 H and P completed within last 30 days and available: Yes
                          H and P updated, completed and available: Yes
                             Allergies noted, confirmed, documented: Yes
                                                       BMI calculated: 39.1
             Consents complete, valid and available: Procedure(s)
                                                      Anesthesia
        Consent comment: \
           Urinary catheter present on arrival to OR: No
            Procedural items are available for case: Special Devices
                                                     Special Equipment
            - - FIRE RISK - -
                       Procedure site above the xiphoid process: No
                 Open oxygen source (i.e. face mask, nasal cannula): No
       Ignition source (i.e. cautery, laser, fiber optic light source): No
                            Fire Risk Score: 0  No risk
            - - NPO STATUS - -
                                    Last solids date: 06/06/22
                                    Last solids time: 0600
                                   Last liquids date: 06/06/22
                                   Last liquids time: 2300
           - - INTRA-OP PREP DOCUMENTATION - FIRST SITE - -
                               Prep site 1: Leg right
                   Site 1 hair removed: No
                   Site 1 prep solution: Alcohol Chlorhexidine
                           Site 1 prepped by: FNU.VB     BOSWELL,VERENA
      Site 1 prep comment: SURGICAL SITE MARKING VISIBLE, SITE VERIFIED W/ PT AND OP
                           CONSENT
         Alcohol or alcohol-based prep site 1: Yes
                         Time site 1 prep applied: 1430
               Time site 1 prep determined dry: 1435
               Site 1 prep determined dry by: FNU.VB     BOSWELL,VERENA
                         Site 1 absence of pooling: Yes
      Site 1 absence of pooling determined by: FNU.VB     BOSWELL,VERENA
                            Time site 1 drape applied: 1435
                            Site 1 drape applied by: FNU.BM6    MAGEE,BRITTANY
        Procedure site 1 mark visible after prep and drape: Yes
             - - TIMEOUT - -
                  Briefing/anesthesia timeout completed: Yes
                        Procedure timeout completed at: 1423
     Procedures being performed: RIGHT FEMUR TRACTION PIN INSERTION AND FEMORAL SHAFT INTRA-
                                 MEDULLARY NAILING

     Filed by VERENA BOSWELL, -RN on 06/07/22 at 1451
```

*** CONTINUED ON PAGE 11 ***

```
                                                                      Page: 11
                                Surgical Case Record
     Patient:  F001029598 MARSHALL,JOHN GILBERT    Date of Birth:   02/28/59
  Account No:  F00046503219                                 Age:    63
   Physician:  WEHLA-Wehrly,Lance J  MD                     Sex:    M
   Specialty:  ORT-ORTHOPEDICS                   Room-Bed/T.Loc:    F.405-A
       O.R.:   F.OR01-OR RM 1                         Oper Date:    06/07/22
               Lakeview_Regional_Medical_Ctr
Primary Procedure:  RIGHT FEMORAL NAIL
Case Class:                                        Run Date.   06/08/22
Transmitted:  06/08/22 1005  FNU.LDH  HOWARTH RN,LINDA D  Run Time:  0050
-----------------------------------------------------------------------------
            - - OR POSTOP PROCEDURE - -
       Patient transferred safely to bed or stretcher via: By roller
                           Intraoperative x-rays taken: No
                                        Fluoroscopy: Yes
                              Fluoro time minutes: 3
                              Fluoro time seconds: 15
              Skin condition after ESU pad removal: Warm/dry/intact
       Patient monitored for goal-directed fluid therapy during surgery: No
       Debriefing completed: Yes

Filed by VERENA BOSWELL, -RN on 06/07/22 at 1528
```

| OPERATIVE COMPLETED BY |
| --- |

| | |
| --- | --- |
| Completed By | VERENA BOSWELL |
| Completed Date | 06/07/22 |
| Completed Time | 1553 |

*** CONTINUED ON PAGE 12 ***

```
                                                                    Page: 12
                              Surgical Case Record
      Patient:   F001029598 MARSHALL,JOHN GILBERT      Date of Birth:  02/28/59
   Account No:   P00046503219                                    Age:  63
    Physician:   WEHLA-Wehrly,Lance J  MD                        Sex:  M
    Specialty:   ORT-ORTHOPEDICS                      Room-Bed/T.Loc:  P.405-A
         O.R.:   F.OR01-OR RM 1                           Oper Date:  06/07/22
                 Lakeview_Regional_Medical_Ctr
  Primary Procedure:  RIGHT FEMORAL NAIL
  Case Close/                                          Run Date:  06/08/22
  Transmitted:  06/08/22 1005  FNU.LDH  HOWARTH RN,LINDA D   Run Time:  0050
```

### PACU ASSESSMENTS

```
Occurred 06/07/22 1551 BROSSETTE RN,SHANE R   Recorded 06/07/22 1552 BROSSETTE RN,SHANE R
      Physiological problem/alteration in:
      Skin integrity
      Respiratory
      Cardiac
            - - CARDIAC ALTERATION - -
                  Cardiac alteration problem expected to: Improve/Resolve
                                        Target date: 06/07/22
                        Cardiac alteration problem is: Stabilizing/Maintaining
            - - RESPIRATION ALTERATION - -
                  Respiration alteration problem expected to: Improve/Resolve
                                        Target date: 06/07/22
                     Respiration alteration problem is: Stabilizing/Maintaining
            - - SKIN INTEGRITY ALTERATION - -
                Skin integrity alteration problem expected to: Improve/Resolve
                                        Target date: 06/07/22
                  Skin integrity alteration problem is: Stabilizing/Maintaining
                        Skin integrity alteration problem comment:
                        RIGHT LEG DRESSINGS RESNET , UPPER LEFT THIGH DRESSING HAS
                        SMALL CIRCULAR AREA BLOODY DRAINAGE (MARKED ATY BORDERS)
      Functional problem/alteration in:
      Comfort
      Pain
            - - COMFORT ALTERATION - -
                  Comfort alteration problem expected to: Improve/Resolve
                                        Target date: 06/07/22
                        Comfort alteration problem is: Stabilizing/Maintaining
            - - PAIN PROBLEM - -
                              Pain problem expected to: Improve/Resolve
                                        Target date: 06/07/22
                                  Pain problem is: Stabilizing/Maintaining
      Psychological problem/alteration in:
      Anxiety
            - - ANXIETY ALTERATION - -
                  Anxiety alteration problem expected to: Improve/Resolve
                                        Target date: 06/07/22
                        Anxiety alteration problem is: Stabilizing/Maintaining
      Health behavior problem/risk:
      Procedural/periop risk
            - - PROCEDURAL/PERIOP RISK - -
                  Procedural/periop risk problem expected to: Stabilize/Maintain
                                        Target date: 06/07/22
                     Procedural/periop risk problem is: Stabilizing/Maintaining


Occurred 06/07/22 1551 BROSSETTE RN,SHANE R   Recorded 06/07/22 1551 BROSSETTE RN,SHANE R
            - - LINES, DRAINS, AIRWAY - -
            - - PERIPHERAL INTRAVENOUS/OTHER - -
```

*** CONTINUED ON PAGE 13 ***

```
                                   Surgical Case Record                              Page: 13
     Patient:   F001029598 MARSHALL,JOHN GILBERT        Date of Birth:   02/28/59
  Account No:   F00046503219                                     Age:   63
   Physician:   WEHLA-Wehrly,Lance J  MD                         Sex:   M
   Specialty:   ORT-ORTHOPEDICS                       Room-Bed/T.Loc:   F.405-A
        O.R.:   F.OR01-OR RM 1                             Oper Date:   06/07/22
                Lakeview_Regional_Medical_Ctr
Primary Procedure:  RIGHT FEMORAL NAIL
Case Close/                                               Run Date:   06/09/22
Transmitted:   06/08/22 1005  FNU.LDH  HOWARTH RN,LINDA D    Run Time:   0050
     IV type:    - - Venous Left AC 18 g Inserted 06/07/22 0852 - -
                Instance list status: Active
                IV/IO/Subcutaneous line status: Monitor
                IV site dressing: Transparent
                IV site dressing clean, dry and intact: Yes
                IV site absent of redness, heat or edema: Yes
                -End-


DOCUMENTATION
Peripheral IV summary: Venous Left AC 18 g Inserted 06/07/22 0852
IV type:
```

MDROs:


Occurred 06/07/22 1713 NILSSON,STEPHANIE   Recorded 06/07/22 1714 NILSSON,STEPHANIE
            - INTAKE AND OUTPUT  -
          - - IV INTAKE - -
      IV fluid 1: Lactated ringers               IV fluid 1 volume ml: 150.00


Occurred 06/07/22 1549 BROSSETTE RN,SHANE R   Recorded 06/07/22 1551 BROSSETTE RN,SHANE R
          - - SURG: ASSESSMENT PACU - -
                  Postop assessment and management: Admitting PACU I
                        PACU assessment time: 1542
Patient identified by two identifiers and ID band on: Yes
                      Patient position on arrival: Fowlers semi
                            Family notified: No

*** CONTINUED ON PAGE 14 ***

Page: 14

## Surgical Case Record

Patient: F001029598 MARSHALL,JOHN GILBERT     Date of Birth: 02/28/59
Account No: F00046503219     Age: 63
Physician: WEHLA-Wehrly,Lance J  MD     Sex: M
Specialty: ORT-ORTHOPEDICS     Room-Bed/T.Loc: F.405-A
O.R.: F.OR01-OR RM 1     Oper Date: 06/07/22
Lakeview_Regional_Medical_Ctr
Primary Procedure: RIGHT FEMORAL NAIL
Case Close/     Run Date: 06/09/22
Transmitted: 06/08/22 1005  THU LPN  HOWARTH PN,LINDA D     Run Time: 0050

Level of consciousness: Reacts to voice
Alertness/orientation: Drowsiness
Assess neurological: Yes
- - NEUROLOGICAL ASSESSMENT - -
Alert and oriented: Yes
Facial symmetry: Intact
Pupils equal round reactive to light and accommodation: Yes
Tongue: Midline
Vocalization: Appropriate
Reflexes present and appropriate: Yes
Upper extremities equal and strong bilaterally: Yes
Lower extremities equal and strong bilaterally: Yes
Gait, strength, balance: Appropriate
General weakness: None
Dizziness: None
Headache: None
Eye pain: None
Blurred vision: None
Double vision: None
Numbness/tingling, paresis/paralysis, tremors: None
Current seizure activity: None
Nuchal rigidity: No
Assess respiratory: Yes
- - RESPIRATORY ASSESSMENT - -
Respirations even and unlabored: Yes
Bilateral lungs sounds clear, equal and undiminished: Yes
Airway: Patent
Chest expansion: Symmetrical
Trachea: Midline
Oral membranes: Pink and moist
Oxygen therapy: None
Cough/sputum/secretions: None
Assess cardiovascular: Yes
- - CARDIOVASCULAR ASSESSMENT - -
Heart sounds normal (S1,S2): Yes
Jugular distension: None
Cardiac monitor: None
Cardiac pacer/AICD: None
Ventricular assist device: None
Assess EENT: Yes
- - EENT - -
Eye physical abnormalities or drainage: None
Ear physical abnormalities or drainage: None
Nose physical abnormalities or drainage: None
Mouth/throat physical abnormalities or drainage: None
Mucous membranes: Intact
Moist
Pink
Assess gastrointestinal: Yes
- - GASTROINTESTINAL ASSESSMENT - -
Nausea: None

*** CONTINUED ON PAGE 15 ***

Page: 15

## Surgical Case Record

Patient: F001029598 MARSHALL,JOHN GILBERT                Date of Birth: 02/28/59
Account No: F00046503219                                  Age: 63
Physician: WEHLA-Wehrly,Lance J  MD                      Sex: M
Specialty: ORT-ORTHOPEDICS                     Room-Bed/T.Loc: F.405-A
O.R.: F.OR01-OR RM 1                             Oper Date: 06/07/22
         Lakeview_Regional_Medical_Ctr
Primary Procedure: RIGHT FEMORAL NAIL
Case Close/                                       Run Date: 06/09/22
Transmitted: 06/08/22 1005  PHI LDH  HOWARTH RN,LINDA D   Run Time: 0950

                         Vomiting/Dry heaving: None
 Abdomen is soft, symmetrical, and non-tender: Yes
Bowel sounds normal-active in all 4 quadrants: Yes
                            Passing flatus: Yes
                            Document stool: Normal for patient
                      Assess genitourinary: Yes
          - - GENITOURINARY ASSESSMENT - -
   Urine clear, yellow to amber in color: Unable to assess
                       Abnormal genitalia: None
                       Urethral discharge: None
                         Urethral lesions: None
                          Scrotal swelling: None
 Signs or symptoms of recent injury or trauma: None
                          Assess musculoskeletal: Yes
        - - MUSCULOSKELETAL ASSESSMENT - -
   Full range of motion appropriate for developmental age: Yes
                Developmentally age appropriate gait: Yes
        Developmentally appropriate independent ambulation: Yes
                  Paresthesia: None
   Musculoskeletal acute condition: None
              Traction: None
           Positioning aids: None
                Contractures: None
   Assess integumentary: Yes
             INTEGUMENTARY ASSESSMENT - -
                         Skin condition: Warm and dry
   Color within expectations for ethnicity: Yes
   Skin turgor-tenting less than 1 second: Yes
                  Skin piercings: None
       - - SKIN PIERCINGS - -
   Skin alteration/Procedure site: None
       - - SKIN TEST - -
              Document skin test reaction: No
   Assess peripheral vascular: Yes
       - - PERIPHERAL VASCULAR - -
       Capillary refill less than or equal to 3 seconds: Yes
                Pulses strong and equal bilaterally: Yes
   Calves symmetrical and pain is absent with dorsiflexion: Yes
                      Peripheral edema: None
                           Nailbeds: Pink/No signs of clubbing
                           Clubbing: None
       Mechanical prophylaxis in place: None

DOCUMENTATION
MDROs:


Occurred 06/07/22 1712 NILSSON,STEPHANIE   Recorded 06/07/22 1713 NILSSON,STEPHANIE
       - - SURG: ASSESSMENT PACU - -
              Postop assessment and management: Discharge PACU I
                      PACU assessment time: 1713

*** CONTINUED ON PAGE 16 ***

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:40:00 AM

```
                                                                          Page: 16
                         Surgical Case Record
    Patient:  F001029598 MARSHALL,JOHN GILBERT        Date of Birth:  02/28/59
 Account No:  F00046503219                                      Age:  63
  Physician:  WEHLA-Wehrly,Lance J  MD                          Sex:  M
  Specialty:  ORT-ORTHOPEDICS                     Room-Bed/T.Loc:  F.405-A
       O.R.:  F.OR01-OR RM 1                           Oper Date:  06/07/22
              Lakeview_Regional_Medical_Ctr
Primary Procedure:  RIGHT FEMORAL NAIL
Case Close/                                            Run Date:  06/09/22
Transmitted:  06/08/22  1005   FNU.LDH  HOWARTH RN,LINDA D   Run Time:  0050
Patient identified by two identifiers and ID band on: Yes
                         Patient position on arrival: Fowlers semi
                                     Family notified: Yes
                              Level of consciousness: Awake
                               Alertness/orientation: Orient person/place/time
                          Changes since last assessment: Yes
                                         Ice Applied: No
        If location is extremity, was extremity elevated: No
                                   Assess respiratory: Yes
             - - RESPIRATORY ASSESSMENT - -
         Respirations even and unlabored: Yes
              Bilateral lungs sounds clear, equal and undiminished: Yes
                                    Airway: Patent
                            Chest expansion: Symmetrical
                                   Trachea: Midline
                              Oxygen therapy: none
             - - PACU DISCHARGE - -
           Transported with O2: No
           Reintubated in PACU: No
      Orders received and noted: Yes
   Family notified of transfer: Yes


DOCUMENTATION
MDRGs:
```

| PACU TIMES |
| --- |

```
----PACU AREA       ----  TIME DATE ----
     PT ARRIVES PACU:  1542 06/07/22
      ANESTHESIA END:  1547 06/07/22
PT DISCHARGE PHASE 1:  1714 06/07/22
 PT PACU HOLDING OUT:

Filed by STEPHANIE NILSSON on 06/07/22 at 1736
```

| PACU TRANSFER DATA |
| --- |

```
PATIENT DESTINATION:  405      MS4 ROOM 405
    REPORT GIVEN TO:  AMY
    TRANSPORT METHOD:  BED      PATIENT BED

Filed by STEPHANIE NILSSON on 06/07/22 at 1736
```

*** CONTINUED ON PAGE 17 ***

```
                                                                           Page: 17
                                  Surgical Case Record
        Patient:    F001029598 MARSHALL,JOHN GILBERT        Date of Birth:   02/28/59
   Account No:     P00046503219                                     Age:  63
     Physician;    WEHLA-Wehrly,Lance J  MD                         Sex:  M
     Specialty:    ORT-ORTHOPEDICS                       Room-Bed/T.Loc:  F.405-A
           O.R.:   F.OR01-OR RM 1                             Oper Date:  06/07/22
                   Lakeview_Regional_Medical_Ctr
   Primary Procedure:  RIGHT FEMORAL NAIL
   Case Close/                                              Run Date:  06/09/22
   Transmitted:  06/08/22 1005   FNU.LEW   HOWARTH RN,LINDA D    Run Time:  0050
```

### PACU NOTES

```
06/07/22 1623 BROSSETTE RN,SHANE R
1623 REPORT TO STEPHANIE RN

06/07/22 1628 NILSSON,STEPHANIE
REPORT RECEIVED 1623

Filed by STEPHANIE NILSSON on 06/07/22 at 1629
```

*** CONTINUED ON PAGE 18 ***

```
                                                                    Page: 18
                          Surgical Case Record
    Patient:    F001029594 MARSHALL,JOHN GILBERT      Date of birth:  02/28/59
  Account No:   P00046503219                           Age:  63
   Physician:   WEHLA-Wehrly,Lance J  MD               Sex:  M
   Specialty:   ORT-ORTHOPEDICS               Room-Bed/T.Loc:  F.405-A
        O.R.:   F.OR01-OR RM 1                     Oper Date:  06/07/22
                Lakeview_Regional_Medical_Ctr
  Primary Procedure:  RIGHT FEMORAL NAIL
  Case Close/                                      Run Date:  06/09/22
  Transmitted:  06/08/22 1005   PNU.LDH  HOWARTH RN,LINDA D   Run Time:  0050
```

| | PACU VITAL SIGNS | |
|---|---|---|
| | 06/07/22 1542 | 06/07/22 1552 |
| | PNU.SRB | PNU.SRB |
| Blood pressure: | 200/100 | 206/121 |
| Blood pressure source: | Monitor | |
| Blood pressure location: | 12 | |
| Pulse: | 109 | 82 |
| Respiratory rate: | 16 | 16 |
| SPO2 %: | 100 | 100 |
| Oxygen delivery devices: | Face mist tent | Nasal cannula |
| O2 Liters per minute: | 10 | 3 |
| FiO2%: | 40 | |
| Temperature F: | 98.7 | |
| Temperature source: | Oral | |
| Monitored heart rhythm: | Sinus tachycardia | Normal sinus rhythm |
| Capillary refill less than or equal t... | Yes | Yes |
| Document pain assessment/reassessment: | Non-pharmacological | Non-pharmacological |
| RASS/LOC score: | -1 Drowsy | -1 Drowsy |
| Post-anesthesia recovery score assess... | Yes | Yes |
| Post-procedure activity: | Moves all 4 extremities | Moves all 4 extremities |
| Post-procedure respirations: | Breathes deeply/coughs | Breathes deeply/coughs |
| Post-procedure circulation: | BP +/- 20-49% Pre-anesthe | BP +/- 20-49% Pre-anesthe |
| Post-procedure consciousness: | Arousable to voice/verbal | Arousable to voice/verbal |
| Post-procedure O2 saturation: | Needs O2 to maintain 92% | Needs O2 to maintain 92% |
| Post anesthesia recovery score: | 7 | 7 |
| Goal for pain management: | No pain-0 | No pain-0 |
| Pain scale utilized: | Verbal numeric | Verbal numeric |
| Pain intensity: | 3 | 3 |
| Pain location: | RIGHT (RT) HIP | RT HIP |
| Pain description: | Aching | Aching |
| | Episodic/Intermittent | |
| | Dull | |
| Progress toward pain objective(s) for... | Objective(s) met | Objective(s) met |
| Numeric pain scale: | Mild pain-3 | Mild pain-3 |
| | 06/07/22 1602 | 06/07/22 1612 |
| | PNU.SRB | PNU.SRB |
| Blood pressure: | 176/126 | 161/121 |
| Pulse: | 84 | 75 |
| Respiratory rate: | 16 | 16 |
| SPO2 %: | 100 | 100 |
| Oxygen delivery devices: | | Nasal cannula |
| O2 Liters per minute: | 3 | 3 |
| Monitored heart rhythm: | Normal sinus rhythm | Normal sinus rhythm |
| Capillary refill less than or equal t... | Yes | Yes |
| Document pain assessment/reassessment: | Non-pharmacological | Non-pharmacological |
| RASS/LOC score: | 0 Alert and calm | 0 Alert and calm |
| Post-anesthesia recovery score assess... | Yes | Yes |
| Post-procedure activity: | Moves all 4 extremities | Moves all 4 extremities |
| Post-procedure respirations: | Breathes deeply/coughs | Breathes deeply/coughs |

*** CONTINUED ON PAGE 19 ***

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
                                                                    Page: 19
                              Surgical Case Record
      Patient:   F001029598 MARSHALL,JOHN GILBERT        Date of Birth:  02/28/59
  Account No:  F00046503219                                Age:  63
   Physician:  WEHLA-Wehrly,Lance J  MD                    Sex:  M
   Specialty:  ORT-ORTHOPEDICS                    Room-Bed/T.Loc:  P.405-A
        O.R.:  P.OR01-OR RM 1                           Oper Date:  06/07/22
               Lakeview_Regional_Medical_Ctr
  Primary Procedure:  RIGHT FEMORAL NAIL
  Case Close/                                         Run Date:  06/09/22
  Transmitted:  06/09/22 1005  FNU LDK  HOWARTH RN,LINDA D   Run Time:  0950
```

| | | |
|---|---|---|
| Post-procedure circulation: | BP +/- 20-49% Pre-aneethe | BP +/- 20-49% Pre-anesthe |
| Post-procedure consciousness: | Arousable to voice/verbal | Fully awake |
| Post-procedure O2 saturation: | Needs O2 to maintain 92% | Needs O2 to maintain 92% |
| Post anesthesia recovery score: | 7 | 8 |
| Goal for pain management: | No pain-0 | No pain-0 |
| Pain scale utilized: | Verbal numeric | Verbal numeric |
| Pain intensity: | 3 | 6 |
| Pain location: | RT HIP | RT HIP |
| Pain description: | Aching | Aching |
| | Episodic/Intermittent | |
| Progress toward pain objective(s) for... | Objective(s) met | Objective(s) not met |
| Numeric pain scale: | Mild pain-3 | Moderate pain-6 |
| | 06/07/22 1622 | 06/07/22 1634 |
| | FNU.SRB | FNU.SN2 |
| Blood pressure: | 169/108 | 164/103 |
| Blood pressure source: | | Non-invasive monitor |
| Blood pressure location: | | Arm upper right |
| Pulse: | 79 | 71 |
| Respiratory rate: | 16 | 17 |
| SPO2 %: | 98 | 98 |
| Oxygen delivery devices: | Nasal cannula | Nasal cannula |
| O2 Liters per minute: | 3 | 2 |
| Monitored heart rhythm: | Normal sinus rhythm | Normal sinus rhythm |
| Capillary refill less than or equal t... | Yes | Yes |
| Document pain assessment/reassessment: | Non-pharmacological | Non-pharmacological |
| RASS/LOC score: | -1 Drowsy | 0 Alert and calm |
| Post-anesthesia recovery score assess... | Yes | Yes |
| Post-procedure activity: | Moves all 4 extremities | Moves all 4 extremities |
| Post-procedure respirations: | Breathes deeply/coughs | Breathes deeply/coughs |
| Post-procedure circulation: | BP +/- 20-49% Pre-anesthe | BP +/- 20% Pre-anesthesia |
| Post-procedure consciousness: | Fully awake | Fully awake |
| Post-procedure O2 saturation: | Needs O2 to maintain 92% | O2 sat greater than 92 RA |
| Post anesthesia recovery score: | 8 | 10 |
| Document objectives for pain management: | | Yes |
| Goal for pain management: | No pain-0 | Mild pain-2 |
| Pain scale utilized: | Verbal numeric | Verbal numeric |
| Pain intensity: | 6 | 5 |
| Pain location: | RT HIP | Hip right |
| Pain description: | Aching | |
| Progress toward pain objective(s) for... | Objective(s) not met | |
| Deep breath at/below pain mgmt goal: | | Yes |
| Turn at/below pain mgmt goal: | | Yes |
| Progressive ambulation at/below pain ... | | Yes |
| Perform ADLs at/below pain mgmt goal: | | Yes |
| Numeric pain scale: | Moderate pain-6 | Moderate pain-5 |
| | 06/07/22 1649 | 06/07/22 1700 |
| | FNU.SN2 | FNU.SN2 |
| Blood pressure: | 153/98 | 140/96 |
| Blood pressure source: | Non-invasive monitor | Non-invasive monitor |
| Blood pressure location: | Arm upper right | Arm upper right |
| Pulse: | 70 | 68 |

*** CONTINUED ON PAGE 20 ***

Requested by Eugenia Simmons on 1/30/2026 9:12:10 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

Page: 20

## Surgical Case Record

Patient: F001029598 MARSHALL,JOHN GILBERT    Date of birth: 02/28/59
Account No: F00046503219                      Age: 63
Physician: WEHLA-Wehrly,Lance J  MD           Sex: M
Specialty: ORT-ORTHOPEDICS                    Room-Bed/T,Loc: F.405-A
O.R.: F.OR01-OR RM 1                          Oper Date: 06/07/22
Lakeview_Regional_Medical_Ctr

Primary Procedure: RIGHT FEMORAL NAIL

Case Close/                                   Run Date: 06/09/22
Transmitted: 06/08/22 1005  FNU.LDH  HOWARTH RN,LINDA D   Run Time: 0050

| | | |
|---|---|---|
| Respiratory rate: | 16 | 17 |
| SPO2 %: | 96 | 99 |
| Oxygen delivery devices: | Room air | Room air |
| Temperature F: | 97.8 | |
| Temperature source: | Oral | |
| Monitored heart rhythm: | Normal sinus rhythm | Normal sinus rhythm |
| Capillary refill less than or equal t... | Yes | Yes |
| RASS/LOC score: | 0 Alert and calm | 0 Alert and calm |
| Post-anesthesia recovery score assess... | Yes | Yes |
| Post-procedure activity: | Moves all 4 extremities | Moves all 4 extremities |
| Post-procedure respirations: | Breathes deeply/coughs | Breathes deeply/coughs |
| Post-procedure circulation: | BP +/- 20% Pre-anesthesia | BP +/- 20% Pre-anesthesia |
| Post-procedure consciousness: | Fully awake | Fully awake |
| Post-procedure O2 saturation: | O2 sat greater than 92 RA | O2 sat greater than 92 RA |
| Post anesthesia recovery score: | 10 | 10 |

06/07/22 1706
FNU.SN2

| | |
|---|---|
| Blood pressure: | 153/100 |
| Blood pressure source: | Non-invasive monitor |
| Blood pressure location: | Arm upper right |
| Pulse: | 77 |
| Respiratory rate: | 16 |
| SPO2 %: | 95 |
| Oxygen delivery devices: | Room air |
| Monitored heart rhythm: | Normal sinus rhythm |
| Capillary refill less than or equal t... | Yes |
| RASS/LOC score: | 0 Alert and calm |
| Post-anesthesia recovery score assess...: | No |

QUERIES NO LONGER ATTACHED TO A CDS

06/07/22 1542
FNU.SRB

| | |
|---|---|
| BMI calculated: | 39.1 |

06/07/22 1649
FNU.SN2

| | |
|---|---|
| BMI calculated: | 39.1 |

### PACU COMPLETED BY

Completed By    STEPHANIE NILSSON
Completed Date   06/07/22
Completed Time   1733

*** CONTINUED ON PAGE 21 ***

```
                                                                      Page: 21
                              Surgical Case Record
     Patient:   F001029598 MARSHALL,JOHN GILBERT      Date of Birth:  02/28/59
  Account No:   P00046503219                                    Age:  63
   Physician:   WEHLA-Wehrly,Lance J  MD                        Sex:  M
   Specialty:   ORT-ORTHOPEDICS                      Room-Bed/T.Loc:  F.405-A
        O.R.:   F.OR01-OR RM 1                           Oper Date:  06/07/22
                Lakeview_Regional_Medical_Ctr
Primary Procedure:  RIGHT FEMORAL NAIL
Case Close/                                            Run Date:  06/09/22
Transmitted:    06/08/22 1005   FNU.LEH  HOWARTH RN,LINDA D    Run Time:  0050
```

| USER LEGEND |
|---|
| CSS.SE3 = SELEINA* EDWARDS, CERTIFIED SURGICAL TECH |
| FNU.BM8 = BRITTANY MAGEE, CERTIFIED SURGICAL TECH |
| FNU.LJH = LAWRENCE HEBERT CRNA, CERTIFIED RN ANESTHETIST |
| FNU.SN2 = STEPHANIE NILSSON. |
| FNU.SRB = SHANE R BROSSETTE RN, REGISTERED NURSE |
| FNU.VB = VERENA BOSWELL, REGISTERED NURSE |
| FRAD.JG = JUSTIN* GRIJALVA, RADIOLOGY TECH |
| FRAD.KK = KIMBERLY R SALVAGGIO, RADIOLOGY TECH |
| P.WEHLA = LANCE J WEHRLY MD, PHYSICIAN |

| DOCTOR/CRNA LEGEND |
|---|
| CARSU = Susan Carey MD. |
| HEBLA = Lawrence Hebert CRNA. |
| LAPMO = Monique A Lapeyrouse CRNA. |
| WEHLA = Lance J Wehrly MD. |

| STAFF TYPE LEGEND |
|---|
| -CRNA = CERTIFIED RN ANESTHETIST |
| -CST = CERTIFIED SURGICAL TECH |
| -PHY = PHYSICIAN |
| -RAD = RADIOLOGY TECH |
| -RN = REGISTERED NURSE |

```
                    PRINTED BY HPF.FEED 06/09/22 0050
```

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
LAKEVIEW RMC CAMPUS OF TULANE      Name: MARSHALL,JOHN GILBERT
95 JUDGE TANNER BLVD               Phys: Vorhaben,Ann T   MD
COVINGTON, LA 70433                DOB: 02/28/1959   Age: 63      Sex: M
                                   Acct: F00046503219  Loc: F.ER
PHONE #: (985)867-4050             Exam Date: 06/07/2022 Status: REG ER
     FAX #: (985)867-4051          PACS ID: F273171
                                   Unit No: F001029598


     EXAMS:                                        CPT:
001496705 RT. FEMUR 2 OR MORE VIEWS                73552

         History: Right leg pain, fall

     Multiple views of the right femur were obtained.

     There is an obliquely oriented fracture involving the mid right shaft.
     1.1 x 6 cm of the fracture components noted. The remaining included
     portions of the right femur are grossly intact.

     Impression: Acute mildly displaced femoral shaft fracture.




** Electronically Signed by M.D Kathryn Pflug on 06/07/2022 at 1009 **
             Reported and signed by: Kathryn Pflug, M.D
```

CC:

Technologist: FRAD.RR RT (R); FRAD.LMM RT

Transcribed Date/Time: 06/07/2022 (1008)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 06/07/2022 (1009)
Orig Print D/T: S: 06/07/2022 (1011)
                                    BATCH NO: N/A

PAGE  1                     Signed Report

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
LAKEVIEW RMC CAMPUS OF TULANE     Name: MARSHALL,JOHN GILBERT
95 JUDGE TANNER BLVD              Phys: Hidalgo,Marco E  MD
COVINGTON, LA 70433              DOB: 02/28/1959    Age: 63      Sex: M
                                 Acct: F00046503219  Loc: F.ER13 A
PHONE #: (985)867-4050           Exam Date: 06/07/2022 Status: ADM IN
     FAX #: (985)867-4051        PACS ID: F273171
                                 Unit No: F001029598


    EXAMS:                                     CPT:
001496780 RT. FEMUR 2 OR MORE VIEWS            73552
001496781 FLUOROSCOPY (UP TO ONE HOUR)         76000

         History: Right leg pain, femur fracture

     Comparison: Earlier exam dated June 7, 2022

     Multiple views of the intraoperative right femur were obtained.

     Intraoperative imaging and fluoroscopy is used for internal fixation
     of the mid shaft right femur fracture. Correlation with the operative
     note is recommended.

     Fluoroscopy time 195 seconds. 6 images obtained.

      Impression: Intraoperative imaging of the right femur.



** Electronically Signed by Steven Pflug M.D. on 06/07/2022 at 1606 **
          Reported and signed by: Steven Pflug, M.D.
```

```
CC: Hidalgo,Marco E  MD

Technologist: JUSTIN GRIJALVA RT(UT)

Transcribed Date/Time: 06/07/2022 (1605)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 06/07/2022 (1606)
Orig Print D/T: S: 06/07/2022 (1608)
                              BATCH NO: N/A

PAGE  1                   Signed Report
```

Requested by Eugenia Simmons on 1/30/2026 9:12:10 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

| Date: 6-07-22 | **Implant/Explant Record** | **Lakeview Regional Medical Center** |
|---|---|---|
| Surgeon: *Dudley* | | A CAMPUS OF TULANE MEDICAL CENTER |
| Surgical Procedure: | | |
| Surgical Tech FNU: *Hill, BK8* | | |

*Hill, MK*

RN FNU                                                                                    RN Printed Name

| **1) IMPLANT:** | | **2) IMPLANT:** | |
|---|---|---|---|
| Manufacturer: | [REF] 04.037.058S  [LOT] 853P628 | Manufacturer: | |
| Model/Catalog No: | 10MM/130 DEG TI CANN TFNA | Model/Catalog No: | |
| Serial No: | 380MM/RIGHT - STERILE  [exp] 2032-01-31 | Serial No: | |
| Lot No: | Material: Ti15Mo/Ti6Al7Nb | Lot No: | |
| Location of implant: | [i] DePuySynthes | Location of implant: | |
| Explant | | Explant | |
| Qty:  Size: | | Qty:  Size: | |
| Exp Date:  Time Opened:  Implanted Time: | | Exp Date:  Time Opened:  Implanted Time: | |
| Medication:  Lot #: | | Medication:  Lot #: | |
| Solution:  Lot #: | | Solution:  Lot #: | |
| **3) IMPLANT:** | | **4) IMPLANT:** | |
| Manufacturer: | | Manufacturer: | |
| Model/Catalog No: | [REF] 04.038.385S  [LOT] 24P5021 | Model/Catalog No: | |
| Serial No: | TFNA FENESTRATED HELICAL  [exp] 2029-09-30 | Serial No: | |
| Lot No: | BLADE 85MM - STERILE | Lot No: | |
| Location of implant: | Material: Ti-6Al-7Nb  [i] DePuySynthes | Location of implant: | |
| Explant | | Explant | |
| Qty:  Size: | | Qty:  Size: | |
| Exp Date:  Time Opened:  Implanted Time: | | Exp Date:  Time Opened:  Implanted Time: | |
| Medication:  Lot #: | | Medication:  Lot #: | |
| Solution:  Lot #: | | Solution:  Lot #: | |
| **5) IMPLANT:** | | **6) IMPLANT:** | |
| Manufacturer: | | Manufacturer: | |
| Model/Catalog No: | | Model/Catalog No: | |
| Serial No: | | Serial No: | |
| Lot No: | | Lot No: | |
| Location of implant: | | Location of implant: | |
| Explant | | Explant | |
| Qty:  Size: | | Qty:  Size: | |
| Exp Date:  Time Opened:  Implanted Time: | | Exp Date:  Time Opened:  Implanted Time: | |
| Medication:  Lot #: | | Medication:  Lot #: | |
| Solution:  Lot #: | | Solution:  Lot #: | |
| **7) IMPLANT:** | | **8) IMPLANT:** | |
| Manufacturer: | | Manufacturer: | |
| Model/Catalog No: | | Model/Catalog No: | |
| Serial No: | | Serial No: | |
| Lot No: | | Lot No: | |
| Location of implant: | | Location of implant: | |
| Explant | | Explant | |
| Qty:  Size: | | Qty:  Size: | |
| Exp Date:  Time Opened:  Implanted Time: | | Exp Date:  Time Opened:  Implanted Time: | |
| Medication:  Lot #: | | Medication:  Lot #: | |
| Solution:  Lot #: | | Solution:  Lot #: | |



**\*ORS\***
Implant/Explant Record
WHITE-MEDICAL RECORDS    YELLOW-RETURN TO OR DEPARTMENT

MARSHALL, JOHN GILBERT
F00046503219  CR  05/07/22 0652
LOC Sex-Age: 02/28/59-M-63
MR: F001029598
Verlatos, Ann T  MD

```
LAKEVIEW REGIONAL MEDICAL CENTER (COCLV)
EMERGENCY PROVIDER REPORT
REPORT#:0607-0131    REPORT STATUS: Signed
DATE:06/07/22  TIME: 1015

PATIENT: MARSHALL,JOHN GILBERT        UNIT #: F001029598
ACCOUNT#: F00046503219                ROOM/BED: F.ER12-A
AGE: 63      SEX: M                   PCP PHYS: NO PRIMARY OR
FAMILY PHYSICIAN
SERVICE DT: 06/07/22                  AUTHOR: Vorhaben,Ann T  MD
REP SRV DT: 06/07/22            REP SRV TM: 1015
* ALL edits or amendments must be made on the electronic/computer
document *
```

### HPI-Extremity Prob Lower

**General**
**Initial Greet Date/Time** 06/07/22 0931

**Presentation**
**Chief Complaint** Thigh problem R
**Hx Obtained From** Patient, Spouse, EMS
**Onset Occurred** Sudden, Just prior to arrival
**Symptom Duration** Since onset
**Progression since Onset** Gradually worsening
**Caused by** Accidental, Slipped on wet floor in the kitchen.
**Location** Right mid thigh
**Quality** Painful
**Associated with**
Denies: Abdominal pain, Back pain, Chest pain, Difficulty breathing, Loss of consciousness,
Nausea, Neck pain, Neuro symptoms pre-arriv; Vomiting.
**Exacerbated by** Movement, Palpation
**Relieved by** Rest

**Free Text HPI Notes**
**Free Text HPI Notes**
Patient has a history of multiple prior surgeries to the right lower extremity, including a BKA
secondary to thalidomide teratogenicity at birth. He is not on chronic pain medication. He
was wearing his prosthetic at the time of the fall. He has been nonambulatory since the
event.

Patient denies head injury, LOC, syncope, presyncope

EMS placed patient on a backboard. No prehospital treatment.

Triage vitals 100/117, SE, 98.5, T6, 99% on room air

### Review of Systems

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/07/22
Acct#:F00046503219

**ROS Statements**
All systems rev & neg except as marked.

**Past Medical History - Adult**
**Stated Complaint** FALL
**Allergies**
**Coded Allergies:**
No Known Allergies (06/07/22)

**Home Medications**
**Reported Medications**
ASPIRIN EC 325 MG PO Q6H PRN PRN ARTHRITIC PAIN

**Calculated Suicide Risk (nurs)** No risk
**Additional Medical History**
Arthritis, thalidomide teratogenicity with multiple limb abnormalities
**Additional Surgical History**
Multiple orthopedic
**Smoking status for patients 13 years old or older:** Current every day smoker

**Physical Exam**

**Vital Signs**
Vital Signs
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 06/07 0856 |
| B/P | 168/117 | 06/07 0856 |
| B/P Mean | 134 | 06/07 0856 |
| O2 Delivery | Room air | 06/07 0856 |
| Temp | 98.5 | 06/07 0856 |
| Pulse | 68 | 06/07 0856 |
| Resp | 18 | 06/07 0856 |

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 06/07 0925 |
| B/P | 142/82 | 06/07 0925 |
| B/P Mean | 102 | 06/07 0925 |

Page 2 of 9

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598 ~
Date: 06/07/22
Acct#:F00046503213

| O2 Delivery | Room air | 06/07 0925 |
|---|---|---|
| Pulse | 54 | 06/07 0925 |
| Resp | 16 | 06/07 0925 |
| Temp | 98.5 | 06/07 0856 |

**Review of Vital Signs** Reviewed

**Focused PE**
**General/Const**
  **General/Const** Awake, Alert, Cooperative, Not toxic appearing
  **Text/Dict Notes**
Appears in pain with any movement of the right lower extremity
**Resp/Chest**
  **Respiratory/Chest** Breath sounds NL, Breath sounds = bilat, No respiratory distress
**Cardiovascular**
  **Cardiovascular** Heart rate NL, Regular rhythm
**MS Lower Extrem  \*\***
  **Text/Dict Notes**
RLE: Swelling and tenderness to mid thigh. Chronic deformity to BKA stump. Patient has
full range of motion of the stump without tenderness. No tenderness to proximal hip.
**MS Ankle/Foot    \*\***
  **Text/Dict Note**
Right BKA
**Skin**
  **Skin** Color NL, No rash, Warm, Dry
**Neurologic**
  **Neurologic** Oriented X3, Speech NL, No motor deficits

**Additional PE**
**MS Head**
  **Head** Atraumatic, Normocephalic
**Eyes**
  **Eyes** PERRL, EOMI
**Ears/Nose/Throat**
  **Ears/Nose/Throat** Airway patent
**MS Neck**
  **Neck** Supple, Full range of motion, Non-tender, No midline vertebral tend
**Abdomen/GI**
  **Abdomen/GI** Soft, Non-tender
**MS Back**
  **Back** No midline vertebral tend

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MPM F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

Patient: MARSHALL, JOHN GILBERT
Unit#:F001029598
Date: 06/07/22
Acct#:F00046503219

**MS Upper Extrem**
  Upper Extremity/MS Full range of motion
**MS Wrist/Hand**
  Wrist/Hand Vascular intact

## Interpretation & Diagnostics

### Lab Results Interpretation
**Considerations** Independ review imaging
**Results**
Laboratory Tests

**06/07/22 0953:**

**Laboratory Tests:**

|  | 06/07 1008 | 06/07 0953 |
|---|---|---|
| **Chemistry** |  |  |
| Sodium (136 - 145 meq/L) |  | 137 |
| Potassium (3.5 - 5.1) |  | 3.4 L |
| Chloride (98 - 107 MEQ/L) |  | 104 |
| Carbon Dioxide (21 - 32 meq/L) |  | 21.0 |
| BUN (7 - 18 MG/DL) |  | 13 |
| Creatinine (0.67 - 1.17 mg/dL) |  | 0.92 |
| Glomerular Filtr Rate |  | 93 |
| BUN/Creatinine Ratio (10 - 20) |  | 14 |
| Glucose (74 - 106 mg/dl) |  | 141 H |
| Calcium (8.5 - 10.1 mg/dL) |  | 9.3 |
| Corrected Calcium (8.4 - 10.6 MG/DL) |  | 9.5 |
| Magnesium (1.8 - 2.4 mg/dL) |  | 1.8 |
| Total Bilirubin (0.2 - 1.3 mg/dL) |  | 0.8 |
| AST (15 - 37 IU/L) |  | 71 H |
| ALT (13 - 61 IU/L) |  | 111 H |
| Alkaline Phosphatase (50 - 136 IU/L) |  | 68 |
| Total Protein (6.4 - 8.2 G/DL) |  | 7.1 |
| Albumin (3.4 - 5.0 G/DL) |  | 3.8 |
| Albumin/Globulin Ratio |  | 1.1 |

Page 4 of 9

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/07/22
Acct#:F00046503219

| Hematology | | |
|---|---|---|
| WBC (4.5 - 11.0 K/uL) | | 10.4 |
| RBC (4.5 - 6.0 M/uL) | | 4.52 |
| Hgb (13.5 - 17.5 g/dL) | | 15.1 |
| Hct (41.0 - 54.0 %) | | 45.0 |
| MCV (80.0 - 100.0 FL) | | 99.6 |
| MCH (26.0 - 34.0 PG) | | 33.4 |
| MCHC (32.0 - 35.0 g/dL) | | 33.6 |
| RDW (12.0 - 15.0 %) | | 13.6 |
| Plt Count (160 - 420 K/uL) | | 240 |
| Abs Immat Gran (auto) (0.0 - 0.0 K/uL) | | 0.04 H |
| Nucleated RBC % (auto) (0 - 0 #/100WBC) | | 0 |
| Immature Gran % (0 - 3 %) | | 0.4 |
| Neutrophils % (34.0 - 71.1 %) | | 78.9 H |
| Lymphocytes % (20.0 - 44.0 %) | | 10.0 L |
| Monocytes % (0.0 - 11.0 %) | | 9.5 |
| Eosinophils % (1.0 - 5.0 %) | | 0.2 L |
| Basophils % (0 - 2.0 %) | | 1.0 |
| Neutrophils # (2.34 - 7.0 K/uL) | | 8.20 H |
| Lymphocytes # (0.9 - 4.84 K/uL) | | 1.04 |
| Monocytes # (0.0 - 1.10 K/uL) | | 1.0 |
| Eosinophils # (0.05 - 0.55 K/uL) | | 0.0 L |
| Basophils # (0.0 - 0.22 K/uL) | | 0.10 |
| Serology | | |
| SARS-CoV-2 Ag (Rapid) (Negative) | Negative | |
| SARS CoV-2 Rapid Comm | Comment: | |

Recent Impressions:
**GENERAL RADIOLOGY - RT. FEMUR 2 OR MORE VIEWS 06/07 0950**
*** Report Impression - Status: SIGNED  Entered: 06/07/2022 1011

Impression: Acute mildly displaced femoral shaft fracture.

Impression By: P.PFLKA - Kathryn Pflug, M.D
**GENERAL RADIOLOGY - PELVIS ONLY AP 06/07 0950**
*** Report Impression - Status: SIGNED  Entered: 06/07/2022 1012

Impression: No evidence for acute abnormality on this single view of
the pelvis.
Impression By: P.PFLKA - Kathryn Pflug, M.D
**GENERAL RADIOLOGY - CHEST 1 VIEW ONLY 06/07 0950**
*** Report Impression - Status: SIGNED  Entered: 06/07/2022 1012

Page 5 of 9

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/07/22
Acct#:F00046503219

Impression: Cardiomegaly otherwise no radiographic evidence for acute
cardiopulmonary disease on this single view study of the chest.

Impression By: P.PFLKA - Kathryn Pflug, M.D

**Lab & Imaging Statement**
Laboratory & radiographic studies reviewed and considered in the medical decision-making.

**Point of Care Testing**
Pulse Oximetry
  **Pulse Ox % 98**
  **On:** Room air
  **Interpretation** Interpreted by me, Pulse oximetry normal

**ECG #1 Interpretation**
Interpreted by ED physician
**NL ECG Interpretation** Normal sinus rhythm 76 bpm STEMI or ST depression or acute
ischemic changes.

## Re-Evaluation & MDM

## Free Text MDM Notes
Free Text MDM Notes
Patient status post mechanical fall with suspected right femur fracture. Vitals are stable.
GCS is 15. No head injury or LOC. An IV was established and patient was given Dilaudid
IV for acute pain. X-rays confirm a midshaft right femur fracture. Case was discussed with
Ortho and trauma for admission. Preop labs were sent and unremarkable. Preop COVID
negative. A preop EKG was also performed which was unremarkable; no acute
life-threatening arrhythmia, STEMI or acute ischemic changes. I do not suspect other acute
life or limb threatening traumatic injuries today.

ED Course
**Medication(s) Ordered**
Medication(s) Ordered:
**Central Nervous System Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Hydromorphone HCl | 0.5 MG | X1ED ONE | 06/07 0945 | DC | 06/07 |

Page 6 of 9

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/07/22
Acct#:F00046503219

|  |  | IV | 06/07 0946 | 0948 |

## Electrolytic, Caloric, And Wat

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Sodium Chloride | 1,000 ML | ER TRANSITION ONCE... IV | 06/07 1050 06/08 0009 | AC | 06/07 1213 |

## Consultation
### Consultation 1
**Referral/Consult Name**
Wehrly,Lance J MD
**Consultant Called** Orthopedic
**Requested Call Time** 1000
**Call Returned Time** 1000
**Free Text Consult Notes**
Admit to trauma; keep n.p.o.; ORIF this afternoon (pt ate at 6am)
### Consultation 2
**Referral/Consult Name**
; Hidalgo,Marco E MD
**Consultant Called** Trauma surgeon
**Requested Call Time** 1010
**Free Text Consult Notes**
1020 I spoke with Jennifer Cohen, PA for the trauma service-will come see patient; ok with bridge orders. Currently in the ICU with a patient.

## Patient Discharge & Departure

## Vital Signs/Condition
**Vital Signs**
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 06/07 0856 |
| B/P | 168/117 | 06/07 0856 |
| B/P Mean | 134 | 06/07 0856 |
| O2 Delivery | Room air | 06/07 0856 |
| Temp | 98.5 | 06/07 0856 |
| Pulse | 68 | 06/07 0856 |
| Resp | 18 | 06/07 0856 |

Page 7 of 9

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/07/22
Acct#:F00046503219

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 06/07 0925 |
| B/P | 142/62 | 06/07 0925 |
| B/P Mean | 102 | 06/07 0925 |
| O2 Delivery | Room air | 06/07 0925 |
| Pulse | 54 | 06/07 0925 |
| Resp | 16 | 06/07 0925 |
| Temp | 98.5 | 06/07 0856 |

All vital signs available at the time of this entry have been reviewed.

**Condition** Stable

## Clinical Impression
**Clinical Impression**
**Primary Impression:** Closed right femoral fracture

## Disposition Decision
Admit
  **Admit Physician Name**
     Hidalgo,Marco E MD
  **Request Time** 1047
  **Request Date** 06/07/22

## Discharge/Care Plan
**Counseled Regarding** Diagnosis, Lab results, Imaging studies, Need for admission
Departure Forms
**Additional Information/Notices**
**My Health One**
 **Admit Note**
I have spoken with the patient and/or caregivers. I have explained the patient's condition, diagnoses and treatment plan based on the information available to me at this time. I have answered the patient's and/or caregiver's questions and addressed any concerns. The patient and/or caregivers have as good an understanding of the patient's diagnosis, condition and treatment plan as can be expected at this point. The patient has been stabilized within the capability of the emergency department. The patient will be transported for further care and management or will be moved to an observation or inpatient service. I have communicated with the staff or medical practitioner taking over this patient's care.

Electronically Signed by Vorhaben,Ann T MD on 06/07/22 at 1705

Page 8 of 9

```
Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/07/22
Acct#:F00046503219
```

```
RPT #: 0607-0131
***END OF REPORT***
```

Page 9 of 9

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

LAKEVIEW LABORATORY
COVINGTON, LA, 70433
HPF LAB Discharge Summary Rpt w/o Pathology           FINAL
                                                      PAGE 1
PROC DATE: 06/10/22
RUN TIME: 0050
RUN USER: LABRKGJOB

PATIENT: MARSHALL,JOHN GILBERT       ACCT #: F00046503219 LOC:  F.HS4      U #: F001029598
                                     AGE/SEX: 63/M       ROOM: F.405     REG: 06/07/22
REG DR:  Hidalgo,Marco E  MD         STATUS: DIS IN      BED:  A         DIS: 06/09/22

-----CHEMISTRY-----

| Date | 6/9/22 | 6/9/22 | |
|------|--------|--------|--|
| Time | 0622 | 0622 | Reference Units |
| NA | 138 | 137 | (136-145) meq/L |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0649 | 0659 | Time |
| K | 3.7 | 3.4 L | (3.5-5.1) |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0649 | 0659 | Time |
| CL | 103 | 104 | (98-107) MEQ/L |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0649 | 0659 | Time |
| CO2 | 27.0 | 23.0 | (21-32) meq/L |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0649 | 0710 | Time |
| GLU | 130 H | 136 H | (74-106) mg/dl |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0649 | 0710 | Time |
| BUN | 14 | 12 | (7-18) MG/DL |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0649 | 0710 | Time |
| CREA | 0.78(a) | 0.72(a) | (0.67-1.17) mg/dL |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0656 | 0710 | Time |
| GLOM FILT RATE | 101(b) | 103(b) | |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0656 | 0710 | Time |
| BUN/CREA RATIO | 18 | 16 | (10-20) |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0656 | 0710 | Time |

NOTES:  (a)  Creatinine method is IDMS traceable.
        (b)  The Glomerular Filtration Rate is a calculated parameter
             based on serum Creatinine, patient age and sex.
             GFR values less than 60 mL/min/1.73 square meters are
             indicative of Chronic Kidney Disease. Values less than
             15 mL/min/1.73 squrae meters indicate Kidney failure.
             THE CALCULATION FOR GFR IS BASED ON THE CKD-EPI (2021)
             CALCULATION. THIS FORMULA IS RACE INDIFFERENT AND IS THE
             RECOMMENDED FORMULA FOR GFR BY THE NATIONAL KIDNEY
             FOUNDATION FOR ADULTS.
             The GFR will not calculate if the sex is Unknown or if the
             patient s age is <18 years.

Patient: MARSHALL,JOHN GILBERT       Age/Sex: 63/M    Acct#F00046503219 Unit#F001029598

PATIENT MARSHALL, jOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
                            LAKEVIEW LABORATORY
                            COVINGTON, LA, 70433
                            HPF LAB Discharge Summary Rpt w/o Pathology      FINAL
    RUN DATE: 06/10/22                                                       PAGE 2
    RUN TIME: 0050
    RUN USER: LABRKGJOB

    ----------------------------------------------------------------------------------
    Patient: MARSHALL,JOHN GILBERT            #F00046503219      (Continued)
    ----------------------------------------------------------------------------------
                              -----CHEMISTRY (cont.)-----
    ----------------------------------------------------------------------------------
    Date              6/9/22          6/8/22
    Time              0622            0622            Reference Units
    ----------------------------------------------------------------------------------
    CALCIUM             8.6             8.6           (8.5-10.1) mg/dL
                      06/09/22        06/08/22            Verified Date
                        0710            0710                       Time
    CORRECTED CA        9.2(c)                         (8.4-10.5) MG/DL
                      06/09/22                             Verified Date
                        0649                                       Time
    PHOS                                2.3 L          (2.5-4.9) mg/dL
                                      06/08/22             Verified Date
                                        0710                       Time
    TP                  6.5                            (6.4-8.2) G/DL
                      06/09/22                             Verified Date
                        0656                                       Time
    ALB                 3.2 L                          (3.4-5.0) G/DL
                      06/09/22                             Verified Date
                        0649                                       Time
    A/G RATIO           0.9                                Verified Date
                      06/09/22                                       Time
                        0656
    T BILI              0.9                            (0.2-1.3) mg/dL
                      06/09/22                             Verified Date
                        0656                                       Time
    AST                 52 H                           (15-37) IU/L
                      06/09/22                             Verified Date
                        0656                                       Time
    ALT                 65 H                           (13-61) IU/L
                      06/09/22                             Verified Date
                        0656                                       Time
    ALK PHOS            47 L                           (80-136) IU/L
                      06/09/22                             Verified Date
                        0656                                       Time
    K                   2.0             1.7 L          (3.5-5.0) mg/dL
                      06/09/22        06/08/22             Verified Date
                        0656            0710                       Time

    ----------------------------------------------------------------------------------
    Date              6/7/22
    Time              0953                            Reference Units
    ----------------------------------------------------------------------------------
    NA                  137                            (136-145) meq/L
                      06/07/22                             Verified Date
                        1024                                       Time

    NOTES:   (c)  CALCIUM CORRECTED FOR ALBUMIN

    ----------------------------------------------------------------------------------
    Patient: MARSHALL,JOHN GILBERT        Age/Sex: 63/M    Acct#F00046503219 Unit#F001029598
    ----------------------------------------------------------------------------------
```

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

LAKEVIEW LABORATORY
COVINGTON, LA, 70433
HPF LAB Discharge Summary Rpt w/o Pathology        FINAL
                                                    DATE :

RUN DATE: 06/10/22
RUN TIME: 0050
RUN USER: LABBKGJOB

Patient: MARSHALL, JOHN GILBERT        #F00046503219        (Continued)

-----CHEMISTRY (cont.)-----

| Date | 6/7/22 | | |
|------|--------|--|--|
| Time | 0953 | | Reference Units |
| K | 3.4 L | | (3.5-5.1) |
| | 06/07/22 | | Verified Date |
| | 1024 | | Time |
| CL | 104 | | (98-107) meq/L |
| | 06/07/22 | | Verified Date |
| | 1024 | | Time |
| CO2 | 21.0 | | (21-32) meq/L |
| | 06/07/22 | | Verified Date |
| | 1038 | | Time |
| GLU | 141 H | | (74-106) mg/dl |
| | 06/07/22 | | Verified Date |
| | 1038 | | Time |
| BUN | 13 | | (7-18) MG/DL |
| | 06/07/22 | | Verified Date |
| | 1038 | | Time |
| CREA | 0.92(d) | | (0.67-1.17) mg/dL |
| | 06/07/22 | | Verified Date |
| | 1038 | | Time |
| GLOM FILT RATE | 93(e) | | |
| | 06/07/22 | | Verified Date |
| | 1038 | | Time |
| BUN/CREA RATIO | 14 | | (10-20) |
| | 06/07/22 | | Verified Date |
| | 1038 | | Time |
| CALCIUM | 9.3 | | (8.5-10.1) mg/dL |
| | 06/07/22 | | Verified Date |
| | 1024 | | Time |
| CORRECTED CA | 9.5(f) | | (8.4-10.6) MG/DL |
| | 06/07/22 | | Verified Date |
| | 1038 | | Time |

NOTES:  (d)  Creatinine method is IDMS traceable.
        (e)  The Glomerular Filtration Rate is a calculated parameter
             based on serum Creatinine, patient age and sex.
             GFR values less than 60 mL/min/1.73 square meters are
             indicative of Chronic Kidney Disease. Values less than
             15 mL/min/1.73 square meters indicate Kidney failure.
             THE CALCULATION FOR GFR IS BASED ON THE CKD-EPI (2021)
             CALCULATION  THIS FORMULA IS RACE INDIFFERENT AND IS THE
             RECOMMENDED FORMULA FOR GFR BY THE NATIONAL KIDNEY
             FOUNDATION FOR ADULTS.
             The GFR will not calculate if the sex is Unknown or if the
             patient's age is <18 years.
        (f)  CALCIUM CORRECTED FOR ALBUMIN

Patient: MARSHALL, JOHN GILBERT        Age/Sex: 63/M        Acct#F00046503219 Unit#F001029598

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
                              LAKEVIEW LABORATORY
                              COVINGTON, LA, 70433
                       HPF LAB Discharge Summary Rpt w/o Pathology        FINAL
DIOH DATE: 06/10/22                                                       Page 4
RUN TIME: 0050
RUN USER: LABBKGJOB

Patient: MARSHALL, JOHN GILBERT          #F00046503219     (Continued)

                            -----CHEMISTRY (cont.)-----

Date            6/7/22
Time            0953                          Reference Units

TP                 7.1                     (6.4-8.2) G/DL
                06/07/22                       Verified Date
                1038                              Time
ALB                3.6                     (3.4-5.0) G/DL
                06/07/22                       Verified Date
                1038                              Time
A/G RATIO          1.1
                06/07/22                       Verified Date
                1038                              Time
T BILI             0.8                     (0.2-1.3) mg/dL
                06/07/22                       Verified Date
                1038                              Time
AST               71 H                     (15-37) IU/L
                06/07/22                       Verified Date
                1038                              Time
ALT              111 H                     (13-61) IU/L
                06/07/22                       Verified Date
                1038                              Time
ALK PHOS          65                       (50-136) IU/L
                06/07/22                       Verified Date
                1038                              Time
MG                1.8                      (1.8-2.4) mg/dL
                06/07/22                       Verified Date
                1038                              Time



Patient: MARSHALL, JOHN GILBERT         Age/Sex: 63/M     Acct#F00046503219  Unit#F001029598
```

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

LAKEVIEW LABORATORY
COVINGTON, LA. 70433
HPF LAB Discharge Summary Rpt w/o Pathology        FINAL
                                                   PAGE 2

RUN DATE: 06/10/22
RUN TIME: 0000
RUN USER: LABBKGJOB

Patient: MARSHALL,JOHN GILBERT              #F00046503219    (Continued)

----HEMATOLOGY----

| Date | 6/9/22 | 6/8/22 | |
|------|--------|--------|---|
| Time | 0622 | 0622 | Reference Units |
| WBC | 5.5<br>06/09/22<br>0645 | 9.5<br>06/08/22<br>0705 | (4.5-11.5) K/uL<br>Verified Date<br>Time |
| RBC | 3.66 L<br>06/09/22<br>0645 | 3.82 L<br>06/08/22<br>0705 | (4.5-6.0) M/uL<br>Verified Date<br>Time |
| HGB | 12.3 L<br>06/09/22<br>0645 | 13.2 L<br>06/08/22<br>0705 | (13.5-17.5) g/dL<br>Verified Date<br>Time |
| HCT | 37.2 L<br>06/09/22<br>0645 | 38.8 L<br>06/08/22<br>0705 | (41.0-54.0) %<br>Verified Date<br>Time |
| MCV | 101.1 H<br>06/09/22<br>0645 | 101.6 H<br>06/08/22<br>0705 | (80.0-100.0 FL<br>Verified Date<br>Time |
| MCH | 33.4<br>06/09/22<br>0645 | 34.6 H<br>06/08/22<br>0705 | (26.0-34.0) PG<br>Verified Date<br>Time |
| MCHC | 33.1<br>06/09/22<br>0645 | 34.0<br>06/08/22<br>0705 | (32.0-35.0) g/dL<br>Verified Date<br>Time |
| RDW | 13.6<br>06/09/22<br>0645 | 13.8<br>06/08/22<br>0705 | (12.0-15.0) %<br>Verified Date<br>Time |
| PLT | 211<br>06/09/22<br>0645 | 202<br>06/08/22<br>0705 | (160-420) K/uL<br>Verified Date<br>Time |
| MPV | 76.4 H<br>06/09/22<br>0645 | 76.3 H<br>06/08/22<br>0705 | (34.0-73.1) %<br>Verified Date<br>Time |
| SEG | 5.5<br>06/09/22<br>0645 | 4.2<br>06/08/22<br>0705 | (0-9) %<br>Verified Date<br>Time |
| LYMPH | 11.1 L<br>06/09/22<br>0645 | 9.4 L<br>06/08/22<br>0705 | (20.0-44.0) %<br>Verified Date<br>Time |
| MON | 11.8 H<br>06/09/22<br>0645 | 11.9 H<br>06/08/22<br>0705 | (0.0-11.0) %<br>Verified Date<br>Time |
| EO | 0.0 L<br>06/09/22<br>0645 | 0.0 L<br>06/08/22<br>0705 | (1.0-5.0) %<br>Verified Date<br>Time |
| BA | 0.2<br>06/09/22<br>0645 | 0.2<br>06/08/22<br>0705 | (0-2.0) %<br>Verified Date<br>Time |

Patient: MARSHALL,JOHN GILBERT           Age/Sex: 63/M      Acct#F00046503219  Unit#F001029598

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

LAKEVIEW LABORATORY
COVINGTON, LA, 70433
HPF LAB Discharge Summary Rpt w/o Pathology    FINAL
PAGE 6

RUN DATE: 06/10/22
RUN TIME: 0050
RUN USER: LARREGJOB

Patient: MARSHALL, JOHN GILBERT          #F00046503219    (Continued)

----HEMATOLOGY (cont.)----

| Date | 6/9/22 | 6/8/22 | |
|------|--------|--------|---|
| Time | 0622 | 0622 | Reference Units |
| NEU# | 7.29 H | 7.42 H | (2.34-7.0) K/uL |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0645 | 0705 | Time |
| IMM GRANS # | 0.05 H | 0.02 H | (0.0-0.0) K/uL |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0645 | 0705 | Time |
| LYMPH# | 1.05 | 0.95 L | (0.5-4.5) K/uL |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0645 | 0705 | Time |
| MONO# | 1.1 | 1.1 | (0.0-1.10) K/uL |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0645 | 0705 | Time |
| EOSIN# | 0.0 L | 0.0 L | (0.05-0.55) K/uL |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0645 | 0705 | Time |
| BASO# | 0.02 | 0.02 | (0.0-0.22) K/uL |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0645 | 0705 | Time |
| AUTOMATED NRBC | 0 | 0 | (0-0) #/100WBC |
| | 06/09/22 | 06/08/22 | Verified Date |
| | 0645 | 0705 | Time |

| Date | 6/7/22 | |
|------|--------|---|
| Time | 0953 | Reference Units |
| WBC | 10.4 | (4.5-11.0) K/uL |
| | 06/07/22 | Verified Date |
| | 1009 | Time |
| RBC | 4.52 | (4.5-6.0) M/uL |
| | 06/07/22 | Verified Date |
| | 1009 | Time |
| HGB | 15.1 | (13.5-17.5) g/dL |
| | 06/07/22 | Verified Date |
| | 1009 | Time |
| HCT | 45.0 | (41.0-54.0) % |
| | 06/07/22 | Verified Date |
| | 1009 | Time |
| MCV | 99.6 | (80.0-100.0) FL |
| | 06/07/22 | Verified Date |
| | 1009 | Time |
| MCH | 33.4 | (26.0-34.0) PG |
| | 06/07/22 | Verified Date |
| | 1009 | Time |

Patient: MARSHALL, JOHN GILBERT          Age/Sex: 63/M          Acct#F00046503219 Unit#F001029598

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

LAKEVIEW LABORATORY
COVINGTON, LA, 70433
HPF LAB Discharge Summary Rpt w/o Pathology          FINAL
                                                     PAGE 7

RUN DATE: 06/10/22
RUN TIME: 0080
RUN USER: LABBKGJOB

Patient: MARSHALL, JOHN GILBERT          #F00046503219     (Continued)

----HEMATOLOGY (cont.)----

| Date | 6/7/22 | | |
|------|--------|---|---|
| Time | 0953 | | Reference Units |
| HGB | 33.6 | | (32.0-35.0) g/dL |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| RDW | 13.6 | | (12.0-15.0) % |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| PLT | 240 | | (160-420) K/uL |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| NEU | 78.9 H | | (34.0-71.1) % |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| %IG | 0.4 | | (0-3) % |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| LYMPH | 10.0 L | | (20.0-44.0) % |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| MON | 9.5 | | (0.0-11.0) % |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| EO | 0.2 L | | (1.0-5.0) % |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| BA | 1.0 | | (0-2.0) % |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| NEU# | 8.20 H | | (2.34-7.0) K/uL |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| IG GRAND # | 0.04 H | | (0.0-0.0) K/uL |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| LYM# | 1.04 | | (0.9-4.84) K/uL |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| MONO# | 1.0 | | (0.0-1.10) K/uL |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| EOSIN# | 0.0 L | | (0.08-0.55) K/uL |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |
| BASO# | 0.10 | | (0.0-0.22) K/uL |
| | 06/07/22 | | Verified Date |
| | 1009 | | Time |

Patient: MARSHALL, JOHN GILBERT          Age/Sex: 63/M     Acct#F00046503219 Unit#F001029598

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
                              LAKEVIEW LABORATORY
                              COVINGTON, LA, 70433
                         HPF LAB Discharge Summary Rpt w/o Pathology      FINAL
PRT DATE: 06/10/22                                                        Page 5
RUN TIME: 0050
RUN USER: LABBKGJOB


Patient: MARSHALL, JOHN GILBERT            #F00046503219    (Continued)

                         ----HEMATOLOGY (cont.)-----

Date                    6/7/22
Time                    0953                              Reference Units

AUTOMATED NRBC     |              0   |              |      (0-5) #/100WBC
                   |        06/07/22 |              |         Verified Date
                   |          1005   |              |            1405


Test          Date      Time      Result    Reference  Units      Ver Date/Time

Corona 19 Eval 6/7/22    1008        (g)
COVIB NONPUI AG 6/7/22   1008    Negative(h)    (Negative)
SARS-CoV-2 COM 6/7/22    1008    Comment:(i)

NOTES.    (g)    TEST IN PROCESS
          (h)
          (i)    Testing performed with kit approved under the FDA's
                 Emergency use authorization (EUA).
                 Overall assay agreement with PCR is reported to be 99.5%
                 with a sensitivity of 96.7% in a symptomatic population.
```

```
Patient: MARSHALL, JOHN GILBERT         Age/Sex: 63/M      Acct#F00046503219 Unit#F001029598
```

LAKEVIEW LABORATORY
COVINGTON, LA, 70433
HPF LAB Discharge Summary Rpt w/o Pathology          FINAL
PAGE 0

RUN DATE: 04/10/22
RUN TIME: 0050
RUN USER: LABBKGJOB

Patient: MARSHALL,JOHN GILBERT          #F00046503219     (Continued)

***CANCELLED TESTS***

0607:LV:U00041R   CAN, Coll: 06/07/22-1526 Recd: - (R803956236) Hidalgo,Marco E
     Ordered: UA CUL
     Comment: NO SPECIMEN COLLECTED

Patient: MARSHALL,JOHN GILBERT          Age/Sex: 69/M     Acct#F00046503219 Unit#F001029598

LAKEVIEW REGIONAL MEDICAL CENTER (COCLV)
Hospitalist Consultation
REPORT#:0608-0140   REPORT STATUS: Signed
DATE:06/08/22  TIME: 1037

PATIENT: MARSHALL,JOHN GILBERT        UNIT #: F001029598
ACCOUNT#: F00046503219                ROOM/BED: F.405-A
DOB: 02/28/59  AGE: 63      SEX: M    ATTEND: Hidalgo,Marco E
MD
ADM DT: 06/07/22                      AUTHOR: Mossbarger,Ashley
APRN
REP SRV DT: 06/08/22                  REP SRV TM: 1037
* ALL edits or amendments must be made on the electronic/computer
document *


## History of Present Illness
Requesting Clinician: Dr. Hidalgo
**Reason for consult:**
Medical management
**Chief complaint:**
gas pain
**HPI:**
63-year-old male presented to the ED on 6/7/2022 status post fall at home with right lower
extremity pain. Imaging in the ED showed acute right femoral shaft fracture patient was
admitted to trauma services with a consult to orthopedics. Patient had right femur IM
nailing, right distal femur traction pending insertion and removal by Dr. Wehlry on
6/7/2022. He is doing well postoperatively. Patient's blood pressure has been elevated and
hospital medicine was consulted for management. Patient reports that he has not seen a
primary care provider in several years and does not take any daily medications. He reports
postoperative pain currently controlled. He denies any chest pain, palpitations, cough,
shortness of breath, abdominal pain, nausea, vomiting, urinary symptoms.


## History - Adult longitudinal
**Additional medical history:**
Arthritis, thalidomide teratogenicity with multiple limb abnormalities
**Additional surgical history:**
Multiple orthopedic, right BKA secondary to thalidomide teratogenicity at birth
Alcohol use: social
**Drug use:** Denies recreational drugs
**Smoking status:**
  **Smoking status for patients 13 years old or older:** Current every day smoker
    **Date last smoked:** 06/07/22
    **Years smoked:** 10
    **Pack years:** 0
**Additional social history:**
lives with wife at home
**Allergies:**
**Coded Allergies:**
No Known Drug Allergies (UNKNOWN 06/07/22)

Page 1 of 5

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/08/22
Acct#:F00046503219

## Review of Systems
**All systems rev & neg:** except as marked

## Objective
VS/I&O
Last Documented:

|  | Result | Date Time |
|---|---|---|
| B/P | 156/96 | 06/08 0813 |
| Pulse Ox | 97 | 06/08 0727 |
| B/P Mean | 132.0 | 06/08 0727 |
| O2 Delivery | Room air | 06/08 0727 |
| Temp | 99.5 | 06/08 0727 |
| Pulse | 79 | 06/08 0727 |
| Resp | 18 | 06/08 0727 |
| O2 Flow Rate | 2 | 06/07 1634 |
| FiO2 | 40 | 06/07 1542 |

24 hour I&O ending at 0700:

|  | 06/07 1900 | 06/08 0700 |
|---|---|---|
| Intake Total | 150.00 | 895.95 |
| Output Total |  | 400 |
| Balance | 150.00 | 495.95 |
| Intake, IV | 150.00 | 895.95 |
| Output, Urine |  | 400 |
| Patient Weight | 130.8 kg |  |
| Weight Measurement Method | Bed scale |  |

**General appearance:** alert, awake, oriented
**Head/Eyes:** atraumatic, normocephalic, PERRL
**Cardiovascular:** normal heart sounds
**Respiratory:** aerating well, clear to auscultation, symmetric expansion
**Abdomen:** non-tender, normal bowel sounds, soft
**Extremities:** Right BKA
**Neuro/CNS:** alert, oriented X 3, normal speech
**Skin:** dry
**Psychiatry:** normal affect

Page 2 of 5

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/08/22
Acct#:F00046503219

## Results
**Findings/Data:**
Laboratory Tests:

| | 06/08 0622 |
|---|---|
| **Chemistry** | |
| Sodium (136 - 145 meq/L) | 136 |
| Potassium (3.5 - 5.1) | 3.4 L |
| Chloride (98 - 107 MEQ/L) | 104 |
| Carbon Dioxide (21 - 32 meq/L) | 23.0 |
| BUN (7 - 18 MG/DL) | 12 |
| Creatinine (0.67 - 1.17 mg/dL) | 0.72 |
| Glomerular Filtr Rate | 103 |
| BUN/Creatinine Ratio (10 - 20) | 16 |
| Glucose (74 - 106 mg/dl) | 136 H |
| Calcium (8.5 - 10.1 mg/dL) | 8.6 |
| Phosphorus (2.5 - 4.9 mg/dL) | 2.3 L |
| Magnesium (1.8 - 2.4 mg/dL) | 1.7 L |
| **Hematology** | |
| WBC (4.5 - 11.0 K/uL) | 9.5 |
| RBC (4.5 - 6.0 M/uL) | 3.82 L |
| Hgb (13.5 - 17.5 g/dL) | 13.2 L |
| Hct (41.0 - 54.0 %) | 38.8 L |
| MCV (80.0 - 100.0 FL) | 101.6 H |
| MCH (26.0 - 34.0 PG) | 34.6 H |
| MCHC (32.0 - 35.0 g/dL) | 34.0 |
| RDW (12.0 - 15.0 %) | 13.6 |
| Plt Count (160 - 420 K/uL) | 202 |
| Abs Immat Gran (auto) (0.0 - 0.0 K/uL) | 0.02 H |
| Nucleated RBC % (auto) (0 - 0 #/100WBC) | 0 |
| Immature Gran % (0 - 3 %) | 0.2 |
| Neutrophils % (34.0 - 71.1 %) | 78.3 H |
| Lymphocytes % (20.0 - 44.0 %) | 9.4 L |
| Monocytes % (0.0 - 11.0 %) | 11.9 H |
| Eosinophils % (1.0 - 5.0 %) | 0.0 L |
| Basophils % (0 - 2.0 %) | 0.2 |
| Neutrophils # (2.34 - 7.0 K/uL) | 7.42 H |
| Lymphocytes # (0.9 - 4.84 K/uL) | 0.89 L |
| Monocytes # (0.0 - 1.10 K/uL) | 1.1 |
| Eosinophils # (0.05 - 0.55 K/uL) | 0.0 L |
| Basophils # (0.0 - 0.22 K/uL) | 0.02 |

Page 3 of 5

```
Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/08/22
Acct#:F00046503219
```

**Radiology data:**
Recent Impressions:
GENERAL RADIOLOGY - FLUOROSCOPY (UP TO ONE HOUR) 06/07 1355
*** Report Impression - Status: SIGNED  Entered: 06/07/2022 1608

Impression: Intraoperative imaging of the right femur.

Impression By: P.PFLST - Steven Pflug, M.D.
**GENERAL RADIOLOGY - RT. FEMUR 2 OR MORE VIEWS 06/07 1355**
*** Report Impression - Status: SIGNED  Entered: 06/07/2022 1608

Impression: Intraoperative imaging of the right femur.

Impression By: P.PFLST - Steven Pflug, M.D.

**Results:** labs reviewed, vital signs reviewed, current med profile rev'd

## Diagnosis, Assessment & Plan
**Problem List/A&P:**
1. **Closed right femoral fracture**
   A&P
   defer

2. **Right femoral shaft fracture** (Acute, Onset: 06/07/22)
   A&P
   defer

3. **Hypertension**
   A&P
   start low dose lisinopril
   Monitor blood pressure and adjust med as indicated

4. **Tobacco use**
   A&P
   smoking cessation

**Free Text DxA&P Notes**

Page 4 of 5

```
Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/08/22
Acct#:F00046503219
```

**Free Text DxA&P Notes:**
Started on low-dose lisinopril. Monitor blood pressure and adjust meds as indicated.
Trend labs
Nicotine patch if desires

Will need follow-up with primary care physician. Case management consulted to assist
patient with finding PCP.

Greater than 50 minutes spent on care of this patient

## Quality: Gen Med & Crit Care

**VTE Prophylaxis**
VTE prophylaxis Initiated: yes (SCds/ lovenox BID )

**Current Medications**
Current medication review:
I attest that the foregoing medication list in the medical record is true, accurate, and complete to
the best of my knowledge.

**Tobacco Use/Counseling**
Tobacco use/counseling: tobacco user, cessation counsel <3 min

Electronically Signed by Mossbarger,Ashley APRN on 06/08/22 at 1246
Electronically Signed by Simon,John C MD on 06/08/22 at 1435

```
RPT #: 0608-0140
***END OF REPORT***
```

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

Lak   ew Regiona'  dical Cent    A Campus o    lane Medic   Center
95 Judge Tanner 1     Covington, LA 7C

| Patient | Unit # | Service/Location | Status | F/C Date | Acct# |
|---|---|---|---|---|---|
| MARSHALL, JOHN GILBERT | F001029598 | MEDICAL SURGICAL | ADM IN | 19  06/07/22 | F00046503219 |

**P A T I E N T**
Soc Sec No   DOB   Age   Sex  MS   Race  Religion
xxx-xx-4187  02/28-59  63   M   M    B    NON
Address:  25670 WEST SPRUCE ST
           LACOMBE, LA 70445
                              Parish: ST. TAMMANY
Home Ph: (985)788-1130   Pat Cell Ph: (985)788-1130

**G U A R A N T O R**
MARSHALL JOHN GILBERT     SS#: xxx-xx-4187
Address:  25670 WEST SPRUCE ST
           LACOMBE, LA 70445
                              Parish: ST. TAMMANY
Home Ph: (985)788-1130   Guar Cell Ph: (985)788-1130
Relationship to Patient: SELF

**O T H E R   G U A R A N T O R**
                    SS#:
Address:
                              Parish:
Home Ph:              Cell Ph:
Relationship to Patient:

**P E R S O N   T O   N O T I F Y**
MARSHALL SANDRA
25670 WEST SPRUCE ST
LACOMBE, LA 70445
Home:(985)788-1130   Work:(985)788-0956
Rel to Patient: SELF

**P A T I E N T   E M P L O Y E R**
DISABLED
DISABLED
DISABLED, XX 00000
Work Phone: (999)999-9999
Occupation:

**G U A R A N T O R   E M P L O Y E R**
DISABLED
DISABLED
DISABLED, XX 00000
Work Phone: (999)999-9999
Occupation:

**O T H E R   G U A R A N T O R   E M P L O Y E R**

Work Phone:
Occupation:

**N E X T   O F   K I N**
MARSHALL SANDRA
25670 WEST SPRUCE ST
LACOMBE, LA 70445
Home:(985)788-1130   Work:(985)788-0956
Rel to Patient: SELF

**T E M P O R A R Y   A D D R E S S**

                              Exp:
Consent:

**I N S U R A N C E # 1**
AETNA MEDICARE PPO
PO BOX 14079
LEXINGTON, KY 40512-4079
Phone : (800) 999-0000
Contact

Policy # 101474246300
Coverage #
Subscriber MARSHALL JOHN GILBERT
Rel to Pt SELF
Eff 01/01/22 to        Rel Y  Assign Y
GROUP: 0XXXX3-LA - MA INDIVIDUAL - LOUISIA

**A U T H O R I Z A T I O N**
Treat/Precert 20220607 - PENDING/I
Ins Verif      33333997
Pro Review    Not Required
Pre Cert Phone +800-000-0000
IPLAN: AETNAMPPO

**I N S U R A N C E # 2**
Policy #
Coverage #
Subscriber
Rel to Pt
Phone          Eff.       to      Rel  Assign
Contact        Group

**A U T H O R I Z A T I O N**
Treat/Precert
Ins Verif
Pro Review
Pre Cert Phone
IPLAN:

**I N S U R A N C E # 3**
Policy #
Coverage #
Subscriber
Rel to Pt
Phone          Eff.       to      Rel  Assign
Contact        Group

**A U T H O R I Z A T I O N**
Treat/Precert
Ins Verif
Pro Review
Pre Cert Phone
IPLAN:

**O C C U R R E N C E S**
| Code Type | Date | Time |
|---|---|---|
| 11  ONSET OF SYMPTOMS/ILLNESS | 06/07/22 | |

**C O N D I T I O N S**
| Code Type | |
|---|---|
| 09  NEITHER SP OR PT IS EMPLOYED | |

Adm Priority  Admission Comment
A

PREFERRED LANGUAGE   EMAIL
English              MARSHALL.MARSHALL99@MAIL.COM

**P H Y S I C I A N S**
| | HCIS | | | HCIS | | | HCIS |
|---|---|---|---|---|---|---|---|
| Attending Physician | | Admitting Physician | | Emergency Room Physician | | | |
| Hidalgo,Marco F  MD | 1730 | Hidalgo,Marco F  MD | 1730 | Vorraber,Ann T  MD | 1364 | | |
| Prim Care Physician | | Family Physician | | Other Provider | | | |
| NO PRIMARY OR FAMILY PHYSICIAN | | | | SELF REFERRED | | | |

**A D M I S S I O N / R E G I S T R A T I O N**
| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason for Visit | Admitted By |
|---|---|---|---|---|---|---|
| 06/07/22 | 1149 | NON HEALTHCARE FACIL | 4367A | AMB | 3 FEMUR FX | PKVR6352 |

*fACC*            Unit#F001029598            ACCT#F00046503219            PRINTED:
                                                                          06/07/22 1737

```
LAKEVIEW REGIONAL MEDICAL CENTER (COCLV)
Operative Note - Full
REPORT#:0607-0279    REPORT STATUS: Signed
DATE:06/07/22  TIME: 1543

PATIENT: MARSHALL,JOHN GILBERT        UNIT #: F001029598
ACCOUNT#: F00046503219                ROOM/BED: F.ER12-A
DOB: 02/28/59  AGE: 63    SEX: M      ATTEND: Hidalgo,Marco E
MD
ADM DT: 06/07/22                      AUTHOR: Wehrly,Lance J  MD
REP SRV DT: 06/07/22                  REP SRV TM: 1543
* ALL edits or amendments must be made on the electronic/computer
document *
```

## Operative Report
Start date: 06/07/22
Start time: 1415
**Pre-procedure diagnosis:**
Right Femoral Shaft Fracture
**Post-procedure diagnosis:** Right Femoral Shaft Fracture
**Procedures performed:**
1. Right Femur Intramedullary Nailing
2. Right Distal Femur Traction Pinning Insertion and Removal
**Technique/Procedure:**
Open
**Primary Surgeon:** Lance J Wehrly
**Assistant(s):** Tiffanie Boyce
**Anesthesia:** GETA
**Indications:**
John is a 63 year old male who presented to the emergency department status post fall. Was seen to have a right femoral shaft fracture. Of note he did have a previous right below-knee amputation and simple traction and fixation through the foot would not be possible. We did discuss with him operative fixation placing a traction pin through the distal femur and then placing an intramedullary nail to stabilize the right femoral shaft fracture. Risks and benefits were explained including, but not exclusive to, bleeding, infection and consequences thereof, deep vein thrombosis, pulmonary embolism, the use of blood thinning medications, failure to relieve pain or a recurrence of pain, post-op stiffness, potential prosthesis/anchor failure, need for additional surgery, injury to nerve, vessel, or tendon, anesthetic complications, or death. I also advised John that it is not possible to guarantee results, answered all questions and elected to proceed.
**Operative findings:**
After coming to the operative suite, John was transferred to the operative fracture table and placed in the supine position. All bony prominences were well protected. A "time out" was taken and correct patient, procedure, and site verified with the operating room staff and previously obtained written consent. Antibiotic administration was also verified from the anesthesia team. Next, general anesthesia was then administered to John by the anesthesia team and he was then readied for the procedure.

Following positioning and application of traction, all bony prominences were once again checked and padded.

Page 1 of 3

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/07/22
Acct#:F00046503219


We first began with placement of a traction pin through the distal femur. The right knee and distal part of the residual limb was first prepped with chlorhexidine. Next, using fluoroscopic imaging we did find a center center spot of the distal femoral condyle in orthogonal views and were able to place a 5.5 mm Schanz pin through the skin, lateral condyle, through the knee, and out the medial condyle.

We were able to visualize the Schanz pin quite well in both the coronal and sagittal plane and upon seeing good position we were able to apply the traction bow and placed this on the fracture table.

Next, the right leg was prepped and draped in sterile fashion for fixation of the right femoral shaft fracture. A shower curtain type drape was then placed over the hip after a surgical marker was used to mark the site of the incision on the lateral portion of the hip over the greater trochanter.

An incision was made approximately three fingerbreadths proximal to the greater trochanter on the lateral portion of the hip. This was taken down through the tensor fasciae latae and lateral structures until the piriformis and greater trochanter could be palpated. A pin was then placed through the greater trochanter down the femoral shaft. Upon seeing good placement of the femoral pin in both the AP and lateral plane, it was then drilled with a 15 mm drill bit proximally.

Following drilling, the pin was removed and a long-tipped guidewire was placed down to the knee. This was visualized on the AP and lateral planes and then measured. It seemed to be approximately 385mm and, thus, a 380mm nail was chosen.

We did ream for the nail for starting with an 8.5 mm front cutting reamer followed by sequential sizing until 11 mm reamer gave good chatter. We then chose a 380 mm x 10 mm nail and this was then placed down the femur and careful attention was made not to insert this with aggressive force as to not displace the fracture in the femoral neck. Following this, attention was then paid to fixation of the femoral neck with the helical blade.

The side guide was placed over the jig and another incision was made through the skin and soft tissues just distal to the proximal incision. This was taken down to the lateral portion of the femur and a pin was placed in the center-center position of the femoral neck. This was seen in our final views on the fluoroscopic control and this was then measured and seemed to be approximately 85mm. The 85mm helical blade was then chosen. This was first prepared using a lateral drill that perforated the lateral cortex. The 85mm helical blade was then slowly inserted and checked continuously under fluoroscopic control to verify there was no displacement of the fracture. Upon seeing none, the proximal screw was then locked and the jig was then removed. The final construct was visualized in both the AP and lateral planes.


Page 2 of 3

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598    -
Date: 06/07/22
Acct#:F00046503219

Distal fixation was completed using "perfect circles." Two small stab incisions were made laterally and a drill bit used to drill through the metaphysis. This was measured and a 38mm and 42mm screw were placed to secure distally.

Attention was then turned to closure. The deep tissues were closed with a 0 Vicryl in the tensor fasciae latae followed by a 2-0 Vicryl in the subcutaneous tissues and stainless steel staples in the skin.

Next, we did release the traction and the traction pin was removed. This was removed from the lateral cortex and no bony destruction was noted. Next, all of the wounds were then dressed with Xeroform, 4 x 4's, cast padding and tape.

John was then awakened and taken to the recovery room in stable condition.

The surgical assistant, Tiffanie Boyce, was present for this procedure. She assisted with the positioning of the extremities, positioning and set up of the special equipment, closure, as well as the positioning of the patient during this case. Surgical assistance was medically necessary.
**Complications:** None
**Estimated blood loss in ml's:** 150
**Specimens removed/altered:** None
**Implant(s):** Synthes

Electronically Signed by Wehrly,Lance J MD on 06/07/22 at 1549

RPT #: 0607-0279
***END OF REPORT***

Page 3 of 3

LAKEVIEW REGIONAL MEDICAL CENTER (COCLV)
Orthopaedic Consult Note
REPORT#:0607-0208    REPORT STATUS: Signed
DATE:06/07/22  TIME: 1255

PATIENT: MARSHALL,JOHN GILBERT        UNIT #: F001029598
ACCOUNT#: F00046503219               ROOM/BED: F.ER12-A
DOB: 02/28/59  AGE: 63      SEX: M   ATTEND: Hidalgo,Marco E
MD
ADM DT: 06/07/22                     AUTHOR: Wehrly,Lance J  MD
REP SRV DT: 06/07/22                 REP SRV TM: 1255
* ALL edits or amendments must be made on the electronic/computer
document *


## History of Present Illness

**Free Text HPI Notes**
**Free Text HPI Notes:**
Date of Consultation: 6/7/2022

Chief Complaint: Right Thigh Pain

History: John is a 63 year old male being seen in consultation from Dr. Kirsten Gambrell who presented to the hospital after a fall at home. He states he was feeding his dog and tripped and fell onto his right side and felt immediate right thigh pain. He states he was unable to bear weight. He states there is sharp pain with any sort of motion or palpation of the right thigh. He also states he is unable to bear weight secondary to the severe and sharp pain. He does have a history of a below-knee amputation on the right lower extremity due to deformity from thalidomide exposure while in utero. Denies any significant issue with his right thigh or right hip in the past. Denies any numbness in the right lower extremity.

PAST MEDICAL HISTORY:
John has a past medical history of thalidomide exposure during gestation.

PAST SURGICAL HISTORY:
John has a history of a right below-knee amputation and multiple hand surgeries secondary to deformity.

PAST FAMILY HISTORY:
John's family history was reviewed and is non-pertinent and not relevant to his current chief complaint.

MEDICATIONS:
John's medications were reviewed and include aspirin.

ALLERGIES:
NKDA

SOCIAL HISTORY:
John typically lives with his wife and does ambulate independently. He does smoke


Page 1 of 3

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

Patient: MARSHALL, JOHN GILBERT
Unit#: F001029598
Date: 06/07/22
Acct#: R00046503219

cigarettes. Social EtOH.

REVIEW OF SYSTEMS:
Constitutional: No fever or chills.
Eyes: No eye pain.
ENT: No headache.
Cardiovascular: No chest pain.
Respiratory: No shortness of breath.
Gastrointestinal: No nausea or vomiting.
Musculoskeletal: See HPI.
Hematologic: No bruising.
Psychiatric: No agitation.
Skin: No rashes
Neurologic: No numbness or tingling.

Physical Exam:
VS: T:98.4   P:69  BP:163/84 R:14
General: Not currently ambulatory and is lying in bed and is no apparent distress.
Orientation: Pleasant, cooperative without agitation, alert and oriented to person, place, and time.
HEENT: Normocephalic, atraumatic. Conjunctivae clear. Pupils equal and reactive to light.
Neck: Normal range of motion without crepitus. No JVD or masses. No cervical lymphadenopathy.
Cardiovascular: Normal rate and rhythm. No upper extremity edema.
Chest: Clear to auscultation. No wheezes. Normal respiratory effort.
Abdomen: Soft, nontender. No hepatomegly.

Right Thigh
No previous incision at thigh or hip. Well healed below-knee amputation noted. No rash.
No induration. No eccymosis. Severe ttenderness with pain throughout the lateral aspect of the thigh without any deformity noted. Unable to test strength or motion due to pain.
Normal sensation through the residual limb. +2 popliteal pulse appreciated. No lymphadenopathy at the groin. No distal edema.

H/H - 15.1/45.0
Cr - 0.92
Albumin - 3.8

X-Rays: Films obtained in the Emergency Department were interpreted by myself and show a right midshaft femoral fracture with significant displacement.

Assessment:  Right Femoral Shaft Fracture

Page 2 of 3

Patient: MARSHALL, JOHN GILBERT
Unit#: F001029598
Date: 06/07/22
Acct#: F00046503219

Plan
1. After discussion with John and his wife, we have decided we will proceed with right femur intramedullary nailing to treat this fracture. This will allow him to walk sooner and work with physical therapy to get him walking with a walker. This will also give him the best chance to get back to his previous level of function.
2. I have discussed with John the nature of the problem, the proposed treatment, the alternatives to this treatment, including no treatment and the consequences of no treatment. Risks and benefits were explained including, but not exclusive to, bleeding, infection and consequences thereof, deep vein thrombosis, pulmonary embolism, failure to relieve pain or a recurrence of pain, post-op stiffness, potential prosthesis/anchor failure, need for additional surgery, injury to nerve, vessel, or tendon, anesthetic complications, or death. I advised that it is not possible to guarantee results. I answered any questions and john elected to proceed.
3. We did discuss that he would be on a blood thinner following the procedure and he understood.
4. John understands he will likely be weight bearing as tolerated after the procedure.
5. We will proceed with this latert his afternoon and we will leave him NPO for now.
6. Antibiotics (Ancef) will be ordered on call to the operating room
7. We will also have the trauma team work with him while he is hospitalized to help with treatment of his other medical issues.
8. I did discuss with John as well as his family the plan and they understood and wanted to proceed. The operative side was marked and consent was signed after all questions were answered.
9. I did spend more than 70 minutes in treatment today with John. This was time spent reviewing records/test and radiology, reviewing separately obtained history, performing the medical examination, counseling and educating John, documenting clinical information in the electronic health record as well as coordination of care. Time was also spent in discussion with other health care team members. More than half of this time was spent in face-to-face consultation with John.

## History - Adult longitudinal
**Allergies:**
**Coded Allergies:**
No Known Allergies (06/07/22)

Electronically Signed by Wehrly, Lance J  MD on 06/07/22 at 1300

RPT #: 0607-0208
***END OF REPORT***

Page 3 of 3

| 06/16/22 1256 | | MEDICATION DISCHARGE SUMMARY | PAGE. 3 |
|---|---|---|---|
| NAME - MARSHALL, JOHN CHARLES<br>PH.1 #: F001029598<br>ACCT #: F00040503219<br>CODED ALLERGIES    No Known Drug Allergies<br>CODED ADRs         Patient ADRs have not been entered<br>UNCODED ALLERGIES  Patient ALLERGIES have not been entered<br>UNCODED ADRs       Patient ADRs have not been entered | UNIT NO: AC-03769<br>REGISTERED DATE: 06/09/22<br>STATUS: DIS IN | SEX: M<br>AGE: M | |

| ADMINISTRATION STATUS<br>6000 06/07/22 to 2359 06/07/22 | GIVEN<br>AMT | |
|---|---|---|

Administration Scale:   Multi-pain 3

Administration pain scale:   Multi-pain 3

Administration pain scale:   Multi-pain 2

Administration pain scale:   Multi-pain 2

**DILAUDID (HYDROmorphone HCL 0.5 MG/0.5 ML Syringe)**
0.5 MG IV ONCE IN IC CV
Comments: **** GIVE 0.5 ML DOSE X 1.0 DOSE ****
             GIVE IV PUSH
Rx #: 4092349

0.9% SODIUM CHLORIDE 1,000 ML
Comments: Continue rate 1.0 ml/1,000 ml each
0.9% NS IV 500 MDT ML IV 50 ML/HR MED DR
Ordered : DR DESCHLER, JAMES
RX #: 4454984

XYLOCAINE-MPF (LIDOCAINE HCL-PF 13.5 ML VIAL)
See Dose Inc.   RX ...  30 MED 100
RX #: 3492349

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

This document is part of the legal medical record.

PATIENT MARSHALL JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

| | MEDICATION DISCHARGE SUMMARY | | PAGE: 7 |
|---|---|---|---|

SUBLIMAZE (fentanyl citrate 100 MCG/2 ML AMP)
See Dose Ins. ...

DIPRIVAN (propofol 200 MG/20 ML AMP)
See Dose Ins. ...

DIPRIVAN (propofol 200 MG/20 ML AMP)
See Dose Ins. ...

ANCEF/KEFZOL (ceFAZolin SODIUM 1 GM VIAL)
See Dose Ins. ...

DILAUDID (HYDROmorphone HCL 2 MG/ML VIAL)
See Dose Ins. ...

SUBLIMAZE (fentanyl citrate 100 MCG/2 ML AMP)
See Dose Ins. ...

This document is part of the legal medical record.

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

| 06/10/22 0356 | | MEDICATION DISCHARGE SUMMARY | | PAGE: 1 |
|---|---|---|---|---|
| Pat : MARSHALL, JOHN PATIENT | Acct : F001029598 | Unit : F001029598 | | |

| ADMINISTRATION GIVEN: Meds 06/07 - 06/09 SCHEDULED (Continued): | START NEW | |
|---|---|---|
| Glycopyrrolate (GLYCOPYRROLATE 0.4 MG/2ML VIAL) See Dose Ins. | 06/07/22 | NEW: 1057 Pharmacy Discontinue Std. MED |
| Reglan HCl (METANIDE HCL 500 MG/10 ML VIAL) See Dose Ins. | 06/07/22 | NEW: 1057 Pharmacy Discontinue Std. MED |
| ZOFRAN (ondansetron HCL 4 MG/2 ML VIAL) See Dose Ins. | 06/07/22 | NEW: 1057 Pharmacy Discontinue Std. MED |
| DECADRON (dexAMETHasone STD PHOSPHATE 4 MG/ML VIAL) See Dose Ins. | 06/07/22 | NEW: 1057 Pharmacy Discontinue Std. MED |
| See Dose Ins. | 06/07/22 | NEW: 1057 Pharmacy Discontinue Std. MED |
| LACTATED RINGERS 1,000 ML (RINGERS SOLUTION,LACTATED 1,000 ML BAG) | 06/07/22 06/07/22 | |

This document is part of the legal medical record.

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

| 05/10/22 0036 | | MEDICATION DISCHARGE SUMMARY | | PAGE: 4 |
|---|---|---|---|---|

| ADMINISTRATION PERIOD | START-STOP | |
|---|---|---|
| TYLENOL EXTRA STRENGTH (ACETAMINOPHEN 500 MG LOTAB) 1,000 MG [2 TABS X EACH] Generic: ACETAMINOPHEN 325 500MG TABS ID #: | | |
| LIDODERM (LIDOCAINE 5% PATCH) 1 PATCH TOPICAL ONE DAILY Generic: ID #: | | |

*** CONTINUED ON PAGE 5 ***
This document is part of the legal medical record.

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

| 06/10/22 0835 | | MEDICATION DISCHARGE SUMMARY | PAGE: 5 |
|---|---|---|---|
| Ref : MARSHALL, JOHN CHESTER | Age : Pathologist | Hgt : Radiological | |

| AMBULATORY REFL.<br>Stop th: 6/ 7? r / 244 9/20/22 (Continued) | Stat<br>Site | |
|---|---|---|

ANCEF/KEFZOL (CeFAZolin SODIUM 1 GM VIAL)
2 GM IV PUSH Q 8 HRS
Total Dose: 3 (3 of 3 Gram)
Instructions: Dilute each vial with 10 ml sterile water for
injection. Further reconstitute in 100 cc
and given over 3 minutes. do not mixed slowly
discontinued if allergic
06:00 - 3:00 PM

| | 06/09/22 | Best order input ( order)... |
| | 06/09/22 | Best Pharmacy Edit or Verification (Verify)... |
| | | Rec Not Req Acknowledged (Ack)... (M.DK) |
| | | 2GM INJ ... 5/25 ... 20:00, 00:00 Administered, Scan = Patient (MAR)... 2 GM |
| | | JACOBS, NURSE S, RN/RN |
| | | Adverse... 20:00 Not Administered (MAR)... |
| | | Best rinse side effects reviewed with patient? Yes |
| | | ... ... |
| | | If the side effects appear, do practical |
| | | and advice before treatment use of vial/vial |
| | | 26:00 3.2 Pit Finds. Remark... or PRE-Adm |

MED-COMBINED-24 - NT or NT
this document is part of the legal medical record.

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

| 06/10/22 0456 | | MEDICATION DISCHARGE SUMMARY | | PAGE: 6 |
|---|---|---|---|---|

DILAUDID (HYDROmorphone HCL 2 MG/ML VIAL)

*** CONTINUED ON PAGE 7 ***
This document is part of the legal medical record.

| 06/10/22 DA16 | | MEDICATION DISCHARGE SUMMARY | | PAGE: 1 |
|---|---|---|---|---|
| MRN: MARSHALL, JOHN COLONEL | UNIT # F001029598 | | MRN #: F001029598 | |

| AMBULATORY HPF C. | STOP | |
|---|---|---|
| DOB: tb: 02/72 x 2 3446 09/02/22 of all impds | NDX | |

| ZOFRAN (ondansetron HCL 4 MG/2 ML VIAL) | 06/07/22 | First order Date E-A501 |
| 4 MG IV PUSH - FOR IM 1430 HHS HSE | 06/07/22 | Unit Pharmacy Edit or Verification 0411 |
| PSA tess/cr RN/2A | | 0431 Nsg Not Acknowledged Order - IM 1380 |
| Generic: F501 UL OB VERRIG K-HALF 1.T IR WOCIA IN | | Dble Pharmacy Discontinue 5010 HHK |
| VALI PRE 1D S F | | |
| SPRG TRGE D TRANJ EACBG CV NI OKKK0x | | |
| by 2c 1010294 | | |

| HUMALOG 100MG/290B VIAL (CLARHA DL HCL 100 MG/20 M VIAL) | 06/07/22 | First order Date E-T200J |
| 5 MG IV IPRO - N NIX PSA 1430, HHT HHR | 06/07/22 | Unit Pharmacy Edit or Verification 0431 |
| PSA tess/cr RN - 12 rclm, FB + 13 | | 0510 Nursing Administered order IM 730 |
| times/day FS.UTAT HB 1244 | | (First IM NSG at Prog NHE) 180    administered Access Insulin GRE   N% |
| by 2c H43.2% | | IM 730, 0.2840,  4%% |
| | | 2n/22/44    HUMALOG    administered HCL 200 MG 20 ML 7ml |
| | | Next orders  Nce Chkls  recorded with pat 08 7c 7cc |
| | | 14 HUMALOG(on report 02, 20x-rer 11, 12 opt |
| | | 06/07/22 Discl the brmbed 32 191.78f |
| | | 0510 th Nurse 4921 HB1  130    administered  Access Access 05J  2.5% |
| | | IM. 00c+ 0284c1  4%%c |
| | | 20/24/00    HUMALOG    administered HCL  00 MG 20 ML 7ml |
| | | 90/t1 Disct L1 Recorded c 2007/3c |
| | | 0510 IM.730 at flog.  NHE, 180    administered Access Access 29c 1c No |
| | | IM. 08c  0284c1  4%%c |
| | | 2n/24/001    HUMALOG    administered HCL  00 MG 20 ML 7ml |
| | | 06/07/22 Disct L1 Recorded  by 191.5c |
| | | 0510 Nursing assessment by IM 28L of  1008 |
| | | Blood pressure  140.91 |
| | | 1008 Nursing Reassessment by IM 28L at 1012 |
| | | Blood pressure  140.91 |
| | | First Nursing Assessment by IM 28L at 1044 |
| | | Blood pressure  129/91 |
| | | 06.13 Nursing 2M sglf tre 230.2x |
| | | 0510 Nursing Acknowledged 05 ter  IM 28L |

*** CONFIDENTIAL DO NOT B ***
This document is part of the legal medical record.

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

06/10/22 0916            MEDICATION DISCHARGE SUMMARY            PAGE. 9

*This document is part of the legal medical record.*

| 06/10/22 0016 | | MEDICATION DISCHARGE SUMMARY | | PAGE: 10 |
|---|---|---|---|---|

*This document is part of the legal medical record*

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

| 06/16/22 0316 | | MEDICATION DISCHARGE SUMMARY | PAGE: 31 |
|---|---|---|---|

MEDICATION DISCHARGE SUMMARY

APRESOLINE INJ (hydrALAZINE HCL 20 MG/ML VIAL)

0.9% SODIUM CHLORIDE 1,000 ML
(SODIUM CHLORIDE 0.9% 1,000 ML BAG)

LACTATED RINGERS 1,000 ML
(RINGERS SOLUTION,LACTATED 1,000 ML BAG)

*** CONTINUED ON NEXT PAGE ***
this document is part of the legal medical record

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HFF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

| 06/16/22 0416 | MEDICATION DISCHARGE SUMMARY | PAGE: 12 |
|---|---|---|

| ADMINISTRATION TIMES: | CHARTED: |
| | |

**TYLENOL EXTRA STRENGTH (ACETAMINOPHEN 500 MG UDTAB)**
1,000 MG (2 TABS) 6 TABS
Generic: ACETAMINOPHEN 500 MG UDTAB
DF #: 0492468

**LIDODERM (LIDOCAINE 5% PATCH)**
1 PATCH TOPICAL DAILY DAILY
Apply to affected site for 12 hours; off for 12 hours
Remove patch up to 12 hours within a 24 hour period
DF #: 0492465

*** CONTINUED ON PAGE 13 ***
This document is part of the legal medical record

This document is part of the legal medical record

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

MEDICATION DISCHARGE SUMMARY

*** CONTINUED ON PAGE 15 ***
This document is part of the legal medical record.

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

MEDICATION DISCHARGE SUMMARY

*This document is part of the legal medical record*

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

| | | |
|---|---|---|
| MEDICATION DISCHARGE SUMMARY | | PAGE 16 |

PERCOLONE (oxyCODONE HCL 5 MG UDTAB)

ZOFRAN (ondansetron HCL 4 MG/2 ML VIAL)

TRANDATE 100MG/20ML VIAL (LABETALOL HCL 100 MG/20 ML VIAL)

TYLENOL EXTRA STRENGTH (ACETAMINOPHEN 500 MG UDTAB)

This document is part of the legal medical record.

PATIENT MARSHALL JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

MEDICATION DISCHARGE SUMMARY

| | | |
|---|---|---|
| LIDODERM (LIDOCAINE 5% PATCH) | | |
| LOVENOX (ENOXAPARIN 30 MG/0.3 ML SYRINGE) | | |
| Prinivil (Lisinopril 10 MG (ORAL)) | | |
| LIDODERM (LIDOCAINE 5% PATCH) | | |
| Prinivil (Lisinopril 20 MG (ORAL)) | | |

This document is part of the legal medical record.

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

MEDICATION DISCHARGE SUMMARY

PAGE: 18

This document is part of the legal medical record.

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

| MEDICATION DISCHARGE SUMMARY | | | PAGE. 19 |
|---|---|---|---|
| 06/10/22 0936 | | | |
| | | | |

This document is part of the legal medical record

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

MEDICATION DISCHARGE SUMMARY

PAGE: 20

REASON CODES

SITE CODES

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
LAKEVIEW REGIONAL MEDICAL CENTER (COCLV)
Brief Discharge Note w/Med Rec
REPORT#:0609-0098   REPORT STATUS: Signed
DATE:06/09/22  TIME: 0928

PATIENT: MARSHALL,JOHN GILBERT          UNIT #: F001029598
ACCOUNT#: F00046503219                  ROOM/BED: F.405-A
DOB: 02/28/59  AGE: 63    SEX: M        ATTEND: Hidalgo,Marco E
MD
ADM DT: 06/07/22                        AUTHOR: Cohen,Jennifer L
PA
REP SRV DT: 06/09/22            REP SRV TM: 0928
* ALL edits or amendments must be made on the electronic/computer
document *
```

## Med Rec

**Med Rec**
**Discharge meds:**
**Stop taking the following medications:**
ASPIRIN EC (ASPIRIN EC) 325 MG TAB.DR
    325 MILLIGRAM ORAL EVERY 6 HOURS AS NEEDED as needed for ARTHRITIC PAIN

**Start taking the following new medications:**
lisinopril (PRINIVIL) 10 MG TAB
    10 MILLIGRAM ORAL ONCE DAILY
    Qty = 30
    No Refills

ASPIRIN (ASPIRIN) 325 MG TAB
    325 MILLIGRAM ORAL GIVE TWO TIMES A DAY
    Qty = 30
    No Refills

oxyCODONE/ACETAMINOPHEN 5/325 MG (PERCOCET 5/325 MG) 1 EACH TAB
    1 TABLET ORAL EVERY 4 HOURS AS NEEDED as needed for post op pain RLE
    Qty = 20
    No Refills

POLYETHYLENE GLYCOL 3350 (MIRALAX) 17 GM POWDER
    17 GRAM ORAL ONCE DAILY
    Qty = 20
    No Refills

## Objective
**VS/I&O**
Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | | 97 | 06/09 0740 |

Page 1 of 5

Patient: MARSHALL, JOHN GILBERT
Unit#:F001029598
Date: 06/09/22
Acct#:F00046503219

| B/P | | 164/100 | 06/09 0740 |
|---|---|---|---|
| B/P Mean | | 120.9 | 06/09 0740 |
| O2 Delivery | Nasal cannula | | 06/09 0740 |
| Temp | | 99.5 | 06/09 0740 |
| Pulse | 77 | | 06/09 0740 |
| Resp | | 18 | 06/09 0740 |
| O2 Flow Rate | | 2 | 06/07 1634 |
| FiO2 | | 40 | 06/07 1542 |

24 hour I&O ending at 0700:

| | 06/08 1900 | 06/09 0700 |
|---|---|---|
| Intake Total | 120 | |
| Output Total | 400 | 400 |
| Balance | -280 | -400 |
| | | |
| Intake, Oral | 120 | |
| Output, Urine | 400 | 400 |

**PATIENT WEIGHT:**

**Weight (lb):**
**Weight (oz):**
**Weight (kg):** 130.800

**General appearance:** alert, awake, oriented, no acute distress, mental status normal, no respiratory distress
**Cardiovascular:** pedal pulses present, regular rate & rhythm
**Respiratory:** aerating well, symmetric expansion, no distress
**GI:** non-tender, soft, no distention, no guarding
**Extremities:** normal capillary refill, no evidence of DVT, baseline s/p BKA
**Neuro/CNS:** alert, normal speech, oriented X 3, no motor deficits, no sensory deficits
**Glasgow Coma Score:**
    Copyright Sir Graham Teasdale Copyright Sir Graham Teasdale
    **Eye opening:** (4) Spontaneous
    **Verbal response:** (5) Oriented
    **Best motor response:** (6) Obeys commands
    **GCS Score:** 15

**Results**
**Findings/Data:**
**Laboratory Tests:**

| | 06/09 |
|---|---|
| | |

Page 2 of 5

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/09/22
Acct#:F00046503219

|  | 0622 |
|---|---|
| Chemistry | |
| Sodium (136 - 145 meq/L) | 138 |
| Potassium (3.5 - 5.1) | 3.7 |
| Chloride (98 - 107 MEQ/L) | 103 |
| Carbon Dioxide (21 - 32 meq/L) | 27.0 |
| BUN (7 - 18 MG/DL) | 14 |
| Creatinine (0.67 - 1.17 mg/dL) | 0.75 |
| Glomerular Filtr Rate | 101 |
| BUN/Creatinine Ratio (10 - 20) | 18 |
| Glucose (74 - 106 mg/dl) | 130 H |
| Calcium (8.5 - 10.1 mg/dL) | 8.6 |
| Corrected Calcium (8.4 - 10.6 MG/DL) | 9.2 |
| Magnesium (1.8 - 2.4 mg/dL) | 2.0 |
| Total Bilirubin (0.2 - 1.3 mg/dL) | 0.9 |
| AST (15 - 37 IU/L) | 52 H |
| ALT (13 - 61 IU/L) | 65 H |
| Alkaline Phosphatase (50 - 136 IU/L) | 47 L |
| Total Protein (6.4 - 8.2 G/DL) | 6.5 |
| Albumin (3.4 - 5.0 G/DL) | 3.2 L |
| Albumin/Globulin Ratio | 0.9 |
| Hematology | |
| WBC (4.5 - 11.0 K/uL) | 9.6 |
| RBC (4.5 - 6.0 M/uL) | 3.68 L |
| Hgb (13.5 - 17.5 g/dL) | 12.3 L |
| Hct (41.0 - 54.0 %) | 37.2 L |
| MCV (80.0 - 100.0 FL) | 101.1 H |
| MCH (26.0 - 34.0 PG) | 33.4 |
| MCHC (32.0 - 35.0 g/dL) | 33.1 |
| RDW (12.0 - 15.0 %) | 13.6 |
| Plt Count (160 - 420 K/uL) | 211 |
| Abs Immat Gran (auto) (0.0 - 0.0 K/uL) | 0.05 H |
| Nucleated RBC % (auto) (0 - 0 #/100WBC) | 0 |
| Immature Gran % (0 - 3 %) | 0.5 |
| Neutrophils % (34.0 - 71.1 %) | 76.4 H |
| Lymphocytes % (20.0 - 44.0 %) | 11.1 L |
| Monocytes % (0.0 - 11.0 %) | 11.8 H |
| Eosinophils % (1.0 - 5.0 %) | 0.0 L |
| Basophils % (0 - 2.0 %) | 0.2 |
| Neutrophils # (2.34 - 7.0 K/uL) | 7.29 H |
| Lymphocytes # (0.9 - 4.84 K/uL) | 1.06 |
| Monocytes # (0.0 - 1.10 K/uL) | 1.1 |
| Eosinophils # (0.05 - 0.55 K/uL) | 0.0 L |

Page 3 of 5

Patient: MARSHALL, JOHN GILBERT
Unit#: F001029598
Date: 06/09/22
Acct#: F00046503219

| | Basophils # (0.0 - 0.22 K/uL) | | 0.02 |

## Brief Discharge Note w/Med Rec
**Problem List/A&P:**
1. Closed right femoral fracture

**Free Text A&P:**
63 yo male s/p fall R femoral fx/ HTN

POD #2 s/p IMN R femur Dr. Wehrly

- ortho following- Dr. Wehrly. Weight bearing as tolerated but unable to place prosthesis for 2-3 weeks until incisions are healed. wounds to RLE with dressings C/D/I. previous BKA to RLE noted on exam
- HTN post op noted despite hydralazine and trandate ordered- BP with systolics now 160s, patient reports no h/o BP med use at home baseline. consulted medicine for eval and recs on home regimen- now on lisinopril
- multi modal pain control- reports pain well controlled- BP not atributed per patient to pain
- IS
- SCds/ started lovenox BID. labs stable. repeat H and H in AM. ASA on d/c BID
- no home meds to resume- takes ASA only per patient- 325 mg daily
- PT/OT in AM- h/o BKA in past with prosthetic use. wife CNA- stable for d/c
- CM to follow for d/c planning- on HTn meds
**Discharge to:** Home Health wPlan of Care
**Discharge diagnosis:**
s/p fall R femoral fx/ HTN
**Hospital course:**
63 yo male who presented to ED via EMS s/p fall at home with RLE pain. Patient repots history of multiple prior surgeries to the right lower extremity, including a BKA secondary to thalidomide teratogenicity at birth. patient reports he was wearing his prosthetic to RLE feeding his dog and
tripped and fell onto his right side with immediate right thigh pain. He states he was unable to bear weight post injury. He has been nonambulatory since the event. Patient denies head injury, LOC, syncope, presyncope. Images in ED showed acute R femoral shaft fracture. Patient admitted to
trauma with consult to ortho. patient is now POD #2 s/p IMN R femur Dr. Wehrly. Weight bearing as tolerated but unable to place prosthesis for 2-3 weeks until incisions are healed. wounds to RLE with dressings C/D/I. previous BKA to RLE noted on exam. HTN post op noted despite hydralazine and trandate ordered- BP with systolics now 160s, patient reports no h/o BP med use at home baseline. consulted medicine for eval and recs on home

Page 4 of 5

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/09/22
Acct#:F00046503219

regimen- now on lisinopril. stable for d/c home.
Pt. condition on discharge: stable
Prescriptions: on chart
Additional Discharge Routines: Consultant Follow-Up (ortho )
Diet: Regular
Activity: Crutches/Walker, No Driving, No Lifting, No Sports/Activities, No Strenuous Activity, Shower Only, Walk 3 times a day, non WB RLE  no prosthetic 2-3 weeks
Wound/dressing care: Do not submerge incision, Leave dressing in place, OK to shower tomorrow

## Quality: Discharge

## Current Medications
Current medication review:
I attest that the foregoing medication list in the medical record is true, accurate, and complete to the best of my knowledge.

## Tobacco Use/Counseling
Tobacco use/counseling: tobacco user, cessation counsel <3 min

Electronically Signed by Cohen,Jennifer L  PA on 06/09/22 at 1119
Electronically Signed by Hidalgo,Marco E  MD on 07/02/22 at 2327

RPT #: 0609-0098
***END OF REPORT***

Page 5 of 5

LAKEVIEW REGIONAL MEDICAL CENTER  (COCLV)
Trauma Progress Note
REPORT#:0608-0103    REPORT STATUS: Signed
DATE:06/08/22   TIME: 0949

PATIENT: MARSHALL,JOHN GILBERT          UNIT #: F001029598
ACCOUNT#: F00046503219                  ROOM/BED: F.405-A
DOB: 02/28/59  AGE: 63      SEX: M      ATTEND: Hidalgo,Marco E

MD                                      AUTHOR: Cohen,Jennifer L
ADM DT: 06/07/22
PA                                      REP SRV TM: 0949
REP SRV DT: 06/08/22
* ALL edits or amendments must be made on the electronic/computer
document *

## Subjective
**Patient reports:**
Yes: complaints ("gas" pain ), feeling better, flatus, pain controlled, resting comfortable, tolerating diet. No: abdominal pain, back pain, bowel movement, chest pain, fever, headache, nausea, vomiting, weakness.

## Objective

### General
**Post-op:** day 1
**Status post:**
s/p IMN R femur Dr. Wehrly

### Physical Exam
**VS/I&O:**
Vital Signs:

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|
| 06/08 0813 | | | | 156/96 | | | | | |
| 06/08 0727 | 99.5 | 79 | 18 | 176/110 | 132.0 | 97 | Room air | | |
| 06/08 0516 | 98.2 | 70 | 18 | 162/95 | 117.2 | 98 | | | |
| 06/07 2335 | 98.6 | 78 | 16 | 151/88 | 108.9 | 98 | | | |
| 06/07 1923 | 98.6 | 80 | 16 | 159/94 | 115.9 | 97 | | | |
| 06/07 1808 | | | | 150/91 | | | | | |
| 06/07 1706 | | 77 | 16 | 150/100 | | 96 | Room air | | |
| 06/07 1700 | | 68 | 17 | 140/96 | | 99 | Room air | | |
| 06/07 1650 | | | | 150/90 | | | | | |
| 06/07 1649 | 97.8 | 70 | 16 | 153/98 | | 96 | Room air | | |
| 06/07 1634 | | 71 | 17 | 164/103 | | 98 | Nasal cannula | 2 | |
| 06/07 1622 | | 79 | 16 | 169/108 | | 98 | Nasal cannula | 3 | |
| 06/07 1612 | | 75 | 16 | 161/121 | | 100 | Nasal cannula | 3 | |
| 06/07 1602 | | 84 | 16 | 176/126 | | 100 | | 3 | |

Page 1 of 6

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/08/22
Acct#:F00046503219

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/07 1552 | | 82 | 16 | 206/121 | | 100 | Nasal cannula | 3 | |
| 06/07 1542 | 98.7 | 109 | 16 | 200/100 | | 100 | Face mist tent | 10 | 40 |
| 06/07 1321 | 98.5 | 72 | 14 | 172/86 | 114 | 99 | | | |
| 06/07 1150 | 98.4 | 69 | 14 | 163/84 | 110 | 99 | Room air | | |

24 hour I&O ending at 0700:

| | 06/07 1900 | 06/08 0700 |
|---|---|---|
| Intake Total | 150.00 | 895.95 |
| Output Total | | 400 |
| Balance | 150.00 | 495.95 |
| | | |
| Intake, IV | 150.00 | 895.95 |
| Output, Urine | | 400 |
| Patient Weight | 288 lb | |
| Weight Measurement Method | Bed scale | |

PATIENT WEIGHT:

Weight (lb):
Weight (oz):
Weight (kg): 130.800

Medications:
Active Meds + DC'd Last 24 Hrs
Lidocaine (LIDODERM)  1 PATCH  DAILY  TOPICAL
Enoxaparin Sodium (LOVENOX)  30 MG  BID  SUBQ  (UNVr)
Cefazolin Sodium (ceFAZolin SODIUM)  2 GM  Q8H  IV
Hydralazine HCl (hydrALAZINE HCL)  5 MG  Q2H PRN PRN  IV
Labetalol HCl (TRANDATE 100MG/20ML VIAL)  5 MG  Q4H PRN PRN  IV
Hydrocodone Bitart/Acetaminophen (HYDROcodone-APAP 7.5-325 TAB)  1 TAB  Q4H PRN PRN  PO
Hydromorphone HCl (DILAUDID)  0.5 MG  Q2H PRN PRN  IV
Acetaminophen (TYLENOL EXTRA STRENGTH)  1,000 MG  Q8HR  PO
Lactated Ringer's (LACTATED RINGERS)  1,000 ML  .Q13H20M  IV  (DCr)
Lidocaine (LIDODERM)  1 PATCH  DAILY  TOPICAL  (DC)
Morphine Sulfate (morphine SULFATE)  2 MG  Q4H PRN PRN  IV
Ondansetron HCl (ZOFRAN)  4 MG  Q6H PRN PRN  IV
Oxycodone HCl (PERCOLONE)  5 MG  Q4H PRN PRN  PO

Patient: MARSHALL, JOHN GILBERT
Unit#: F001029598
Date: 06/08/22
Acct#: F00046503219

Phenylephrine HCl (Vazculep)  0  .STK-MED ONE  .ROUTE  (DC)
Dexamethasone Sodium Phosphate (DECADRON)  0  .STK-MED ONE  .ROUTE  (DC)
Ondansetron HCl (ZOFRAN)  0  .STK-MED ONE  .ROUTE  (DC)
Ketamine HCl (Ketamine HCl)  0  .STK-MED ONE  .ROUTE  (DC)
Glycopyrrolate (Glycopyrrolate)  0  .STK-MED ONE  .ROUTE  (DC)
Fentanyl Citrate (SUBLIMAZE)  0  .STK-MED ONE  .ROUTE  (DC)
Hydromorphone HCl (DILAUDID)  0  .STK-MED ONE  .ROUTE  (DC)
Cefazolin Sodium (ceFAZolin SODIUM)  0  .STK-MED ONE  .ROUTE  (DC)
Propofol (DIPRIVAN)  0  .STK-MED ONE  IV  (DC)
Hydralazine HCl (hydrALAZINE HCL)  5 MG  PACU Q5M PRN PRN  IV  (DC)
Hydromorphone HCl (DILAUDID)  0.4 MG Q3 MIN PRN PAIN SCALE
    6 - 10 WHILE IN PACU.
    PACU Q3M PRN PRN  IV  (DC)
Labetalol HCl (TRANDATE 100MG/20ML VIAL)  5 MG  PACU Q5M PRN PRN  IV  (DC)
Ondansetron HCl (ZOFRAN)  4 MG  PACU Q15M PRN PRN  IV  (DC)
Fentanyl Citrate (SUBLIMAZE)  0  .STK-MED ONE  .ROUTE  (DC)
Lidocaine HCl (XYLOCAINE-MPF)  0  .STK-MED ONE  .ROUTE  (DC)
Midazolam HCl (VERSED)  0  .STK-MED ONE  .ROUTE  (DC)
Propofol (DIPRIVAN)  0  .STK-MED ONE  IV  (DC)
Sodium Chloride (0.9% SODIUM CHLORIDE)  1,000 ML  ER TRANSITION ONCE ONE
IV  (DC)

**General appearance:** alert, awake, oriented, no acute distress, conversational, mental status normal, no respiratory distress
**Wound/incision:**
  **Location:**
RLE with surgical dressing C/D/I
previous BKA noted to RLE- well healed
**Fracture:**
R femur
**Head/Eyes:** EOMI, NL conjunctiva/sclera, NL eyelids/periorbital, no signs of skull injury
**L pupil:** reactivity
**R pupil:** reactivity
**Neck:** full range of motion, non-tender
**Cardiovascular:** pulses all extremities, regular rate & rhythm, HR 70s BP 178/110
**Respiratory/Chest:** aerating well, symmetric expansion, no distress
Abdomen: soft, non-tender, no guarding, no distention, no gross blood
**Back/spine:**
  **Back:** atraumatic
**Pelvis:** pelvis stable, no bruising, no pain
**Extremities:** normal capillary refill, normal temperature, BUE full ROM LLE full ROM
**Neuro/CNS:** alert, oriented X 3, follows commands, normal speech, no motor deficits, no

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

Patient: MARSHALL, JOHN GILBERT
Unit#:F001029598
Date: 06/08/22
Acct#:F00046503219

sensory deficits, opens eyes - tracks

## Results
Findings/Data:
Laboratory Tests

|                                      | 06/08 0622 |
| ------------------------------------ | ---------- |
| Chemistry                            | .          |
| Sodium (136 - 145 meq/L)             | 136        |
| Potassium (3.5 - 5.1)                | 3.4 L      |
| Chloride (98 - 107 MEQ/L)            | 104        |
| Carbon Dioxide (21 - 32 meq/L)       | 23.0       |
| BUN (7 - 18 MG/DL)                   | 12         |
| Creatinine (0.67 - 1.17 mg/dL)       | 0.72       |
| Glomerular Filtr Rate                | 103        |
| BUN/Creatinine Ratio (10 - 20)       | 16         |
| Glucose (74 - 106 mg/dl)             | 136 H      |
| Calcium (8.5 - 10.1 mg/dL)           | 8.6        |
| Phosphorus (2.5 - 4.9 mg/dL)         | 2.3 L      |
| Magnesium (1.8 - 2.4 mg/dL)          | 1.7 L      |

Laboratory Tests

|                                            | 06/08 0622 |
| ------------------------------------------ | ---------- |
| Hematology                                 |            |
| WBC (4.5 - 11.0 K/uL)                       | 9.5        |
| RBC (4.5 - 6.0 M/uL)                        | 3.82 L     |
| Hgb (13.5 - 17.5 g/dL)                      | 13.2 L     |
| Hct (41.0 - 54.0 %)                         | 38.8 L     |
| MCV (80.0 - 100.0 FL)                       | 101.6 H    |
| MCH (26.0 - 34.0 PG)                        | 34.6 H     |
| MCHC (32.0 - 35.0 g/dL)                     | 34.0       |
| RDW (12.0 - 15.0 %)                         | 13.8       |
| Plt Count (160 - 420 K/uL)                  | 202        |
| Abs Immat Gran (auto) (0.0 - 0.0 K/uL)      | 0.02 H     |
| Nucleated RBC % (auto) (0 - 0 #/100WBC)     | 0          |
| Immature Gran % (0 - 3 %)                   | 0.2        |
| Neutrophils % (34.0 - 71.1 %)              | 78.3 H     |
| Lymphocytes % (20.0 - 44.0 %)              | 9.4 L      |
| Monocytes % (0.0 - 11.0 %)                  | 11.9 H     |
| Eosinophils % (1.0 - 5.0 %)                 | 0.0 L      |
| Basophils % (0 - 2.0 %)                     | 0.2        |

Page 4 of 6

Patient: MARSHALL, JOHN GILBERT
Unit#: F001029598
Date: 06/08/22
Acct#: F00046503219

| Neutrophils # (2.34 - 7.0 K/uL) | 7.42 H |
| Lymphocytes # (0.9 - 4.84 K/uL) | 0.89 L |
| Monocytes # (0.0 - 1.10 K/uL) | 1.1 |
| Eosinophils # (0.05 - 0.55 K/uL) | 0.0 L |
| Basophils # (0.0 - 0.22 K/uL) | 0.02 |

Laboratory Tests

|  | 06/07 1008 |
|---|---|
| Serology | |
| SARS-CoV-2 Ag (Rapid) (Negative) | Negative |
| SARS CoV-2 Rapid Comm | Comment: |

**Radiology data:**
Recent Impressions:
**GENERAL RADIOLOGY - FLUOROSCOPY (UP TO ONE HOUR) 06/07 1355**
*** Report Impression - Status: SIGNED  Entered: 06/07/2022 1608

Impression: Intraoperative imaging of the right femur.

Impression By: P.PFLST - Steven Pflug, M.D.
**GENERAL RADIOLOGY - RT. FEMUR 2 OR MORE VIEWS 06/07 1355**
*** Report Impression - Status: SIGNED  Entered: 06/07/2022 1608

impression: intraoperative imaging of the right femur.

Impression By: P.PFLST - Steven Pflug, M.D.

## Diagnosis, Assessment & Plan
Problem List/A&P:
 1. Closed right femoral fracture

**Free Text A&P:**
63 yo male R femoral fx

POD #1 s/p IMN R femur Dr. Wehrly

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/08/22
Acct#:F00046503219

- ortho following- Dr. Wehrly. Weight bearing as tolerated but unable to place prosthesis for 2-3 weeks until incisions are healed., wounds to RLE with surgical dressings C/D/I, previous BKA to RLE noted on exam
- HTN post op noted despite hydralazine and trandate ordered- BP with systolics in 170s, patient reports no h/o BP med use. consult medicine for eval and recs on home regimen
- multi modal pain control- reports pain well controlled- BP not atributed per patient to pain
- IS
- SCds/ started lovenox BID. labs stable this AM. repeat H and H in AM.
- no home meds to resume- takes ASA only per patient
- PT/OT in AM- h/o BKA in past with prosthetic use. will likely be d/c home baseline
- CM to follow for d/c planning- likely tomorrow onced BP better controlled and post therapy

## Quality: Trauma & Gen Surg

### Current Medications
Current medication review:
I attest that the foregoing medication list in the medical record is true, accurate, and complete to the best of my knowledge.

### VTE Prophylaxis - General
VTE prophylaxis initiated: yes (SCds/ lovenox BID )

### Tobacco Use/Counseling
Tobacco use/counseling: tobacco user, cessation counsel <3 min

Electronically Signed by Cohen,Jennifer L  PA on 06/08/22 at 0956
Electronically Signed by Hidalgo,Marco E  MD on 07/02/22 at 2327

RPT #: 0608-0103
***END OF REPORT***

Page 6 of 6

```
LAKEVIEW REGIONAL MEDICAL CENTER (COCLV)
Orthopaedic Progress Note
REPORT#:0608-0040    REPORT STATUS: Signed
DATE:06/08/22  TIME: 0810

PATIENT: MARSHALL,JOHN GILBERT        UNIT #: F001029598
ACCOUNT#: F00046503219                ROOM/BED: F.405-A
DOB: 02/28/59  AGE: 63     SEX: M     ATTEND: Hidalgo,Marco E
MD
ADM DT: 06/07/22                      AUTHOR: Wehrly,Lance J  MD
REP SRV DT: 06/08/22          REP SRV TM: 0810
* ALL edits or amendments must be made on the electronic/computer
document *
```

## Subjective
**Comments:**
ORTHOPEDICS

Subjective:
No issues or current complaints. Pain well controlled.

Objective:
Afebrile
P:79  BP:176/110

Right knee and thigh dressings with mild bloody drainage.

H/H - 13.2/38.8
Cr - 0.72

Assessment:
S/P Right Femur Intramedullary Nailing; Postoperative Day 1

Plan:
-Pain well controlled with oral pain medication.
-Given Labetolol for high pressures with good improvement.
-Can start DVT prophylaxis as needed.
-Nausea and gas overnight. Given Zofran.
-Dressing will be changed tomorrow.
-Physical/occupational therapy to start today. Weight bearing as tolerated but unable to place prosthesis for 2-3 weeks until incisions are healed.
-Disposition - likely be able to return home tomorrow or Friday. Follow up with Tiffanie Boyce in two weeks.

Electronically Signed by Wehrly,Lance J  MD on 06/08/22 at 0812

```
RPT #: 0608-0040
***END OF REPORT***
```

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

Age/Sex: 63 M              Attending: Bishop,Harold   MD                                                                                      Page 1
Unit #: [illegible]       Account #: [illegible]
Admitted: [illegible] Inp      Location: [illegible]        [illegible] Regional Medical Center MV                     Printed [illegible]
Status: [illegible] IN         Room/Bed: [illegible]        CLINICAL DOCUMENTATION REPORTING

The following table content is too faded to read reliably. Based on the visible structure, the page contains two side-by-side columns of clinical documentation entries with headers for Activity Type, Ordered, Scheduled, Discontinued, and related date/time/status fields, followed by multiple activity entries. The specific values in the cells are largely illegible.

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN⁵001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

The detailed clinical table on this page is too faded and degraded to read the individual cell values with confidence.

Age/Sex: 63 M
Unit #: [illegible]
Admitted: [illegible]
Status: [illegible] IN

Attending: [illegible] MD
Account #: [illegible]
Location: [illegible]
Recorded: [illegible]

[illegible]

[illegible] Regional Medical Center OK
[illegible] DOCUMENTATION PROGRESS

Page: [illegible]

Printed [illegible]

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech – HPF – Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

LAKEVIEW RMC CAMPUS OF TULANE        Name: MARSHALL, JOHN GILBERT
95 JUDGE TANNER BLVD                 Phys: Vorhaben, Ann T  MD
COVINGTON, LA 70433                  DOB: 02/28/1959   Age: 63        Sex: M
                                     Acct: F00046503219  Loc: F.ER
PHONE #: (985)867-4050               Exam Date: 06/07/2022 Status: REG ER
   FAX #: (985)867-4051              PACS ID: F273171
                                     Unit No: F001029598


EXAMS:                                              CPT:
Q01496704 PELVIS ONLY AP                            72170

        History: Trauma, pelvic pain

        Single view of the pelvis shows no evidence for bone fracture or
        dislocation. The hip joints, symphysis pubis, and SI joints
        unremarkable.  There is no evidence for an abnormal trabecular pattern
        involving the included portions of the proximal femur to suggest a
        nondisplaced fracture.

        Impression: No evidence for acute abnormality on this single view of
        the pelvis.

** Electronically Signed by M.D Kathryn Pflug on 06/07/2022 at 1010 **
              Reported and signed by: Kathryn Pflug, M.D


CC:

Technologist: FRAD.KK RT (K); FRAD.LMM RT

Transcribed Date/Time: 06/07/2022 (1009)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 06/07/2022 (1010)
Orig Print D/T: S: 06/07/2022 (1012)
                              BATCH NO: N/A

PAGE  1                     Signed Report

LAKEVIEW REGIONAL MEDICAL CENTER (COCLV)
Trauma - History & Physical
REPORT#:0607-0169    REPORT STATUS: Signed
DATE:06/07/22   TIME: 1136

PATIENT: MARSHALL,JOHN GILBERT          UNIT #: F001029598
ACCOUNT#: F00046503219                  ROOM/BED: F.405-A
DOB: 02/28/59  AGE: 63      SEX: M      ATTEND: Hidalgo,Marco E
MD
ADM DT: 06/07/22                        AUTHOR: Cohen,Jennifer L
PA
REP SRV DT: 06/07/22            REP SRV TM: 1136
* ALL edits or amendments must be made on the electronic/computer
document *

## History of Present Illness

### Pre-hospital
**Activation level:** consult
**Arrival mode:** EMS, ground
**Complaints/injuries:**
RLE pain

### HPI
HPI:
63 yo male who presented to ED via EMS s/p fall at home with RLE pain. Patient repots
history of multiple prior surgeries to the right lower extremity, including a BKA secondary to
thalidomide teratogenicity at birth. patient reports he was wearing his prosthetic to RLE
feeding his dog and tripped and fell onto his right side with immediate right thigh pain. He
states he was unable to bear weight post injury. He has been nonambulatory since the event.
Patient denies head injury, LOC, syncope, presyncope. Images in ED showed acute R
femoral shaft fracture. Patient admitted to trauma with consult to ortho.

### History
**Additional medical history:**
Arthritis, thalidomide teratogenicity with multiple limb abnormalities
**Additional surgical history:**
Multiple orthopedic
**Alcohol use:** social
**Drug use:** Denies recreational drugs
**Smoking status:**
   **Smoking status for patients 13 years old or older:** Current every day smoker
**Additional social history:**
lives with wife at home

### Medication/Allergy-Vaccine Hx
**Medications:**
Home Medications:

Page 1 of 6

Patient: MARSHALL, JOHN GILBERT
Unit#: F001029598
Date: 06/07/22
Acct#: F00046503219


ASPIRIN EC 325 MG PO Q6H PRN PRN ARTHRITIC PAIN


**Allergies:**
**Coded Allergies:**
No Known Drug Allergies (UNKNOWN 06/07/22)


## Review of Systems
**Constitutional:**
Denies: chills, fever.
**Respiratory:**
Denies: non productive cough, productive cough (sputum), SOB, wheezing.
**Cardiovascular:**
Denies: chest pain.
**GI:**
Denies: abdominal pain, nausea, vomiting.
**GU:**
Denies: dysuria, flank pain, urinary retention.
**Musculoskeletal:**
  **Extremity pain:**
  Reports: right lower.
  **Joint pain:**
  Reports: right lower.
  **Other musculoskeletal:**
  Denies: lumbar pain, neck pain, thoracic pain.
**Neuro:**
Reports: gait problem. Denies: bladder dysfunction, bowel dysfunction, change in LOC, confusion, dizziness, focal weakness, headache, lightheaded, numbness, seizure, slurred speech, spinning sensation, syncope, unable to speak, vision change.

## Physical Exam
**VS/I&O**
Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 06/07 1321 |
| B/P | 172/86 | 06/07 1321 |
| B/P Mean | 114 | 06/07 1321 |
| Temp | 98.5 | 06/07 1321 |
| Pulse | 72 | 06/07 1321 |
| Resp | 14 | 06/07 1321 |
| O2 Delivery | Room air | 06/07 1150 |


Page 2 of 6

Patient: MARSHALL, JOHN GILBERT
Unit#: F001029598
Date: 06/07/22
Acct#: F00046503219

**PATIENT WEIGHT:**

**Weight (lb):**
**Weight (oz):**
**Weight (kg):** 130.800

**General appearance:** alert, awake, oriented, no acute distress, mental status normal, no respiratory distress
**Wound/incision:**
  **Location:**
RLE with surgical dressing C/D/I
previous BKA noted to RLE- well healed
**Fracture:**
R femur
**Head/Eyes:** EOMI, NL conjunctiva/sclera, NL eyelids/periorbital, no signs of skull injury
**L pupil:** reactivity
**R pupil:** reactivity
**Neck:** full range of motion, non-tender
**Cardiovascular:** pulses all extremities, regular rate & rhythm, HR 70s BP 172/86
**Respiratory/chest:** aerating well, symmetric expansion, no distress
**Abdomen:** soft, non-tender, no guarding, no distention, no gross blood
**Back/Spine:**
  **Back:** atraumatic
**Pelvis:** pelvis stable, no bruising, no pain
**Extremities:** normal capillary refill, normal temperature, BUE full ROM LLE full ROM
**Neuro/CNS:** alert, oriented X 3, follows commands, normal speech, no motor deficits, no sensory deficits, opens eyes - tracks
**Glasgow Coma Score:**
  **Copyright Sir Graham Teasdale** Copyright Sir Graham Teasdale
  **Eye opening:** (4) Spontaneous
  **Verbal response:** (5) Oriented
  **Best motor response:** (6) Obeys commands
  **GCS Score:** 15

## Results
**Findings/Data:**
Laboratory Tests:

| | 06/07 0953 | 06/07 1008 |
|---|---|---|
| Chemistry | | |
| Sodium (130 - 145 meq/L) | 137 | |

Page 3 of 6

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

Patient: MARSHALL, JOHN GILBERT
Unit#: F001029598
Date: 06/07/22
Acct#: F00046503219

| | |
|---|---|
| Potassium (3.5 - 5.1) | 3.4 L |
| Chloride (98 - 107 MEQ/L) | 104 |
| Carbon Dioxide (21 - 32 meq/L) | 21.0 |
| BUN (7 - 18 MG/DL) | 13 |
| Creatinine (0.67 - 1.17 mg/dL) | 0.92 |
| Glomerular Filtr Rate | 93 |
| BUN/Creatinine Ratio (10 - 20) | 14 |
| Glucose (74 - 106 mg/dl) | 141 H |
| Calcium (8.5 - 10.1 mg/dL) | 9.3 |
| Corrected Calcium (8.4 - 10.6 MG/DL) | 9.5 |
| Magnesium (1.8 - 2.4 mg/dL) | 1.8 |
| Total Bilirubin (0.2 - 1.3 mg/dL) | 0.8 |
| AST (15 - 37 IU/L) | 71 H |
| ALT (13 - 61 IU/L) | 111 H |
| Alkaline Phosphatase (50 - 136 IU/L) | 68 |
| Total Protein (6.4 - 8.2 G/DL) | 7.1 |
| Albumin (3.4 - 5.0 G/DL) | 3.8 |
| Albumin/Globulin Ratio | 1.1 |
| Hematology | |
| WBC (4.5 - 11.0 K/uL) | 10.4 |
| RBC (4.5 - 6.0 M/uL) | 4.52 |
| Hgb (13.5 - 17.5 g/dL) | 15.1 |
| Hct (41.0 - 54.0 %) | 45.0 |
| MCV (80.0 - 100.0 FL) | 99.6 |
| MCH (26.0 - 34.0 PG) | 33.4 |
| MCHC (32.0 - 35.0 g/dL) | 33.6 |
| RDW (12.0 - 15.0 %) | 13.6 |
| Plt Count (160 - 420 K/uL) | 240 |
| Abs Immat Gran (auto) (0.0 - 0.0 K/uL) | 0.04 H |
| Nucleated RBC % (auto) (0 - 0 #/100WBC) | 0 |
| Immature Gran % (0 - 3 %) | 0.4 |
| Neutrophils % (34.0 - 71.1 %) | 78.9 H |
| Lymphocytes % (20.0 - 44.0 %) | 10.0 L |
| Monocytes % (0.0 - 11.0 %) | 9.5 |
| Eosinophils % (1.0 - 5.0 %) | 0.2 L |
| Basophils % (0 - 2.0 %) | 1.0 |
| Neutrophils # (2.34 - 7.0 K/uL) | 8.20 H |
| Lymphocytes # (0.9 - 4.84 K/uL) | 1.04 |
| Monocytes # (0.0 - 1.10 K/uL) | 1.0 |
| Eosinophils # (0.05 - 0.55 K/uL) | 0.0 L |
| Basophils # (0.0 - 0.22 K/uL) | 0.10 |
| Serology | |
| SARS-CoV-2 Ag (Rapid) (Negative) | Negative |

Requested by Eugenia Simmons on 1/30/2026 9:12:10 AM

Patient: MARSHALL, JOHN GILBERT
Unit#: F001029598
Date: 06/07/22
Acct#: F00046503219

SARS CoV-2 Rapid Comm                    |          Comment: |

**Radiology data:**
Recent Impressions:
**GENERAL RADIOLOGY - RT. FEMUR 2 OR MORE VIEWS 06/07 0950**
*** Report Impression - Status: SIGNED  Entered: 06/07/2022 1011

Impression: Acute mildly displaced femoral shaft fracture.

Impression By: P.PFLKA - Kathryn Pflug, M.D
**GENERAL RADIOLOGY - PELVIS ONLY AP 06/07 0950**
*** Report Impression - Status: SIGNED  Entered: 06/07/2022 1012

Impression: No evidence for acute abnormality on this single view of
the pelvis.
Impression By: P.PFLKA - Kathryn Pflug, M.D
**GENERAL RADIOLOGY - CHEST 1 VIEW ONLY 06/07 0950**
*** Report Impression - Status: SIGNED  Entered: 06/07/2022 1012

Impression: Cardiomegaly otherwise no radiographic evidence for acute
cardiopulmonary disease on this single view study of the chest.

Impression By: P.PFLKA - Kathryn Pflug, M.D

**Diagnosis, Assessment & Plan**
**Problem List/A&P:**
 1. Closed right femoral fracture

**Free Text DxA&P Notes**
**Free Text DxA&P Notes:**
63 yo male R femoral fx

PO rounds- patient recovering in PACU, alert/ awake

- ortho consulted- Dr. Wehrly. NPO. IVFs in prep for OR. patient seen in PACU. wounds to
RLE with surgical dressings C/D/I. previous BKA to RLE noted on exam
- HTN post op noted- hydralazine and trandate ordered- BP well controlled now, monitor

Page 5 of 6

Patient: MARSHALL, JOHN_GILBERT
Unit#: F001029598
Date: 06/07/22
Acct#: F00046503219

post op. patient reports in PACU no h/o BP med use
- multi modal pain control- reports pain well controlled
- IS
- SCds
- no home meds to resume- takes ASA only per patient- held in prep for OR
- PT/OT in AM- h/o BKA in past with prosthetic use. will likely be d/c home baseline
- CM to follow for d/c planning

## Quality: Trauma & Gen Surg

### Current Medications
Current medication review:
I attest that the foregoing medication list in the medical record is true, accurate, and complete to the best of my knowledge.

### VTE Prophylaxis - General
VTE prophylaxis initiated: yes (SCds), no pharmacologic, reason: (in prep for OR )

### Tobacco Use/Counseling
Tobacco use/counseling: tobacco user, cessation counsel < 3 min

### Periop-Prophylactic Antibiotic
1st or 2nd gen. cephalosporin: given (pre op ancef )

Electronically Signed by Cohen,Jennifer L  PA on 06/08/22 at 0949
Electronically Signed by Hidalgo,Marco E  MD on 07/02/22 at 2327

RPT #: 0607-0169
***END OF REPORT***

Page 6 of 6

```
RUN DATE: 06/11/22            MEDITECH FACILITY: COCLV                    PAGE 1
RUN TIME: 0100               IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:  MARSHALL,JOHN GILBERT      A/S: 63 M     ADMIT:     06/07/22
ACCOUNT NO: F00046503219             LOC: F.MS4    DISCH/DEP: 06/09/22
                                     RM:  F.405    STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD       BD:  A        UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
                                           —Service—
Order Date: 06/07/22                Order Number  Date    Time Pri Qty Ord Source Status  Ordered By
Category   Procedure Name          20220607-0559 06/07/22 0945 R    V          CMP    VORAN
MED.COCLV  MEDICATION
Other Provider :            Sig Lvl Provider :
RX: 10400901                       Start: 06/07/22  0945    ONE CMP
                                   Stop:  06/07/22  0946

   HYDROmorphone Inj (Dilaudid Inj)
   Dose: 0.5 MG
   Route: IV                    Direction: XIED

   Order's Audit Trail of Events

1   06/07/22 0942 FNU.AA1    Order ENTER in EDM/OM
2   06/07/22 0942 FNU.AA1    Ordering Doctor: Vorhaben,Ann T  MD
3   06/07/22 0942 FNU.AA1    Order Source: Verbal & Readback
4   06/07/22 0943 FNU.AA1    order acknowledged
5   06/07/22 0946 P.VORAN    Signed by Vorhaben,Ann T  MD
6   06/07/22 0946 SCHEDULER  DISCONTINUE in PHA

         Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 0946
```

```
                                           —Service—
Order Date: 06/07/22                Order Number  Date    Time Pri Qty Ord Source Status  Ordered By
Category   Procedure Name          20220607-0034 06/07/22 0945 S    E          TRN    VORAN
NUR        CARDIAC MONITOR
Other Provider :            Sig Lvl Provider :

   Order's Audit Trail of Events

1   06/07/22 0946 P.VORAN    Order ENTER in EDM/POM
2   06/07/22 0946 P.VORAN    Ordering Doctor: Vorhaben,Ann T  MD
3   06/07/22 0946 P.VORAN    Order Source: EPOM
4   06/07/22 0946 P.VORAN    Signed by Vorhaben,Ann T  MD

         Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 0946
```

```
                                           —Service—
Order Date: 06/07/22                Order Number  Date    Time Pri Qty Ord Source Status  Ordered By
Category   Procedure Name          20220607-0514 06/07/22 0945 S    E          CMP    VORAN
LAB        CBC COMPLETE,WITH AUTO DIFF
Other Provider :            Sig Lvl Provider :

   Order's Audit Trail of Events

1   06/07/22 0946 P.VORAN    Order ENTER in EDM/POM
2   06/07/22 0946 P.VORAN    Ordering Doctor: Vorhaben,Ann T  MD
3   06/07/22 0946 P.VORAN    Order Source: EPOM
4   06/07/22 0946 P.VORAN    Signed by Vorhaben,Ann T  MD
5   06/07/22 0946 interface  order's status changed from TRANS to LOGGED by LAB
6   06/07/22 1004 interface  order's status changed from LOGGED to IN PRO by LAB
7   06/07/22 1009 interface  order's status changed from IN PRO to COMP by LAB

         Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 0946
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22              MEDITECH FACILITY: COCLV                      PAGE 2
RUN TIME: 0100                  IDLV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT      A/S: 63 M      ADMIT:     06/07/22
ACCOUNT NO: F00046503219              LOC: F.MS4     DISCH/DEP: 06/09/22
                                      RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E MD         BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
                                      ---Service---
Order Date: 06/07/22
Category   Procedure Name          Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
RAD        CHEST 1 VIEW ONLY       20220607-0036 06/07/22  0946 S        E        CMP     VORAN
Other Provider :              Sig Lvl Provider :
  PAGE XRAY?                                     Y
  Reason for exam?                               fall likely femur fx
  Campus?                                        Lakeview Regional Med Ctr
```

Order's Audit Trail of Events

```
1    06/07/22 0946 P.VORAN     Order ENTER in EDM/POM
2    06/07/22 0946 P.VORAN     Ordering Doctor: Vorhaben,Ann T  MD
3    06/07/22 0946 P.VORAN     Order Source: EPOM
4    06/07/22 0946 P.VORAN     Signed by Vorhaben,Ann T  MD
5    06/07/22 0946 interface   order's status changed from TRANS to LOGGED by RAD
6    06/07/22 1005 interface   order's status changed from LOGGED to IN PRO by RAD
7    06/07/22 1005 interface   order service time edited: old value - 0945
8    06/07/22 1013 interface   order's status changed from IN PRO to COMP by RAD
```

Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 0946

```
                                      ---Service---
Order Date: 06/07/22
Category   Procedure Name          Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
LAB        COMPREHENSIVE METABOLIC 20220607-0515 06/07/22  0945 S        E        CMP     VORAN
Other Provider :              Sig Lvl Provider :
```

Order's Audit Trail of Events

```
1    06/07/22 0946 P.VORAN     Order ENTER in EDM/POM
2    06/07/22 0946 P.VORAN     Ordering Doctor: Vorhaben,Ann T  MD
3    06/07/22 0946 P.VORAN     Order Source: EPOM
4    06/07/22 0946 P.VORAN     Signed by Vorhaben,Ann T  MD
5    06/07/22 0946 interface   order's status changed from TRANS to LOGGED by LAB
6    06/07/22 1004 interface   order's status changed from LOGGED to IN PRO by LAB
7    06/07/22 1038 interface   order's status changed from IN PRO to COMP by LAB
```

Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 0946

```
                                      ---Service---
Order Date: 06/07/22
Category   Procedure Name          Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
FNS        DIET: NOTHING BY MOUTH  20220607-0937 06/07/22  L         E        CMP     VORAN
Other Provider :              Sig Lvl Provider :

NPO Now:                                        Y
NPO Now will continue until the new diet is ordered!
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                        MEDITECH FACILITY: COCLV                    PAGE 3
RUN TIME: 0100                            IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:    MARSHALL,JOHN GILBERT          A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                   LOC: F.MS4     DISCH/DEP:  06/09/22
                                           RM:  F.405     STATUS:     IN
ATTEND DR: Hidalgo,Marco E  MD             BD:  A         UNIT NO:    F001029598
REPORT STATUS: FINAL
```

Order's Audit Trail of Events

```
1    06/07/22 0946 P.VORAN    Order ENTER in EDM/POM
2    06/07/22 0946 P.VORAN    Ordering Doctor: Vorhaben,Ann T  MD
3    06/07/22 0946 P.VORAN    Order Source: EPOM
4    06/07/22 0946 P.VORAN    Signed by Vorhaben,Ann T  MD
5    06/07/22 1718 System     order's status changed from TRANS to COMP
6    06/07/22 1718 System     Order Replaced with New Diet
```

Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 0946

```
Order Date: 06/07/22                               ---Service---
Category   Procedure Name              Order Number  Date       Time Pri Qty Ord Source Status  Ordered By
CARD       EKG 12 LEAD                 20220607-0051 06/07/22 0945 S      E           RES     VORAN
Other Provider :              Sig Lvl Provider :
   Campus?                         Lakeview Regional Med Ctr
```

Order's Audit Trail of Events

```
1    06/07/22 0946 P.VORAN    Order ENTER in EDM/POM
2    06/07/22 0946 P.VORAN    Ordering Doctor: Vorhaben,Ann T  MD
3    06/07/22 0946 P.VORAN    Order Source: EPOM
4    06/07/22 0946 P.VORAN    Signed by Vorhaben,Ann T  MD
5    06/07/22 2155 FNU.JS5    order viewed from Order Management
6    06/08/22 1143 interface  order associated with report 20220608-C026
7    06/08/22 1143 interface  order's status changed from TRANS to RESULT
```

Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 0946

```
Order Date: 06/07/22                               ---Service---
Category   Procedure Name              Order Number  Date       Time Pri Qty Ord Source Status  Ordered By
LAB        MAGNESIUM (MG)              20220607-0516 06/07/22 0945 S      E           CMP     VORAN
Other Provider :              Sig Lvl Provider :
```

Order's Audit Trail of Events

```
1    06/07/22 0946 P.VORAN    Order ENTER in EDM/POM
2    06/07/22 0946 P.VORAN    Ordering Doctor: Vorhaben,Ann T  MD
3    06/07/22 0946 P.VORAN    Order Source: EPOM
4    06/07/22 0946 P.VORAN    Signed by Vorhaben,Ann T  MD
5    06/07/22 0946 interface  order's status changed from TRANS to LOGGED by LAB
6    06/07/22 1004 interface  order's status changed from LOGGED to IN PRO by LAB
7    06/07/22 1038 interface  order's status changed from IN PRO to COMP by LAB
```

Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 0946

PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                      MEDITECH FACILITY: COCLV                              PAGE 4
RUN TIME: 0100                          IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT        A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                LOC: F.MS4     DISCH/DEP: 06/09/22
                                        RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD          BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Order Date: 06/07/22                              ---Service---
Category   Procedure Name         Order Number   Date     Time Pri Qty Ord Source Status  Ordered By
NUR        SALINE LOCK            20220607-0035 06/07/22 0945 S        E          TRN     VORAN
Other Provider :          Sig Lvl Provider :

Order's Audit Trail of Events

1   06/07/22 0946 P.VORAN    Order ENTER in EDM/POM
2   06/07/22 0946 P.VORAN    Ordering Doctor: Vorhaben,Ann T  MD
3   06/07/22 0946 P.VORAN    Order Source: EPOM
4   06/07/22 0946 P.VORAN    Signed by Vorhaben,Ann T  MD

        Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 0946


Order Date: 06/07/22                              ---Service---
Category   Procedure Name         Order Number   Date     Time Pri Qty Ord Source Status  Ordered By
RAD        PELVIS ONLY AP         20220607-0037 06/07/22 0950 S        E          CMP     VORAN
Other Provider :          Sig Lvl Provider :
 PAGE XRAY?                         Y
 Reason for exam?                   fall likely femur fx
 Campus?                            Lakeview Regional Med Ctr

Order's Audit Trail of Events

1   06/07/22 0946 P.VORAN    Order ENTER in EDM/POM
2   06/07/22 0946 P.VORAN    Ordering Doctor: Vorhaben,Ann T  MD
3   06/07/22 0946 P.VORAN    Order Source: EPOM
4   06/07/22 0946 P.VORAN    Signed by Vorhaben,Ann T  MD
5   06/07/22 0946 interface  order's status changed from TRANS to LOGGED by RAD
6   06/07/22 1005 interface  order's status changed from LOGGED to IN PRO by RAD
7   06/07/22 1006 interface  order service time edited: old value - 0945
8   06/07/22 1012 interface  order's status changed from IN PRO to COMP by RAD

        Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 0946


Order Date: 06/07/22                              ---Service---
Category   Procedure Name         Order Number   Date     Time Pri Qty Ord Source Status  Ordered By
RAD        FEMUR RT 2 OR MORE VIEWS 20220607-0038 06/07/22 0950 S      E          CMP     VORAN
Other Provider :          Sig Lvl Provider :
 PAGE XRAY?                         Y
 Reason for exam?                   fall likely femur fx
 Campus?                            Lakeview Regional Med Ctr

Order's Audit Trail of Events

1   06/07/22 0946 P.VORAN    Order ENTER in EDM/POM
2   06/07/22 0946 P.VORAN    Ordering Doctor: Vorhaben,Ann T  MD
3   06/07/22 0946 P.VORAN    Order Source: EPOM
4   06/07/22 0946 P.VORAN    Signed by Vorhaben,Ann T  MD
5   06/07/22 0946 interface  order's status changed from TRANS to LOGGED by RAD
6   06/07/22 1005 interface  order's status changed from LOGGED to IN PRO by RAD
7   06/07/22 1006 interface  order service time edited  old value - 0945
8   06/07/22 1011 interface  order's status changed from IN PRO to COMP by RAD

                    PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22              MEDITECH FACILITY: COCLV              PAGE 5
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT      A/S: 63 M     ADMIT:      06/07/22
ACCOUNT NO: F00046503219              LOC: F.MS4    DISCH/DEP: 06/09/22
                                      RM: F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD        BD: A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 0946

```
Order Date: 06/07/22                          ---Service---
Category   Procedure Name            Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
LAB        Coronavirus 2019 Evaluation  20220607-0522 06/07/22 1000 S       E         CHP     VORAN
Other Provider :            Sig Lvl Provider :
```

    Reason for COVID Testing:     PreOp/Proc in Advance
    Date needed by:               06/07/22
    Symptomatic as defined by CDC?    U

    Order's Audit Trail of Events

    1    06/07/22 1000 P.VORAN    Order ENTER in EDM/FOM
    2    06/07/22 1000 P.VORAN    Ordering Doctor: Vorhaben,Ann T  MD
    3    06/07/22 1000 P.VORAN    Order Source: EPOM
    4    06/07/22 1000 P.VORAN    Signed by Vorhaben,Ann T  MD
    5    06/07/22 1001 interface  order's status changed from TRANS to LOGGED by LAB
    6    06/07/22 1013 interface  order's status changed from LOGGED to IN PRO by LAB
    7    06/07/22 1013 interface  order's status changed from IN PRO to COMP by LAB

    Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 1000

```
Order Date: 06/07/22                          ---Service---
Category   Procedure Name            Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
LAB        SARS-CoV-2 Antigen NON-PUI  20220607-0531 06/07/22 1008 S   1             CHP     VORAN
Other Provider :            Sig Lvl Provider :
```

    Order's Audit Trail of Events

    1    06/07/22 1013 AutoDft    Order ENTER in LAB
    2    06/07/22 1013 AutoDft    Ordering Doctor: Vorhaben,Ann T  MD
    3    06/07/22 1039 interface  order's status changed from IN PRO to COMP by LAB

```
Order Date: 06/07/22                          ---Service---
Category   Procedure Name            Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
ADT        zADMIT PATIENT           20220607-0063 06/07/22 1049 R       E         TRN     VORAN
Other Provider :            Sig Lvl Provider :
```

    Patient Status:               Admit to Inpatient
    Assign to Physician:          HIDMA
    Medical Reason.               right femur fx

    I certify that the patient status is appropriate and is based on my best

## PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                          PAGE 6
RUN TIME: 0100                        iDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT       A/S: 63 M       ADMIT:      06/07/22
ACCOUNT NO: F00046503219               LOC: F.MS4      DISCH/DEP: 06/09/22
                                       RM: F.405       STATUS:    IN
ATTEND DR: Hidalgo,Marco E MD          BD: A           UNIT NO:   F001029598
REPORT STATUS: FINAL
```

clinical
judgement and the patient's condition as documented in the medical record.


Order's Audit Trail of Events

```
1    06/07/22 1049 P.VORAN     Order ENTER in POM
2    06/07/22 1049 P.VORAN     Order from set: ER Transition Orders - Brief
3    06/07/22 1049 P.VORAN     Ordering Doctor: Vorhaben,Ann T MD
4    06/07/22 1049 P.VORAN     Order Source: EPOM
5    06/07/22 1049 P.VORAN     ADMITTING PHYSICIAN: Hidalgo,Marco E MD
6    06/07/22 1049 P.VORAN     Signed by Vorhaben,Ann T MD
7    06/07/22 1252 FNU.ARR1    order viewed
8    06/07/22 2138 FNU.DGD     order viewed
9    06/08/22 0842 P.HIDMA     Signed by Hidalgo,Marco E MD
10   06/08/22 1729 FNU.LMC1    order viewed from Order Management
```

Electronically signed by Hidalgo,Marco E MD on 06/08/22 at 0842

Electronically signed by Vorhaben,Ann T MD on 06/07/22 at 1049


```
Order Date: 06/07/22                          ---Service---
Category   Procedure Name              Order Number  Date    Time Pri Qty Ord Source Status  Ordered By
ORD.PHYS   COVID-19 Risk Assessment    20220607-0044 06/07/22 1049 R       E       TRN       VORAN
Other Provider :            Sig Lvl Provider :
```

For each admission, we ask that you address the likelihood of COVID-19.

*** Does your patient have fever/chills, cough, shortness of breath/

difficulty
breathing, fatigue, muscle/body aches, headache, new loss of taste/smell,

sore throat, congestion/runny nose, nausea/vomiting, or diarrhea that is

otherwise unexplained? ***
COVID-19 status:            COVID test negative

Order's Audit Trail of Events

```
1    06/07/22 1049 P.VORAN     Order ENTER in POM
2    06/07/22 1049 P.VORAN     Order from set: ER Transition Orders - Brief
3    06/07/22 1049 P.VORAN     Ordering Doctor: Vorhaben,Ann T MD
4    06/07/22 1049 P.VORAN     Order Source: EPOM
5    06/07/22 1049 P.VORAN     Signed by Vorhaben,Ann T MD
```

Electronically signed by Vorhaben,Ann T MD on 06/07/22 at 1049


```
Order Date: 06/07/22                          ---Service---
Category   Procedure Name              Order Number  Date    Time Pri Qty Ord Source Status  Ordered By
ADT        Level of Care               20220607-0064 06/07/22 1049 R       E       TRN       VORAN
Other Provider :            Sig Lvl Provider :
```

## PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                        PAGE 7
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED
----------------------------------------------------------------------------------------------
PATIENT:   MARSHALL,JOHN GILBERT       A/S: 63 M      ADMIT:       06/07/22
ACCOUNT NO: F00046503219               LOC: F.MS4     DISCH/DEP: 06/09/22
                                       RM:  F.405     STATUS:      IN
ATTEND DR: Hidalgo,Marco E  MD         BD:  A         UNIT NO:     F001029598
REPORT STATUS: FINAL
```

Level of Care:                 Med Surg
Bed Attributes:                TRAUMA
.
.
.
.
.
.
.

Order's Audit Trail of Events

1   06/07/22 1049 P.VORAN      Order ENTER in POM
2   06/07/22 1049 P.VORAN      Order from set: ER Transition Orders - Brief
3   06/07/22 1049 P.VORAN      Ordering Doctor: Vorhaben,Ann T  MD
4   06/07/22 1049 P.VORAN      Order Source: EPOM
5   06/07/22 1049 P.VORAN      Signed by Vorhaben,Ann T  MD
6   06/07/22 1049 P.VORAN      This procedure has reflexed the following order(s)
7   06/07/22 1049 P.VORAN      MRSA Screening/Decolonization (PROTOCOL)
8   06/07/22 1111 FNU.SDF      order viewed from Order Management

Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 1049

--------------------------------------------------------------------------------

```
                                              ---Service---
Order Date: 06/07/22                                        Time Pri Qty Ord Source Status  Ordered By
Category   Procedure Name        Order Number  Date                               IPR       VORAN
NUR.PHYS   zMD: ED Transition Order  20220607-0147 06/07/22 1049     E                       VORAN
Other Provider :            Sig Lvl Provider :
```
    1. Med/Surgery/Telemetry/Behavioral Health orders are VALID FOR ONLY 6 HRS

    (except transition orders given between 11pm and 3am, which are valid until

    7am)
    2. Step Down orders are VALID FOR ONLY 4 HOURS   ***NO EXCEPTIONS***

    3. ICU orders are VALID FOR ONLY 2 HOURS        ***NO EXCEPTIONS***

Order's Audit Trail of Events

1   06/07/22 1049 P.VORAN      Order ENTER in POM
2   06/07/22 1049 P.VORAN      Order from set: ER Transition Orders - Brief
3   06/07/22 1049 P.VORAN      Ordering Doctor: Vorhaben,Ann T  MD
4   06/07/22 1049 P.VORAN      Order Source: EPOM
5   06/07/22 1049 P.VORAN      Signed by Vorhaben,Ann T  MD
6   06/07/22 1049 interface    order's status changed from TRANS to ACTIVE by NUR

Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 1049

--------------------------------------------------------------------------------

PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                     MEDITECH FACILITY: COCLV                        PAGE 8
RUN TIME: 0100                         IDLV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT        A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                LOC: F.MS4     DISCH/DEP: 06/09/22
                                        RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E MD           BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
Order Date: 06/07/22                            ---Service---
Category    Procedure Name         Order Number  Date   Time Pri Qty Ord Source Status  Ordered By
NUR.PHYS   zED: ED MD Communic to Inpt RN 20220607-0148 06/07/22 1049     E      IPR    VORAN
Other Provider :              Sig Lvl Provider :
  Press <Enter> for Order Details below


Comment:                      Continue all medications in process until further orders received
                              from Admitting Provider.

Order's Audit Trail of Events

1   06/07/22 1049 P.VORAN    Order ENTER in POM
2   06/07/22 1049 P.VORAN    Order from set: ER Transition Orders - Brief
3   06/07/22 1049 P.VORAN    Ordering Doctor: Vorhaben,Ann T  MD
4   06/07/22 1049 P.VORAN    Order Source: EPOM
5   06/07/22 1049 P.VORAN    Signed by Vorhaben,Ann T, MD
6   06/07/22 1049 interface  order's status changed from TRANS to ACTIVE by NUR

              Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 1049
```

```
Order Date: 06/07/22                            ---Service---
Category    Procedure Name         Order Number  Date   Time Pri Qty Ord Source Status  Ordered By
NUR.PHYS   zMD: Notification to Clinician 20220607-0149 06/07/22 1049     E      IPR    VORAN
Other Provider :              Sig Lvl Provider :
  Press <Enter> for Order Details below


Comment:                      Notify admitting provider upon arrival to floor for further orders.

Order's Audit Trail of Events

1   06/07/22 1049 P.VORAN    Order ENTER in POM
2   06/07/22 1049 P.VORAN    Order from set: ER Transition Orders - Brief
3   06/07/22 1049 P.VORAN    Ordering Doctor: Vorhaben,Ann T  MD
4   06/07/22 1049 P.VORAN    Order Source  EPOM
5   06/07/22 1049 P.VORAN    Signed by Vorhaben,Ann T  MD
6   06/07/22 1049 interface  order's status changed from TRANS to ACTIVE by NUR
7   06/09/22 0413 FNU.RPG    order viewed from Order Management

              Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 1049
```

```
Order Date: 06/07/22                            ---Service---
Category    Procedure Name         Order Number  Date   Time Pri Qty Ord Source Status  Ordered By
MED.COCLV  DISP BY SIG            20220607-0649 06/07/22 1050 R    E      CHP    VORAN
Other Provider :          Sig Lvl Provider :
RX: 10401006                     Start: 06/07/22 1050   ONE CHP
   Route: IV                     Stop: 06/08/22 0009
```


PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                   MEDITECH FACILITY: COCLV                      PAGE 9
RUN TIME: 0108                       IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:  MARSHALL,JOHN GILBERT          A/S: 63 M      ADMIT:     06/07/22
ACCOUNT NO: F00046503219                 LOC: F.MS4     DISCH/DEP: 06/09/22
                                         RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD           BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Sodium Chloride 0.9%    1000mL          Volume: 1000 ML
Rate: 75 MLS/HR                                        Direction: ER TRANSITION ONCE
Bag Duration: 13 HR 20 MIN
    Rx Duration: 13.31 Hrs

Order's Audit Trail of Events

1    06/07/22 1049 P.VORAN      Order ENTER in POM
2    06/07/22 1049 P.VORAN      Order from set: ER Transition Orders - Brief
3    06/07/22 1049 P.VORAN      Ordering Doctor: Vorhaben,Ann T  MD
4    06/07/22 1049 P.VORAN      Order Source: EPOM
5    06/07/22 1049 P.VORAN      Signed by Vorhaben,Ann T  MD
6    06/07/22 1057 COEKH        VERIFIED in PHA
7    06/07/22 1154 FNU.AA1      order acknowledged
8    06/08/22 0009 SCHEDULER    DISCONTINUE in PHA

Electronically signed by Vorhaben,Ann T  MD on 06/07/22 at 1049


Order Date: 06/07/22                        —Service—
Category   Procedure Name             Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
OSD        Order set tracking         20220607-0040 06/07/22 1049 R                    TRN      VORAN
Other Provider :             Sig Lvl Provider :
  < DO NOT MODIFY...FOR TRACKING ONLY >


Order Set Used:                  ER Transition Orders - Brief
Version:                         1
Approved by:                     THS
THS approval date:               02/22/21

Order's Audit Trail of Events

1    06/07/22 1049 P.VORAN      Order ENTER in POM
2    06/07/22 1049 P.VORAN      Order from set: ER Transition Orders - Brief
3    06/07/22 1049 P.VORAN      Ordering Doctor: Vorhaben,Ann T  MD
4    06/07/22 1049 P.VORAN      Signed by Vorhaben,Ann T  MD


Order Date: 06/07/22                        —Service—
Category   Procedure Name             Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
CONS       Consult Orthopaedics       20220607-0025 06/07/22       R    E        TRN      VORAN
Other Provider :             Sig Lvl Provider :
  Press <Enter> for Order Details below

AT TIME OF ORDER


Reason for Consult.               femur fx
CONSULTED PHYSICIAN:              Wehrly,Lance J  MD
                                  (988)887-3100
Comments.                         DONE IN ED

**** NURSING STAFF ONLY ********* EDIT USING Z ORDER SOURCE ***************


                    PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Mediterh - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22          MEDITECH FACILITY: COCLV                    PAGE 10
RUN TIME: 0100              IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT    A/S: 63 M    ADMIT:     06/07/22
ACCOUNT NO: F00046503219            LOC: F.MS4   DISCH/DEP: 06/09/22
                                    RM: F.405    STATUS:    IN
ATTEND DR: Hidalgo,Marco E MD       BD: A        UNIT NO:   F091029598
REPORT STATUS: FINAL
```

Order's Audit Trail of Events

1   06/07/22 1049 P.VORAN    Order ENTER in PCM
2   06/07/22 1049 P.VORAN    Ordering Doctor: Vorhaben,Ann T  MD
3   06/07/22 1049 P.VORAN    Order Source: EPCM
4   06/07/22 1049 P.VORAN    Signed by Vorhaben,Ann T. MD

Electronically signed by Vorhaben,Ann T. MD on 06/07/22 at 1049

Order Date: 06/07/22                         ----Service----
Category   Procedure Name              Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
PROTOCOL   MRSA Screening/Decolonization 20220607-0018 06/07/22 1049 R    E       TRN   VORAN
Other Provider :        Sig Lvl Provider :

PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22              MEDITECH FACILITY: COCLV                     PAGE 11
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED
------------------------------------------------------------------------------------
PATIENT:  MARSHALL,JOHN GILBERT          A/S: 63 M     ADMIT:    06/07/22
ACCOUNT NO: F00046503219                 LOC: F.MS4    DISCH/DEP: 06/09/22
                                         RM:  F.405    STATUS:   IN
ATTEND DR: Hidalgo,Marco E  MD           BD:  A        UNIT NO:  F001029598
REPORT STATUS: FINAL
```

Protocol·                          MRSA Screening/Decolonization Protocol:

                                   SCREENING (ICU and NON-ICU): Obtain MRSA nares screening
                                   swab on admission for the following criteria:
                                   1. Prior MRSA history in Meditech - located within First
                                   Point of Contact screen or Health History
                                   a. ISOLATION Status
                                   i.   CONTACT = for current positive or history of MRSA
                                   in past year
                                   ii.  MODIFIED = for history of MRSA without active
                                   infection or colonization
                                   a) Full contact precautions for interactions
                                   involving contact or potentially contaminated
                                   areas
                                   b) ONLY gloves when NOT in direct contact with
                                   patient or contaminated areas (IV pump
                                   manipulation, documenting on computer,
                                   providing updates)
                                   2. First Point of Contact NUR inpatient admission/transfer
                                   queries for high risk:
                                   a. Nursing Home
                                   b. Long Term Care Facility
                                   c. Other Healthcare Facility
                                   d. Other Hospital
                                   e. Jail/Prison
                                   f. Homeless Shelter
                                   g. End Stage Renal Dialysis Care
                                   h. Scheduled Surgery: Open Heart, Spine, or Joint
                                   Replacement
                                   3. Admissions ADH source corresponding to the above
                                   4. Nasal swab should be taken from anterior nares  not deep
                                   a. If applicable, primary site (e.g., wound) should also
                                   be swabbed
                                   5. Only screen patients who have been off anti-MRSA
                                   antibiotics for at least 48-hours

                                   DECOLONIZATION
                                   1. MRSA UNIVERSAL DECOLONIZATION for Adult and Pediatric ICU
                                   patients: ***EXCLUDES INPATIENT BEHAVIORAL HEALTH AND
                                   INPATIENT HOSPICE PATIENTS*** ALL patients admitted to
                                   adult or pediatric ICU will receive the following
                                   decolonization intervention (without regard to MRSA or
                                   central line status):
                                   a. Daily Chlorhexidine Gluconate (CHG) Bathing Criteria:
                                   i.   Bath daily until ICU discharge
                                   ii,  Restart bathing protocol if readmitted to ICU
                                   from non-ICU unit
                                   iii. Exclude the following from CHG bathing
                                   intervention
                                   a) Known allergy to chlorhexidine gluconate (CHG)
                                   b) Patients with excessive burns
                                   b. Decolonize all patient nares with Mupirocin (or
                                   Iodophor, as indicated)
                                   i.   Use twice daily for 5 consecutive days, or until
                                   unit discharge, whichever comes first
                                   ii.  Restart Mupirocin (or Iodophor) protocol
                                   if readmitted to ICU from non-ICU unit transfer
                                   iii. **If Provider prefers to complete 5 consecutive
                                   days of Mupirocin (or Iodophor) doses post ICU
                                   discharge, this requires a NEW order
                                   iv.  If patient has a CVC, PICC, Midline or implanted
                                   port, this requires a NEW order
                                   v.   Exclude the following from Mupirocin (Bactroban)
                                   ointment 27

a) Known allergy to Mupirocin
b) Known nasal fracture or nasal packing
c) Patients with nasal cerebrospinal fluid leak
vi.   Exclude the following from Iodophor
a) Known allergy to iodine and/or povidone
b) Known nasal fracture or nasal packing
c) Patients with nasal cerebrospinal fluid leak
2. MRSA TARGETED DECOLONIZATION for Adult and Pediatric
NON-ICU if MRSA screening swab is POSITIVE: ***EXCLUDES
INPATIENT BEHAVIORAL HEALTH AND INPATIENT HOSPICE
PATIENTS***
a. This population includes all adult or pediatric
non-ICU patients who have central vascular devices
or midlines present on admission, or placed during
admission.
i.   Any central vascular catheter (Includes temporary
dialysis catheters and tunneled catheters)
ii.  PICC lines
iii. Midlines
iv.  Implanted Ports
b. Daily Chlorhexidine (CHG) Bathing Criteria:
i.   Administer CHG Baths to ALL patients who have
CVC, PICC, midlines or ports until discharge, or
until the line(s) are removed
ii.  Discontinue CHG bathing when targeted devices are
removed
iii. Restart bathing protocol if a new CVC, PICC,
midline or port is inserted
iv.  Restart CHG bathing protocol if transferred to
ICU and then transferred back to non-ICU ward
v.   Exclude the following from CHG bathing
intervention:
a) Known allergy to chlorhexidine gluconate
b) Patients with excessive burns
3. Nares Decolonization Criteria with Mupirocin (Iodophor,
as indicated) for Adult and Pediatric Non-ICU if a CVAD
is present AND if screening swab is POSITIVE:
a. Isolate
b. Call provider for Mupirocin (Iodophor, as indicated)
order
i.   Utilize appropriate non-ICU nasal decolonization
order set
c. Administer Mupirocin (Iodophor, as indicated)
decolonization for patients who have central vascular
catheter(s) and have a current colonization or
infection
d. Use twice daily for 5 consecutive days, or until unit
discharge, whichever comes first
e. Restart Mupirocin (Iodophor, as indicated) protocol if
transferred to ICU and then restart when transferred
back to non-ICU unit
f. Apply product to anterior nares for 30-seconds each
side (slowly clockwise for count of 5, counter-
clockwise for count of 5)
g. Exclude the following from Mupirocin (Bactroban)
ointment 2%
i.   Known allergy to Mupirocin
ii.  Known nasal fracture or nasal packing
iii. Patients with nasal cerebrospinal fluid leak
h. Exclude the following from Iodophor
i.   Known allergy to iodine and/or povidone
ii.  Known nasal fracture or nasal packing
iii. Patients with nasal cerebrospinal fluid leak
4. Nares Decolonization Criteria with Mupirocin (Iodophor,
as indicated) for Adult and Pediatric Non-ICU if NO CVAD
is present AND if screening swab is POSITIVE:
a. Isolate
b. Provider preference for decolonization

DISCONTINUE CONTACT PRECAUTIONS FOR MRSA: After off all
anti-MRSA antibiotics and completing decolonization protocol
for 5 full consecutive days:
1. Wait for 48-72 hours after completion
2. Re-swab patient nares (anterior of nose, not deep)

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

a. IF negative x 1 PCR test, contact infection prevention to request isolation removal
-OR-
b. IF negative x 2 nasal cultures taken on different but consecutive calendar days, contact infection prevention to request isolation removal

PERMANENT MEDICAL RECORD COPY

Requested by Eugenia Simmons on 1/30/2026 9:12:10 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                        PAGE 12
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT          A/S: 63 M        ADMIT:      06/07/22
ACCOUNT NO: F00046503219                  LOC: F.MS4       DISCH/DEP: 06/09/22
                                          RM: F.405        STATUS:    IN
ATTEND DR: Hidalgo,Marco E MD             BD: A            UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Order's Audit Trail of Events

1    06/07/22 1049 P.VORAN    Order ENTER in POM
2    06/07/22 1049 P.VORAN    Order from set: MRSA Non-ICU Screen/Decoloniz
3    06/07/22 1049 P.VORAN    Ordering Doctor: Vorhaben,Ann T MD
4    06/07/22 1049 P.VORAN    Order Source: EPOH
5    06/07/22 1049 P.VORAN    Signed by Vorhaben,Ann T. MD
6    06/07/22 1049 P.VORAN    This Procedure was triggered by :
7    06/07/22 1049 P.VORAN    Level of Care (ADT)

Electronically signed by Vorhaben,Ann T. MD on 06/07/22 at 1049


Order Date: 06/07/22                       ----Service----
 Category    Procedure Name            Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
 MED.COCLV   PYXIS MEDS                20220607-0836 06/07/22 1242 R   1 disp       CHP        VORAN
 Other Provider :              Sig Lvl Provider :
 RX: 10401210                           Start: 06/07/22  1242    ONE  CHP
                                        Stop:
     Lidocaine Inj PF 1% (Xylocaine Inj PF 1%)
     Dose: 0 ML
     Route: .ROUTE              Direction: .STK-MED

 Order's Audit Trail of Events

1    06/07/22 1244 PHA ORDER  Order ENTER in PHA
2    06/07/22 1244 PHA ORDER  Ordering Doctor: Vorhaben,Ann T MD
3    06/07/22 1244 PHA ORDER  Order Source: DISPENSE
4    06/07/22 1244 STK MED    DISCONTINUE in PHA


Order Date: 06/07/22                       ----Service----
 Category    Procedure Name            Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
 MED.COCLV   PYXIS MEDS                20220607-0837 06/07/22 1242 R   1 disp       CHP        VORAN
 Other Provider :              Sig Lvl Provider :
 RX: 10401211                           Start: 06/07/22  1242    ONE  CHP
                                        Stop:
     fentaNYL Inj (Sublimaze Inj)
     Dose: 0 MCG
     Route: .ROUTE              Direction: .STK-MED

 Order's Audit Trail of Events

1    06/07/22 1244 PHA ORDER  Order ENTER in PHA
2    06/07/22 1244 PHA ORDER  Ordering Doctor: Vorhaben,Ann T MD
3    06/07/22 1244 PHA ORDER  Order Source: DISPENSE
4    06/07/22 1244 STK MED    DISCONTINUE in PHA


                        PERMANENT MEDICAL RECORD COPY
```

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech   HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                        PAGE 13
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT          A/S: 63 M      ADMIT:     06/07/22
ACCOUNT NO: F00046503219                  LOC: F.MS4     DISCH/DEP: 06/09/22
                                          RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD            BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
Order Date: 06/07/22                         ----Service----
 Category    Procedure Name           Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
 MED.COCLV  PYXIS MEDS                20220607-0838 06/07/22 1242 R    1 disp   CMP      VORAN
 Other Provider :          Sig Lvl Provider :
 RX: 10401212                         Start: 06/07/22  1242   ONE  CMP
                                      Stop:
      Midazolam Inj (Versed Inj)
      Dose: 0 MG
      Route: .ROUTE             Direction: .STK-MED

   Order's Audit Trail of Events

 1    06/07/22 1244 PHA ORDER  Order ENTER in PHA
 2    06/07/22 1244 PHA ORDER  Ordering Doctor: Vorhaben,Ann T  MD
 3    06/07/22 1244 PHA ORDER  Order Source. DISPENSE
 4    06/07/22 1244 STK MED    DISCONTINUE in PHA
```

```
Order Date: 06/07/22                         ----Service----
 Category    Procedure Name           Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
 MED.COCLV  PYXIS MEDS                20220607-0839 06/07/22 1242 R    1 disp   CMP      VORAN
 Other Provider :          Sig Lvl Provider :
 RX: 10401213                         Start: 06/07/22  1242   ONE  CMP
                                      Stop:
      Propofol Inj (Dipriyan Inj)
      Dose: 0 MG
      Route: IV                Direction: .STK-MED

   Order's Audit Trail of Events

 1    06/07/22 1244 PHA ORDER  Order ENTER in PHA
 2    06/07/22 1244 PHA ORDER  Ordering Doctor: Vorhaben,Ann T  MD
 3    06/07/22 1244 PHA ORDER  Order Source: DISPENSE
 4    06/07/22 1244 STK MED    DISCONTINUE in PHA
```

```
Order Date: 06/07/22                         ----Service----
 Category    Procedure Name           Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
 NUR.PHYS   zPACU. Anesthesia Nsg Orders  20220607-0243 06/07/22 1350     E        IPR     CARSU
 Other Provider :          Sig Lvl Provider :
   Press <Enter> for Order Details below
```

1. Vital Signs q 15 min and prn.

2. Accucheck, if patient is insulin-dependant diabetic

3. Continue forced air warming system prn T < 96.6 F

4. Oxygen as needed.
5. Discharge from PACU/OPS when criteria are met

PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                        PAGE 14
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:   MARSHALL,JOHN GILBERT          A/S: 63 M       ADMIT:      06/07/22
ACCOUNT NO: F00046503219                  LOC: F.MS4      DISCH/DEP: 06/09/22
                                          RM: F.405       STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD            BD: A           UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Order's Audit Trail of Events

```
1   06/07/22 1350 P.CARSU1   Order ENTER in POM
2   06/07/22 1350 P.CARSU1   Order from set: PACU (ADULT)
3   06/07/22 1350 P.CARSU1   Ordering Doctor: Carey,Susan  MD
4   06/07/22 1350 P.CARSU1   Order Source: EPOM
5   06/07/22 1350 P.CARSU1   Signed By Carey,Susan  MD
6   06/07/22 1739 interface  order's status changed from TRANS to ACTIVE by NUR
7   06/09/22 0413 FNU.RRG    order viewed from Order Management
```

Electronically Signed by Carey,Susan  MD on 06/07/22 at 1350

```
Order Date: 06/07/22                        ----Service----
 Category  Procedure Name              Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
 MED.COCLV  MEDICATION                 20220607-0893 06/07/22 1350 R       E        CMP      CARSU
 Other Provider :             Sig Lvl Provider :
 RX: 10401292                          Start: 06/07/22  1350   PRN CMP
                                       Stop: 06/07/22  2349

    HYDROmorphone Inj (Dilaudid Inj)
    Dose: 0 MG
    Route: IV                       Direction: PACU Q3H PRN
    Dose Instructions: 0.4 MG Q3 MIN PRN PAIN SCALE
    PRN Reason: PAIN SCALE 6-10
                  6 - 10 WHILE IN PACU.

Administration Criteria Queries
May give up to a TOTAL of 2  milligrams

 Order's Audit Trail of Events

1   06/07/22 1350 P.CARSU1   Order ENTER in POM
2   06/07/22 1350 P.CARSU1   Order from set: PACU (ADULT)
3   06/07/22 1350 P.CARSU1   Ordering Doctor: Carey,Susan  MD
4   06/07/22 1350 P.CARSU1   Order Source: EPOM
5   06/07/22 1350 P.CARSU1   Signed By Carey,Susan  MD
6   06/07/22 1351 COECT      VERIFIED in PHA
7   06/07/22 1721 FNU.SRB    order acknowledged
8   06/07/22 2349 SCHEDULER  DISCONTINUE in PHA
```

Electronically Signed by Carey,Susan  MD on 06/07/22 at 1350

```
Order Date: 06/07/22                        ----Service----
 Category  Procedure Name              Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
 MED.COCLV  MEDICATION                 20220607-0894 06/07/22 1350 R       E        CMP      CARSU
 Other Provider :             Sig Lvl Provider :
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                          PAGE 15
RUN TIME: 0100                        !DEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT          A/S: 63 M          ADMIT:      06/07/22
ACCOUNT NO: F00046503219                  LOC: F.MS4         DISCH/DEP: 06/09/22
                                          RM: F.405          STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD            BD: A              UNIT NO:   F001029598
REPORT STATUS: FINAL
```

RX: 10401294                          Start: 06/07/22  1350      PRN  CMP
                                      Stop: 06/07/22   2349

    Ondansetron Inj (Zofran Inj)
    Dose: 4 MG
    Route: IV                         Direction: PACU Q15H PRN
    PRN Reason: NAUSEA

  Order's Audit Trail of Events

1    06/07/22 1350 P.CARSU1   Order ENTER in POM
2    06/07/22 1350 P.CARSU1   Order from set: PACU (ADULT)
3    06/07/22 1350 P.CARSU1   Ordering Doctor. Carey,Susan  MD
4    06/07/22 1350 P.CARSU1   Order Source. EPOM
5    06/07/22 1350 P.CARSU1   Signed by Carey,Susan  MD
6    06/07/22 1351 COECT      VERIFIED in PHA
7    06/07/22 1721 FNU.SRB    order acknowledged
8    06/07/22 2349 SCHEDULER  DISCONTINUE in PHA

            Electronically signed by Carey,Susan  MD on 06/07/22 at 1350

```
Order Date: 06/07/22                            ---Service---
Category   Procedure Name           Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
MED.COCLV  MEDICATION               20220607-0895 06/07/22 1350 R      E        CMP        CARSU
Other Provider :               Sig Lvl Provider :
RX: 10401293                              Start: 06/07/22  1350      PRN  CMP
                                          Stop: 06/07/22   2349
```

    Labetalol Inj (Trandate Inj)
    Dose: 5 MG
    Route: IV                         Direction: PACU Q5M PRN
    PRN Reason: DBP > 95 mmHg, HR > 70

  Order's Audit Trail of Events

1    06/07/22 1350 P.CARSU1   Order ENTER in POM
2    06/07/22 1350 P.CARSU1   Order from set: PACU (ADULT)
3    06/07/22 1350 P.CARSU1   Ordering Doctor: Carey,Susan  MD
4    06/07/22 1350 P.CARSU1   Order Source: EPOM
5    06/07/22 1350 P.CARSU1   Signed by Carey,Susan  MD
6    06/07/22 1351 COECT      VERIFIED in PHA
7    06/07/22 1721 FNU.SRB    order acknowledged
8    06/07/22 1818 FNU.ALK    DISCONTINUE in PHA
9    06/07/22 1818 FNU.ALK    DISCONTINUE
10   06/07/22 1818 FNU.ALK    Other Provider: Cohen,Jennifer L  PA
11   06/07/22 1818 FNU.ALK    Edit Dr. Hidalgo,Marco E  MD            Edit Source: Telephone & Readback
12   06/07/22 1836 FNU.ALK    order acknowledged
13   06/08/22 0837 P.COHJE    Signed by Cohen,Jennifer L  PA
14   06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD

            Electronically signed by Carey,Susan  MD on 06/07/22 at 1350

            Electronically signed by Cohen,Jennifer L  PA on 06/08/22 at 0837

            Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842


                        PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                          PAGE 16
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT            A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                    LOC: F.MS4     DISCH/DEP: 06/09/22
                                            RM:  F.405     STATUS:     IN
ATTEND DR: Hidalgo,Marco E  MD              BD:  A         UNIT NO:    F001029598
REPORT STATUS: FINAL
```

```
Order Date: 06/07/22                         ----Service----
 Category   Procedure Name            Order Number  Date   Time Pri Qty Ord Source Status   Ordered By
 MED.COCLV  MEDICATION                20220607-0896 06/07/22 1350 R         E         CMP     CARSU
 Other Provider :            Sig Lvl Provider :
 RX: 10401287                         Start: 06/07/22  1350    PRN  CMP
                                      Stop: 06/07/22  2349

    hydrALAZINE Inj (Apresoline Inj)
    Dose: 5 MG
    Route: IV                    Direction: PACU Q5M PRN
    PRN Reason: DBP > 95 mmHg, HR > 70

 Order's Audit Trail of Events

  1   06/07/22 1350 P.CARSU1   Order ENTER in POM
  2   06/07/22 1350 P.CARSU1   Order from set: PACU (ADULT)
  3   06/07/22 1350 P.CARSU1   Ordering Doctor: Carey,Susan  MD
  4   06/07/22 1350 P.CARSU1   Order Source  EPOM
  5   06/07/22 1350 P.CARSU1   Signed by Carey,Susan  MD
  6   06/07/22 1350 COECT      VERIFIED in PHA
  7   06/07/22 1721 FNU.SRB    order acknowledged
  8   06/07/22 1818 FNU.ALK    DISCONTINUE in PHA
  9   06/07/22 1818 FNU.ALK    DISCONTINUE
 10   06/07/22 1818 FNU.ALK    Other Provider: Cohen,Jennifer L  PA
 11   06/07/22 1818 FNU.ALK    Edit Dr: Hidalgo,Marco E  MD         Edit Source: Telephone & Readback
 12   06/07/22 1818 FNU.ALK    order viewed from Order Management
 13   06/07/22 1836 FNU.ALK    order acknowledged
 14   06/08/22 0837 P.COHJE    Signed by Cohen,Jennifer L  PA
 15   06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD

            Electronically signed by Carey,Susan  MD on 06/07/22 at 1350

            Electronically signed by Cohen,Jennifer L  PA on 06/08/22 at 0837

            Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842
```

```
Order Date: 06/07/22                         ----Service----
 Category   Procedure Name            Order Number  Date   Time Pri Qty Ord Source Status   Ordered By
 OSD        Order set tracking        20220607-0062 06/07/22 1350 R                  TRN     CARSU
 Other Provider :            Sig Lvl Provider :
   < DO NOT MODIFY...FOR TRACKING ONLY >

    Order Set Used:                PACU (ADULT)
    Version:                       01
    Approved by:                   THS
    THS approval date:             12/28/20

 Order's Audit Trail of Events

  1   06/07/22 1350 P.CARSU1   Order ENTER in POM
  2   06/07/22 1350 P.CARSU1   Order from set: PACU (ADULT)
  3   06/07/22 1350 P.CARSU1   Ordering Doctor: Carey,Susan  MD
  4   06/07/22 1350 P.CARSU1   Signed by Carey,Susan  MD
```

## PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                      PAGE 17
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT          A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                  LOC: F.MS4     DISCH/DEP: 06/09/22
                                          RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD            BO:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

---

```
Order Date: 06/07/22                           —Service—
  Category   Procedure Name                Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
  RAD        FEMUR RT 2 OR MORE VIEWS      20220607-0059 06/07/22 1351 R    1 T         CMP       HIDMA
  Other Provider :            Sig Lvl Provider :

  Order's Audit Trail of Events

  1    06/07/22 1352 interface  Order ENTER in RAD
  2    06/07/22 1352 interface  Ordering Doctor: Hidalgo,Marco E  MD
  3    06/07/22 1352 interface  Order Source: Telephone & Readback
  4    06/07/22 1739 interface  order's status changed from LOGGED to IN PRO by RAD
  5    06/07/22 1739 interface  order's status changed from IN PRO to COMP by RAD
  6    06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD

              Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842
```

---

```
Order Date: 06/07/22                           —Service—
  Category   Procedure Name                Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
  RAD        FLUOROSCOPY (UP TO ONE HOUR)  20220607-0060 06/07/22 1351 R    1 T         CMP       HIDMA
  Other Provider :            Sig Lvl Provider :

  Order's Audit Trail of Events

  1    06/07/22 1352 interface  Order ENTER in RAD
  2    06/07/22 1352 interface  Ordering Doctor: Hidalgo,Marco E  MD
  3    06/07/22 1352 interface  Order Source: Telephone & Readback
  4    06/07/22 1739 interface  order's status changed from LOGGED to IN PRO by RAD
  5    06/07/22 1739 interface  order's status changed from IN PRO to COMP by RAD
  6    06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD

              Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842
```

---

```
Order Date: 06/07/22                           —Service—
  Category   Procedure Name                Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
  MED.COCLV  PYXIS MED                     20220607-0900 06/07/22 1354 R    1 disp      CMP       CARSU
  Other Provider :            Sig Lvl Provider :
  RX: 10401297                              Start: 06/07/22  1354     ONE  CMP
                                            Stop:
     Propofol Inj (Diprivan Inj)
     Dose: 0 MG
     Route: IV                   Direction: .STK-MED

  Order's Audit Trail of Events

  1    06/07/22 1356 PHA ORDER  Order ENTER in PHA
  2    06/07/22 1356 PHA ORDER  Ordering Doctor: Carey,Susan  MD
  3    06/07/22 1356 PHA ORDER  Order Source: DISPENSE
  4    06/07/22 1356 STK MED    DISCONTINUE in PHA
```

PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                        MEDITECH FACILITY: COCLV                      PAGE 18
RUN TIME: 0100                            IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT          A/S: 63 M      ADMIT:       06/07/22
ACCOUNT NO: F00046503219                  LOC: F.HS4     DISCH/DEP: 06/09/22
                                          RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD            BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Order Date: 06/07/22                                        --Service--
Category   Procedure Name                Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
NUR.PHYS   2MD: Vital Signs              20220607-0304 06/07/22 1526       E            IPR        HIDMA
Other Provider : COHJE       Sig Lvl Provider :
  Press <Enter> for Order Details below

  Frequency:                          Every 4 hours
  No Vitals between:                  11pm - 7am

  Order's Audit Trail of Events

  1   06/07/22 1526 P.COHJE    Order ENTER in POM
  2   06/07/22 1526 P.COHJE    Order from set: TRAUMA (admission)
  3   06/07/22 1526 P.COHJE    Ordering Doctor: Hidalgo,Marco E  MD
  4   06/07/22 1526 P.COHJE    Order Source: EPOM
  5   06/07/22 1526 P.COHJE    Other Doctor: Cohen,Jennifer L  PA
  6   06/07/22 1526 P.COHJE    Signed by Cohen,Jennifer L  PA
  7   06/07/22 1739 interface  order's status changed from TRANS to ACTIVE by NUR
  8   06/07/22 2154 FNU.JS5     order viewed from Order Management
  9   06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD

          Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

          Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842


Order Date: 06/07/22                                        --Service--
Category   Procedure Name                Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
NUR.PHYS   2MD: Assess Neurovascular Stat 20220607-0305 06/07/22 1526      E            IPR        HIDMA
Other Provider : COHJE       Sig Lvl Provider :
  Press <Enter> for Order Details below

  Comment:                           Perform neurologic and vascular checks distal to any extremity distal
                                     to an injury (with vital signs).

  Order's Audit Trail of Events

  1   06/07/22 1526 P.COHJE    Order ENTER in POM
  2   06/07/22 1526 P.COHJE    Order from set: TRAUMA (admission)
  3   06/07/22 1526 P.COHJE    Ordering Doctor: Hidalgo,Marco E  MD
  4   06/07/22 1526 P.COHJE    Order Source: EPOM
  5   06/07/22 1526 P.COHJE    Other Doctor: Cohen,Jennifer L  PA
  6   06/07/22 1526 P.COHJE    Signed by Cohen,Jennifer L  PA
  7   06/07/22 1739 interface  order's status changed from TRANS to ACTIVE by NUR
  8   06/07/22 2154 FNU.JS5    order viewed from Order Management
  9   06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD
  10  06/09/22 0414 FNU.RRG    order viewed from Order Management
```

          Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

          Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842


## PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE  06/11/22                      MEDITECH FACILITY: COCLV                      PAGE  19
RUN TIME: 0100                          IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL.JOHN GILBERT          A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                  LOC: F.MS4     DISCH/DEP: 06/09/22
                                          RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD            BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Order Date: 06/07/22                              ----Service----
Category    Procedure Name          Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
FNS         DIET: NOTHING BY MOUTH  20220607-0065 06/07/22 D           E        CNC        HIDMA
Other Provider : COHJE       Sig Lvl Provider :

NPO Now:                        Y
NPO Now will continue until the new diet is ordered!

NPO Details.              NPO, Except Meds

Order's Audit Trail of Events

1    06/07/22 1526 P.COHJE      Order ENTER in POM
2    06/07/22 1526 P.COHJE      Order from set: TRAUMA (admission)
3    06/07/22 1526 P.COHJE      Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE      Order Source: EPOM
5    06/07/22 1526 P.COHJE      Other Doctor: Cohen,Jennifer L  PA
6    06/07/22 1526 P.COHJE      Signed by Cohen,Jennifer L  PA
7    06/07/22 1710 0            order cancelled: OVERWRITTEN BY NEW DIET ORDER
8    06/08/22 0842 P.HIDMA      Signed by Hidalgo,Marco E  MD
Cancel comment: OVERWRITTEN BY NEW DIET ORDER

Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842

Order Date: 06/07/22                              ----Service----
Category    Procedure Name          Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
MED.COCLV  DISP BY DUR             20220607-0967 06/07/22 1525 R       E        CMP        HIDMA
Other Provider : COHJE       Sig Lvl Provider :
RX: 10401447                            Start: 06/07/22  1525  SCH  CMP
   Route: IV                             Stop: 07/07/22  1524
Lactated Ringers        1000mL    Volume: 1000 ML
Rate: 75 MLS/HR                          Direction: .Q13H20M
Bag Duration: 13 HR 20 MIN
   Rx Duration: 30 Days

Order's Audit Trail of Events

1    06/07/22 1526 P.COHJE      Order ENTER in POM
2    06/07/22 1526 P.COHJE      Order from set: TRAUMA (admission)
3    06/07/22 1526 P.COHJE      Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE      Order Source: EPOM
5    06/07/22 1526 P.COHJE      Other Doctor: Cohen,Jennifer L  PA
6    06/07/22 1526 P.COHJE      Signed by Cohen,Jennifer L  PA
7    06/07/22 1527 COEKH        VERIFIED in PHA
8    06/07/22 1807 FNU.ALK      order acknowledged
9    06/08/22 0842 P.HIDMA      Signed by Hidalgo,Marco E  MD
10   06/08/22 0949 P.COHJE      Order DC in POM
11   06/08/22 0949 P.COHJE      Ordering Doctor: Hidalgo,Marco E  MD
12   06/08/22 0949 P.COHJE      Order Source: EPOM
13   06/08/22 0949 P.COHJE      Other Doctor: Cohen,Jennifer L  PA
14   06/08/22 0949 P.COHJE      Order's Rx has been discontinued.
15   06/08/22 0949 P.COHJE      Signed by Cohen,Jennifer L  PA

PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV              PAGE 20
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT      A/S: 63 M        ADMIT:    06/07/22
ACCOUNT NO: F00046503219              LOC: F.MS4       DISCH/DEP: 06/09/22
                                      RM:  F.405       STATUS:   IN
ATTEND DR: Hidalgo,Marco E  MD        BD:  A           UNIT NO:  F001029598
REPORT STATUS: FINAL
```

16   06/08/22 0954 FNU.LMC1   order acknowledged
17   06/09/22 1840 P.HIDMA    Signed by Hidalgo,Marco E  MD

         Electronically signed by Cohen,Jennifer L  PA on 06/08/22 at 0949

         Electronically signed by Hidalgo,Marco E  MD on 06/09/22 at 1840


```
Order Date: 06/07/22                          --Service--
Category   Procedure Name          Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
MED.COCLV  MEDICATION             20220607-0968 06/07/22 1525 R      E         CMP        HIDMA
Other Provider : COHJE      Sig Lvl Provider :
RX: 10401453                            Start: 06/07/22  1525    PRN CMP
                                        Stop: 07/07/22   1524
     oxyCODONE IR  Tab (Roxicodone  Tab)
     Dose: 5 MG
     Route: PO                  Direction: Q4H PRN
     PRN Reason:  MODERATE PAIN (SCORE 4-6)

  Order's Audit Trail of Events

1    06/07/22 1526 P.COHJE    Order ENTER in POM
2    06/07/22 1526 P.COHJE    Order from set: TRAUMA (admission)
3    06/07/22 1526 P.COHJE    Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE    Order Source: EPOM
5    06/07/22 1526 P.COHJE    Other Doctor: Cohen,Jennifer L  PA
6    06/07/22 1526 P.COHJE    Signed by Cohen,Jennifer L  PA
7    06/07/22 1528 COEKH      VERIFIED in PHA
8    06/07/22 1721 FNU.SN2    order acknowledged
9    06/08/22 1842 P.HIDMA    Signed by Hidalgo,Marco E  MD
10   06/09/22 1511 DISCHARGE  DISCONTINUE in PHA
```

         Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

         Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842


```
Order Date: 06/07/22                          --Service--
Category   Procedure Name          Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
MED.COCLV  MEDICATION             20220607-0969 06/07/22 1525 R      E         CMP        HIDMA
Other Provider : COHJE      Sig Lvl Provider :
RX: 10401450                            Start: 06/07/22  1525    PRN CMP
                                        Stop: 07/07/22   1524
     morphine Inj (morphine Inj)
     Dose: 2 MG
     Route: IV                  Direction: Q4H PRN
     PRN Reason:  SEVERE PAIN (SCORE 7-10)

  Order's Audit Trail of Events

1    06/07/22 1526 P.COHJE    Order ENTER in POM
2    06/07/22 1526 P.COHJE    Order from set: TRAUMA (admission)
3    06/07/22 1526 P.COHJE    Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE    Order Source: EPOM
5    06/07/22 1526 P.COHJE    Other Doctor: Cohen,Jennifer L  PA
```

                    PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                        PAGE 21
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:    MARSHALL,JOHN GILBERT        A/S: 63 M      ADMIT:     06/07/22
ACCOUNT NO: F00046503219                 LOC: F.MS4     DISCH/DEP: 06/09/22
                                         RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD           BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
6    06/07/22 1526 P.COHJE    Signed by Cohen,Jennifer L  PA
7    06/07/22 1527 COEKH      VERIFIED in PHA
8    06/07/22 1721 FNU.SN2    order acknowledged
9    06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD
10   06/09/22 1511 DISCHARGE  DISCONTINUE in PHA
```

Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842

```
Order Date: 06/07/22                          ----Service----
Category    Procedure Name         Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
MED.COCLV  MEDICATION              20220607-0970 06/07/22 1525 R         E          CHP    HIDMA
Other Provider : COHJE     Sig Lvl Provider :
RX: 10401452                       Start: 06/07/22  1525    PRN  CHP
                                   Stop: 07/07/22   1524

    Ondansetron Inj (Zofran Inj)
    Dose: 4 MG
    Route: IV                Direction: Q6H PRN
    PRN Reason: NAUSEA/VOMITING

  Order's Audit Trail of Events

1    06/07/22 1526 P.COHJE    Order ENTER in POM
2    06/07/22 1526 P.COHJE    Order from set: TRAUMA (admission)
3    06/07/22 1526 P.COHJE    Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE    Order Source: EPOM
5    06/07/22 1526 P.COHJE    Other Doctor. Cohen,Jennifer L  PA
6    06/07/22 1526 P.COHJE    Signed by Cohen,Jennifer L  PA
7    06/07/22 1527 COEKH      VERIFIED in PHA
8    06/07/22 1721 FNU.SN2    order acknowledged
9    06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD
10   06/09/22 1511 DISCHARGE  DISCONTINUE in PHA
```

Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842

```
Order Date: 06/07/22                          ----Service----
Category    Procedure Name         Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
ORD.PHYS  UA w/URINE Culture if Indicate 20220607-0062 06/07/22 1526 R    E          TRN    HIDMA
Other Provider : COHJE     Sig Lvl Provider :
    URINE TYPE:               CLEAN CATCH MIDSTREAM
    Indication for Culture:   Indication not listed
    Symptoms:                 RiskForSepsis-no oth src
    Add UA order:             N

  Order's Audit Trail of Events

1    06/07/22 1526 P.COHJE    Order ENTER in POM
2    06/07/22 1526 P.COHJE    Order from set: TRAUMA (admission)
3    06/07/22 1526 P.COHJE    Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE    Order Source: EPOM
```

## PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                        PAGE 22
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT      A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219              LOC: F.HS4     DISCH/DEP: 06/09/22
                                      RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E MD         BD:  A         UNIT NO:   F001029598
REPORT STATUS; FINAL
```

5    06/07/22 1526 P.COHJE    Other Doctor: Cohen,Jennifer L  PA
6    06/07/22 1526 P.COHJE    Signed by Cohen,Jennifer L  PA
7    06/07/22 1526 P.COHJE    This procedure has reflexed the following order(s)
8    06/07/22 1526 P.COHJE    zUA W/Culture if indicated (LAB)
9    06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD

        Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

        Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842


Order Date: 06/07/22                           ----Service----
  Category   Procedure Name              Order Number  Date       Time Pri Qty Ord Source Status  Ordered By
  LAB        CBC COMPLETE WITH AUTO DIFF 20220608-0203 06/08/22  0401 R     E         CHP         HIDMA
  Other Provider : COHJE       Sig Lvl Provider :


 Order's Audit Trail of Events

1    06/07/22 1526 P.COHJE    Order ENTER in PCM
2    06/07/22 1526 P.COHJE    Order from set: TRAUMA (admission)
3    06/07/22 1526 P.COHJE    Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE    Order Source: EPCM
5    06/07/22 1526 P.COHJE    Other Doctor: Cohen,Jennifer L  PA
6    06/07/22 1526 P.COHJE    AM was entered as Service Time
7    06/07/22 1526 P.COHJE    Signed by Cohen,Jennifer L  PA
8    06/08/22 0000 interface  cc'd doctors edited in LAB
9    06/08/22 0000 interface  order's status changed from TRANS to LOGGED by LAB
10   06/08/22 0637 interface  order's status changed from LOGGED to IN PRO by LAB
11   06/08/22 0705 interface  order's status changed from IN PRO to COMP by LAB
12   06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD

        Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

        Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842


Order Date: 06/07/22                           ----Service----
  Category   Procedure Name              Order Number  Date       Time Pri Qty Ord Source Status  Ordered By
  LAB        MAGNESIUM (MG)              20220608-0204 06/08/22  0401 R     E         CHP         HIDMA
  Other Provider : COHJE       Sig Lvl Provider :


 Order's Audit Trail of Events

1    06/07/22 1526 P.COHJE    Order ENTER in PCM
2    06/07/22 1526 P.COHJE    Order from set: TRAUMA (admission)
3    06/07/22 1526 P.COHJE    Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE    Order Source: EPCM
5    06/07/22 1526 P.COHJE    Other Doctor: Cohen,Jennifer L  PA
6    06/07/22 1526 P.COHJE    AM was entered as Service Time
7    06/07/22 1526 P.COHJE    Signed by Cohen,Jennifer L  PA
8    06/08/22 0000 interface  cc'd doctors edited in LAB
9    06/08/22 0000 interface  order's status changed from TRANS to LOGGED by LAB
10   06/08/22 0637 interface  order's status changed from LOGGED to IN PRO by LAB
```

### PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                          PAGE 23
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:   MARSHALL,JOHN GILBERT           A/S: 63 M      ADMIT:     06/07/22
ACCOUNT NO: F00046503219                   LOC: F.MS4     DISCH/DEP: 06/09/22
                                           RM: F.405      STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD             BD: A          UNIT NO:   F001029598
REPORT STATUS: FINAL
```

11   06/08/22 0710 interface  order's status changed from IN PRO to COMP by LAB
12   06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD

Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842

---

```
Order Date: 06/07/22                            ---Service---
 Category    Procedure Name          Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
 LAB         PHOSPHORUS              20220608-0205 06/08/22 0401 R         E         CMP     HIDMA
 Other Provider : COHJE        Sig Lvl Provider :
```

Order's Audit Trail of Events

```
1    06/07/22 1526 P.COHJE     Order ENTER in POM
2    06/07/22 1526 P.COHJE     Order from set: TRAUMA (admission)
3    06/07/22 1526 P.COHJE     Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE     Order Source: EPOM
5    06/07/22 1526 P.COHJE     Other Doctor: Cohen,Jennifer L  PA
6    06/07/22 1526 P.COHJE     AM was entered as Service Time
7    06/07/22 1526 P.COHJE     Signed by Cohen,Jennifer L  PA
8    06/08/22 0000 interface   cc'd doctors edited in LAB
9    06/08/22 0000 interface   order's status changed from TRANS to LOGGED by LAB
10   06/08/22 0637 interface   order's status changed from LOGGED to IN PRO by LAB
11   06/08/22 0710 interface   order's status changed from IN PRO to COMP by LAB
12   06/08/22 0842 P.HIDMA     Signed by Hidalgo,Marco E  MD
```

Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842

---

```
Order Date: 06/07/22                            ---Service---
 Category    Procedure Name          Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
 LAB         BASIC METABOLIC PROFILE 20220608-0206 06/08/22 0401 R         E         CMP     HIDMA
 Other Provider : COHJE        Sig Lvl Provider :
```

Order's Audit Trail of Events

```
1    06/07/22 1526 P.COHJE     Order ENTER in POM
2    06/07/22 1526 P.COHJE     Order from set: TRAUMA (admission)
3    06/07/22 1526 P.COHJE     Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE     Order Source: EPOM
5    06/07/22 1526 P.COHJE     Other Doctor: Cohen,Jennifer L  PA
6    06/07/22 1526 P.COHJE     AM was entered as Service Time
7    06/07/22 1526 P.COHJE     Signed by Cohen,Jennifer L  PA
8    06/08/22 0000 interface   cc'd doctors edited in LAB
9    06/08/22 0000 interface   order's status changed from TRANS to LOGGED by LAB
10   06/08/22 0637 interface   order's status changed from LOGGED to IN PRO by LAB
11   06/08/22 0710 interface   order's status changed from IN PRO to COMP by LAB
12   06/08/22 0842 P.HIDMA     Signed by Hidalgo,Marco E  MD
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                        PAGE 24
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF,FEED

PATIENT:   MARSHALL,JOHN GILBERT          A/S: 63 M      ADMIT:       06/07/22
ACCOUNT NO: F00046503219                  LOC: F.MS4     DISCH/DEP: 06/09/22
                                          RM: F.405      STATUS:      IN
ATTEND DR: Hidalgo,Marco E MD             BD: A          UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842

Order Date: 06/07/22                              ——Service——
Category   Procedure Name              Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
RESP       zRT: Incentive Spirometry   20220607-0049 06/07/22 1526 R        E         TRN      HIDMA
Other Provider : COHJE        Sig Lvl Provider :

   Use 10x per hour while awake:    Y

   Order's Audit Trail of Events

1    06/07/22 1526 P.COHJE     Order ENTER in POM
2    06/07/22 1526 P.COHJE     Order from set: TRAUMA (admission)
3    06/07/22 1526 P.COHJE     Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE     Order Source: EPOH
5    06/07/22 1526 P.COHJE     Other Doctor: Cohen,Jennifer L  PA
6    06/07/22 1526 P.COHJE     Signed by Cohen,Jennifer L  PA
7    06/07/22 2156 FNU.JS5     order viewed from Order Management
8    06/08/22 0842 P.HIDMA     Signed by Hidalgo,Marco E  MD

        Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

        Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842

Order Date: 06/07/22                              ——Service——
Category   Procedure Name              Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
PT,PHYS    zMD: PT & OT Eval&Treat     20220608-0002 06/08/22 0701 R        E         TRN      HIDMA
Other Provider : COHJE        Sig Lvl Provider :

   Order's Audit Trail of Events

1    06/07/22 1526 P.COHJE     Order ENTER in POM
2    06/07/22 1526 P.COHJE     Order from set: TRAUMA (admission)
3    06/07/22 1526 P.COHJE     Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE     Order Source: EPOH
5    06/07/22 1526 P.COHJE     Other Doctor: Cohen,Jennifer L  PA
6    06/07/22 1526 P.COHJE     AM was entered as Service Time
7    06/07/22 1526 P.COHJE     Signed by Cohen,Jennifer L  PA
8    06/08/22 0842 P.HIDMA     Signed by Hidalgo,Marco E  MD

        Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

        Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842

                          PERMANENT MEDICAL RECORD COPY
```

```
                                                                                    PAGE 25
RUN DATE: 06/11/22               MEDITECH FACILITY: COCLV
RUN TIME: 0100                   IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT        A/S: 63 M      ADMIT:     06/07/22
ACCOUNT NO: F00046503219                LOC: F.MS4     DISCH/DEP: 06/09/22
                                        RM:  F.405     STATUS:    IN
                                        BD:  A         UNIT NO:   F001029598
ATTEND DR: Hidalgo,Marco E  MD
REPORT STATUS: FINAL
```

```
                                        ---Service---
Order Date: 06/07/22         Order Number  Date   Time Pri Qty Ord Source Status  Ordered By
Category   Procedure Name    20220607-0089 06/07/22 1526 R                   TRN    HIDMA
OSD        Order set tracking
Other Provider : COHJE      Sig Lvl Provider :
  < DO NOT MODIFY ..FOR TRACKING ONLY >


     Order Set Used:        TRAUMA (admission)
     Version:               4
     Approved by:           THS
     THS approval date:     12/20/20

  Order's Audit Trail of Events

  1   06/07/22 1526 P.COHJE   Order ENTER in POM
  2   06/07/22 1526 P.COHJE   Order from set: TRAUM4 (admission)
  3   06/07/22 1526 P.COHJE   Ordering Doctor: Hidalgo,Marco E  MD
  4   06/07/22 1526 P.COHJE   Other Doctor: Cohen,Jennifer L  PA
  5   06/07/22 1526 P.COHJE   Signed by Cohen,Jennifer L  PA
```

```
                                        ---Service---
Order Date: 06/07/22         Order Number  Date   Time Pri Qty Ord Source Status  Ordered By
Category   Procedure Name    20220607-0971 06/07/22 1525 R    E        CMP    HIDMA
MED.COCLV  MEDICATION
Other Provider : COHJE      Sig Lvl Provider :
RX: 10401448                         Start: 06/07/22  1525   SCH CMP
                                     Stop:  07/07/22  2159

     Acetaminophen  Tab (Tylenol  Tab)
     Dose: 1000 MG
     Route: PO               Direction: Q8HR

  Order's Audit Trail of Events

  1   06/07/22 1526 P.COHJE   Order ENTER in POM
  2   06/07/22 1526 P.COHJE   Order from set: Multi-Modal Scheduled Pain Med
  3   06/07/22 1526 P.COHJE   Ordering Doctor: Hidalgo,Marco E  MD
  4   06/07/22 1526 P.COHJE   Order Source: EPOM
  5   06/07/22 1526 P.COHJE   Other Doctor: Cohen,Jennifer L  PA
  6   06/07/22 1526 P.COHJE   Signed by Cohen,Jennifer L  PA
  7   06/07/22 1527 COEKH     REVIEW PROVIDER ACTIVITY in PHA
  8   06/07/22 1527 COEKH     REVIEW PROVIDER ACTIVITY                  by P.COHJE   Ent: 06/07 1526
  9   06/07/22 1527 COEKH     RND UNV Now Dose 06/07/22 - 1525
  10  06/07/22 1527 COEKH     VERIFIED in PHA
  11  06/07/22 1721 FNU.SN2   order acknowledged
  12  06/08/22 0842 P.HIDMA   Signed by Hidalgo,Marco E  MD
  13  06/09/22 1511 DISCHARGE DISCONTINUE in PHA

            Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

            Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842
```

PERMANENT MEDICAL RECORD COPY

Requested by Eugenia Simmons on 1/30/2026 9:12:10 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                  MEDITECH FACILITY: COCLV                      PAGE 26
RUN TIME: 0100                      IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:  MARSHALL,JOHN GILBERT          A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                 LOC: F.MS4     DISCH/DEP: 06/09/22
                                         RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD           BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
Order Date: 06/07/22                       ----Service----
 Category   Procedure Name          Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
 MED.COCLV  MEDICATION              20220607-0972 06/07/22 1525 R      E      CMP     HIDMA
 Other Provider : COHJE      Sig Lvl Provider :
 RX: 10481449                        Start: 06/07/22  1525     SCH  CMP
                                     Stop: 07/08/22   0859

     Lidocaine Patch 5% (Lidoderm Patch 5%)
     Dose: 1 PATCH
     Route: TOPICAL              Direction: DAILY
     Special Instructions: On for 12 hours, off for 12 hours

  Order's Audit Trail of Events

 1    06/07/22 1526 P.COHJE    Order ENTER in POM
 2    06/07/22 1526 P.COHJE    Order from set: Multi-Modal Scheduled Pain Med
 3    06/07/22 1526 P.COHJE    Ordering Doctor: Hidalgo,Marco E  MD
 4    06/07/22 1526 P.COHJE    Order Source: EPOM
 5    06/07/22 1526 P.COHJE    Other Doctor: Cohen,Jennifer L  PA
 6    06/07/22 1526 P.COHJE    Signed by Cohen,Jennifer L  PA
 7    06/07/22 1527 COEKH      REVIEW PROVIDER ACTIVITY in PHA
 8    06/07/22 1527 COEKH      REVIEW PROVIDER ACTIVITY
 9    06/07/22 1527 COEKH      RND UNV Now Dose 06/07/22 - 1525          by P.COHJE    Ent: 06/07 1526
 10   06/07/22 1527 COEKH      VERIFIED in PHA
 11   06/07/22 1721 FNU.SN2    order acknowledged
 12   06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD
 13   06/08/22 0922 FRX.THN    DISCONTINUE in PHA
 14   06/08/22 0925 FNU.LMC1   order acknowledged

         Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

         Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842
```

```
 Order Date: 06/07/22                      ----Service----
 Category   Procedure Name          Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
 OSD        Order set tracking      20220607-0090 06/07/22 1526 R             TRN     HIDMA
 Other Provider : COHJE      Sig Lvl Provider :
 < DO NOT MODIFY...FOR TRACKING ONLY >


     Order Set Used,           Stress Ulcer Prophylaxis
     Version:                  3
     Approved by:              THS
     THS approval date:        08/24/20

  Order's Audit Trail of Events

 1    06/07/22 1526 P.COHJE    Order ENTER in POM
 2    06/07/22 1526 P.COHJE    Order from set: Stress Ulcer Prophylaxis
 3    06/07/22 1526 P.COHJE    Ordering Doctor: Hidalgo,Marco E  MD
 4    06/07/22 1526 P.COHJE    Other Doctor: Cohen,Jennifer L  PA
 5    06/07/22 1526 P.COHJE    Signed by Cohen,Jennifer L  PA
```

## PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Medi***h - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                   MEDITECH FACILITY: COCLV                        PAGE 27
RUN TIME: 0100                       IDEV - Discharge Report
RUN USER. HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT          A/S: 63 M     ADMIT:     06/07/22
ACCOUNT NO: F00046503219                  LOC: F.MS4    DISCH/DEP: 06/09/22
                                          RM: F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD            BD: A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Order Date: 06/07/22                            ——Service——
 Category   Procedure Name            Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
 NUR.PHYS   zMD: Intermittent Pneumat Comp 20220607-0306 06/07/22 1526         E            IPR   HIDMA
 Other Provider : COHJE        Sig Lvl Provider :
   Press <Enter> for Order Details below

   Order's Audit Trail of Events

1    06/07/22 1526 P.COHJE     Order ENTER in POM
2    06/07/22 1526 P.COHJE     Order from set: VTE PROPHYLAXIS
3    06/07/22 1526 P.COHJE     Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE     Order Source. EPOM
5    06/07/22 1526 P.COHJE     Other Doctor: Cohen,Jennifer L  PA
6    06/07/22 1526 P.COHJE     Signed by Cohen,Jennifer L  PA
7    06/07/22 1739 interface   order's status changed from TRANS to ACTIVE by NUR
8    06/07/22 2155 FNU.JS5     order viewed from Order Management
9    06/08/22 0842 P.HIDMA     Signed by Hidalgo,Marco E  MD
10   06/09/22 0414 FNU.RRG     order viewed from Order Management

              Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

              Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842


Order Date: 06/07/22                            ——Service——
 Category   Procedure Name            Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
 CORE       VTE Prophylaxis Status    20220607-0018 06/07/22 1526 R        E            TRN   HIDMA
 Other Provider : COHJE        Sig Lvl Provider :

   VTE prophylaxis is being initiated
                                    Y
   (Yes/No)

   Order's Audit Trail of Events

1    06/07/22 1526 P.COHJE     Order ENTER in POM
2    06/07/22 1526 P.COHJE     Order from set: VTE PROPHYLAXIS
3    06/07/22 1526 P.COHJE     Ordering Doctor: Hidalgo,Marco E  MD
4    06/07/22 1526 P.COHJE     Order Source: EPOH
5    06/07/22 1526 P.COHJE     Other Doctor: Cohen,Jennifer L  PA
6    06/07/22 1526 P.COHJE     Signed by Cohen,Jennifer L  PA
7    06/08/22 0842 P.HIDMA     Signed by Hidalgo,Marco E  MD

              Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

              Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842


Order Date: 06/07/22                            ——Service——
 Category   Procedure Name            Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
 OSD        Order set tracking        20220607-0091 06/07/22 1526 R             TRN   HIDMA
 Other Provider : COHJE        Sig Lvl Provider :
```

## PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                      MEDITECH FACILITY: COCLV                       PAGE 28
RUN TIME: 9100                          IDEV   Discharge Report
RUN USER: HPF.FEED

PATIENT:  MARSHALL,JOHN GILBERT         A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                LOC: F.MS4     DISCH/DEP: 06/09/22
                                        RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD          BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

< DO NOT MODIFY...FOR TRACKING ONLY >

```
Order Set Used:          VTE PROPHYLAXIS
Version:                 01
Approved by:             THS
THS approval date:       12/09/19
```

Order's Audit Trail of Events

```
1   06/07/22 1526 P.COHJE    Order ENTER in POM
2   06/07/22 1526 P.COHJE    Order from set: VTE PROPHYLAXIS
3   06/07/22 1526 P.COHJE    Ordering Doctor: Hidalgo,Marco E  MD
4   06/07/22 1526 P.COHJE    Other Doctor, Cohen,Jennifer L  PA
5   06/07/22 1526 P.COHJE    Signed by Cohen,Jennifer L  PA
```

---

```
Order Date: 06/07/22                            —Service—
Category   Procedure Name           Order Number Date     Time Pri Qty Ord Source Status  Ordered By
LAB        zUA w/Culture if indicated  20220607-0777 06/07/22 1526 R    E            CNC     HIDMA
Other Provider : COHJE        Sig Lvl Provider :
```

Order's Audit Trail of Events

```
1   06/07/22 1526 P.COHJE    Order ENTER in POM
2   06/07/22 1526 P.COHJE    Order from set: UACUL (Reflex)
3   06/07/22 1526 P.COHJE    Ordering Doctor: Hidalgo,Marco E  MD
4   06/07/22 1526 P.COHJE    Order Source: EPOM
5   06/07/22 1526 P.COHJE    Other Doctor, Cohen,Jennifer J  PA
6   06/07/22 1526 P.COHJE    Signed by Cohen,Jennifer L  PA
7   06/07/22 1526 P.COHJE    This Procedure was triggered by :
8   06/07/22 1526 P.COHJE    UA w/URINE Culture if Indicate (ORD.PHYS)
9   06/07/22 1719 interface  cc'd doctors edited in LAB
10  06/07/22 1719 interface  order's status changed from TRANS to LOGGED by LAB
11  06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD
12  06/09/22 1253 interface  order's status changed from LOGGED to CANCEL by LAB
Cancel comment: NO SPECIEM COLLECTED
```

Electronically signed by Cohen,Jennifer L  PA on 06/07/22 at 1526

Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842

---

```
Order Date: 06/07/22                            —Service—
Category   Procedure Name           Order Number Date     Time Pri Qty Ord Source Status  Ordered By
MED.COCLV  MEDICATION               20220607-0979 06/07/22 2200 R    E            CMP     WEHLA
Other Provider :              Sig Lvl Provider :
RX: 10401475                          Start: 06/07/22  2200    SCH CMP
                                      Stop:  06/08/22  1401 Total Doses: 3

    ceFAZolin Inj (Ancef Inj)
    Dose: 2 GM
    Route: IV                Direction: Q8H
```

## PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                      MEDITECH FACILITY: COCLV                        PAGE 29
RUN TIME: 0100                          IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT         A/S: 63 M      ADMIT:     06/07/22
ACCOUNT NO: F00046503219                 LOC: F.MS4     DISCH/DEP: 06/09/22
                                         RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD           BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Order's Audit Trail of Events

```
1   06/07/22 1551 P.WEHLA    Order ENTER in POM
2   06/07/22 1551 P.WEHLA    Ordering Doctor: Wehrly,Lance J  MD
3   06/07/22 1551 P.WEHLA    Order Source: EPOM
4   06/07/22 1551 P.WEHLA    Signed by Wehrly,Lance J  MD
5   06/07/22 1551 P.WEHLA    VIEWED LAB TEST RESULTS
6   06/07/22 1551 P.WEHLA    Test Group C.RENAL
7   06/07/22 1551 P.WEHLA    LABORATORY
8   06/07/22 1551 P.WEHLA    Date     Time Test          Result   Flag          Normal Range
9   06/07/22 1551 P.WEHLA    06/07/22 0953 CREA          0.92                   0.67-1.17 mg/d
10  06/07/22 1551 P.WEHLA    Creatinine method is IDMS traceable
11  06/07/22 1554 COEKH      VERIFIED in PHA
12  06/07/22 1554 COEKH      VIEWED LAB TEST RESULTS in PHA
13  06/07/22 1554 COEKH      VIEWED LAB TEST RESULTS
14  06/07/22 1554 COEKH      Test Group C.RENAL
15  06/07/22 1554 COEKH      LABORATORY
16  06/07/22 1554 COEKH      Date     Time Test          Result   Flag          Normal Range
17  06/07/22 1554 COEKH      06/07/22 0953 CREA          0.92                   0.67-1.17 mg/dL
18  06/07/22 1554 COEKH      Creatinine method is IDMS traceable
19  06/07/22 1721 FNU.SN2    order acknowledged
20  06/08/22 1401 SCHEDULER  DISCONTINUE in PHA
```

Electronically signed by Wehrly,Lance J  MD on 06/07/22 at 1551

```
Order Date: 06/07/22                              ----Service----
Category   Procedure Name              Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
MED.COCLV  MEDICATION                  20220607-0980 06/07/22 1550 R    E           CMP      WEHLA
Other Provider :                       Sig Lvl Provider :
RX: 10401513                                         Start: 06/07/22  1550   PRN CMP
                                                     Stop:  07/07/22  1549
       HYDROcodone/APAP 7.5/325  Tab (Norco 7.5/325  Tab)
       Dose: 1 TAB
       Route: PO                       Direction: Q4H PRN
       PRN Reason:  SEVERE PAIN (SCORE 7-10)
```

Order's Audit Trail of Events

```
1   06/07/22 1551 P.WEHLA    Order ENTER in POM
2   06/07/22 1551 P.WEHLA    Ordering Doctor: Wehrly,Lance J  MD
3   06/07/22 1551 P.WEHLA    Order Source: EPOM
4   06/07/22 1551 P.WEHLA    Signed by Wehrly,Lance J  MD
5   06/07/22 1555 COEKH      EDIT in PHA
6   06/07/22 1555 COEKH      EDIT
7   06/07/22 1555 COEKH      Edit Dr: Wehrly,Lance J  MD          Edit Source: Dep Process/Procedur
8   06/07/22 1555 COEKH      FROM:
9   06/07/22 1555 COEKH      PENDING COMMENTS:
10  06/07/22 1555 COEKH      TO:
11  06/07/22 1555 COEKH      PENDING COMMENTS:
12  06/07/22 1555 COEKH      PRN
13  06/07/22 1555 COEKH      OVERLAPPING PAIN SCALES
14  06/07/22 1555 COEKH      PENDING FLAG SET in PHA
15  06/07/22 1627 FRX.THN    EDIT in PHA
16  06/07/22 1627 FRX.THN    EDIT
17  06/07/22 1627 FRX.THN    Edit Dr: Wehrly,Lance J  MD          Edit Source: Dep Process/Procedur
18  06/07/22 1627 FRX.THN    FROM:
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE  06/11/22                      MEDITECH FACILITY: COCLV                        PAGE 30
RUN TIME: 0100                          IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT        A/S: 63 M        ADMIT:      06/07/22
ACCOUNT NO: F00046503219                LOC: F.MS4       DISCH/DEP: 06/09/22
                                        RM: F.405        STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD          BD: A            UNIT NO:   F001029598
REPORT STATUS: FINAL
```

19   06/07/22 1627 FRX.THN   PRN REASON: Pain Scale 4-10
20   06/07/22 1627 FRX.THN   TO:
21   06/07/22 1627 FRX.THN   PRN REASON: SP 7-10 - SEVERE PAIN (SCORE 7-10)
22   06/07/22 1627 FRX.THN   EDIT in PHA
23   06/07/22 1627 FRX.THN   EDIT
24   06/07/22 1627 FRX.THN   Edit Dr: Wehrly,Lance J  MD        Edit Source: Dep Process/Procedur
25   06/07/22 1627 FRX.THN   FROM:
26   06/07/22 1627 FRX.THN   PENDING COMMENTS:
27   06/07/22 1627 FRX.THN   PRN
28   06/07/22 1627 FRX.THN   OVERLAPPING PAIN SCALES
29   06/07/22 1627 FRX.THN   TO:
30   06/07/22 1627 FRX.THN   PENDING COMMENTS:
31   06/07/22 1627 FRX.THN   DONE
32   06/07/22 1627 FRX.THN   PENDING FLAG REMOVED in PHA
33   06/07/22 1627 FRX.THN   VERIFIED in PHA
34   06/07/22 1627 FRX.THN   VERIFIED
35   06/07/22 1627 FRX.THN   Edit Dr: Wehrly,Lance J  MD        Edit Source: Dep Process/Procedur
36   06/07/22 1721 FNU.SN2   order acknowledged
37   06/09/22 0907 P.COHJE   Order DC in POM
38   06/09/22 0907 P.COHJE   Ordering Doctor: Hidalgo,Marco E  MD
39   06/09/22 0907 P.COHJE   Order Source. EPOH
40   06/09/22 0907 P.COHJE   Other Doctor. Cohen,Jennifer L  PA
41   06/09/22 0907 P.COHJE   Order's Rx has been discontinued.
42   06/09/22 0907 P.COHJE   Signed by Cohen,Jennifer L  PA
43   06/09/22 0922 FNU.HM2   order acknowledged
44   06/09/22 1840 P.HIDHA   Signed by Hidalgo,Marco E  MD

              Electronically signed by Cohen,Jennifer L  PA on 06/09/22 at 0907

              Electronically signed by Hidalgo,Marco E  MD on 06/09/22 at 1840

              Electronically signed by Wehrly,Lance J  MD on 06/07/22 at 1551

```
Order Date: 06/07/22                           ----Service----
Category   Procedure Name           Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
MED.COCLV  MEDICATION               20220607-0981 06/07/22 1550 R       E        CHP        WEHLA
Other Provider :           Sig Lvl Provider :
RX: 10401477                             Start: 06/07/22  1550     PRN  CHP
                                         Stop: 07/07/22   1549
     HYDROmorphone Inj (Dilaudid Inj)
     Dose: 0 5 MG
     Route: IV                     Direction: Q2H PRN
     PRN Reason: BREAKTHROUGH PAIN

  Order's Audit Trail of Events

1   06/07/22 1551 P.WEHLA   Order ENTER in POM
2   06/07/22 1551 P.WEHLA   Ordering Doctor: Wehrly,Lance J  MD
3   06/07/22 1551 P.WEHLA   Order Source: EPOH
4   06/07/22 1551 P.WEHLA   Signed by Wehrly,Lance J  MD
5   06/07/22 1655 COEKH     VERIFIED in PHA
6   06/07/22 1721 FNU.SN2   order acknowledged
7   06/09/22 0907 P.COHJE   Order DC in POM
8   06/09/22 0907 P.COHJE   Ordering Doctor: Hidalgo,Marco E  MD
9   06/09/22 0907 P.COHJE   Order Source. EPOH
10  06/09/22 0907 P.COHJE   Other Doctor  Cohen,Jennifer L  PA
```

## PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                    PAGE 21
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:  MARSHALL,JOHN GILBERT         A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                LOC: F.MS4     DISCH/DEP: 06/09/22
                                        RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD          BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
11   06/09/22 0907 P.COHJE    Order's Rx has been discontinued.
12   06/09/22 0907 P.COHJE    Signed by Cohen,Jennifer L  PA
13   06/09/22 0922 FMU.HM2    order acknowledged
14   06/09/22 1840 P.HIDMA    Signed by Hidalgo,Marco E  MD

         Electronically signed by Cohen,Jennifer L  PA on 06/09/22 at 0907

         Electronically signed by Hidalgo,Marco E  MD on 06/09/22 at 1840

         Electronically signed by Wehrly,Lance J  MD on 06/07/22 at 1551
```

```
Order Date: 06/07/22                          ---Service---
Category   Procedure Name                Order Number  Date      Time Pri Qty Ord Source Status    Ordered By
FNS        DIET: REGULAR DIET            20220607-0069 06/07/22 0            E         TRN       WEHLA
Other Provider :            Sig Lvl Provider :


  Order's Audit Trail of Events

1    06/07/22 1551 P.WEHLA    Order ENTER in POM
2    06/07/22 1551 P.WEHLA    Ordering Doctor: Wehrly,Lance J  MD
3    06/07/22 1551 P.WEHLA    Order Source: EPOM
4    06/07/22 1551 P.WEHLA    Signed by Wehrly,Lance J  MD

         Electronically signed by Wehrly,Lance J  MD on 06/07/22 at 1551
```

```
Order Date: 06/07/22                          ---Service---
Category   Procedure Name                Order Number  Date      Time Pri Qty Ord Source Status    Ordered By
PT.PHYS    zMD: PT & OT Eval&Treat       20220607-0007 06/07/22      R   E        TRN       WEHLA
Other Provider :            Sig Lvl Provider :
  EVAL AND TREAT FOR:       Gait Training
  EXTREMITY:                Right Lower
  Weight Bearing:           As Tolerated
  COMMENT:                  Has BKA but fractured femur   Can WBAT but will be unable to use prosthesis
                           for about 3 weeks

  Order's Audit Trail of Events

1    06/07/22 1551 P.WEHLA    Order ENTER in POM
2    06/07/22 1551 P.WEHLA    Ordering Doctor: Wehrly,Lance J  MD
3    06/07/22 1551 P.WEHLA    Order Source: EPOM
4    06/07/22 1551 P.WEHLA    Signed by Wehrly,Lance J  MD

         Electronically signed by Wehrly,Lance J  MD on 06/07/22 at 1551
```

```
Order Date: 06/07/22                          ---Service---
Category   Procedure Name                Order Number  Date      Time Pri Qty Ord Source Status    Ordered By
MED.COCLV  PYXIS MEDS                    20220607-1023 06/07/22 1410 R    1 disp          CMP       CARSU
Other Provider :            Sig Lvl Provider :
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                    PAGE 32
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT      A/S: 63 M        ADMIT:      06/07/22
ACCOUNT NO: F00046503219             LOC: F.MS4       DISCH/DEP: 06/09/22
                                      RM: F.405        STATUS:     IN
ATTEND DR: Hidalgo,Marco E  MD        BD: A            UNIT NO:    F001029598
REPORT STATUS: FINAL
```

RX: 10401321                        Start: 06/07/22  1410    ONE  CMP
                                    Stop:

        ceFAZolin Inj (Ancef Inj)
        Dose: 0 GM
        Route: .ROUTE               Direction: .STK-MED

    Order's Audit Trail of Events

    1    06/07/22 1719 PHA ORDER  Order ENTER in PHA
    2    06/07/22 1719 PHA ORDER  Ordering Doctor: Carey.Susan  MD
    3    06/07/22 1719 PHA ORDER  Order Source. DISPENSE
    4    06/07/22 1414 STK MED    DISCONTINUE in PHA

---

                                          ---Service---
Order Date: 06/07/22                Order Number  Date    Time Pri Qty Ord Source Status  Ordered By
Category   Procedure Name           20220607-1026 06/07/22 1416 R    1 disp       CMP     CARSU
MED.COCLV  PYXIS MEDS
Other Provider :                    Sig Lvl Provider :
RX: 10401329                                        Start: 06/07/22  1415    ONE  CMP
                                                    Stop:

        HYDROmorphone Inj (Dilaudid Inj)
        Dose: 0 MG
        Route: .ROUTE               Direction: .STK-MED

    Order's Audit Trail of Events

    1    06/07/22 1719 PHA ORDER  Order ENTER in PHA
    2    06/07/22 1719 PHA ORDER  Ordering Doctor: Carey.Susan  MD
    3    06/07/22 1719 PHA ORDER  Order Source. DISPENSE
    4    06/07/22 1420 STK MED    DISCONTINUE in PHA

---

                                          ---Service---
Order Date: 06/07/22                Order Number  Date    Time Pri Qty Ord Source Status  Ordered By
Category   Procedure Name           20220607-1038 06/07/22 1446 R    1 disp       CMP     CARSU
MED.COCLV  PYXIS MEDS
Other Provider :                    Sig Lvl Provider :
RX: 10401401                                        Start: 06/07/22  1446    ONE  CMP
                                                    Stop:

        fentaNYL Inj (Sublimaze Inj)
        Dose: 0 MCG
        Route: .ROUTE               Direction: .STK-MED

    Order's Audit Trail of Events

    1    06/07/22 1720 PHA ORDER  Order ENTER in PHA
    2    06/07/22 1720 PHA ORDER  Ordering Doctor: Carey.Susan  MD
    3    06/07/22 1720 PHA ORDER  Order Source: DISPENSE
    4    06/07/22 1447 STK MED    DISCONTINUE in PHA

---

                    PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029597 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 5/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                              PAGE 33
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT           A/S: 63 M       ADMIT:    06/07/22
ACCOUNT NO: F00046503219                   LOC: F.MS4      DISCH/DEP: 06/09/22
                                           RM: F.405       STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD             BD: A           UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
Order Date: 06/07/22                              ----Service----
  Category   Procedure Name              Order Number  Date     Time Pri Qty Ord Source Status    Ordered By
  MED.COCLV  PYXIS MEDS                  20220607-1040 06/07/22 1451 R    1 disp    CHP   CHP      CARSU
  Other Provider :               Sig Lvl Provider :
  RX: 10401409                              Start: 06/07/22  1451    ONE  CHP
                                            Stop:
    Glycopyrrolate Inj (Robinul Inj)
    Dose: 0 MG
    Route: .ROUTE                 Direction: .STK-MED

  Order's Audit Trail of Events

  1    06/07/22 1720 PHA ORDER   Order ENTER in PHA
  2    06/07/22 1720 PHA ORDER   Ordering Doctor: Carey,Susan  MD
  3    06/07/22 1720 PHA ORDER   Order Source. DISPENSE
  4    06/07/22 1453 STK MED     DISCONTINUE in PHA
```

```
Order Date: 06/07/22                              ----Service----
  Category   Procedure Name              Order Number  Date     Time Pri Qty Ord Source Status    Ordered By
  MED.COCLV  PYXIS MEDS                  20220607-1041 06/07/22 1457 R    1 disp    CHP   CHP      CARSU
  Other Provider :               Sig Lvl Provider :
  RX: 10401411                              Start: 06/07/22  1457    ONE  CHP
                                            Stop:
    Ketamine Inj (Ketalar Inj)
    Dose: 0 MG
    Route: .ROUTE                 Direction: .STK-MED

  Order's Audit Trail of Events

  1    06/07/22 1720 PHA ORDER   Order ENTER in PHA
  2    06/07/22 1720 PHA ORDER   Ordering Doctor: Carey,Susan  MD
  3    06/07/22 1720 PHA ORDER   Order Source: DISPENSE
  4    06/07/22 1459 STK MED     DISCONTINUE in PHA
```

```
Order Date: 06/07/22                              ----Service----
  Category   Procedure Name              Order Number  Date     Time Pri Qty Ord Source Status    Ordered By
  MED.COCLV  PYXIS MEDS                  20220607-1043 06/07/22 1515 R    1 disp    CHP   CHP      CARSU
  Other Provider :               Sig Lvl Provider :
  RX: 10401433                              Start: 06/07/22  1515    ONE  CHP
                                            Stop:
    Ondansetron Inj (Zofran Inj)
    Dose: 0 MG
    Route: .ROUTE                 Direction: .STK-MED

  Order's Audit Trail of Events

  1    06/07/22 1720 PHA ORDER   Order ENTER in PHA
  2    06/07/22 1720 PHA ORDER   Ordering Doctor: Carey,Susan  MD
  3    06/07/22 1720 PHA ORDER   Order Source: DISPENSE
  4    06/07/22 1517 STK MED     DISCONTINUE in PHA
```

PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/22/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                    PAGE 34
RUN TIME: 0100                        1DEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT       A/S: 63 M     ADMIT:      06/07/22
ACCOUNT NO: F00046503219               LOC: F.MS4    DISCH/DEP: 06/09/22
                                       RM: F.405     STATUS:     IN
ATTEND DR: Hidalgo,Marco E  MD         BD: A         UNIT NO:    F001029598
REPORT STATUS: FINAL
```

```
Order Date: 06/07/22                                -- Service
  Category    Procedure Name              Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
  MED.COCLV  PYXIS MEDS                    20220607-1044 06/07/22 1515 R     1 disp     CMP         CARSU
  Other Provider :              Sig Lvl Provider :
  RX: 10401434                             Start: 06/07/22  1515    ONE  CMP
                                           Stop:

    dexAMETHasone Sod Phos Inj (Decadron Inj)
    Dose: 0 MG
    Route: .ROUTE                 Direction: .STK-MED

  Order's Audit Trail of Events

  1    06/07/22 1720 PHA ORDER  Order ENTER in PHA
  2    06/07/22 1720 PHA ORDER  Ordering Doctor: Carey,Susan  MD
  3    06/07/22 1720 PHA ORDER  Order Source: DISPENSE
  4    06/07/22 1517 STK MED    DISCONTINUE in PHA
```

```
Order Date: 06/07/22                               ---Service---
  Category    Procedure Name              Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
  MED.COCLV  PYXIS MEDS                    20220607-1045 06/07/22 1518 R     1 disp     CMP         CARSU
  Other Provider :              Sig Lvl Provider :
  RX: 10401445                             Start: 06/07/22  1518    ONE  CMP
                                           Stop:

    Phenylephrine Inj (Neo Synephrine Inj)
    Dose: 0 MG
    Route: ROUTE                  Direction: .STK-MED

  Order's Audit Trail of Events

  1    06/07/22 1720 PHA ORDER  Order ENTER in PHA
  2    06/07/22 1720 PHA ORDER  Ordering Doctor: Carey,Susan  MD
  3    06/07/22 1720 PHA ORDER  Order Source: DISPENSE
  4    06/07/22 1520 STK MED    DISCONTINUE in PHA
```

```
Order Date: 06/07/22                               ---Service---
  Category    Procedure Name              Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
  NSG        -RT SMOKING CESSATION         20220607-0009 06/07/22 1751 R              TRN         WEHLA
  Other Provider :              Sig Lvl Provider :

  Order's Audit Trail of Events

  1    06/07/22 1751 FNU.ALK   Order ENTER in OM
  2    06/07/22 1751 FNU.ALK   Ordering Doctor: Wehrly,Lance J  MD
```

```
Order Date: 06/07/22                               ---Service---
  Category    Procedure Name              Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
  FNSO       ONE TIME REQUEST / LATE TRAY  20220607-0044 06/07/22      R   P          TRN         WEHLA
  Other Provider :              Sig Lvl Provider :
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                    MEDITECH FACILITY, COCLV                    PAGE 35
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT      A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219              LOC: F.MS4     DISCH/DEP: 06/09/22
                                      RM:  F.405     STATUS:     IH
ATTEND DR: Hidalgo,Marco E  MD        BD:  A         UNIT NO:    F001029598
REPORT STATUS: FINAL
```

**USE THIS TO ORDER ONE-TIME ONLY REQUESTS**

*Late Tray Cut Off Times*
Breakfast: 9:30am
Lunch: 1:30pm
Dinner: 6:00pm

Is this food request because the patient refused/disliked the original

tray?                           2

Order's Audit Trail of Events

1   06/07/22 1752 FNU.ALK    Order ENTER in OM
2   06/07/22 1752 FNU.ALK    Ordering Doctor: Wehrly,Lance J  MD
3   06/07/22 1752 FNU.ALK    Order Source: Protocol
4   06/07/22 1811 P.WEHLA    Signed by Wehrly,Lance J  MD,

Electronically signed by Wehrly,Lance J  MD on 06/07/22 at 1811

---

```
Order Date: 06/07/22                  ——Service——
Category    Procedure Name            Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
MED.COCLV  MEDICATION                 2C220607-1109 06/07/22 1830 R      T          CHP      HIDHA
Other Provider :                    Sig Lvl Provider :
RX: 10401599                                 Start: 06/07/22  1830    PRN CHP
                                             Stop: 07/07/22  1829

     Labetalol Inj (Trandate Inj)
     Dose: 5 MG
     Route: IV                       Direction: Q4H PRN
     PRN Reason: DBP > 95 mmHg, HR > 70
```

Order's Audit Trail of Events

1    06/07/22 1350 P.CARSU1    Order ENTER in PCM
2    06/07/22 1350 P.CARSU1    Order from set: PACU (ADULT)
3    06/07/22 1350 P.CARSU1    Ordering Doctor: Carey,Susan  MD
4    06/07/22 1350 P.CARSU1    Order Source: EPOM
5    06/07/22 1350 P.CARSU1    Signed by Carey,Susan  MD,
6    06/07/22 1351 COECT       VERIFIED in PHA
7    06/07/22 1721 FNU.SRB     order acknowledged
8    06/07/22 1817 FNU.ALK     Order EDIT in ON
9    06/07/22 1817 FNU.ALK     Ordering Doctor: Hidalgo,Marco E  MD
10   06/07/22 1817 FNU.ALK     Order Source: Telephone & Readback
11   06/07/22 1817 FNU.ALK     Other Doctor: Cohen,Jennifer L  PA
12   06/07/22 1818 FNU ALK     order doctor edited: old value - CARSU
13   06/07/22 1818 FNU.ALK     new value - HIDHA
14   06/07/22 1818 FNU.ALK     Order's Rx has been edited.
15   06/07/22 1818 FNU.ALK     COPY AND EDIT
16   06/07/22 1818 FNU.ALK     FROM: Rx #10401293
17   06/07/22 1818 FNU.ALK
18   06/07/22 1818 FNU.ALK     Ordering Doctor: HIDHA
19   06/07/22 1818 FNU.ALK     Last Scheduled Administration Time:
20   06/07/22 1818 FNU.ALK     Last Actual Administration Time: 06/07/2022 1620 (at time of filing)
21   06/07/22 1818 FNU.ALK     Old Times, PACU Q5H PRN Daily @ EVERY 5 MIN PRN PACU M PRN
22   06/07/22 1818 FNU.ALK     New Times: .[PRN Q4] PRN

# PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22              MEDITECH FACILITY: COCLV                    PAGE 36
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT        A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                LOC: F.MS4     DISCH/DEP:  06/09/22
                                        RM:  F.405     STATUS:     IH
ATTEND DR: Hidalgo,Marco E  MD          BD:  A         UNIT NO:    F001029598
REPORT STATUS: FINAL
```

Old Order Stop Date: 06/07/2022 1817
06/07/22 1818 FNU.ALK    New Order Start Date: 06/07/2022 1817
06/07/22 1823 COE.IM     EDIT in PHA
06/07/22 1823 COE.IM     EDIT
06/07/22 1823 COE.IM     Edit Dr: Hidalgo,Marco E  MD        Edit Source: Dep Process/Procedur
06/07/22 1823 COE.IM     FROM:
06/07/22 1823 COE.IM     SIG: .[PRN Q4]
06/07/22 1823 COE.IM     START: 06/07/22-1820  STOP: 07/07/22-1816  SOFT STOP:
06/07/22 1823 COE.IM     LABEL COMMENTS:
06/07/22 1823 COE.IM     PACU USE ONLY ***
06/07/22 1823 COE.IM     TO:
06/07/22 1823 COE.IM     SIG: Q4H PRN
06/07/22 1823 COE.IM     START: 06/07/22-1830  STOP: 07/07/22-1829  SOFT STOP: 0
06/07/22 1823 COE.IM     LABEL COMMENTS:
06/07/22 1823 COE.IM     REVIEW PROVIDER ACTIVITY in PHA
06/07/22 1823 COE.IM     REVIEW PROVIDER ACTIVITY
06/07/22 1823 COE.IM     RSS UNV Sig/Sch Edit Generated New Order         by FNU.ALK    Ent: 06/07 1818
06/07/22 1823 COE.IM     Ordering Doctor: HIDMA
06/07/22 1823 COE.IM     Last Scheduled Administration Time:
06/07/22 1823 COE.IM     Last Actual Administration Time: 06/07/2022 1620 (at time of filing)
06/07/22 1823 COE.IM     Old Times: PACU Q5M PRN Daily @ EVERY 5 MIN PRN PACU M PRN
06/07/22 1823 COE.IM     New Times: .[PRN Q4]  PRN
06/07/22 1823 COE.IM     Old Order Stop Date: 06/07/2022 1817
06/07/22 1823 COE.IM     New Order Start Date: 06/07/2022 1817
06/07/22 1823 COE.IM     VERIFIED in PHA
06/07/22 1823 COE.IM     VERIFIED
06/07/22 1823 COE.IM     Edit Dr: Hidalgo,Marco E  MD        Edit Source: Dep Process/Procedur
06/07/22 1836 FNU.ALK    order acknowledged
06/08/22 0837 P.COHJE    Signed by Cohen,Jennifer L  PA
06/08/22 0842 R.HIDMA    Signed by Hidalgo,Marco E  MD
06/09/22 1511 DISCHARGE  DISCONTINUE in PHA

            Electronically signed by Carey,Susan  MD on 06/07/22 at 1350

            Electronically signed by Cohen,Jennifer L  PA on 06/08/22 at 0837

            Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842
```

---

```
Order Date: 06/07/22                         ---Service---
Category   Procedure Name       Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
MED.COCLV  MEDICATION           20220607-1110 06/07/22  1830 R       T       CHP    HIDMA
Other Provider :              Sig Lvl Provider :
RX: 10401698                      Start: 06/07/22  1830    PRN  CHP
                                  Stop:  07/07/22  1829

     hydrALAZINE Inj (Apresoline Inj)
     Dose: 5 MG
     Route: IV              Direction: Q2H PRN
     PRN Reason: DBP > 95 mmHg, HR < 70

  Order's Audit Trail of Events

1   06/07/22 1350 P.CARSU1   Order ENTER in POM
2   06/07/22 1350 P.CARSU1   Order from set: PACU (ADULT)
3   06/07/22 1350 P.CARSU1   Ordering Doctor: Carey,Susan  MD
4   06/07/22 1350 P.CARSU1   Order Source  FPOM
5   06/07/22 1350 P.CARSU1   Signed by Carey,Susan  MD
```

## PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF   Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                          PAGE 27
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT          A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                  LOC: F.MS4     DISCH/DEP: 06/09/22
                                          RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD            BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
6    06/07/22 1350 COECT      VERIFIED in PHA
7    06/07/22 1721 FNU.SRB    order acknowledged
8    06/07/22 1818 FNU.ALK    Order EDIT in OM
9    06/07/22 1818 FNU.ALK    Ordering Doctor: Hidalgo,Marco E  MD
10   06/07/22 1818 FNU.ALK    Order Source: Telephone & Readback
11   06/07/22 1818 FNU.ALK    Other Doctor: Cohen,Jennifer L  PA
12   06/07/22 1818 FNU.ALK    order doctor edited: old value - CARSU
13   06/07/22 1818 FNU.ALK    new value - HIDMA
14   06/07/22 1818 FNU.ALK    Order's Rx has been edited.
15   06/07/22 1818 FNU.ALK    COPY AND EDIT
16   06/07/22 1818 FNU.ALK    FROM: Rx #10401287
17   06/07/22 1818 FNU.ALK
18   06/07/22 1818 FNU.ALK    Ordering Doctor: HIDMA
19   06/07/22 1818 FNU.ALK    Last Scheduled Administration Time:
20   06/07/22 1818 FNU.ALK    Last Actual Administration Time: 06/07/2022 1707 (at time of filing)
21   06/07/22 1818 FNU.ALK    Old Times: PACU Q5M PRN Daily @ EVERY 5 MIN PRN PACU M PRN
22   06/07/22 1818 FNU.ALK    New Times:  [PRN Q2]  PRN
23   06/07/22 1818 FNU.ALK    Old Order Stop Date: 06/07/2022 1818
24   06/07/22 1818 FNU.ALK    New Order Start Date: 06/07/2022 1818
25   06/07/22 1818 FNU.ALK    order viewed from Order Management
26   06/07/22 1822 COE.IM     EDIT in PHA
27   06/07/22 1822 COE.IM     EDIT
28   06/07/22 1822 COE.IM     Edit Dr: Hidalgo,Marco E  MD          Edit Source: Dep Process/Procedur
29   06/07/22 1822 COE.IM     FROM:
30   06/07/22 1822 COE.IM     SIG: .[PRN Q2]
31   06/07/22 1822 COE.IM     START: 06/07/22 1820  STOP: 07/07/22-1817  SOFT STOP:
32   06/07/22 1822 COE.IM     TO:
33   06/07/22 1822 COE.IM     SIG: Q2H PRN
34   06/07/22 1822 COE.IM     START: 06/07/22-1830  STOP: 07/07/22-1829  SOFT STOP: 0
35   06/07/22 1822 COE.IM     REVIEW PROVIDER ACTIVITY in PHA
36   06/07/22 1822 COE.IM     REVIEW PROVIDER ACTIVITY
37   06/07/22 1822 COE.IM     RSS UNV Sig/Sch Edit Generated New Order           by FNU.ALK   Ent: 06/07 1818
38   06/07/22 1822 COE.IM     Ordering Doctor: HIDMA
39   06/07/22 1822 COE.IM     Last Scheduled Administration Time:
40   06/07/22 1822 COE.IM     Last Actual Administration Time: 06/07/2022 1707 (at time of filing)
41   06/07/22 1822 COE.IM     Old Times: PACU Q5M PRN Daily @ EVERY 5 MIN PRN PACU M PRN
42   06/07/22 1822 COE.IM     New Times: .[PRN Q2]  PRN
43   06/07/22 1822 COE.IM     Old Order Stop Date: 06/07/2022 1818
44   06/07/22 1822 COE.IM     New Order Start Date: 06/07/2022 1818
45   06/07/22 1822 COE.IM     RULES AT EDIT in PHA
46   06/07/22 1822 COE.IM     RULES AT EDIT
47   06/07/22 1822 COE.IM     HYDRIV201: Formulary comments were displayed during verification.
48   06/07/22 1822 COE.IM     VERIFIED in PHA
49   06/07/22 1822 COE.IM     VERIFIED
50   06/07/22 1822 COE.IM     Edit Dr: Hidalgo,Marco E  MD          Edit Source: Dep Process/Procedur
51   06/07/22 1824 COE.IM     EDIT in PHA
52   06/07/22 1824 COE.IM     EDIT
53   06/07/22 1824 COE.IM     Edit Dr: Hidalgo,Marco E  MD          Edit Source: Dep Process/Procedur
54   06/07/22 1824 COE.IM     FROM:
55   06/07/22 1824 COE.IM     LABEL COMMENTS:
56   06/07/22 1824 COE.IM     PACU USE ONLY ***
57   06/07/22 1824 COE.IM     TO:
58   06/07/22 1824 COE.IM     LABEL COMMENTS:
59   06/07/22 1836 FNU.ALK    order acknowledged
60   06/08/22 0837 P.COHJE    Signed by Cohen,Jennifer L  PA
61   06/08/22 0842 P.HIDMA    Signed by Hidalgo,Marco E  MD
62   06/09/22 1511 DISCHARGE  DISCONTINUE in PHA
```

Electronically signed by Carey,Susan  MD on 06/07/22 at 1350

## PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22              MEDITECH FACILITY: COCLV               PAGE 28
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:  MARSHALL,JOHN GILBERT      A/S: 63 M     ADMIT:      06/07/22
ACCOUNT NO: F00046503219             LOC: F.MS4    DISCH/DEP: 06/09/22
                                     RM:  F.405    STATUS:    IH
ATTEND DR: Hidalgo,Marco E  MD       BD:  A        UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Electronically signed by Cohen,Jennifer L  PA on 06/08/22 at 0837

Electronically signed by Hidalgo,Marco E  MD on 06/08/22 at 0842

```
Order Date: 06/08/22                    ----Service----
 Category   Procedure Name          Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
 MED.COCLV  MEDICATION              20220608-0586 06/08/22 1000 R    1 Z     CHP      HIDMA
 Other Provider :          Sig Lvl Provider :
 RX: 10402097                       Start: 06/08/22  1800    SCH  CHP
                                    Stop:  07/08/22  1759
      Lidocaine Patch 5% (Lidoderm Patch 5%)
      Dose: 1 PATCH
      Route: TOPICAL              Direction: DAILY
      Special Instructions: On for 12 hours, off for 12 hours

   Order's Audit Trail of Events

   06/08/22 0922 FRX.THN    Order ENTER in PHA
   06/08/22 0922 FRX.THN    Ordering Doctor: Hidalgo,Marco E  MD
   06/08/22 0922 FRX.THN    Order Source: Dep Process/Procedur
   06/08/22 0924 FNU.LHC1   order acknowledged
   06/09/22 1002 FRX.THN    DISCONTINUE in PHA


 Order Date: 06/08/22                    ----Service----
  Category   Procedure Name         Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
  MED.COCLV  MEDICATION            20220608-0584 06/08/22 1030 R     E     CHP      HIDMA
  Other Provider : COHJE     Sig Lvl Provider :
  RX: 10402167                      Start: 06/08/22  1030    SCH  CHP
                                    Stop:  07/08/22  1029
      Enoxaparin Inj (Lovenox Inj)
      Dose: 30 MG
      Route: SUBQ                Direction: BID

   Order's Audit Trail of Events

   06/08/22 0949 P.COHJE   Order ENTER in PCM
   06/08/22 0949 P.COHJE   Ordering Doctor: Hidalgo,Marco E  MD
   06/08/22 0949 P.COHJE   Order Source: EPON
   06/08/22 0949 P.COHJE   Other Doctor: Cohen,Jennifer L  PA
   06/08/22 0949 P.COHJE   Signed by Cohen,Jennifer L  PA
   06/08/22 0949 P.COHJE   VIEWED LAB TEST RESULTS
   06/08/22 0949 P.COHJE   Test Group C.SCRHHPLT
   06/08/22 0949 P.COHJE   LABORATORY
   06/08/22 0949 P.COHJE   Date     Time Test          Result  Flag    Normal Range
   06/08/22 0949 P.COHJE   05/08/22 0622 HGB            13.2 D L        13.5-17.5 g/dL
   06/08/22 0949 P.COHJE   06/07/22 0953 HGB            15.1            13.5-17.5 g/dL
   06/08/22 0949 P.COHJE   05/08/22 0622 HCT            38.8  L         41.0-54.0 /
   06/08/22 0949 P.COHJE   06/07/22 0953 HCT            45.0            41.0-54.0 /
   06/08/22 0949 P.COHJE   06/08/22 0622 PLT            202             160-420 K/uL
   06/08/22 0949 P.COHJE   06/07/22 0953 PLT            240             160-420 K/uL
   06/08/22 0949 P.COHJE   06/08/22 0622 CREA           0.72            0.67-1.17 mg/d
   06/08/22 0949 P.COHJE   Creatinine method is IDMS traceable
```

PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                          PAGE 39
RUN TIME: 0100                        IDLV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT         A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                 LOC: F.MS4     DISCH/DEP: 06/09/22
                                         RM:  F.405     STATUS:     IN
ATTEND DR: Hidalgo,Marco E  MD           BD:  A         UNIT NO:    F001029598
REPORT STATUS: FINAL
```

| | | | | |
|---|---|---|---|---|
| 06/08/22 0949 P.COHJE | 06/07/22 0953 CRFA | 0.92 | | 0.67-1.17 mg/d |
| 06/08/22 0949 P.COHJE | Creatinine method is IDMS traceable | | | |
| 06/08/22 0954 FNU.LHC1 | order acknowledged | | | |
| 06/08/22 1023 COEDB | EDIT in PHA | | | |
| 06/08/22 1023 COEDB | EDIT | | | |
| 06/08/22 1023 COEDB | Edit Dr: Hidalgo,Marco E  MD | Edit Source: Dep Process/Procedur | | |
| 06/08/22 1023 COEDB | FROM: | | | |
| 06/08/22 1023 COEDB | START: 06/08/22-0949   STOP: 07/08/22-0948   SOFT STOP: | | | |
| 06/08/22 1023 COEDB | TO: | | | |
| 06/08/22 1023 COEDB | START: 06/08/22-1030   STOP: 07/08/22-1029   SOFT STOP: 0 | | | |
| 06/08/22 1023 COEDB | NOW DOSE in PHA | | | |
| 06/08/22 1023 COEDB | NOW DOSE | | | |
| 06/08/22 1023 COEDB | Now Dose:  06/08/22 1030 | | | |
| 06/08/22 1023 COEDB | RULES AT EDIT in PHA | | | |
| 06/08/22 1023 COEDB | RULES AT EDIT | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: *** ANTICOAGULANT Alert  *** | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: Actual Procedure Name: | | | |
| 06/08/22 1023 COEDB | LOVEID30.3:  RIGHT FEMORAL HAIL | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: | | | |
| 06/08/22 1023 COEDB | LOVEID30.3:        Procedure Start Date: 06/07/22 | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: Surgical Incision Date/Time: 06/07/22  2:25pm | | | |
| 06/08/22 1023 COEDB | LOVEID30.3:   Procedure Close Date/Time: 06/07/22 3:33pm | | | |
| 06/08/22 1023 COEDB | LOVEID30.3:   Anesthesia End Date/Time: 06/07/22 3:47pm | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: PRE-OPERATIVE AND INTRAOPERATIVE DOSING: | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: Phase    Antibiotic Given       Dose/Units    Route/Date / | | | |
| 06/08/22 1023 COEDB | Time Begun | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: --------------------------- -------------- ----------------------- | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: Preop    1347           2 GM          IV | | | |
| 06/08/22 1023 COEDB | Intravenous | | | |
| 06/08/22 1023 COEDB | LOVEID30.3:                                       06/07/22 | | | |
| 06/08/22 1023 COEDB | 1:47pm | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: It is not always necessary to continue Post-op antibiotic | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: prophylaxis. IF CONTINUED, discontinue antibiotics within 24 | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: hours after anesthesia end time (within 48 hours after CABG | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: or other cardiac surgery). Assess for VTE prophylaxis should be | | | |
| 06/08/22 1023 COEDB | given | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: within 24 hours post surgery end time or as appropriate based | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: on surgery type per CHEST guidelines | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: | | | |
| 06/08/22 1023 COEDB | LOVEID30.3: I acknowledge that I have evaluated the timing of doses in | | | |
| 06/08/22 1023 COEDB | regards to compliance with appropriate guidelines.  Yes | | | |
| 06/08/22 1023 COEDB | VERIFIED in PHA | | | |
| 06/08/22 1023 COEDB | VERIFIED | | | |
| 06/08/22 1023 COEDB | Edit Dr: Hidalgo,Marco E  MD | Edit Source: Dep Process/Procedur | | |
| 06/08/22 1023 COEDB | VIEWED LAB TEST RESULTS in PHA | | | |
| 06/08/22 1023 COEDB | VIEWED LAB TEST RESULTS | | | |
| 06/08/22 1023 COEDB | Test Group C.SCRHHPLT | | | |
| 06/08/22 1023 COEDB | LABORATORY | | | |
| 06/08/22 1023 COEDB | Date    Time Test        Result  Flag        Normal Range | | | |
| 06/08/22 1023 COEDB | 06/08/22 0622 HGB          13.2 D L           13.5-17.5 g/dL | | | |
| 06/08/22 1023 COEDB | 06/07/22 0953 HGB          15.1               13.5-17.5 g/dL | | | |
| 06/08/22 1023 COEDB | 06/08/22 0622 HCT          38.8  L            41.0-54.0 % | | | |
| 06/08/22 1023 COEDB | 06/07/22 0953 HCT          45.0               41.0-54.0 % | | | |
| 06/08/22 1023 COEDB | 06/08/22 0622 PLT          202                160-420 K/uL | | | |
| 06/08/22 1023 COEDB | 06/07/22 0953 PLT          240                160-420 K/uL | | | |

## PERMANENT MEDICAL RECORD COPY

Requested by Eugenia Simmons on 1/30/2026 9:12:10 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - CCT - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                        MEDITECH FACILITY: COCLV                              PAGE 40
RUN TIME: 0100                            IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT              A/S: 63 M       ADMIT:     06/07/22
ACCOUNT NO: F00046503219                      LOC: F.MS4      DISCH/DEP: 06/09/22
                                              RM:  F.405      STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD                BD:  A          UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
77   06/08/22 1023 COEDB    06/08/22 0622 CREA        0 72                1.67-1.17 mg/dL
78   06/08/22 1023 COEDB    Creatinine method is IDMS traceable
79   06/08/22 1023 COEDB    06/07/22 0953 CREA        0.92                0.67-1.17 mg/dL
80   06/08/22 1023 COEDB    Creatinine method is IDMS traceable
81   06/08/22 1123 FNU.LMC1 order acknowledged
82   06/09/22 1511 DISCHARGE DISCONTINUE in PHA
83   06/09/22 1840 P.HIDMA   Signed by Hidalgo,Marco E  MD
```

Electronically signed by Cohen,Jennifer L  PA on 06/08/22 at 0949

Electronically signed by Hidalgo,Marco E  MD on 06/09/22 at 1840

```
Order Date: 06/08/22                      ──Service──
Category   Procedure Name           Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
CONS       Consult Internal Medicine 20220608-0025 06/08/22      R    E            TRN     HIDMA
Other Provider : COHJE      Sig Lvl Provider :
  Press <Enter> for Order Details below

  AT TIME OF ORDER
  Isolation status:              Standard precautions
  .
  .
  Reason for Consult:            htn
  CONSULTED PHYSICIAN:           Simon,John C  MD
  #:                             (985)867-8585
  .
  **** NURSING STAFF ONLY ********* EDIT USING Z ORDER SOURCE ***************

  Office/Answering Svc Contact:  SPOKE TO LYNN

  Order's Audit Trail of Events

1    06/08/22 0956 P.COHJE   Order ENTER in POM
2    06/08/22 0956 P.COHJE   Ordering Doctor: Hidalgo,Marco E  MD
3    06/08/22 0956 P.COHJE   Order Source: EPOH
4    06/08/22 0956 P.COHJE   Other Doctor: Cohen,Jennifer L  PA
5    06/08/22 0956 P.COHJE   Signed by Cohen,Jennifer L  PA
6    06/08/22 1010 FNU.HD5   Order EDIT in OM
7    06/08/22 1010 FNU.HD5   Ordering Doctor: Hidalgo,Marco E  MD
8    06/08/22 1010 FNU.HD5   Order Source: Protocol
9    06/08/22 1010 FNU.HD5   Query: Office/Answering Svc Contact:
10   06/08/22 1010 FNU.HD5   old response -
11   06/08/22 1010 FNU.HD5   new response - SPOKE TO LYNN
12   06/08/22 1037 P.HOSAS   order viewed from Provider Order Management
13   06/08/22 1037 P.HOSAS   order viewed from Provider Order Management
14   06/08/22 1108 FNU.HD5   order viewed from Order Management
15   06/09/22 1840 P.HIDMA   Signed by Hidalgo,Marco E  MD
```

Electronically signed by Cohen,Jennifer L  PA on 06/08/22 at 0956

Electronically signed by Hidalgo,Marco E  MD on 06/09/22 at 1840

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                        PAGE 41
RUN TIME: 0100                        IDEV   Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT       A/S: 63 M       ADMIT:    06/07/22
ACCOUNT NO: F00046503219               LOC: F.HS4      DISCH/DEP: 06/09/22
                                       RM: F.405       STATUS:   IN
ATTEND DR: Hidalgo,Marco E  MD         BD: A           UNIT NO:  F001029598
REPORT STATUS: FINAL
```

Order Date: 06/08/22                            ---Service---
Category    Procedure Name              Order Number  Date     Time Pri Qty Ord Source Status    Ordered By
PTI         PT: Evaluation Low Complex $ 20220608-0063 06/08/22 1105                        IPR    HIDMA
Other Provider :              Sig Lvl Provider :

  Order's Audit Trail of Events

1   06/08/22 1105 FPT DWH      Order ENTER in NUR
2   06/08/22 1105 FPT.DWH      Ordering Doctor: Hidalgo,Marco E  MD
3   06/08/22 1105 FPT.DWH      order originated from NUR.


Order Date: 06/08/22                            ---Service---
Category    Procedure Name              Order Number  Date     Time Pri Qty Ord Source Status    Ordered By
PTI         PT: Evaluation Mod Complex $ 20220608-0064 06/08/22 1105                        IPR    HIDMA
Other Provider :              Sig Lvl Provider :

  Order's Audit Trail of Events

1   06/08/22 1105 FPT.DWH      Order ENTER in NUR
2   06/08/22 1105 FPT.DWH      Ordering Doctor: Hidalgo,Marco E  MD
3   06/08/22 1105 FPT.DWH      order originated from NUR.


Order Date: 06/08/22                            ---Service---
Category    Procedure Name              Order Number  Date     Time Pri Qty Ord Source Status    Ordered By
PTI         PT: Evaluation $            20220608-0068 06/08/22 1105                        IPR    HIDMA
Other Provider :              Sig Lvl Provider :
NUR DIRECTIONS:  ----START----
                 DATE    TIME DIRECTIONS
              1  06/08/22 1105 PRN           AS NEEDED

  Order's Audit Trail of Events

1   06/08/22 1105 FPT.DWH      Order ENTER in NUR
2   06/08/22 1105 FPT.DWH      Ordering Doctor: Hidalgo,Marco E  MD
3   06/08/22 1105 FPT.DWH      order originated from NUR.


Order Date: 06/08/22                            ---Service---
Category    Procedure Name              Order Number  Date     Time Pri Qty Ord Source Status    Ordered By
PTI         PT: Re Evaluation $         20220608-0077 06/08/22 1105                        IPR    HIDMA
Other Provider :              Sig Lvl Provider :
NUR DIRECTIONS:  ----START----
                 DATE    TIME DIRECTIONS
              1  06/08/22 1105 PRN           AS NEEDED

  Order's Audit Trail of Events

1   06/08/22 1105 FPT.DWH      Order ENTER in NUR
2   06/08/22 1105 FPT.DWH      Ordering Doctor: Hidalgo,Marco E  MD
3   06/08/22 1105 FPT.DWH      order originated from NUR.


PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV              PAGE 42
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:  MARSHALL,JOHN GILBERT          A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                 LOC: F.M54     DISCH/DEP: 06/09/22
                                         RM: F.405      STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD           BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
Order Date: 06/08/22                        ----Service----
  Category   Procedure Name           Order Number  Date    Time Pri Qty Ord Source Status  Ordered By
  MED.COCLV  MEDICATION               20220608-0756 06/08/22 1300 R       E       CKP       SIMJD
  Other Provider : MOSAS      Sig Lvl Provider :
  RX: 10402345                         Start: 06/08/22  1300    SCH  CKP
                                       Stop: 07/08/22  1259
       Lisinopril  Tab (Prinivil Tab)
       Dose: 10 MG
       Route: PO                 Direction: DAILY

  Order's Audit Trail of Events

  1    06/08/22 1235 P.MOSAS    Order ENTER in POM
  2    06/08/22 1235 P.MOSAS    Ordering Doctor: Simon,John C  MD
  3    06/08/22 1235 P.MOSAS    Order Source: EPOM
  4    06/08/22 1235 P.MOSAS    Other Doctor: Mossbarger,Ashley  APRN
  5    06/08/22 1235 P.MOSAS    Signed by Mossbarger,Ashley  APRN
  6    06/08/22 1235 P.MOSAS    VIEWED LAB TEST RESULTS
  7    06/08/22 1235 P.MOSAS    Test Group C.RENALX
  8    06/08/22 1235 P.MOSAS    LABORATORY
  9    06/08/22 1235 P.MOSAS    Date    Time Test        Result  Flag          Normal Range
  10   06/08/22 1235 P.MOSAS    06/08/22 0622 K           3.4  L                3.5-5.1
  11   06/07/22 1235 P.MOSAS    06/07/22 0953 K           3.4  L                3.5-5.1
  12   06/08/22 1235 P.MOSAS    06/08/22 0522 CREA        0.72                  0.67-1.17 mg/d
  13   06/08/22 1235 P.MOSAS    Creatinine method is IDMS traceable
  14   06/08/22 1235 P.MOSAS    06/07/22 0953 CREA        0.92                  0.67-1.17 mg/d
  15   06/08/22 1235 P.MOSAS    Creatinine method is IDMS traceable
  16   06/08/22 1245 FNU.LMC1   order acknowledged
  17   06/08/22 1253 COEDB      EDIT in PHA
  18   06/08/22 1253 COEDB      EDIT
  19   06/08/22 1253 COEDB      Edit Dr: Simon,John C  MD            Edit Source: Dep Process/Procedur
  20   06/08/22 1253 COEDB      FROM:
  21   06/08/22 1253 COEDB      START: 06/08/22-1234   STOP: 07/08/22-1233   SOFT STOP:
  22   06/08/22 1253 COEDB      TO:
  23   06/08/22 1253 COEDB      START: 06/08/22-1300   STOP: 07/08/22-1259   SOFT STOP. 0
  24   06/08/22 1253 COEDB      NOW DOSE in PHA
  25   06/08/22 1253 COEDB      NOW DOSE
  26   06/08/22 1253 COEDB      Now Dose:  06/08/22 1300
  27   06/08/22 1253 COEDB      RULES AT EDIT in PHA
  28   06/08/22 1253 COEDB      RULES AT EDIT
  29   06/08/22 1253 COEDB      PRIMOT1Q 1: Formulary comments were displayed during verification.
  30   06/08/22 1253 COEDB      VERIFIED in PHA
  31   06/08/22 1253 COEDB      VERIFIED
  32   06/08/22 1253 COEDB      Edit Dr: Simon,John C  MD            Edit Source: Dep Process/Procedur
  33   06/08/22 1253 COEDB      VIEWED LAB TEST RESULTS in PHA
  34   06/08/22 1253 COEDB      VIEWED LAB TEST RESULTS
  35   06/08/22 1253 COEDB      Test Group C.RENALX
  36   06/08/22 1253 COEDB      LABORATORY
  37   06/08/22 1253 COEDB      Date    Time Test        Result  Flag          Normal Range
  38   06/08/22 1253 COEDB      06/08/22 0622 K           3.4  L                3.5-5.1
  39   06/07/22 1253 COEDB      06/07/22 0953 K           3.4  L                3.5-5.1
  40   06/08/22 1253 COEDB      06/08/22 0522 CREA        0.72                  0.67-1.17 mg/dL
  41   06/08/22 1253 COEDB      Creatinine method is IDMS traceable
  42   06/08/22 1253 COEDB      06/07/22 0953 CREA        0.92                  0.67-1.17 mg/dL
  43   06/08/22 1253 COEDB      Creatinine method is IDMS traceable
  44   06/08/22 1304 FNU.LMC1   order acknowledged
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                 MEDITECH FACILITY: COCLV                        PAGE 43
RUN TIME: 0100                     IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:  MARSHALL,JOHN GILBERT         A/S: 63 M      ADMIT:    06/07/22
ACCOUNT NO: F00046503219                LOC: F.MS4     DISCH/DEP: 06/09/22
                                        RM:  F.405     STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD          BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
45   06/08/22 1423 P.SIMJO    Signed by Simon,John C  MD
46   06/09/22 1131 P.MOSAS    Signed by Mossbarger,Ashley  APRN
47   06/09/22 1137 FNU.HM2    order acknowledged
48   06/09/22 1608 P.SIMJO    Signed by Simon,John C  MD
```

Electronically signed by Mossbarger,Ashley  APRN on 06/09/22 at 1131

Electronically signed by Simon,John C  MD on 06/09/22 at 1608

```
Order Date: 06/08/22                          ---Service---
Category   Procedure Name         Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
MED.COCLV  PIGGY BACK             20220608-0757 06/08/22 1300 R      E    CMP      SIMJO
Other Provider : MOSAS     Sig Lvl Provider :
RX: 10402348                            Start: 06/08/22  1300   ONE  CMP
  Route: IV                             Stop:  06/08/22  1359
  Magnesium Sulfate inj          Volume: 100 ML
  Rate: 100 MLS/HR                              Direction: ONCE
  Bag Duration: 1 HR
    Rx Duration: 0.98 Hrs

Order's Audit Trail of Events

1    06/08/22 1235 P.MOSAS    Order ENTER in POM
2    06/08/22 1235 P.MOSAS    Ordering Doctor: Simon,John C  MD
3    06/08/22 1235 P.MOSAS    Order Source: EPOM
4    06/08/22 1235 P.MOSAS    Other Doctor: Mossbarger,Ashley  APRN
5    06/08/22 1235 P.MOSAS    Signed by Mossbarger,Ashley  APRN
6    06/08/22 1235 P.MOSAS    VIEWED LAB TEST RESULTS
7    06/08/22 1235 P.MOSAS    Test Group C.SCRMGK
8    06/08/22 1235 P.MOSAS    LABORATORY
9    06/08/22 1235 P.MOSAS    Date      Time Test       Result  Flag        Normal Range
10   06/08/22 1235 P.MOSAS    06/08/22 0622 NA           136                 136-145 meq/L
11   06/08/22 1235 P.MOSAS    06/07/22 0953 NA           137                 136-145 meq/L
12   06/08/22 1235 P.MOSAS    06/08/22 0622 K            3.4  L              3.5-5.1
13   06/08/22 1235 P.MOSAS    06/07/22 0953 K            3.4  L              3.5-5.1
14   06/08/22 1235 P.MOSAS    06/08/22 0622 CREA         0.72                0.67-1.17 mg/d
15   06/08/22 1235 P.MOSAS    Creatinine method is IDMS traceable
16   06/08/22 1235 P.MOSAS    06/07/22 0953 CREA         0.92                0.67-1.17 mg/d
17   06/08/22 1235 P.MOSAS    Creatinine method is IDMS traceable
18   06/08/22 1235 P.MOSAS    06/08/22 0622 CALCIUM      8.6                 8.5-10.1 mg/dL
19   06/08/22 1235 P.MOSAS    06/07/22 0953 CALCIUM      9.3                 8.5-10.1 mg/dL
20   06/08/22 1235 P.MOSAS    06/08/22 0622 PHOS         2.3  L              2.5-4.9 mg/dL
21   06/08/22 1235 P.MOSAS    06/08/22 0622 MG           1.7  L              1.8-2.4 mg/dL
22   06/08/22 1235 P.MOSAS    06/07/22 0953 MG           1.8                 1.8-2.4 mg/dL
23   06/09/22 1245 FNU.LMC1   order acknowledged
24   06/08/22 1255 COEDB      EDIT in PHA
25   06/08/22 1255 COEDB      EDIT
26   06/08/22 1255 COEDB      Edit Dr: Simon,John C  MD         Edit Source: Dep Process/Procedur
27   06/08/22 1255 COEDB      FROM:
28   06/08/22 1255 COEDB      START: 06/08/22-1235  STOP: 06/08/22-1334   SOFT STOP:
29   06/08/22 1255 COEDB      TO:
30   06/08/22 1255 COEDB      START: 06/08/22-1300  STOP: 06/08/22-1359   SOFT STOP-
31   06/08/22 1255 COEDB      RULES AT EDIT in PHA
32   06/08/22 1255 COEDB      RULES AT EDIT
33   06/08/22 1255 COEDB      MAG100IN:  Formulary comments were displayed during verification.
34   06/08/22 1255 COEDB      VERIFIED in PHA
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                           PAGE 44
RUN TIME: 0100                        IUEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:  MARSHALL,JOHN GILBERT            A/S: 63 M        ADMIT:     06/07/22
ACCOUNT NO: F00046503219                   LOC: F.HS4       DISCH/DEP: 06/09/22
                                           RM:  F.405       STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD             BD:  A           UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
35  06/08/22 1255 COEDB   VERIFIED
36  06/08/22 1255 COEDB   Edit Dr: Simon,John C  MO              Edit Source: Dep Process/Procedur
37  06/08/22 1255 COEDB   VIEWED LAB TEST RESULTS in PHA
38  06/08/22 1255 COEDB   VIEWED LAB TEST RESULTS
39  06/08/22 1255 COEDB   Test Group C.SCRMGK
40  06/08/22 1255 COEDB   LABORATORY
41  06/08/22 1255 COEDB   Date     Time Test        Result   Flag        Normal Range
42  06/08/22 1255 COEDB   06/08/22 0622 NA          136                  136-145 meq/L
43  06/08/22 1255 COEDB   06/07/22 0953 NA          137                  136-145 meq/L
44  06/08/22 1255 COEDB   06/08/22 0622 K           3.4  L              3.5-5.1
45  06/08/22 1255 COEDB   06/07/22 0953 K           3.4  L              3.5-5.1
46  06/08/22 1255 COEDB   06/08/22 0622 CREA        0.72               0.67-1.17 mg/dL
47  06/08/22 1255 COEDB   Creatinine method is IDMS traceable
48  06/08/22 1255 COEDB   06/07/22 0953 CREA        0.92               0.67-1.17 mg/dL
49  06/08/22 1255 COEDB   Creatinine method is IDMS traceable
50  06/08/22 1255 COEDB   06/08/22 0622 CALCIUM     8.6                8.5-10.1 mg/dL
51  06/08/22 1255 COEDB   06/07/22 0953 CALCIUM     9.3                8.5-10.1 mg/dL
52  06/08/22 1255 COEDB   06/08/22 0622 PHOS        2.3  L             2.5-4.9 mg/dL
53  06/08/22 1255 COEDB   06/08/22 0622 MG          1.7  L             1.8-2.4 mg/dL
54  06/08/22 1255 COEDB   06/07/22 0953 MG          1.8                1.8-2.4 mg/dL
55  06/08/22 1304 FNU.LHCI  order acknowledged
56  06/08/22 1359 SCHEDULER  DISCONTINUE in PHA
57  06/08/22 1423 P.SIMJO   Signed by Simon,John C  MD
```

Electronically signed by Hossbarger,Ashley  APRN on 06/08/22 at 1235

Electronically signed by Simon,John C  MD on 06/08/22 at 1423

```
Order Date: 06/08/22                        ---Service---
Category   Procedure Name          Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
MED.COCLV  MEDICATION              20220608-0758 06/08/22 1300 R      E       CMP      SIMJO
Other Provider : HOSAS   Sig Lvl Provider :
RX: 10402046                       Start: 06/08/22  1300    ONE  CMP
                                   Stop:  06/08/22  1301
     Potassium Chloride ER  Tab (K Dur  Tab)
     Dose: 40 MEQ
     Route: PO                     Direction: ONCE

  Order's Audit Trail of Events

1   06/08/22 1235 P.HOSAS   Order ENTER in POM
2   06/08/22 1235 P.HOSAS   Ordering Doctor: Simon,John C  MD
3   06/08/22 1235 P.HOSAS   Order Source  EPOM
4   06/08/22 1235 P.HOSAS   Other Doctor  Hossbarger,Ashley  APRN
5   06/08/22 1235 P.HOSAS   Signed by Hossbarger,Ashley  APRN
6   06/08/22 1235 P.HOSAS   VIEWED LAB TEST RESULTS
7   06/08/22 1235 P.HOSAS   Test Group C SCRMGK
8   06/08/22 1235 P.HOSAS   LABORATORY
9   06/08/22 1235 P.HOSAS   Date     Time Test        Result  Flag       Normal Range
10  06/08/22 1235 P.HOSAS   06/08/22 0622 NA          136                136-145 meq/L
11  06/08/22 1235 P.HOSAS   06/07/22 0953 NA          137                136-145 meq/L
12  06/08/22 1235 P.HOSAS   06/08/22 0622 K           3.4  L             3.5-5.1
13  06/08/22 1235 P.HOSAS   06/07/22 0953 K           3.4  L             3.5-5.1
14  06/08/22 1235 P.HOSAS   06/08/22 0622 CREA        0.72               0.67-1.17 mg/d
15  06/08/22 1235 P.HOSAS   Creatinine method is IDMS traceable
16  06/08/22 1235 P.HOSAS   06/07/22 0953 CREA        0.92               0.67-1.17 mg/d
```

PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                      PAGE 45
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT          A/S: 63 M       ADMIT:     06/07/22
ACCOUNT NO: F00046503219                  LOC: F.MS4      DISCH/DEP: 06/09/22
                                          RM:  F.405      STATUS:    IN
                                          BD:  A          UNIT NO:   F001029598
ATTEND DR: Hidalgo,Marco E  MD
REPORT STATUS: FINAL
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | 06/08/22 1235 P.HOSAS | Creatinine method is IDMS traceable | | | | |
| 18 | 06/08/22 1235 P.HOSAS | 06/08/22 0622 CALCIUM | 8.6 | | | 8.5-10.1 mg/dL |
| 19 | 06/08/22 1235 P.HOSAS | 06/07/22 0953 CALCIUM | 9.3 | | | 8.5-10.1 mg/dL |
| 20 | 06/08/22 1235 P.HOSAS | 06/08/22 0622 PHOS | 2.3 | L | | 2.5-4.9 mg/dL |
| 21 | 06/08/22 1235 P.HOSAS | 06/08/22 0622 MG | 1.7 | L | | 1.8-2.4 mg/dL |
| 22 | 06/08/22 1235 P.HOSAS | 06/07/22 0953 MG | 1.8 | | | 1.8-2.4 mg/dL |
| 23 | 06/08/22 1245 FNU.LHC1 | order acknowledged | | | | |
| 24 | 06/08/22 1254 COEDB | EDIT in PHA | | | | |
| 25 | 06/08/22 1254 COEDB | EDIT | | | | |
| 26 | 06/08/22 1254 COEDB | Edit Dr: Simon,John C  MD | | | Edit Source: Dep Process/Procedur | |
| 27 | 06/08/22 1254 COEDB | FROM. | | | | |
| 28 | 06/08/22 1254 COEDB | START: 06/08/22-1235   STOP: 06/08/22-1236   SOFT STOP: | | | | |
| 29 | 06/08/22 1254 COEDB | TO. | | | | |
| 30 | 06/08/22 1254 COEDB | START: 06/08/22-1300   STOP: 06/08/22-1301   SOFT STOP: | | | | |
| 31 | 06/08/22 1254 COEDB | RULES AT EDIT in PHA | | | | |
| 32 | 06/08/22 1254 COEDB | RULES AT EDIT | | | | |
| 33 | 06/08/22 1254 COEDB | K-DUOT20:  Formulary comments were displayed during verification. | | | | |
| 34 | 06/08/22 1254 COEDB | VERIFIED in PHA | | | | |
| 35 | 06/08/22 1254 COEDB | VERIFIED | | | | |
| 36 | 06/08/22 1254 COEDB | Edit Dr: Simon,John C  MD | | | Edit Source: Dep Process/Procedur | |
| 37 | 06/08/22 1254 COEDB | VIEWED LAB TEST RESULTS in PHA | | | | |
| 38 | 06/08/22 1254 COEDB | VIEWED LAB TEST RESULTS | | | | |
| 39 | 06/08/22 1254 COEDB | Test Group C.SCRMGK | | | | |
| 40 | 06/08/22 1254 COEDB | LABORATORY | | | | |
| 41 | 06/08/22 1254 COEDB | Date    Time Test | Result | Flag | | Normal Range |
| 42 | 06/08/22 1254 COEDB | 06/08/22 0622 NA | 136 | | | 136-145 meq/L |
| 43 | 06/08/22 1254 COEDB | 06/07/22 0953 NA | 137 | | | 136-145 meq/L |
| 44 | 06/08/22 1254 COEDB | 06/08/22 0622 K | 3.4 | L | | 3.5-5.1 |
| 45 | 06/08/22 1254 COEDB | 06/07/22 0953 K | 3.4 | L | | 3.5-5.1 |
| 46 | 06/08/22 1254 COEDB | 06/08/22 0622 CREA | 0.72 | | | 0.67-1.17 mg/dL |
| 47 | 06/08/22 1254 COEDB | Creatinine method is IDMS traceable | | | | |
| 48 | 06/08/22 1254 COEDB | 06/07/22 0953 CREA | 0.92 | | | 0.67-1.17 mg/dL |
| 49 | 06/08/22 1254 COEDB | Creatinine method is IDMS traceable | | | | |
| 50 | 06/08/22 1254 COEDB | 06/08/22 0622 CALCIUM | 8.6 | | | 8.5-10.1 mg/dL |
| 51 | 06/08/22 1254 COEDB | 06/07/22 0953 CALCIUM | 9.3 | | | 8.5-10.1 mg/dL |
| 52 | 06/08/22 1254 COEDB | 06/08/22 0622 PHOS | 2.3 | L | | 2.5-4.9 mg/dL |
| 53 | 06/08/22 1254 COEDB | 06/08/22 0622 MG | 1.7 | L | | 1.8-2.4 mg/dL |
| 54 | 06/08/22 1254 COEDB | 06/07/22 0953 MG | 1.8 | | | 1.8-2.4 mg/dL |
| 55 | 06/08/22 1301 SCHEDULER | DISCONTINUE in PHA | | | | |
| 56 | 06/08/22 1303 FNU.LHC1 | order acknowledged | | | | |
| 57 | 06/08/22 1423 P.SIMJO | Signed by Simon,John C. MD | | | | |

Electronically signed by Hossberger,Ashley  APRN on 05/08/22 at 1235

Electronically signed by Simon,John C. MD on 06/08/22 at 1423

```
Order Date: 06/08/22                        ----Service----
  Category   Procedure Name            Order Number  Date    Time Pri Qty Ord Source Status  Ordered By
  CONS       CASE Manage/SOCIAL Svc CONSULT 20220608-0036 06/08/22   R    E          TRN     SIMJO
  Other Provider : MOSAS      Sig Lvl Provider :

  Reason for CM/SS Consult:       Discharge Planning

  HOSPITAL BED
  Patient requires the HOB to elevated >30 degrees most of the time due to
```

## PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22              MEDITECH FACILITY: COCLV                    PAGE 46
RUN TIME: 0100                  IDEV   Discharge Report
RUN USER: HPF.FEED
-------------------------------------------------------------------------------------
PATIENT:  MARSHALL,JOHN GILBERT      A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219             LOC: F.MS4     DISCH/DEP: 06/09/22
                                     RM:  F.405     STATUS:     IN
ATTEND DR: Hidalgo,Marco E  MD       BD:  A         UNIT NO:    F001029598
REPORT STATUS: FINAL
```

CHF, COPD, ASPIRATION

Patient has a medical condition that requires positioning of the body in a

not feasible with an ordinary bed to alleviate pain

Patient requires a bed height different than a fixed height bed to permit

transfer to chair, wheelchair or standing position

3-IN-1 BEDSIDE COMMODE

Patient requires the use of a walker with wheels to complete ADL's in the

home. Patient
is safe ambulating at walker level. Patient is unable to use cane or crutch


WHEELCHAIR WITH LEG LIFTS
Can mobility limitations be resolved by the use of appropriately fitted can

e or walker
Will use of manual wheelchair in the home significantly improve the patient

s ability to
participate in MRADLs
Does the patient have sufficient upper extremity and mental capacity needed

to
self-propel the wheelchair


On this date, I certify that this patient is under my care and I have had a

face-to-face encounter with the patient.


WOUND CARE

MEDICATION MANAGEMENT

WOUND VAC
*** Completed paper form is REQUIRED for Insurance Purposes ***

Please see Case Manager

HOME INFUSION

HOME OXYGEN
2
4
4
LPM
LPM via nasal cannula


SKILLED NURSING PLACEMENT
HOSPICE


## PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                      PAGE 47
RUN TIME: 0100                        IDEV · Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT         A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                 LOC: F.MS4     DISCH/DEP: 06/09/22
                                         RM:  F.405     STATUS:     IN
ATTEND DR: Hidalgo,Marco E  MD           BD:  A         UNIT NO:    F001029598
REPORT STATUS: FINAL
```

LTAC EVALUATION
OFFICE OF PROTECTIVE SERVICES

SUBSTANCE ABUSE
PSYCH PLACEMENT
REHAB - INPATIENT

REHAB - OUTPATIENT
OUTPATIENT DIALYSIS

TRANSFER - OTHER FACILITY
Discharge Planning Comments:        please provide patient with list of PCP accepting his
                                    insurance. Thanks

AHI (if known):
.
.

Order's Audit Trail of Events

1    06/08/22 1238 P.HOSAS     Order ENTER in PCM
2    06/08/22 1238 P.HOSAS     Ordering Doctor: Simon,John C  MD
3    06/08/22 1238 P.HOSAS     Order Source: EPCM
4    06/08/22 1238 P.HOSAS     Other Doctor: Hossbarger,Ashley  APRN
5    06/08/22 1238 P.HOSAS     Signed by Hossbarger,Ashley  APRN
6    06/08/22 1423 P.SIMJO     Signed by Simon,John C  MD

            Electronically signed by Hossbarger,Ashley  APRN on 06/08/22 at 1238

            Electronically signed by Simon,John C  MD on 06/08/22 at 1423

```
Order Date: 06/08/22                    ——Service——
Category   Procedure Name               Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
LAB        CBC COMPLETE WITH AUTO DIFF  20220609-0194 06/09/22 0401 R       E    CHP            SIMJO
Other Provider : HOSAS       Sig Lvl Provider :
```
.

Order's Audit Trail of Events

1    06/08/22 1238 P.HOSAS     Order ENTER in PCM
2    06/08/22 1238 P.HOSAS     Order from set: AM LABS
3    06/08/22 1238 P.HOSAS     Ordering Doctor: Simon,John C  MD
4    06/08/22 1238 P.HOSAS     Order Source: EPCM
5    06/08/22 1238 P.HOSAS     Other Doctor: Hossbarger,Ashley  APRN
6    06/08/22 1238 P.HOSAS     AM was entered as Service Time
7    06/08/22 1238 P.HOSAS     Signed by Hossbarger,Ashley  APRN
8    06/08/22 1423 P.SIMJO     Signed by Simon,John C  MD
9    06/09/22 0000 interface   cc'd doctors edited in LAB
10   06/09/22 0000 interface   order's status changed from TRANS to LOGGED by LAB
11   06/09/22 0527 interface   order's status changed from LOGGED to IN PRO by LAB
12   06/09/22 0646 interface   order's status changed from IN PRO to COMP by LAB

            Electronically signed by Hossbarger,Ashley  APRN on 06/08/22 at 1238

            Electronically signed by Simon,John C  MD on 06/08/22 at 1423

## PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV              PAGE 48
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT      A/S: 63 M       ADMIT:      06/07/22
ACCOUNT NO: F00046503219              LOC: F.MS4      DISCH/DEP: 06/09/22
                                      RM:  F.405      STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD        BD:  A          UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
Order Date: 06/08/22                          ---Service---
   Category   Procedure Name          Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
   LAB        COMPREHENSIVE METABOLIC  20220609-0195 06/09/22 0401 R      E         CMP       SIMJO
   Other Provider : MOSAS     Sig Lvl Provider :


   Order's Audit Trail of Events

1     06/08/22 1238 P.MOSAS    Order ENTER in POM
2     06/08/22 1238 P.MOSAS    Order from set: AM LABS
3     06/08/22 1238 P.MOSAS    Ordering Doctor: Simon,John C  MD
4     06/08/22 1238 P.MOSAS    Order Source: EPOM
5     06/08/22 1238 P.MOSAS    Other Doctor: Mossbarger,Ashley  APRN
6     06/08/22 1238 P.MOSAS    AM was entered as Service Time
7     06/08/22 1238 P.MOSAS    Signed by Mossbarger,Ashley  APRN
8     06/08/22 1423 P.SIMJO    Signed by Simon,John C  MD
9     06/09/22 0000 interface  cc'd doctors edited in LAB
10    06/09/22 0000 interface  order's status changed from TRANS to LOGGED by LAB
11    06/09/22 0627 interface  order's status changed from LOGGED to IN PRO by LAB
12    06/09/22 0657 interface  order's status changed from IN PRO to COMP by LAB

           Electronically signed by Mossbarger,Ashley  APRN on 06/08/22 at 1238

           Electronically signed by Simon,John C  MD on 06/08/22 at 1423
```

```
Order Date: 06/08/22                          ---Service---
   Category   Procedure Name          Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
   LAB        MAGNESIUM (MG)          20220609-0196 06/09/22 0401 R      E         CMP       SIMJO
   Other Provider : MOSAS     Sig Lvl Provider :


   Order's Audit Trail of Events

1     06/08/22 1238 P.MOSAS    Order ENTER in POM
2     06/08/22 1238 P.MOSAS    Order from set: AM LABS
3     06/08/22 1238 P.MOSAS    Ordering Doctor: Simon,John C  MD
4     06/08/22 1238 P.MOSAS    Order Source: EPOM
5     06/08/22 1238 P.MOSAS    Other Doctor: Mossbarger,Ashley  APRN
6     06/08/22 1238 P.MOSAS    AM was entered as Service Time
7     06/08/22 1238 P.MOSAS    Signed by Mossbarger,Ashley  APRN
8     06/08/22 1423 P.SIMJO    Signed by Simon,John C  MD
9     06/09/22 0000 interface  cc'd doctors edited in LAB
10    06/09/22 0000 interface  order's status changed from TRANS to LOGGED by LAB
11    06/09/22 0627 interface  order's status changed from LOGGED to IN PRO by LAB
12    06/09/22 0657 interface  order's status changed from IN PRO to COMP by LAB

           Electronically signed by Mossbarger,Ashley  APRN on 06/08/22 at 1238

           Electronically signed by Simon,John C  MD on 06/08/22 at 1423
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                      MEDITECH FACILITY: COCLV                              PAGE 40
RUN TIME: 0100                          IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:  MARSHALL,JOHN GILBERT         A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                LOC: F.MS4     DISCH/DEP:  06/09/22
                                        RM:  F.405     STATUS:     IN
ATTEND DR: Hidalgo,Marco E  MD          BD:  A         UNIT NO:    F001029598
REPORT STATUS: FINAL
```

Order Date: 06/08/22                          ---Service---
Category    Procedure Name                Order Number  Date   Time Pri Qty Ord Source Status    Ordered By
OSD         Order set tracking            20220608-0062 06/08/22 1237 R                      TRN   SIMJO
Other Provider : MOSAS        Sig Lvl Provider :
  < DO NOT MODIFY ..FOR TRACKING ONLY >


  Order Set Used.               AM LABS
  Version:                      3
  Approved by:                  THS
  THS approval date:            10/25/21

  Order's Audit Trail of Events

  1    06/08/22 1238 P.MOSAS    Order ENTER in PCM
  2    06/08/22 1238 P.MOSAS    Order from set: AM LABS
  3    06/08/22 1238 P.MOSAS    Ordering Doctor: Simon,John C  MD
  4    06/08/22 1238 P.MOSAS    Other Doctor: Mossbarger,Ashley  APRN
  5    06/08/22 1238 P.MOSAS    Signed by Mossbarger,Ashley  APRN


Order Date: 06/08/22                          ---Service---
Category    Procedure Name                Order Number  Date   Time Pri Qty Ord Source Status    Ordered By
OTI         OT: Evaluation Low Complex $  20220608-0133 06/08/22 1408                    IPR   HIDMA
Other Provider :             Sig Lvl Provider :

  Order's Audit Trail of Events

  1    06/08/22 1408 FPT.HN     Order ENTER in NUR
  2    06/08/22 1408 FPT.HN     Ordering Doctor: Hidalgo,Marco E  MD
  3    06/08/22 1408 FPT.HN     order originated from NUR.


Order Date: 06/08/22                          ---Service---
Category    Procedure Name                Order Number  Date   Time Pri Qty Ord Source Status    Ordered By
OTI         OT: Evaluation Mod Complex $  20220608-0134 06/08/22 1408                    IPR   HIDMA
Other Provider :             Sig Lvl Provider :

  Order's Audit Trail of Events

  1    06/08/22 1408 FPT.HN     Order ENTER in NUR
  2    06/08/22 1408 FPT.HN     Ordering Doctor: Hidalgo,Marco E  MD
  3    06/08/22 1408 FPT.HN     order originated from NUR.


Order Date: 06/08/22                          ---Service---
Category    Procedure Name                Order Number  Date   Time Pri Qty Ord Source Status    Ordered By
OTI         OT: Evaluation High Complex $ 20220608-0135 06/08/22 1408                    IPR   HIDMA
Other Provider :             Sig Lvl Provider :
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                   MEDITECH FACILITY: COCLV                          PAGE 50
RUN TIME: 0100                       IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  MARSHALL,JOHN GILBERT            A/S: 63 M     ADMIT:     06/07/22
ACCOUNT NO: F00046503219                   LOC: F.MS4    DISCH/DEP: 06/09/22
                                           RM:  F.405    STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD             BD:  A        UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Order's Audit Trail of Events

```
1    06/08/22 1408 FPT.HN     Order ENTER in NUR
2    06/08/22 1408 FPT.HN     Ordering Doctor: Hidalgo,Marco E  MD
3    06/08/22 1408 FPT.HN     order originated from NUR.
```

```
Order Date: 06/08/22                          ----Service----
Category   Procedure Name            Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
OTI        OT: Evaluation $          20220608-0136 06/08/22 1408                    IPR      HIDMA
Other Provider :         Sig Lvl Provider :
NUR DIRECTIONS:  ----START----
                 DATE    TIME DIRECTIONS
             1  06/08/22 1408 PRN            AS NEEDED
```

Order's Audit Trail of Events

```
1    06/08/22 1408 FPT.HN     Order ENTER in NUR
2    06/08/22 1408 FPT.HN     Ordering Doctor: Hidalgo,Marco E  MD
3    06/08/22 1408 FPT.HN     order originated from NUR.
```

```
Order Date: 06/08/22                          ----Service----
Category   Procedure Name            Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
OTI        OT: Cognitive Training $  20220608-0143 06/08/22 1408                    IPR      HIDMA
Other Provider :         Sig Lvl Provider :
NUR DIRECTIONS:  ----START----
                 DATE    TIME DIRECTIONS
             1  06/08/22 1408 PRN            AS NEEDED
```

Order's Audit Trail of Events

```
1    06/08/22 1408 FPT.HN     Order ENTER in NUR
2    06/08/22 1408 FPT.HN     Ordering Doctor: Hidalgo,Marco E  MD
3    06/08/22 1408 FPT.HN     order originated from NUR.
```

```
Order Date: 06/08/22                          ----Service----
Category   Procedure Name            Order Number  Date    Time Pri Qty Ord Source Status   Ordered By
OTI        OT: Splint Fabricate Wrist/For 20220608-0144 06/08/22 1408               IPR      HIDMA
Other Provider :         Sig Lvl Provider :
NUR DIRECTIONS:  ----START----
                 DATE    TIME DIRECTIONS
             1  06/08/22 1408 PRN            AS NEEDED
```

Order's Audit Trail of Events

```
1    06/08/22 1408 FPT.HN     Order ENTER in NUR
2    06/08/22 1408 FPT.HN     Ordering Doctor: Hidalgo,Marco E  MD
3    06/08/22 1408 FPT.HN     order originated from NUR.
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                     MEDITECH FACILITY: COCLV                          PAGE 51
RUN TIME: 0100                         1DEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT       A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219               LOC: F.MS4     DISCH/DEP: 06/09/22
                                       RM: F.405      STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD         BD: A          UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Order Date: 06/08/22                              ---Service---
Category   Procedure Name              Order Number  Date    Time Pri Qty Ord Source Status    Ordered By
OTI        OT: Functional Mobility/TA III 20220608-0147 06/08/22 1408                    IPR      HIDMA
Other Provider :            Sig Lvl Provider :
NUR DIRECTIONS:   ----START----
                  DATE    TIME DIRECTIONS
              1  06/08/22 1408 PRN          AS NEEDED

  Order's Audit Trail of Events

1    06/08/22 1408 FPT.HN     Order ENTER in NUR
2    06/08/22 1408 FPT.HN     Ordering Doctor: Hidalgo,Marco E  MD
3    06/08/22 1408 FPT.HN     order originated from NUR.


Order Date: 06/08/22                              ---Service---
Category   Procedure Name              Order Number  Date    Time Pri Qty Ord Source Status    Ordered By
OTI        OT: Re-evaluation $         20220608-0151 06/08/22 1408                    IPR      HIDMA
Other Provider :            Sig Lvl Provider :
NUR DIRECTIONS:   ----START----
                  DATE    TIME DIRECTIONS
              1  06/08/22 1408 PRN          AS NEEDED

  Order's Audit Trail of Events

1    06/08/22 1408 FPT.HN     Order ENTER in NUR
2    06/08/22 1408 FPT.HN     Ordering Doctor: Hidalgo,Marco E  MD
3    06/08/22 1408 FPT.HN     order originated from NUR


Order Date: 06/08/22                              ---Service---
Category   Procedure Name              Order Number  Date    Time Pri Qty Ord Source Status    Ordered By
OTI        OT: Orthotic Fit/Train III $ 20220608-0154 06/08/22 1408                    IPR      HIDMA
Other Provider :            Sig Lvl Provider :
NUR DIRECTIONS:   ----START----
                  DATE    TIME DIRECTIONS
              1  06/08/22 1408 PRN          AS NEEDED

  Order's Audit Trail of Events

1    06/08/22 1408 FPT.HN     Order ENTER in NUR
2    06/08/22 1408 FPT.HN     Ordering Doctor: Hidalgo,Marco E  MD
3    06/08/22 1408 FPT.HN     order originated from NUR.


Order Date: 06/09/22                              ---Service---
Category   Procedure Name              Order Number  Date    Time Pri Qty Ord Source Status    Ordered By
NUR.PHYS   zMD:Durable Medical Equip-Home 20220609-0143 06/09/22      T      IPR      HIDMA
Other Provider : COHJE      Sig Lvl Provider :
  Press <Enter> for Order Details below


                        PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                    PAGE 52
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT      A/S: 63 M      ADMIT:        06/07/22
ACCOUNT NO: F00046503219              LOC: F.MS4     DISCH/DEP: 06/09/22
                                      RM:  F.405     STATUS:       IN
ATTEND DR: Hidalgo,Marco E  MD        BD:  A         UNIT NO:    F001029598
REPORT STATUS: FINAL
```

Durable Medical Equipment:        Rolling Walker

Order's Audit Trail of Events

1  06/09/22 0945 FUR.GL    Order ENTER in OM
2  06/09/22 0945 FUR.GL    Ordering Doctor: Hidalgo,Marco E  MD
3  06/09/22 0945 FUR.GL    Order Source: Telephone & Readback
4  06/09/22 0945 FUR.GL    Other Doctor: Cohen,Jennifer L  PA
5  06/09/22 0945 interface  order's status changed from TRANS to ACTIVE by NUR
6  06/09/22 1511 P/COHJE    Signed by Cohen,Jennifer L  PA
7  06/09/22 1840 P.HIDMA    Signed by Hidalgo,Marco E  MD

        Electronically Signed by Cohen,Jennifer L  PA on 06/09/22 at 1511

        Electronically Signed by Hidalgo,Marco E  MD on 06/09/22 at 1840

---

Order Date: 06/09/22                    ——Service——
Category   Procedure Name             Order Number  Date   Time Pri Qty Ord Source Status  Ordered By
MED.COCLV  MEDICATION                 20220609-0628 06/09/22 1800 R    1 Z        CKP      HIDMA
Other Provider :             Sig Lvl Provider :
RX: 10403338                           Start: 06/09/22  1800    SCH  CHP
                                       Stop: 07/09/22  1759

     Lidocaine Patch 5% (Lidoderm Patch 5%)
     Dose: 1 PATCH
     Route: TOPICAL               Direction: DAILY 1800
     Special instructions: On for 12 hours, off for 12 hours

  Order's Audit Trail of Events

1  06/09/22 1002 FRX.THN    Order ENTER in PHA
2  06/09/22 1002 FRX.THN    Ordering Doctor: Hidalgo,Marco E  MD
3  06/09/22 1002 FRX.THN    Order Source: Dep Process/Procedur
4  06/09/22 1033 FNU.HM2    order acknowledged
5  06/09/22 1511 DISCHARGE  DISCONTINUE in PHA

---

Order Date: 06/09/22                    ——Service——
Category   Procedure Name             Order Number  Date   Time Pri Qty Ord Source Status  Ordered By
DC         Discharge Order with Parameter 20220609-0017 06/09/22 1120 R    E       TRN     HIDMA
Other Provider : COHJE       Sig Lvl Provider :

   The admission order indicated an expected stay of two or more midnights.

   Please
   provide rationale for discharge earlier than expected.

   Discharge Requirements/Parameters:
                                06/09/22
   Discharge Parameters:        DME received


                    PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lin.eview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                    MEDITECH FACILITY: COCLV                      PAGE 53
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL,JOHN GILBERT          A/S: 63 M        ADMIT:      06/07/22
ACCOUNT NO: F00048503219                  LOC: F.MS4       DISCH/DEP: 06/09/22
                                          RM:  F.405       STATUS:     IN
ATTEND DR: Hidalgo,Marco E  MD            BD:  A           UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Discharge order with parameter:
                                    Y
IPD Pop Up Generated:               N

Notify attending when discharge parameter met:
                                    No
Call if parameters not met:         Cohen,Jennifer L  PA
Phone:                              (985)892-4374
Discharge to:                       Home Health wPlan of Care

Diet:                               Regular
Activity:                           Crutches/Walker
                                    No Driving
                                    No Lifting
                                    No Sports/Activities
                                    No Strenuous Activity
                                    Shower Only
                                    Walk 3 times a day
                                    non WB RLE
                                    no prosthetic 2-3 weeks

Does patient have any of the following conditions at discharge?
                                    None

Additional Discharge Routines:      Consultant Follow-Up
                                    PCP Follow-Up

PCP follow up timeframe:            In 1-2 wks
PCP:                                Kanagala,Anita  MD
PCP phone:                          (985)892-6858

PCP special instructions:          htn during admission
Notify PCP of Signs/Symptoms:       Chest Pain
                                    Shortness of breath
                                    Temp. 101 or greater
                                    Increased swelling
                                    Increased redness

PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22              MEDITECH FACILITY: COCLV              PAGE 54
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:  MARSHALL,JOHN GILBERT          A/S: 63 M       ADMIT:      06/07/22
ACCOUNT NO: F00046503219                 LOC: F.MS4      DISCH/DEP: 06/09/22
                                         RM:  F.405      STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD           BD:  A          UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Order's Audit Trail of Events

```
1    06/09/22 1120 P.COHJE     Order ENTER in POM
2    06/09/22 1120 P.COHJE     Ordering Doctor: Hidalgo,Marco E  MD
3    06/09/22 1120 P.COHJE     Order Source: EPOM
4    06/09/22 1120 P.COHJE     Other Doctor: Cohen,Jennifer L  PA
5    06/09/22 1120 P.COHJE     Signed by Cohen,Jennifer L  PA
6    06/09/22 1120 P.COHJE     This procedure has reflexed the following order(s)
7    06/09/22 1120 P.COHJE     zMD: Telemetry Discontinue (NUR.PHYS)
8    06/09/22 1120 P.COHJE     Discharge Follow Up (DC)
9    06/09/22 1258 P.COHJE     Order EDIT in POM
10   06/09/22 1258 P.COHJE     Ordering Doctor: Hidalgo,Marco E  MD
11   06/09/22 1258 P.COHJE     Order Source: EPOM
12   06/09/22 1258 P.COHJE     Other Doctor: Cohen,Jennifer L  PA
13   06/09/22 1258 P.COHJE     Signed by Cohen,Jennifer L  PA
14   06/09/22 1258 P.COHJE     Query: PCP:
15   06/09/22 1258 P.COHJE     old response -
16   06/09/22 1258 P.COHJE     new response - KAHAN
17   06/09/22 1258 P.COHJE     Query: PCP phone:
18   06/09/22 1258 P.COHJE     old response -
19   06/09/22 1258 P.COHJE     new response - (985)892-6858
20   06/09/22 1258 P.COHJE     Query: PCP follow up timeframe:
21   06/09/22 1258 P.COHJE     old response -
22   06/09/22 1258 P.COHJE     new response - In 1-2 wks
23   06/09/22 1258 P.COHJE     Query: PCP special instructions.
24   06/09/22 1258 P.COHJE     new response set: htn during admission
25   06/09/22 1258 P.COHJE     Query: Additional Discharge Routines:
26   06/09/22 1258 P.COHJE     old response set: Consul F/U
27   06/09/22 1259 P.COHJE     new response set: Consul F/U
28   06/09/22 1258 P.COHJE     PCP F/U
29   06/09/22 1258 P.COHJE     Query: Notify PCP of Signs/Symptoms
30   06/09/22 1258 P.COHJE     new response set: Chest Pain
31   06/09/22 1258 P COHJE     SOB
32   06/09/22 1258 P.COHJE     Temp 101
33   06/09/22 1258 P.COHJE     Inc swell
34   06/09/22 1258 P.COHJE     Inc redness
35   06/09/22 1840 R.HIDMA     Signed by Hidalgo,Marco E  MD
```

Electronically signed by Cohen,Jennifer L  PA on 06/09/22 at 1258

Electronically signed by Hidalgo,Marco E  MD on 06/09/22 at 1840

```
Order Date: 06/09/22                      ---Service---
Category    Procedure Name          Order Number  Date    Time Pri Qty Ord Source Status  Ordered By
NUR.PHYS    zMD: Telemetry Discontinue  20220609-0160 06/09/22        E        IPR    HIDMA
Other Provider : COHJE      Sig Lvl Provider :
```

Order's Audit Trail of Events

```
1    06/09/22 1120 P.COHJE     Order ENTER in POM
2    06/09/22 1120 P.COHJE     Order from set: DC Set
3    06/09/22 1120 P.COHJE     Ordering Doctor: Hidalgo,Marco E  MD
4    06/09/22 1120 P.COHJE     Order Source: EPOM
5    06/09/22 1120 P.COHJE     Other Doctor: Cohen,Jennifer L  PA
6    06/09/22 1120 P.COHJE     Signed by Cohen,Jennifer L  PA
```

## PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22              MEDITECH FACILITY: COCLV                    PAGE 55
RUN TIME: 0100                  IBEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:    MARSHALL,JOHN GILBERT       A/S: 63 M      ADMIT:      06/07/22
ACCOUNT NO: F00046503219                LOC: F.MS4     DISCH/DEP: 06/09/22
                                        RM: F.405      STATUS:    IN
ATTEND DR: Hidalgo,Marco E  MD          BD: A          UNIT NO:   F001029598
REPORT STATUS: FINAL
```

7   06/09/22 1120 P.COHJE    This Procedure was triggered by :
8   06/09/22 1120 P.COHJE    Discharge Order with Parameter (DC)
9   06/09/22 1121 interface  order's status changed from TRANS to ACTIVE by HUR
10  06/09/22 1840 P.HIDMA    Signed by Hidalgo,Marco E  MD

Electronically signed by Cohen,Jennifer L  PA on 06/09/22 at 1120

Electronically signed by Hidalgo,Marco E  MD on 06/09/22 at 1840

---

Order Date: 06/09/22                        ---Service---
Category    Procedure Name        Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
DC          Discharge Follow Up   20220609-0018 06/09/22 1120 R       E          TRN     HIDMA
Other Provider : COHJE         Sig Lvl Provider :

    Consulting provider 1:      Boyce,Tiffanie  PA
    Specialty:                  Orthopedic Surgery
    Consult phone:              (985)867-2100
    Consult follow up timeframe.  In 2-3 wks

    Consult special instructions:   post op RLE
    .
    .
    .
    .
    .
    .
    .
    .
    .
    .
    .
    .
    .
    .

    Order's Audit Trail of Events

1   06/09/22 1120 P.COHJE    Order ENTER in POM
2   06/09/22 1120 P.COHJE    Order from set: Discharge Follow Up reflex
3   06/09/22 1120 P.COHJE    Ordering Doctor: Hidalgo,Marco E  MD
4   06/09/22 1120 P.COHJE    Order Source: EPOM
5   06/09/22 1120 P.COHJE    Other Doctor: Cohen,Jennifer L  PA
6   06/09/22 1120 P.COHJE    Signed by Cohen,Jennifer L  PA
7   06/09/22 1120 P.COHJE    This Procedure was triggered by :
8   06/09/22 1120 P.COHJE    Discharge Order with Parameter (DC)
9   06/09/22 1840 P.HIDMA    Signed by Hidalgo,Marco E  MD

Electronically signed by Cohen,Jennifer L  PA on 06/09/22 at 1120

Electronically signed by Hidalgo,Marco E  MD on 06/09/22 at 1840


PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

```
RUN DATE: 06/11/22                      MEDITECH FACILITY: COCLV                           PAGE 56
RUN TIME: 0100                          IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   MARSHALL.JOHN GILBERT          A/S: 63 M        ADMIT:       06/07/22
ACCOUNT NO: F00046503219                  LOC: F.MS4       DISCH/DEP: 06/09/22
                                          RM:  F.405       STATUS:      IN
ATTEND DR: Hidalgo.Marco E  MD            BD:  A           UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Order Date: 06/09/22                       —Service—
  Category   Procedure Name              Order Number  Date   Time Pri Qty Ord Source Status   Ordered By
  MED.COCLV   MEDICATION                 20220610-0062 06/10/22 0900 R      E          CMP     SIMJO
  Other Provider : MOSAS      Sig Lvl Provider :
  RX: 10403511                           Start: 06/10/22  0900    SCH  CMP
                                         Stop: 07/08/22   1259

        Lisinopril  Tab (Prinivil  Tab)
        Dose: 20 MG
        Route: PO                     Direction: DAILY

   Order's Audit Trail of Events

      06/08/22 1235 P.MOSAS      Order ENTER in POM
      06/08/22 1235 P.MOSAS      Ordering Doctor: Simon.John C  MD
      06/08/22 1235 P.MOSAS      Order Source: EPOM
      06/08/22 1235 P.MOSAS      Other Doctor: Hossbarger.Ashley  APRN
      06/08/22 1235 P.MOSAS      Signed by Hossbarger.Ashley APRN
      06/08/22 1235 P.MOSAS      VIEWED LAB TEST RESULTS
      06/08/22 1235 P.MOSAS      Test Group C.RENALK
      06/08/22 1235 P.MOSAS      LABORATORY
      06/08/22 1235 P.MOSAS      Date    Time Test          Result  Flag                Normal Range
      06/08/22 1235 P.MOSAS      06/08/22 0622 K              3.4  L                     3.5-5.1
      06/08/22 1235 P.MOSAS      06/07/22 0953 K              3.4  L                     3.5-5.1
      06/08/22 1235 P.MOSAS      06/08/22 0622 CREA           0.72                       0.67-1.17 mg/d
      06/08/22 1235 P.MOSAS      Creatinine method is IDMS traceable
      06/08/22 1235 P.MOSAS      06/07/22 0953 CREA           0.92                       0.67-1.17 mg/d
      06/08/22 1235 P.MOSAS      Creatinine method is IDMS traceable
      06/08/22 1245 FNU.LMC1     order acknowledged
      06/08/22 1253 COEDB        EDIT in PHA
      06/08/22 1253 COEDB        EDIT
      06/08/22 1253 COEDB        Edit Dr: Simon.John C  MD            Edit Source: Dep Process/Procedur
      06/08/22 1253 COEDB        FROM:
      06/08/22 1253 COEDB        START: 06/08/22-1234  STOP: 07/08/22-1233   SOFT STOP:
      06/08/22 1253 COEDB        TO:
      06/08/22 1253 COEDB        START: 06/08/22-1300  STOP: 07/08/22-1259   SOFT STOP: 0
      06/08/22 1253 COEDB        NOW DOSE in PHA
      06/08/22 1253 COEDB        NOW DOSE
      06/08/22 1253 COEDB        Now Dose:  06/08/22 1300
      06/08/22 1253 COEDB        RULES AT EDIT in PHA
      06/08/22 1253 COEDB        RULES AT EDIT
      06/08/22 1253 COEDB        PRINOT10 1: Formulary comments were displayed during verification.
      06/08/22 1253 COEDB        VERIFIED in PHA
      06/08/22 1253 COEDB        VERIFIED
      06/08/22 1253 COEDB        Edit Dr: Simon.John C  MD            Edit Source: Dep Process/Procedur
      06/08/22 1253 COEDB        VIEWED LAB TEST RESULTS in PHA
      06/08/22 1253 COEDB        VIEWED LAB TEST RESULTS
      06/08/22 1253 COEDB        Test Group C.RENALK
      06/08/22 1253 COEDB        LABORATORY
      06/08/22 1253 COEDB        Date    Time Test          Result  Flag                Normal Range
      06/08/22 1253 COEDB        06/08/22 0622 K              3.4  L                     3.5-5.1
      06/08/22 1253 COEDB        06/07/22 0953 K              3.4  L                     3.5-5.1
      06/08/22 1253 COEDB        05/08/22 0622 CREA           0.72                       0.67-1.17 mg/dL
      06/08/22 1253 COEDB        Creatinine method is IDMS traceable
      06/08/22 1253 COEDB        06/07/22 0953 CREA           0.92                       0.67-1.17 mg/dL
      06/08/22 1253 COEDB        Creatinine method is IDMS traceable
      06/08/22 1304 FNU.LMC1     order acknowledged
      06/08/22 1423 P.SIMJO      Signed by Simon.John C  MD

                        PERMANENT MEDICAL RECORD COPY
```

```
RUN DATE: 06/11/22            MEDITECH FACILITY: COCLV              PAGE 57
RUN TIME: 0100               IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  MARSHALL,JOHN GILBERT       A/S: 63 M      ADMIT:       06/07/22
ACCOUNT NO: F00046503219              LOC: F.MS4     DISCH/DEP: 06/09/22
                                      RM:  F.405     STATUS:      IN
ATTEND DR: Hidalgo,Marco E  MD        BD:  A         UNIT NO:   F001029598
REPORT STATUS: FINAL
```

```
46   06/09/22 1131 P.MOSAS    Order's Rx has been edited.
47   06/09/22 1131 P.MOSAS    Signed by Mossbarger,Ashley APRN
48   06/09/22 1131 P.MOSAS    COPY AND EDIT
49   06/09/22 1131 P.MOSAS    FROM: Rx #10402345
50   06/09/22 1137 FNU.HH2    order acknowledged
51   06/09/22 1137 COEDB      VERIFIED in PHA
52   06/09/22 1137 COEDB      VIEWED LAB TEST RESULTS in PHA
53   06/09/22 1137 COEDB      VIEWED LAB TEST RESULTS
54   06/09/22 1137 COEDB      Test Group C REMALK
55   06/09/22 1137 COEDB      LABORATORY
56   06/09/22 1137 COEDB      Date     Time Test      Result  Flag      Normal Range
57   06/09/22 1137 COEDB      06/09/22 0622 K          3.7              3.5-5.1
58   06/09/22 1137 COEDB      06/08/22 0622 K          3.4  L           3.5-5.1
59   06/09/22 1137 COEDB      06/07/22 0953 K          3.4  L           3.5-5.1
60   06/09/22 1137 COEDB      06/09/22 0622 CREA       0.75             0.67-1.17 mg/dL
61   06/09/22 1137 COEDB      Creatinine method is IDMS traceable
62   06/09/22 1137 COEDB      06/08/22 0622 CREA       0.72             0.67-1.17 mg/dL
63   06/09/22 1137 COEDB      Creatinine method is IDMS traceable
64   06/09/22 1137 COEDB      06/07/22 0953 CREA       0.92             0.67-1.17 mg/dL
65   06/09/22 1137 COEDB      Creatinine method is IDMS traceable
66   06/09/22 1508 P.SIMJO    Signed by Simon,John C. MD
67   06/09/22 1511 DISCHARGE  DISCONTINUE in PHA
```

Electronically signed by Mossbarger,Ashley APRN on 06/09/22 at 1131

Electronically signed by Simon,John C. MD on 06/09/22 at 1508

```
Order Date: 06/09/22                    ---Service---
  Category   Procedure Name           Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
  DC         Discharge Follow Up      20220609-0022 06/09/22   R    E            TRN    SIMJO
  Other Provider : MOSAS      Sig Lvl Provider :

    Consulting provider 1:          Boyce,Tiffanie  PA
    Specialty:                      Orthopedic Surgery
    Consult phone:                  (985)867-2100
    Consult follow up timeframe:    In 2-3 wks

    Consult special instructions:   post op RLE

    Consulting provider 2:          Kanagala,Anita  MD
    Specialty:                      Family Medicine
    Consult phone:                  (985)892-6858


    Consulting provider 3:          Ovella,Susan F  MD
    Specialty:                      Internal Medicine
    Consult phone:                  (985)730-7195
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 06/11/22                  MEDITECH FACILITY: COCLV                          PAGE 58
RUN TIME: 0100                      IDEV - Discharge Report
RUN USER: HPF.FEED
```
```
PATIENT:   MARSHALL,JOHN GILBERT          A/S: 63 M     ADMIT:     06/07/22
ACCOUNT NO: F00046503219                  LOC: F.MS4    DISCH/DEP: 06/09/22
                                          RM:  F.405    STATUS:    1N
ATTEND DR: Hidalgo,Marco E  MD            BD:  A        UNIT NO:   F001029598
REPORT STATUS: FINAL
```

Order's Audit Trail of Events

```
1    06/09/22 1131 P.HOSAS    Order ENTER in PCM
2    06/09/22 1131 P.HOSAS    Ordering Doctor: Simon,John C  MD
3    06/09/22 1131 P.HOSAS    Order Source. EPOH
4    06/09/22 1131 P.HOSAS    Other Doctor, Hossbarger,Ashley  APRN
5    06/09/22 1131 P.HOSAS    Signed by Hossbarger,Ashley  APRN
6    06/09/22 1508 P.SIH30    Signed by Simon,John C. MD
```

Electronically signed by Hossbarger,Ashley  APRN on 06/09/22 at 1131

Electronically signed by Simon,John C. MD on 06/09/22 at 1508

** IDEV END OF REPORT **

PERMANENT MEDICAL RECORD COPY

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

| Date/Time | INTRAOPERATIVE ORDERS |
|---|---|
| 6/07/22 1347 | 1. ✓ Egg crate foam |
| | 2. ✓ Prep operative area with: ___ Other:_____<br>a. ___ Clipper          d. ___ Hibiclens          g. ___ Phisohex<br>b. ___ Betadine scrub     e. ___ Dura Prep          h. ___ Skin Degreaser<br>c. ___ Betadine solution  f. ___ Alcohol            i. ✓ Chloraprep |
| | 3. ___ Insert urinary catheter: Foley Catheter # ___ Fr/ _____ ml balloon<br>___ Straight cath  ___ Discontinue foley  ___ Temperature Monotherm Foley Catheter |
| | 4. ___ Apply pneumatic tourniquet<br>___ Right arm pressure _____ mmHg    ___ Right leg pressure _____ mmHg<br>___ Left arm pressure _____ mmHg     ___ Left leg pressure _____ mmHg |
| | 5. _____ Warm water device  ___ Forced air warming device |
| | 6. ___ Rigid Medical Devices:_____ |
| | 7. ___ X-Ray type:_____ |
| | 8. ___ Medications:_____ |
| | 9. ___ Treatments: (SCD's, TED's irrigation without meds, etc)<br>0.9% NaCl 1000ml pour |
| | 10. ___ Give Oxygen via: a. ___ mask  b. ___ nasal cannula at _____ liters per minute |
| | 11. ___ Local anesthesia: Give: ___ a. Xylocaine _____ % _____ ml; w/_____<br>___ b. Marcaine _____ % _____ ml; w/_____<br>___ c. Other:_____ %; _____ ml |
| | 12. ___ Blood products: Give ___ Other: _____<br>___ a. Packed cells X _____ units      ___ d. Platelets x _____ units<br>___ b. FF Plasma X _____ units         ___ e. Cryo Precipitate x _____ units<br>___ c. Cell Saver                        ___ f. Autologous blood x _____ units |
| | 13. ___ Laboratory Obtain: ___ C&S: ___ aerobic ___ anaerobic ___ gram stain<br>___ Histology          ___ AFB       ___ Fungus<br>___ Cytology          ___ Frozen section<br>___ ISTAT (ACT)   ___ ISTAT(ABG/LYTES/H&H/GLU)   ___ Other_____ |
| | 14. ___ Laser Used _____ Type _____ Mode _____ Wattage |
| | Verbal orders read back and verified to Dr. _____ by Nurse _____ |
| | Time: _____ Date: _____ Physician Signature: _____ |

POS<br>INTRAOPERATIVE ORDERS

EDEMF2371 LVRMSUR35F32 06/07/2022 10:29 VRF3307

Lakeview Regional Medical Center,<br>A Campus of Tulane Medical Center<br>Page 1 of 1<br>EOEMF2371 / Rev. Date 10/2015

MARSHALL, JOHN GILBERT<br>Acct # F000465503219   MR# F001029598<br>Loc: F.ER  DOB: 02/28/1959  63Y  M  06/07/2022<br>Vorhaben, Ann T MD

```
LAKEVIEW REGIONAL MEDICAL CENTER (COCLV)
Hospitalist Progress Note
REPORT#:0609-0089   REPORT STATUS: Signed
DATE:06/09/22  TIME: 0943

PATIENT: MARSHALL,JOHN GILBERT        UNIT #: F001029598
ACCOUNT#: F00046503219                ROOM/BED: F.405-A
DOB: 02/28/59  AGE: 63      SEX: M    ATTEND: Hidalgo,Marco E
MD
ADM DT: 06/07/22                      AUTHOR: Mossbarger,Ashley
APRN
REP SRV DT: 06/09/22              REP SRV TM: 0943
* ALL edits or amendments must be made on the electronic/computer
document *
```

## Subjective

**Chief complaint:**
Denies complaints on exam. Reports large bowel movement this morning. Denies any pain at this time. Reports doing well with therapy. Denies any urinary symptoms, chest pain, shortness of breath, abdominal pain.

**HPI:**
63-year-old male presented to the ED on 6/7/2022 status post fall at home with right lower extremity pain. Imaging in the ED showed acute right femoral shaft fracture patient was admitted to trauma services with a consult to orthopedics. Patient had right femur IM nailing, right distal femur traction pending insertion and removal by Dr. Wehlry on 6/7/2022. Patient's blood pressure had been consistently elevated and hospital medicine was consulted for management. Patient reports that he has not seen a primary care provider in several years and does not take any daily medications.

## Objective

**General**
**VS/I&O:**
Vital Signs:

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|-----------|------|-------|------|--------|--------|------|--------------|------|------|
| 06/09 0740 | 99.5 | 77 | 18 | 164/100 | 120.9 | 97 | Nasal cannula | | |
| 06/09 0405 | 98.6 | 79 | 18 | 157/92 | 113.5 | 97 | | | |
| 06/08 2255 | 98.6 | 84 | 18 | 153/91 | 111.4 | 95 | | | |
| 06/08 1927 | 99.7 | 85 | 18 | 164/96 | 118.8 | 95 | | | |
| 06/08 1635 | 99.1 | 82 | 18 | 142/84 | 103.4 | 99 | Room air | | |
| 06/08 1114 | 99.1 | 78 | 18 | 161/97 | 118.4 | 96 | Room air | | |

24 hour I&O ending at 0700:

|  | 06/08 1900 | 06/09 0700 |
|--|-----------|-----------|
| Intake Total | 120 | |
| Output Total | 400 | 400 |
| Balance | -280 | -400 |
| | | |
| Intake, Oral | 120 | |

Requested by Eugenia Simmons on 1/30/2026 9:12:10 AM

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/09/22
Acct#:F00046503219


                Output, Urine       400 |      400

**PATIENT WEIGHT:**

**Weight (lb):**
**Weight (oz):**
**Weight (kg):** 130.800

**Medications:**
Active Meds + DC'd Last 24 Hrs
Lidocaine (LIDODERM)  1 PATCH  DAILY  TOPICAL
Lisinopril (Prinivil)  10 MG  DAILY  PO
Magnesium Sulfate (MAG SULFATE 1%/D5W IV SOLN)  100 ML  ONCE ONE  IV  (DC)
Potassium Chloride (K-DUR)  40 MEQ  ONCE ONE  PO  (DC)
Enoxaparin Sodium (LOVENOX)  30 MG  BID  SUBQ
Cefazolin Sodium (ceFAZolin SODIUM)  2 GM  Q8H  IV  (DC)
Hydralazine HCl (hydrALAZINE HCL)  5 MG  Q2H PRN PRN  IV
Labetalol HCl (TRANDATE 100MG/20ML VIAL)  5 MG  Q4H PRN PRN  IV
Hydrocodone Bitart/Acetaminophen (HYDROcodone-APAP 7.5-325 TAB)  1 TAB  Q4H PRN PRN  PO  (DC)
Hydromorphone HCl (DILAUDID)  0.5 MG  Q2H PRN PRN  IV  (DC)
Acetaminophen (TYLENOL EXTRA STRENGTH)  1,000 MG  Q8HR  PO
Lactated Ringer's (LACTATED RINGERS)  1,000 ML  .Q13H20M  IV  (DC)
Morphine Sulfate (morphine SULFATE)  2 MG  Q4H PRN PRN  IV
Ondansetron HCl (ZOFRAN)  4 MG  Q6H PRN PRN  IV
Oxycodone HCl (PERCOLONE)  5 MG  Q4H PRN PRN  PO


**Physical Exam**
**Head/Eyes:** atraumatic, normocephalic, PERRL
**Cardiovascular:** normal heart sounds
**Respiratory:** aerating well, clear to auscultation, symmetric expansion
**Abdomen:** non-tender, normal bowel sounds, soft
**Extremities:** Right BKA
**Neuro/CNS:** alert, oriented X 3, normal speech
**Skin:** dry
**Psychiatry:** normal affect

**Results**
**Findings/Data:**
Laboratory Tests

Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/09/22
Acct#:F00046503219

|  | 06/09 0622 |
|---|---|
| **Chemistry** | |
| Sodium (136 - 145 meq/L) | 138 |
| Potassium (3.5 - 5.1) | 3.7 |
| Chloride (98 - 107 MEQ/L) | 103 |
| Carbon Dioxide (21 - 32 meq/L) | 27.0 |
| BUN (7 - 18 MG/DL) | 14 |
| Creatinine (0.67 - 1.17 mg/dL) | 0.75 |
| Glomerular Filtr Rate | 101 |
| BUN/Creatinine Ratio (10 - 20) | 18 |
| Glucose (74 - 106 mg/dl) | 130 H |
| Calcium (8.5 - 10.1 mg/dL) | 8.6 |
| Corrected Calcium (8.4 - 10.6 MG/DL) | 9.2 |
| Magnesium (1.8 - 2.4 mg/dL) | 2.0 |
| Total Bilirubin (0.2 - 1.3 mg/dL) | 0.9 |
| AST (15 - 37 IU/L) | 52 H |
| ALT (13 - 61 IU/L) | 65 H |
| Alkaline Phosphatase (50 - 136 IU/L) | 47 L |
| Total Protein (6.4 - 8.2 G/DL) | 6.5 |
| Albumin (3.4 - 5.0 G/DL) | 3.2 L |
| Albumin/Globulin Ratio | 0.9 |

Laboratory Tests

|  | 06/09 0622 |
|---|---|
| **Hematology** | |
| WBC (4.5 - 11.0 K/uL) | 9.6 |
| RBC (4.5 - 6.0 M/uL) | 3.68 L |
| Hgb (13.5 - 17.5 g/dL) | 12.3 L |
| Hct (41.0 - 54.0 %) | 37.2 L |
| MCV (80.0 - 100.0 FL) | 101.1 H |
| MCH (26.0 - 34.0 PG) | 33.4 |
| MCHC (32.0 - 35.0 g/dL) | 33.1 |
| RDW (12.0 - 15.0 %) | 13.6 |
| Plt Count (160 - 420 K/uL) | 211 |
| Abs Immat Gran (auto) (0.0 - 0.0 K/uL) | 0.05 H |
| Nucleated RBC % (auto) (0 - 0 #/100WBC) | 0 |
| Immature Gran % (0 - 3 %) | 0.5 |
| Neutrophils % (34.0 - 71.1 %) | 76.4 H |
| Lymphocytes % (20.0 - 44.0 %) | 11.1 L |
| Monocytes % (0.0 - 11.0 %) | 11.8 H |
| Eosinophils % (1.0 - 5.0 %) | 0.0 L |

Page 3 of 4

```
Patient: MARSHALL,JOHN GILBERT
Unit#:F001029598
Date: 06/09/22
Acct#:F00046503219
```

| | |
|---|---|
| Basophils % (0 - 2.0 %) | 0.2 |
| Neutrophils # (2.34 - 7.0 K/uL) | 7.29 H |
| Lymphocytes # (0.9 - 4.84 K/uL) | 1.06 |
| Monocytes # (0.0 - 1.10 K/uL) | 1.1 |
| Eosinophils # (0.05 - 0.55 K/uL) | 0.0 L |
| Basophils # (0.0 - 0.22 K/uL) | 0.02 |

**Results:** labs reviewed, vital signs reviewed, current med profile rev'd

## Diagnosis, Assessment & Plan
Problem List/A&P:
1. **Closed right femoral fracture**
   defer

2. **Right femoral shaft fracture**
   defer

3. **Hypertension**
   start low dose lisinopril
   Monitor blood pressure and adjust med as indicated

4. **Tobacco use**
   smoking cessation


## Free Text DxA&P Notes
Free text DxA&P notes:
Increase lisinopril to 20 daily as blood pressure continues to be elevated.
Will need follow-up with primary care physician upon discharge. Patient was provided with
a list of PCPs in the area to establish care with.
Plans for discharge today by admitting team.

Greater than 30 minutes spent on care of this patient

Electronically Signed by Mossbarger,Ashley  APRN on 06/09/22 at 1200
Electronically Signed by Simon,John C  MD on 06/09/22 at 1520


```
RPT #: 0609-0089
***END OF REPORT***
```

PATIENT MARSHALL JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

LAKEVIEW REGIONAL MEDICAL CENTER
A CAMPUS OF TULANE MEDICAL CENTER
95 JUDGE TANNER BLVD
COVINGTON, LA. 70433

```
0608-0012                          OT EVALUATION IP
```

```
PATIENT: MARSHALL, JOHN GILBERT              ACCOUNT NUMBER: F00046503219
MEDICAL RECORD #: F001029598                 ROOM NUMBER:    F.405
THERAPIST:       HIEN NGUYEN                  DOB:            02/28/59
DATE OF ADMIT:   06/07/22                     SEX: M          AGE: 63
PHYSICIAN:                                    STATUS:         ADM IN
```

OCCUPATIONAL THERAPY INITIAL ASSESSMENT

DATE OF EVALUATION: 6/8/2022
Treatment Time In 13:42 Time out 14:00
Pt. is a 63 y/o male referred to Occupational Therapy by
Dr. Wehrly with a diagnosis of s/p fall, R femur fx, ORIF.
BRIEF MEDICAL HISTORY:
OA, THALIDOMIDE TYATOGENICITY RESULTING IN R BKA with use of prosthesis.
Reported having clubbed left foot.
PRECAUTIONS/ISOLATION: standard, falls, WBAT but unable to use prosthesis x3
weeks.
SOCIAL Hx/HOME ENVIRONMENT: Lives with his wife in a SSH. Has 5 steps to enter.

PLOF: Mod I with prosthesis, driving, retired.

SUBJECTIVE: Agreeable to bedside therapy evaluation.
     PAIN LEVEL: identified discomfort with his stomach. c/o indigestion. No
pain in R LE at this time.

OBJECTIVE/OBSERVATION: Sitting up supported in bed at arrival. Wife at bedside.
Cooperative and able to follow commands.
SIGNS OF ABUSE/NEGLECT: none noted

UPPER EXTREMITY EVALUATION:
     Range of Motion:   (Left)- WFL
                        (Right)-WFL
     Strength:          (Left)- 4+/5
                        (Right)-5/5
     Hand Dominance: R
     Sensation: grossly intact to light touch
     Coordination: WFL
     Mental Status: A,O x4
     Trunk Control: sitting supported: SBA
Deferred further due to discomfort with indigestion.
     Mobility: deferred today due to indigestion
Reported being able to sit up at EOB earlier with the phyiscal therapist.
     Endurance: fair

INDEPENDENT LIVING SKILLS/SELF CARE:
     Feeding (Oral Motor Function): setup
     Upper Body Dressing:           SBA
     Lower Body Dressing:           Mod A
     Grooming:                      setup

PATIENT NAME:  MARSHALL, JOHN GILBERT          ACCOUNT #: F00046503219

     Toileting:                     Max A
     Bathing:                       Max A
     Transfers:
     Home Management Skills:

     Equipment/Discharge Recommendations: OT recommend discharge with Home
Health occupational therapy. Recommend ramp access.
     Patient/Family Training    Education: Oriented to OT

PLAN OF CARE: Patient is performing BADLs at a decreased level of independence
due to generalized weakness. TO be seen by skilled OT for 2-5x/wk x2 weeks to
address participation with ADLs for optimal outcomes.

     Short Term Goals: 2 Weeks

1. Mod I L/T to w/c.
2. Mod I toileting over BSC
3. Mod I dressing in bed.
4. Mod I grooming at EOB.
     DATE/TIME TYPED: 06/08/22/1412
     0608-0012          Thank you for this referral, HIEN NGUYEN

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F0010295 98 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

ELECTRONIC SIGNATURE BELOW INDICATES I HAVE READ AND AGREE WITH THE ABOVE
EVALUATION.

Electronically Signed by HIEN NGUYEN on 06/08/22 at 1426
Electronically Signed by Lance J Wehrly, MD on 06/08/22 at 1449

PATIENT NAME:    MARSHALL, JOHN GILBERT        ACCOUNT #: F00046503219

```
LAKEVIEW REGIONAL MEDICAL CENTER (COCLV)
Orthopaedic Progress Note
REPORT#:0609-0015    REPORT STATUS: Signed
DATE:06/09/22  TIME: 0736

PATIENT: MARSHALL,JOHN GILBERT        UNIT #: F001029598
ACCOUNT#: F00046503219                ROOM/BED: F.405-A
DOB: 02/28/59  AGE: 63    SEX: M      ATTEND: Hidalgo,Marco E
MD
ADM DT: 06/07/22                      AUTHOR: Wehrly,Lance J  MD
REP SRV DT: 06/09/22             REP SRV TM: 0736
* ALL edits or amendments must be made on the electronic/computer
document *
```

## Subjective
**Comments:**
ORTHOPEDICS

Subjective:
No issues or current complaints. Pain well controlled.

Objective:
Afebrile
P:79  BP:157/192

Right knee and thigh incision clean without drainage.

H/H - 12.3/37.2
Cr - 0.75

Assessment:
S/P Right Femur Intramedullary Nailing; Postoperative Day 2

Plan:
-Pain well controlled with oral pain medication.
-Hypertension better with Lisinopril.
-Continue Lovenox.
-Nausea/gas resolved.
-Dressings changed.
-Physical/occupational therapy to continue today.  Weight bearing as tolerated but unable to place prosthesis for 2-3 weeks until incisions are healed.
-Disposition - likely be able to return home tomorrow (Friday).  Follow up with Tiffanie Boyce in two weeks.

Electronically Signed by Wehrly,Lance J  MD on 06/09/22 at 0738

```
RPT #: 0609-0015
***END OF REPORT***
```

Page 1 of 1

```
LAKEVIEW RMC CAMPUS OF TULANE     Name: MARSHALL,JOHN GILBERT
95 JUDGE TANNER BLVD              Phys: Hidalgo,Marco E  MD
COVINGTON, LA 70433              DOB: 02/28/1959   Age: 63      Sex: M
                                 Acct: F00046503219  Loc: F.ER12 A
PHONE #: (985)867-4050           Exam Date: 06/07/2022 Status: ADM IN
  FAX #: (985)867-4051           PACS ID: F273171
                           Unit No: F001029598
```

```
    EXAMS:                                       CPT:
001496780 RT. FEMUR 2 OR MORE VIEWS             73552
001496781 FLUOROSCOPY (UP TO ONE HOUR)          76000
```

History: Right leg pain, femur fracture

Comparison: Earlier exam dated June 7, 2022

Multiple views of the intraoperative right femur were obtained.

Intraoperative imaging and fluoroscopy is used for internal fixation of the mid shaft right femur fracture. Correlation with the operative note is recommended.

Fluoroscopy time 195 seconds. 6 images obtained.

Impression: Intraoperative imaging of the right femur.

** Electronically Signed by Steven Pflug M.D. on 06/07/2022 at 1606 **
            Reported and signed by: Steven Pflug, M.D.

CC: Hidalgo,Marco E  MD

Technologist: JUSTIN GRIJALVA RT(CT)

Transcribed Date/Time: 06/07/2022 (1605)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 06/07/2022 (1606)
Orig Print D/T: S: 06/07/2022 (1608)
                              BATCH NO: N/A

PAGE  1                    Signed Report

```
                    LAKEVIEW REGIONAL MEDICAL CENTER
                    A CAMPUS OF TULANE MEDICAL CENTER
                        95 JUDGE TANNER BLVD
                        COVINGTON, LA.70433
==============================================================================
0608-0026                        EKG
==============================================================================
PATIENT: MARSHALL,JOHN GILBERT           ACCOUNT NUMBER: F00046503219
MEDICAL RECORD #: F001029598             ROOM NUMBER:    F.405
PHYSICIAN:       Gabriel LaSala, MD      DOB:            02/28/59
DATE OF ADMIT:   06/07/22                SEX: M          AGE: 63
                                         STATUS:         ADM IN
==============================================================================
DATE/TIME

EKG DATE/TIME:  06/07/22    0945

Test Reason :
Blood Pressure : 176/094 mmHG
Vent. Rate : 076 BPM      Atrial Rate : 076 BPM
   P-R Int : 186 ms          QRS Dur : 110 ms
    QT Int : 450 ms       P-R-T Axes : 049 002 042 degrees
   QTc Int : 506 ms

Normal sinus rhythm with sinus arrhythmia
Prolonged QT
Abnormal ECG
No previous ECGs available
Confirmed by Lasala, Gabriel (10221) on 6/8/2022 11:42:45 AM

Referred By: SELF REFERRED          Confirmed By:Gabriel Lasala



Electronically Signed by Gabriel LaSala, MD on 06/08/22 at 1142




PATIENT NAME:  MARSHALL,JOHN GILBERT        ACCOUNT #: F00046503219
```

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM



Printed: 06/09/2022#2                    Pg 1 of 3

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

| Anesthesia Record | | | | | | |
|---|---|---|---|---|---|---|
| **Date** | June 7, 2022 | **Pt** | Marshall, John | 15:47 Anes End/TOC | Procedure, DX, ASA and Surgeon | |
| **Loc** | Lakeview BMC | **DOB** | 02-28-1959; 63 yr | 15:54 § See Comment | confirmed/updated for accuracy? | Yes |
| **Surg** | Vorhaben, Ann | **MRN** | F001029598 | | | |
| **Stay** | In-patient    OR 1 | **Acct** | F00046503219 | | | |
| **Anes** | General | **Ht Wt** | 68 in; 113.40 kg; 38.0 BMI | | | |
| **ASA** | 3, Other See Med Hx | | | | | |
| **Proc** | TFN HIP | | | | | |
| **Dx** | FALL | | | | | |

| | | 15:45 | 16:00 | 16:15 | 16:30 | 16:45 | 17:00 | 17:15 | 17:30 |
|---|---|---|---|---|---|---|---|---|---|
| O2 L/min | X | | | | | | | | |
| Sevo %et | | | | | | | | | |
| Fentanyl mcg | | | | | | | | | |
| Lido mg | | | | | | | | | |
| Propofol mg | | | | | | | | | |
| Dexameth mg | | | | | | | | | |
| Ondansetron mg | | | | | | | | | |
| Hydromorphone mg | | | | | | | | | |
| Ketamine mg | 20 | | | | | | | | |
| Phenyleph mcg | | | | | | | | | |
| LR mL | 50 | | | | | | | | |
| NS mL | | | | | | | | | |
| EBL mL | | | | | | | | | |

| | 200 |
|---|---|
| | 180 |
| | 160 |
| | 140 |
| | 120 |
| | 100 |
| | 80 |
| | 60 |
| | 40 |
| | 20 |

| Events | C |
|---|---|
| EKG | 58 |
| O2 Sat% | 100 |
| ET CO2 | 35 |
| FiO2 | 1 0 |
| Resp | Spont |
| RR | 18 |
| TV | 500 |
| Temp C | 35 |
| PEEP | 5 |
| CPAP | 0 |
| ET Sevo | 0.8 |
| Position | Supine |
| BIS/C-E | |

Signatures
Electronically signed by:
Lawrence Hebert, CRNA 06/07/2022 14:43
Monique Lapeyrouse, CRNA 06/07/2022 15:47
Susan Carey, MD 06/07/2022 15:47

*ANES*

*F00046503219*

Printed: 06/09/2022#2        Pg 2 of 3

**Anesthesia Record**

| | | |
|---|---|---|
| Date | June 7, 2022 | Pt  Marshall, John |
| Loc | Lakeview RMC | DOB  02-28-1959; 63 yr |
| Surg | Vorhaben, Ann | MRN  F001029598 |
| Stay | In-patient  OR 1 | Acct  F00046503219 |
| Anes | General | Ht Wt  68 in; 113.40 kg; 38.0 BMI |
| ASA | 3, Other See Med Hx | |
| Proc | TFN HIP | |
| Dx | FALL | |

Gender: Male;

## Allergies
None

## Current Medications

| Drug | Dose |
|------|------|

## Drug Summary

| Drug | Abbrev | Route | Total | Unit | Administrations |
|------|--------|-------|-------|------|-----------------|
| CeFAZolin | Cefazolin | | 2 | g | 2 |
| Dexamethasone | Dexameth | IV | 4 | mg | 4 |
| fentaNYL | Fentanyl | IV | 200 | mcg | 100, 50, 50 |
| HYDROmorphone | Hydromorphone | IV | 2 | mg | 1, 1 |
| Ketamine | Ketamine | IV | 40 | mg | 20, 20 |
| Lidocaine | Lido | IV | 50 | mg | 50 |
| Ondansetron | Ondansetron | IV | 4 | mg | 4 |
| Oxygen | O2 | INH | --- | L/min | 10@120min |
| Phenylephrine | Phenyleph | IV | 160 | mcg | 80, 80 |
| Propofol | Propofol | IV | 400 | mg | 200, 100, 100 |
| Sevoflurane | Sevo | INH | — | %el | 2@104min |

## Drug Reconciliation

| Drug | Scan | Admin | Waste | Confirmed |
|------|------|-------|-------|-----------|
| fentaNYL | --- | 200 mcg | 0 mcg | Lapeyrouse, Monique CRNA |
| HYDROmorphone | --- | 2 mg | 0 mg | Lapeyrouse, Monique CRNA |
| Ketamine | --- | 40 mg | 460 mg | Lapeyrouse, Monique CRNA |
| Propofol | --- | 400 mg | 0 mg | Lapeyrouse, Monique CRNA |

## Chart Fluids Summary

| Fluid | Abbrev | Total | Unit | Documented |
|-------|--------|-------|------|------------|
| Normal Saline | NS | 1000 | mL | 1000 |
| Lactated Ringers | LR | 50 | mL | 50 |
| Estimated Blood Loss | EBL | 200 | mL | 100, 100 |

## Comments

Airway : Comments Atraumatic [Heberl, Lawrence, CRNA; 06/07/22 @ 14:09]

§ See Comment @ 15:54 ; Pt SBP elevated  Checked bp x 3. Pacu RN shane treating with labetolol. [Lapeyrouse, Monique. CRNA: 06/07/22 @ 15:54]

Printed: 06/09/2022#2          Pg 3 of 3

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

**Anesthesia Pre-Op**

| | | | |
|---|---|---|---|
| Date | June 7, 2022 | Pt | Marshall, John |
| Loc | Lakeview RMC | DOB | 02-28-1959; 63 yr |
| Surg | Vorhaben, Ann | MRN | F001029598 |
| Stay | In-patient   OR 1 | Acct | F00046503219 |
| Anes | General | Ht Wt | 68 in; 113.40 kg; 38.0 BMI |
| ASA | 3, Other See Med Hx | | |
| Proc | TFN HIP | | |
| Dx | FALL | | |

Gender: Male;

**Allergies**
None

**Current Medications**

| Drug | Dose |
|---|---|

**Medical History**

| | |
|---|---|
| NPO Status | Meets ASA Standards: Yes<br>NPO Details<br>   Last Solids at: 09:00 |
| Pulmonary | Significant: No |
| Cardiovascular | Significant: No |
| Neurological | Significant: No |
| Gastrointestinal/Hepatic | Significant: No |
| Renal/Urinary | Significant: No |
| Endocrine/Metabolic | Significant: No |
| Hematology/Oncology | Significant: No |
| Skin and Musculoskeletal | Significant: Yes<br>Comments: Thalidomide exposure prenatal |
| Ophthalmology | Significant: No |
| Psychiatric | Significant: No |
| Anesthetic History | Patient<br>   Prior Anesthetic: Yes<br>   Significant: No<br>Family<br>   Significant: No |
| Physical Exam | Vital Signs<br>   O2 Saturation: 97<br>Dental<br>   Poor Dentition: Yes<br>   Comments: Long beard<br>Airway<br>   Mallampati Class: II<br>Chest<br>   Clear Bilaterally: Yes<br>Cardiac<br>   RRR: Yes |
| Labs/Tests | Labs Reviewed<br>   Labs Image: Yes<br>   Labs Image 2: Yes<br>Chest X-ray<br>   Date: June 7 2022<br>   Clear: Yes |





Printed: 06/09/2022#2          Pg 1 of 2

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

**Anesthesia Pre-OP**

| | | | |
|---|---|---|---|
| Date | June 7, 2022 | Pt | Marshall, John |
| Loc | Lakeview RMC | DOB | 02-28-1959; 63 yr |
| Surg | Vorhaben, Ann | MRN | F001029598 |
| Stay | In-patient   OR 1 | Acct | F00046503219 |
| Anes | General | Ht Wt | 68 in; 113.40 kg; 38.0 BMI |
| ASA | 3, Other See Med Hx | | |
| Proc | TFN HIP | | |
| | | | |
| Dx | FALL | | |

Gender: Male:

**Medical History (cont.)**

Labs/Tests (cont.)

Comments: Cardiomegaly

Anesthesiologist's Pre-
Anesthesia Evaluation/Plan

ASA Classification: III
Plan
  General: Yes
Post Op Plan : PACU
Risks, Benefits, and Consent: Discussed the anesthetic risks benefits and alternatives, Patient/guardian expresses
understanding and agrees with the proposed anesthetic plan. Please see the formal anesthetic consent for details
Electronically Signed By: Susan Carey, MD
Signed Date: Jun 7, 2022
Signed Time: 13:43



*ANES*

*F00046503219*

Printed: 06/09/2022#2                Pg 2 of 2

```
LAKEVIEW RMC CAMPUS OF TULANE      Name: MARSHALL,JOHN GILBERT
95 JUDGE TANNER BLVD               Phys: Vorhaben,Ann T  MD
COVINGTON, LA 70433                DOB: 02/28/1959   Age: 63      Sex: M
                                   Acct: F00046503219  Loc: F.ER
PHONE #: (985)867-4050             Exam Date: 06/07/2022 Status: REG ER
  FAX #: (985)867-4051             PACS ID: F273171
                                 Unit No: F001029598
```

```
     EXAMS:                                       CPT:
001496703 CHEST 1 VIEW ONLY                       71045

       History: Chest pain, fall

    Single view of the chest. No previous exams for comparison.

    The lungs are adequately expanded.  The cardiomediastinal silhouette
    is enlarged. The trachea is midline. There is no consolidation,
    effusion, mass lesion, or pneumothorax. The osseous structures are
    unremarkable.

       Impression: Cardiomegaly otherwise no radiographic evidence for acute
       cardiopulmonary disease on this single view study of the chest.


 ** Electronically Signed by M.D Kathryn Pflug on 06/07/2022 at 1010 **
             Reported and signed by: Kathryn Pflug, M.D
```

```
CC:

Technologist. FRAD.KK RT (R), FRAD.HM RT

Transcribed Date/Time: 06/07/2022 (1010)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 06/07/2022 (1010)
Orig Print D/T: S: 06/07/2022 (1012)
                            BATCH NO: N/A

PAGE  1               Signed Report
```

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

**MARSHALL, JOHN**                    ID:F001029598          07-JUN-2022  10:10:01          Lakeview RMC a campus of Tulane-F.ER  ROUTINE RECORD

28-FEB-1959 (63 yr)          Vent. rate                76   BPM          Normal sinus rhythm with sinus arrhythmia
Male        Caucasian        PR interval          ←  186   ms           Prolonged QT
Bar         80b              QRS duration             110   ms           Abnormal ECG
Room:12                      QT-QTc             450/506   ms             No previous ECGs available
Loc:5                        P-R-T axes            49  2    42           Confirmed by Laszlo, Gabriel (1022) on 6/8/2022 11:42:45 AM
                             BP               176/94 mmHg

              Technician System System
              Test ind:

                                               Referred by:  SELF REFERRED                    Confirmed By:  Gabriel Laszlo



25mm/s    10mm/mV    150Hz    9,0,10    12SL 241    CID: 0          SID:1234171 LID:1022 LDF: 11:42 08-JUN-2022 ORDER: C060700-1 ACCOUNT: E90046603259
                                                                                                                 Page 1 of 1

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

RUN DATE: 06/09/22
RUN TIME: 0113
RUN USER: HPF.FFFO

Lakeview Regional Medical Center EDX
EMERGENCY PATIENT RECORD

PAGE 1

Patient: MARSHALL, JOHN ROBERT
ER Provider: Yorhaben, Ann T MD, 2hcActive

Age/Sex: 63/M

Acct No: F0009590819
Unit No: F001029598

| ------CHEMISTRY------ | | | | | | |
|---|---|---|---|---|---|---|
| Test | Date | Time | Result | Reference | Units | Ver Date/Time |
| NA | 6/7/22 | 0953 | 137 | (136-145) | meq/l | |
| K | 6/7/22 | 0953 | 3.4 L | (3.5-5.1) | | |
| CL | 6/7/22 | 0953 | 104 | (98-107) | MEQ/L | |
| CO2 | 6/7/22 | 0953 | 21.0 | (21-32) | meq/l | |
| GLU | 6/7/22 | 0953 | 141 H | (74-106) | mg/dl | |
| BUN | 6/7/22 | 0953 | 13 | (7-18) | MG/DL | |
| CREA | 6/7/22 | 0953 | 0.92(a) | (0.67-1.17) | mg/dL | |
| GLOM FILT RATE | 6/7/22 | 0953 | 83(b) | | | |
| BUN/CREA RATIO | 6/7/22 | 0953 | 14 | (10-20) | | |
| CALCIUM | 6/7/22 | 0953 | 9.3 | (8.5-10.1) | mg/dl | |
| CORRECTED CA | 6/7/22 | 0953 | 9.5(c) | (8.4-10.6) | MG/DL | |
| TP | 6/7/22 | 0953 | 7.1 | (6.4-8.2) | G/DL | |
| ALB | 6/7/22 | 0953 | 3.8 | (3.4-5.0) | G/DL | |
| A/G RATIO | 6/7/22 | 0953 | 1.1 | | | |
| T BIL F | 6/7/22 | 0953 | 0.8 | (0.2-1.3) | mg/dl | |
| AST | 6/7/22 | 0953 | 71 H | (15-30) | IU/L | |
| ALT | 6/7/22 | 0953 | 111 H | (13-61) | IU/L | |
| ALK PHOS | 6/7/22 | 0953 | 60 | (50-136) | IU/L | |
| MG | 6/7/22 | 0953 | 1.8 | (1.8-2.4) | mg/dL | |

ED Physician: Yorhaben, Ann T MD, 2hcActive
Practitioner:
Nurse: ALLEN, ASHLEY, RN

Stated Complaint: R FOUR FX
Chief Complaint: Extremity Pain/Injury    Priority: 3
Status Event History:
   06/07/22  0852 Reception
            0855 Room
            0900 Triaged
            1047 Disposition
            1321 Off Tracker

MODE OF ARRIVAL:

AMBULANCE

Provider/Patient Contact Date/Time: 06/07/22 0931

Lab results

Arrival Date/Time: 06/07/22 - 0852
Triage Date/Time: 06/07/22 - 0856
Date of Birth: 02/28/1959

NOTES: (a) Creatinine method is IDMS traceable.
       (b) The Glomerular Filtration Rate is a calculated parameter
           based on serum Creatinine, patient age and sex.
           GFR values less than 60 mL/min/1.73 square meters are
           indicative of Chronic Kidney Disease. Values less than
           15 mL/min/1.73 square meters indicate kidney failure.
           THE CALCULATION FOR GFR IS BASED ON THE CKD-EPI(2021)
           CALCULATION. THIS FORMULA IS RACE INDIFFERENT AND IS THE
           RECOMMENDED FORMULA FOR GFR BY THE NATIONAL KIDNEY
           FOUNDATION FOR ADULTS.
           The GFR will not calculate if the sex is Unknown or if the
           patient's age is <18 years.
       (c) CALCIUM CORRECTED FOR ALBUMIN

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

---

RUN DATE: 06/09/22
RUN TIME: 0113
RUN USER: HPF.FFHH

Lakeview Regional Medical Center EDM
EMERGENCY PATIENT REPORT

PAGE 2

Patient: MARSHALL, JOHN GRAHAM
EDM Provider: Yorichen, Ann T  MD, 2ncoActive

Age/Sex: 63/M

Acct No: E000029019
Unit No: F001029598

**----HEMATOLOGY----**

| Test | Date | Time | Result | Reference Units | Ver Date/Time |
|------|------|------|--------|-----------------|---------------|
| WBC | 6/7/22 | 0853 | 10.4 | (4.5-11.0) K/ul | |
| RBC | 6/7/22 | 0853 | 4.52 | (4.5-6.0) M/ul | |
| HGB | 6/7/22 | 0853 | 15.1 | (13.5-17.5)g/dl | |
| HCT | 6/7/22 | 0853 | 45.0 | (41.0-54.0)% | |
| MCV | 6/7/22 | 0853 | 99.6 | (80.0-100.0) fl | |
| MCH | 6/7/22 | 0853 | 33.4 | (26.0-34.0)pg | |
| MCHC | 6/7/22 | 0853 | 33.6 | (32.0-36.0)g/dl | |
| RDW | 6/7/22 | 0853 | 13.6 | (12.0-15.0)% | |
| PLT | 6/7/22 | 0853 | 290 | (160-470) K/ul | |
| MPV | 6/7/22 | 0853 | 78.9 H | (34.0-71.1)% | |
| SEG | 6/7/22 | 0853 | 0.4 | (0-3) % | |
| LYMPH | 6/7/22 | 0853 | 10.0 L | (20.0-44.0)% | |
| MON | 6/7/22 | 0853 | 9.5 | (0.0-11.0) % | |
| EO | 6/7/22 | 0853 | 0.2 L | (1.0-6.0) % | |
| BA | 6/7/22 | 0853 | 1.0 | (0-2.0) % | |
| NEUT | 6/7/22 | 0853 | 8.20 H | (2.3-7.0) K/ul | |
| IMM GRANS # | 6/7/22 | 0853 | 0.04 H | (0.0-0.0) K/ul | |
| LYMPH# | 6/7/22 | 0853 | 1.04 | (0.9-4.64) K/ul | |
| MONO# | 6/7/22 | 0853 | 1.0 | (0.0-1.10) K/ul | |
| EOSIN# | 6/7/22 | 0853 | 0.0 L | (0.05-0.55)K/ul | |
| BASO# | 6/7/22 | 0853 | 0.16 | (0.0-0.22) K/ul | |
| AUTOMATED NRBC | 6/7/22 | 0853 | 0 | (0-0) #/100WBC | |

| Test | Date | Time | Result | Reference Units | Ver Date/Time |
|------|------|------|--------|-----------------|---------------|
| Corona 19 Eval | 6/7/22 | 1000 | (d) | | |
| COV19 NX4H1 AG | 6/7/22 | 1000 | Negative(e) | (Negative) | |
| SARS-CoV-2 COV | 6/7/22 | 1000 | Comment:(f) | | |

NOTES: (d)  TEST IN PROCESS
(e)
(f)  Testing performed with kit approved under the FDA's
Emergency Use Authorization (EUA).
Overall assay agreement with PCR is reported to be 99.6%
with a sensitivity of 96.7% in a symptomatic population.

**Rapid Initial Assessment**

Occurred                                    Recorded
Date     Time User                          Date     Time User
06/07/22 0856 TAYLOR,STEPHANIE O, RN        06/07/22 0900 TAYLOR,STEPHANIE O, RN

~ ~ RAPID INITIAL ASSESSMENT ~ ~
First Point of Contact: Yes
Enter/Edit Allergies: Yes
Arrived by: AMB
EMS service: LFD
~ ~ SUBJECTIVE ASSESSMENT ~ ~
Patients description of reason for visit:
TRIP AND FALL, C/O PAIN TO RT UPPER LEG, DENIES HITTING HEAD
OR LOC, C/S TO RT ARRIVAL TO ED, FLSC @ 6RR SRL
Onset of Symptoms Date: 06/07/22
Neuro WDL: Yes

Cardiovascular WDL: Yes
Respiratory WDL: Yes
Pain scale utilized: Verbal numeric
Pain intensity: 2
Smoking status for patients 13 years old or older: Current every day smoker
Flowsheet: Yes
Chief Complaint: Extremity Pain/Injury
Priority: ESI 3/URGENT
ESP? N
Facility ESP status:
Not ESP Enabled

~ FIRST POINT OF CONTACT ~ ~
Preferred language: ENG
Patient/representative present AND ABLE to complete infection screening: Yes
Have you ever had TB or a positive TB skin test: No
Recent close contact with a person who has influenza like illness or TB: No
Risk factors for C.diff: None
Have you or a close contact traveled outside the US in the last 3 weeks: No
Fever greater than 100.4 F or 38.0 C: Not in the last 7 days
Cough not related to allergy or COPD: Not in the last 7 days
Sore throat: Not in the last 7 days
Night sweats: Not in the last 7 days
Unexplained weight loss: Not in the last 7 days
Fatigue: Not in the last 7 days
Body aches: Not in the last 7 days
Rash: Not in the last 7 days
Nasal congestion unrelated to allergies/sinus infections: Not in the last 7 days
Patient states having a fever: No
Patient states having shortness of breath: No
COVID-19 point of entry screening status: Negative COVID-19 Risk
Point of entry screening status:
Negative TB Risk
Negative Respiratory Risk
Negative C difficile Risk

~ PAIN DATA ~ ~
Numeric pain scale: Mild pain-2

~ RAPID FLOWSHEET ~ ~

~ VITAL SIGNS ~ ~
Temperature F: 98.5
Temperature source: Oral
Pulse: 64
Respiratory rate: 18
Blood pressure: 166/117
Mean arterial pressure: 135
Vital signs position: Lying
SPO2 %: 98
Oxygen delivery devices: Room air

~ HEIGHT/WEIGHT ~ ~
Height ft: 6
Height in: 0
Height source: Stated/Reported
Weight kg: 139.800
Weight source: Bed scale

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

---

RUN DATE: 06/09/22
RUN TIME: 0113
RUN USER: HPF.EEFD

Lakeview Regional Medical Center EDR
EMERGENCY PATIENT RECORD

PAGE 3

Patient: MARSHALL, JOHN STUDENT
EDR Provider: Vorhaben,Arn T  MD, 2ncaActive

Age/Sex: 63/M

Acct #: F00102919/19
Unit #: F001029598

**BMI calculated: 39.1**

- - GLASGOW COMA SCALE - -
Glasgow coma scale: Yes
Motor response: 6
Verbal response: 5
Eye opening: 4
Glasgow coma score: Mild
- - Copyright - -
Adults: Sir Graham Teasdale
Pediatrics: Copyright owned by Matthew Kirschen, MD PhD
Received permissions on 4/22/20

- SEVERE SEPSIS SCREENING - -
Temperature: No
Heart rate: No
Respirations: No
WBC results:
No results past 48 hrs
Band results:
No results past 48 hrs
WBC/Bands: No
If yes to 2 or more of above, proceed to next section: 0

**Glasgow Coma Scale**

Occurred
Date    Time User
06/07/22 0919 ALLEN,ASHLEY, RN

Recorded
Date    Time User
06/07/22 0919 ALLEN,ASHLEY, RN

- - GLASGOW COMA SCALE - -
Eye opening: 4
Verbal response: 5
Motor response: 6
Glasgow coma score: Mild

**Physical Findings**

Occurred
Date    Time User
06/07/22 0919 ALLEN,ASHLEY, RN

Recorded
Date    Time User
06/07/22 0919 ALLEN,ASHLEY, RN

- - PHYSICAL FINDINGS - -
Musculoskeletal WDP: No
Musculoskeletal documented via chief complaint: Yes

**Severe Sepsis Screening**

Occurred
Date    Time User
06/07/22 0919 ALLEN,ASHLEY, RN

Recorded
Date    Time User
06/07/22 0919 ALLEN,ASHLEY, RN

- - SEVERE SEPSIS SCREENING - -
Temperature: No
WBC results:
No results past 48 hrs
Heart rate: No
Band results:

No results past 48 hrs
Respirations: No
WBC/Bands: No
If yes to 2 or more of above, proceed to next section: 0

**PAIN ASSESSMENT/REASSESSMENT**

Occurred
Date    Time User
06/07/22 0919 ALLEN,ASHLEY, RN

Recorded
Date    Time User
06/07/22 0919 ALLEN,ASHLEY, RN

- - PAIN ASSESSMENT - -
Pain scale utilized: Verbal numeric
Pain intensity: 3
Pain location: Leg right
Numeric pain scale: Mild pain-3

**Fall Risk Assessment**

Occurred
Date    Time User
06/07/22 0920 ALLEN,ASHLEY, RN

Recorded
Date    Time User
06/07/22 0920 ALLEN,ASHLEY, RN

- - FALL RISK ASSESSMENT - -
Assess fall risk: Yes
History of falling (immediate or previous): Yes
Secondary diagnosis: Yes
Ambulatory aid: Bar/tachrest/nurse assist
IV/heparin lock: Yes
Gait/transferring: Normal/bedrest/immobile
Mental status: Oriented to own ability
Morse Fall Scale score and risk level: 60 - High Risk
Active fall prevention interventions: Low bed, Slow position changes,
Other additional interv
Additional fall prevention interventions:
CALL LIGHT IN REACH

**Medication History**

Occurred
Date    Time User
06/07/22 0926 ALLEN,ASHLEY, RN

Recorded
Date    Time User
06/07/22 0926 ALLEN,ASHLEY, RN

- - Admission Home Meds - -
Enter/Edit home med reconciliation: Yes

**Detail Assessment**

Occurred
Date    Time User
06/07/22 0927 ALLEN,ASHLEY, RN

Recorded
Date    Time User
06/07/22 0928 ALLEN,ASHLEY, RN

- - DETAILED ASSESSMENT - -
Suicide screening: Yes
Are you frequently being bullied: No
Arrived by: PMD
Medications/treatments prior to arrival: None
Health history: Yes

---

```
RUN DATE: 06/09/22                          Lakeview Regional Medical Center EDM                                        PAGE 4
RUN TIME: 0113                                 EMERGENCY PATIENT RECORD
RUN USER: HPF.FEFO
```

| | | |
|---|---|---|
| Patient: MARSHALL, JOHN OR PRT | Age/Sex: 63M | Acct #: T001029598 |
| EDM Provider: Yorksben,Ann T  MD, Inactive | | Unit No: F001029598 |

BMI calculated: 39.1
Chief Complaint: Extremity Pain/Injury
Reported outcome of chief complaint: Stabilized/maintained

~ HEALTH HISTORY ~ ~
Hearing impairment: None
Vision impairment: Require corrective lens

~ DEVELOPMENTAL ~ ~
Developmental level 18 years: Able to function independent, Able to live independently

~ FUNCTIONAL/NUTRITIONAL SCREENING ~ ~
Decrease in ADL function or upper limb mobility past 7 days: None
Recent decline in mobility or ambulation in the past 7 days: None
Falls within the past 3 months: Yes
Musculoskeletal chronic conditions: None

~ ASSISTIVE DEVICES ~ ~
Assistive devices used: Prosthesis leg

~ NUTRITIONAL SCREENING ~ ~
Recent weight loss without trying: No
Eating poorly due to decreased appetite: No
Malnutrition screen tool score: 0 - Not at risk
Nose tube feeding or TPN: No

~ TOBACCO USE ~ ~
Smoking status for patients 13 years old or older: Current every day smoker
Smokeless tobacco used: No

~ ALCOHOL USE ~ ~
Alcohol use within last 3 days: No

~ OTHER SUBSTANCE USE ~ ~
Other substances used: No

~ ABUSE/LIVING SITUATION ~ ~
Do you feel safe at home, work and/or school/daycare: Yes
Evidence/suspicion of physical and/or psychological abuse: No
Evidence/suspicion of verbal abuse: No
History consistent with presentation/injury: Yes
Living situation: Home with others
Barriers in living situation relevant for discharge planning: None
Spiritual, religious or cultural details: None

~ MEDICAL HEALTH HISTORY ~ ~
Respiratory: None
Heart disease: None
History of cardiac defects: None
Stroke: None
Diabetes: None
Cancer: None
Implanted port presents: No
History of anesthesia complication/reactions:
DRUGS

~ PAIN HISTORY ~ ~
Goal for pain management: No pain-0

~ SUICIDE ASSESSMENT ~ ~
Wish to be dead or to not wake up in the past month: No
Wish to be dead or to not wake up in your lifetime: No
Non-specific active suicidal thoughts in the past month: No
Non-specific active suicidal thoughts in your lifetime: No
Attempted, plan to attempt, or prepared to end life in your lifetime: No
Attempted, plan to attempt, or prepared to end life in the past 3 months: No
Calculated suicide risk level:
No risk

Extremity Injury

| Occurred | | Recorded | |
|---|---|---|---|
| Date | Time User | Date | Time User |
| 06/07/22 0428 ALLEN,ASHLEY, RN | | 06/07/22 0429 ALLEN,ASHLEY, RN | |

~ ~ EXTREMITY INJURY ~ ~
Mechanism of injury: Fall
Presenting signs/symptoms: Deformity, R LEG PAIN, MUSCLE SPASM
Initial onset of signs/symptoms: 1-2 hours ago
Symptoms frequency: Constant
Extremity affected: Lower extremity right
Hand dominance: Right
Upper extremities equal and strong bilaterally: Yes
Lower extremities equal and strong bilaterally: No
Gait, strength, balance: Gait unsteady
Alert and oriented: Yes
Capillary refill less than or equal to 3 seconds: Yes
Pulses strong and equal bilaterally: Yes
Peripheral edema: None
Is skin warm and dry: Yes
Color within expectations for ethnicity: Yes
Sensation distal to wound/injury: Present
Pulse distal to wound/injury: Present
Movement distal to wound/injury: Limited due to injury

Glasgow Coma Scale

| Occurred | | Recorded | |
|---|---|---|---|
| Date | Time User | Date | Time User |
| 06/07/22 1149 ALLEN,ASHLEY, RN | | 06/07/22 1149 ALLEN,ASHLEY, RN | |

~ ~ GLASGOW COMA SCALE ~ ~
Eye opening: 4
Verbal response: 5
Motor response: 6
Glasgow coma score: Mild

Severe Sepsis Screening

| Occurred | | Recorded | |
|---|---|---|---|
| Date | Time User | Date | Time User |
| 06/07/22 1149 ALLEN,ASHLEY, RN | | 06/07/22 1150 ALLEN,ASHLEY, RN | |

~ ~ SEVERE SEPSIS SCREENING ~ ~
Temperature: No
WBC results:

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

RUN DATE: 06/09/22
RUN TIME: 0113
RUN USER: HPF.FEFO

Lakeview Regional Medical Center EDM
EMERGENCY PATIENT RECORD

PAGE 5

Patient: MARSHALL, JOHN
EDM Provider: Yorhabco,Ann T  MD, 2hcaActive

Age/Sex: 63/M

Acct No: F001029219
Unit No: F001029598

06/07/22 10.4 0953
Heart rate: No
Band results:
No results past 48 hrs
Respirations: No
WBC/Bands: No
If yes to 2 or more of above, proceed to next section: 0

Disposition-OC,TX,ADM,LPT

Occurred
Date    Time User
06/07/22 1320 ALLEN,ASHLEY, RN

Recorded
Date    Time User
06/07/22 1320 ALLEN,ASHLEY, RN

- - DISPOSITION - -
Patient disposition: Admission
Disposition Category: Was Admitted & Treated
Chief Complaint: Extremity Pain/Injury
Expected outcome of chief complaint: Stabilized/maintained
Actual outcome of chief complaint: Stabilized/maintained
Document IV stop time in eMAR: No

- ADMISSION ASSESSMENT - -
Document this: No
Time handoff given: 1320
Handoff given to:
Transported via: Stretcher
Transported with the following: SDMS/RT TRANSPORT

- SEVERE SEPSIS SCREENING - -
Severe sepsis screening: Yes
Temperature: No
Heart rate: No
Respirations: No
WBC results:
06/07/22 10.4 0953
Band results:
No results past 48 hrs
WBC/Bands: No
If yes to 2 or more of above, proceed to next section: 0
- - INFECTION - -
- - NEW ORGAN DYSFUNCTION within past 48 hours - - -

- PATIENT/FAMILY TEACHING - -
Primary learners preferred spoken language: ING
Primary learners preferred written language: ING

Teaching Education

Occurred
Date    Time User
06/07/22 0919 ALLEN,ASHLEY, RN

Recorded
Date    Time User
06/07/22 0919 ALLEN,ASHLEY, RN

- - Patient/Family Teaching - -
Primary learner: Patient

Readiness to learn: Asks questions, Cooperative
Barriers to communication/learning: None
Primary learners preferred spoken language: ING
Primary learners preferred written language: ING
Method of education: Verbal discussion
Patient rating of current knowledge level: Good
Patient/Family education subject items: Medications, Disease process, Safety, Procedures,
Pain management, NPO status, Medical equipment, Food/drug interactions
Learner(s) verbalized understanding and/or return demonstration of items: Yes
Pt/Family encouraged verbalize anxieties and reassurance given: Yes
Pt/Family/Significant other informed of condition and treatment plan: Yes

Teaching Education

Occurred
Date    Time User
06/07/22 0919 ALLEN,ASHLEY, RN

Recorded
Date    Time User
06/07/22 0920 ALLEN,ASHLEY, RN

Pt/Family/Significant other encouraged give input and participate in ta:[] Yes

FLNSEFF

Occurred
Date    Time User
06/07/22 0925 ALLEN,ASHLEY, RN

Recorded
Date    Time User
06/07/22 0926 ALLEN,ASHLEY, RN

- - VITALS FLOWSHEET - -
Pulse: 54
Respiratory rate: 16
Blood pressure: 162/82
Mean arterial pressure: 102
SPO2 %: 99
Oxygen delivery device: Room air

Please refer Contact Notify

Occurred
Date    Time User
06/07/22 0928 ALLEN,ASHLEY, RN

Recorded
Date    Time User
06/07/22 0928 ALLEN,ASHLEY, RN

Please Refer Contact Notify
Action: Notified
Provider attempted/notified: VORAN
Reason notified: Pain management
Other notification concerns:
ER VORAN NOTIFIED PATIENT REQUESTING SOMETHING FOR PAIN.
NO NEW ORDERS AT THIS TIME.

IV Start/Reassess

Occurred
Date    Time User
06/07/22 0956 ALLEN,ASHLEY, RN

Recorded
Date    Time User
06/07/22 0956 ALLEN,ASHLEY, RN

Document Instance: Yes
- - Peripheral IV - -
IV type:
- - Venous left AC 18 g Inserted 06/07/22 0952 - -

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

RUN DATE: 06/09/22
RUN TIME: 0113
RUN USER: HPF.TFFO

Lakeview Regional Medical Center EDM
EMERGENCY PATIENT RECORD

PAGE 6

Patient: MARSHALL, JOHN GILBERT
EDM Provider: Yorkobeo, Ann T MD, 2hcaActive

Age/Sex: 62/M

Acct No: F001029598
Unit No: F001029598

Instance list status: Active
IV/IO/Subcutaneous line status: Present on arrival
IV site dressing: Transparent
IV site dressing clean, dry and intact: Yes
IV site absent of redness, heat or edema: Yes
-End-

EKG Treatment

| Occurred | | Recorded | |
|---|---|---|---|
| Date | Time User | Date | Time User |
| 06/07/22 1013 ALLEN,ASHLEY, RN | | 06/07/22 1014 ALLEN,ASHLEY, RN | |

- - EKG TREATMENT - -
Date EKG performed: 06/07/22
Time EKG performed: 1010
Physician notified: Yes
EKG provided to: YORK

Cardiac Monitor

| Occurred | | Recorded | |
|---|---|---|---|
| Date | Time User | Date | Time User |
| 06/07/22 1014 ALLEN,ASHLEY, RN | | 06/07/22 1014 ALLEN,ASHLEY, RN | |

- - CARDIAC MONITOR - -
Monitor placed on arrival: Yes
Time patient placed on monitor: 1010
Monitored heart rhythm: Normal sinus rhythm

FLOWSHEET

| Occurred | | Recorded | |
|---|---|---|---|
| Date | Time User | Date | Time User |
| 06/07/22 1150 ALLEN,ASHLEY, RN | | 06/07/22 1150 ALLEN,ASHLEY, RN | |

- - DETAILED FLOWSHEET - -
Temperature: 98.4
Temperature source: Oral
Pulse: 68
Respiratory rate: 14
Blood pressure: 134/84
Mean arterial pressure: 110
SPO2 %: 99
Oxygen delivery devices: Room air
BMI calculated: 36.1

FLOWSHEET

| Occurred | | Recorded | |
|---|---|---|---|
| Date | Time User | Date | Time User |
| 06/07/22 1321 ALLEN,ASHLEY, RN | | 06/07/22 1321 ALLEN,ASHLEY, RN | |

- - DETAILED FLOWSHEET - -
Temperature: 98.3
Temperature source: Oral
Pulse: 72
Respiratory rate: 14

Blood pressure: 172/86
Mean arterial pressure: 114
SPO2 %: 99
BMI calculated: 36.1

Trauma Alert Activation

| Occurred | | Recorded | |
|---|---|---|---|
| Date | Time User | Date | Time User |
| 06/08/22 0558 HALAK,JULIE | | 06/08/22 0558 HALAK,JULIE | |

- - Trauma Alert Activation - -
Is this a trauma alert activation: No
Activation date: 06/07/22
Activation time: 1010
Pre-arrival notification: EMS/Pre-arrival caregiver
Trauma level: Level 3

| Occurred | | Recorded | |
|---|---|---|---|
| Date | Time User | Date | Time User |
| 06/07/22 0941 ALLEN,ASHLEY, RN | | 06/07/22 0942 ALLEN,ASHLEY, RN | |

| Occurred | | Recorded | |
|---|---|---|---|
| Date | Time User | Date | Time User |
| 06/07/22 0956 ALLEN,ASHLEY, RN | | 06/07/22 0956 ALLEN,ASHLEY, RN | |

| Occurred | | Recorded | |
|---|---|---|---|
| Date | Time User | Date | Time User |
| 06/07/22 1149 ALLEN,ASHLEY, RN | | 06/07/22 1149 ALLEN,ASHLEY, RN | |

| Ordered | Order | Ordering Provider | E-Signed |
|---|---|---|---|
| 06/07/22 0942 DILAUDID | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 0946 CARDIAC MONITOR | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 0946 CBC DIFFERENTIAL WITH AUTO DIFF | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 0946 CHEST 1 VIEW ONLY | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 0946 COMPREHENSIVE METABOLIC | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 0946 DIET: NOTHING BY MOUTH | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 0946 EKG 12 LEAD | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 0946 MAGNESIUM (MG) | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 0946 SALINE LOCK | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 0946 PELVIS ONLY AP | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 0956 FEMUR RT 2 OR MORE VIEWS | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 1000 Coronavirus 2019 Evaluation | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 1013 SARS-CoV-2 Antigen RGH-PUI | | Yorkobeo,Ann T MD | N/A |
| 06/07/22 1049 zADMIT PATIENT | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 1049 COVID-19 Risk Assessment | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 1049 Level of Care | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 1049 zAD: ED Transition Order | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 1049 zAD: ED RO Commit to Inpt RI | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 1049 zAD: Notification to Clinician | | Yorkobeo,Ann T MD | Yes |
| 06/07/22 1049 0.9% SODIUM CHLORIDE | | Yorkobeo,Ann T MD | Yes |

RUN DATE: 06/09/22
RUN TIME: 5113
RUN USER: HPF.FFFO

Lakeview Regional Medical Center EDR
EMERGENCY PATIENT RECORD

PAGE 7

Patient: MARSHALL, JOHN GILBERT
EDR Provider: Vorhaben, Ann T  MD, 2ncActive

Age/Sex: 63/M

Acct No: F000465013
Unit No: F001029598

| | | | |
|---|---|---|---|
| 06/07/22 1049 Order set enacting | Vorhaben,Ann T  MD | Yes | |
| 06/07/22 1049 ztO: Consult-Orthopedics | Vorhaben,Ann T  MD | Yes | |
| 06/07/22 1049 HRSA Screening/Immunization | Vorhaben,Ann T  MD | Yes | |
| 06/07/22 1244 XYLOCAINE-HPF | Vorhaben,Ann T  MD | N/A | |
| 06/07/22 1744 SSRI SHUN | Vorhaben,Ann T  MD | N/A | |
| 06/07/22 1244 VERSED | Vorhaben,Ann T  MD | N/A | |
| 06/07/22 1244 DIPRIVAN | Vorhaben,Ann T  MD | N/A | |

**DISCHARGE/ADMIT DIAGNOSES INFORMATION**

Primary Impression: Closed right femoral fracture
Secondary Impressions:
Disposition: ADN AS INPATIENT TO THIS HOSP          Departure Date/Time: -
Comment:
Condition: STABLE

Referrals:

Pt Instructions:

Departure forms: My Health One, Additional Information/Notices

**PATIENT DISCHARGE INSTRUCTIONS**

**PREVENTIVE INFORMATION/EDUCATION**

You may receive a phone call or text from Lakeview Regional Medical Ctr Appointment Service to assist with scheduling your follow-up needs. If you would like assistance booking a physician appointment, you can also call Appointment Services directly at (985) 317-6029

The care you received in the emergency department has been done on an emergency basis only and is not intended to be a substitute for regular medical care. If your condition or symptoms persist or get worse at any time, you should return to the emergency department if you're unable to contact your own physician. Please understand that although we may not have determined a specific cause of your symptoms today, further evaluation may be necessary. It is important to get a primary care provider (doctor, PA, or nurse practitioner) for follow up as well as ongoing healthcare needs.

The following information is provided for you as education regarding preventative health care and follow up from your emergency department visit:

Regular exercise, good diet and adequate fluid intake are very important for general health maintenance. Please discuss these with your primary care doctor to develop a plan specific to your needs.

Tobacco use is a risk factor for multiple serious illnesses. If you use tobacco, please refer to Smokefree.gov (http://smokefree.gov/). Smokefree.gov provides free, accurate, evidence-based information and professional assistance to help support the immediate and long-term needs of people trying to quit smoking. You can also review the North American Quitline Consortium resources for your state at http://map.naquitline.org/profile/usa/ or by calling 1-800-QUIT-NOW.

If your blood pressure measured over 119/79 during your emergency department

visit, you should have your blood pressure re-checked with your regular provider or the referral provider within 4 weeks. Hypertension is a common, but serious, illness that should be monitored closely.

**WORK/SCHOOL/ACTIVITY RELEASE**

Return to Work:
Return to School:
Comment:

**WITHIN DEFINED PARAMETERS**

*** ASSESSMENT PARAMETERS ***

These are the definitions of Within Defined Parameters by Body System

**NEUROLOGICAL**
- Alert & Oriented X 4
- Pupils equal
- Speech clear and appropriate for age
- Moves all extremities
- No paralysis
- Steady gait
- Ambulates independently

**RESPIRATORY**
- No respiratory distress
- No cough
- No O2 or assistive devices
- No nasal flaring or pursed lip breathing
- Respirations even & unlabored
- Skin pink & warm to touch

**CIRCULATORY**
- Oral mucosa pink and moist
- Skin color appropriate to ethnic color
- Denies sensory complaints
- No edema noted

**GASTROINTESTINAL**
- Denies GI complaints

**INTEGUMENTARY**
- Skin warm, dry & intact
- No complaints of lesions, rash, wounds, bruises, petechiae or abrasions

**EENT**
- Eyes - Clear, no tearing or redness
- Ears - No complaint of hearing difficulty, loss of hearing, or change in hearing, pain free, no drainage
- Nasal - Breathes freely through both nares
- Throat - No hoarseness or stated soreness, no cough

**CARDIAC**
- No stated calf tenderness
- No history of pacemaker or implanted defibrillator
- Denies current cardiac complaint
- Skin pink & warm to touch - no cyanosis, mottling, diaphoresis or flushing of skin

**MUSCULOSKELETAL**
- Moves all extremities
- Ambulates independently

**GENITO-URINARY**
- Denies GU complaints

**PSYCHOSOCIAL**
- With regards to cultural influences: mood/affect is appropriate
- Patient demonstrates effective coping skills/patterns for situation

These are the definitions of Within Defined Parameters for the Nutritional and Functional Screenings

**NUTRITIONAL**
- No swallowing/chewing impairments
- No nausea and/or vomiting and/or

**FUNCTIONAL**
- No unexplained alteration in movement/mobility in last four weeks

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

RUN DATE: 06/09/22
RUN TIME: 0113
RUN USER: HPF.FFFG

Lakeview Regional Medical Center EDR
EMERGENCY PATIENT RECORD

PAGE 8

Patient: MARSHALL,JOHN GR/CRT
EDR Provider: Statlebea,Ann T  MD, 2ncActive

Age/Sex: 63/M

Acct #: F09909969J9
Unit No: F00102959/8

| | |
|---|---|
| diarrhea for 3 or more days<br>- No reported unintentional weight loss<br>> 10 lbs in last 3 mnths<br>- No reported decrease in intake > 50%<br>of usual in last two weeks | - No recent limitation performance of ADLs<br>- No recent alteration in ADLs that require<br>assistance |

**Prescriptions/Reported Meds**    type   Issued   Provider   Last Edit
<Revised> => ALLEN,ASHLEY 06/07/22 @ 1014

Arrival Date/Time: 06/07/22/0852

Physically Leaves Date/Time: 06/07/22/1320

This is the definition for the evidence of Physical and/or Psychological Abuse question:

ABUSE HISTORY TO INCLUDE, BUT NOT LIMITED TO:
PT DOES NOT REPORT/NO EVIDENCE OF ANY OF THE FOLLOWING: abuse/neglect, Hx. of abuse/neglect, withdrawn/fearful behavior, Unexplained or suspicious bruises/marks, Patient/Caregiver story changes, Defensive about injuries, Undernourished despite good appetite, Recurrent/suspicious injuries, fear of return to previous arrangements, injuries do not match event history.

*** PATIENT SAFETY PARAMETERS ***
** Allergy and Patient Identification Bands in Place and Validated
** If in a Bed, Side Rails Up and Bed in Low Position With Wheels Locked
** If in a Wheelchair, Wheels Locked
** Call Light Function Explained and Within Reach
** Standard Precautions Observed

Medication
        Sch Date-Time  Ordered Dose  Admin Dose
        Giv Date-Time  Given - Reason        Site       User
        Override Reason
HYDROmorphone HCL 0.5 MG/0.5 ML Syringe (DILAUDID) IV/MED/ONE
        06/07/22-0945  0.5 MG        0.5 MG
        06/07/22-0918  Y                      I/O     ALLEN,ASHLEY   , RN
                Administering for pain management: Yes
                                    (End)
            Pain details:
            Pain location: R LEG
                Pain scale utilized: Verbal numeric
                Numeric pain scale: Moderate pain-4
                Pain intensity:   4
                Most common side effects reviewed with patient: Yes
                1: HYDRO.502:Dizziness, Sedation, nausea/vomiting, Constipation
            Reassessments:
            06/07/22-1018
            06/07/22-1018  Y                      ALLEN,ASHLEY   , RN
                Pain scale utilized: Verbal numeric
                Pain intensity: 3
                                    (End)
            Numeric pain scale: Mild pain-3

SODIUM CHLORIDE 0.9% 1,000 ML (0.9% SODIUM CHLORIDE 1,000 ML) IV/ER TRANSITION ONCE/ONE
        06/07/22-1050         1,000 MLS
        06/07/22-1213  Y                      I/O     ALLEN,ASHLEY   , RN

Prescriptions/Reported Meds              type     Issued   Provider   Last Edit
ASPIRIN EC 325 MG TABLET                 Reported          06/07/22
    325 MG ORAL
    EVERY 6 HOURS AS NEEDED As Needed for ARTHRITIC PAIN

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

PATIENT MARSHALL, JOHN | DOB 2/28/1959 | MRN F001029598 | SOURCE Meditech - HPF - Lakeview | ENCOUNTER DATE 6/7/2022 10:49:00 AM

MARSHALL, John G **DOB:** 02/28/1959 (67 yo M) **Acc No.** 8X703404070

## Important: Please note only data that has clinical mapping will be shared/transmitted.

This health record is for date range : 06/07/2022 to 06/07/2023

Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

# Patient Details

| | Contact info | Patient IDs |
|---|---|---|
| **Patient name** John G Marshall | 25670 W SPRUCE ST LACOMBE, LA 70445-4746, US | 5b3-RBXvJxxCzOGVlvOLFZPAZhAK6tvLpwkiK-uM4Mk 8X703404070 |
| February 28, 1959 | tel:+1(985)-788-1130 | **Sex** Male |

**LANGUAGE** **RACE** **ETHNICITY**
English    White

| | |
|---|---|
| **Care Giver primary care physician Contact Info** | NONE NONE |
| **Care Giver** | LANCE WEHRLY, MD |
| **Contact Info** | 101 JUDGE TANNER BLVD STE 300 COVINGTON, LA 70433-7503, US Tel: +1(985)-867-2100 |
| **Care Giver** | TIFFANIE zzBOYCE, PA |
| **Contact Info** | 3 MARYLAND FARM SUITE 250 BRENTWOOD, TN 370275053, US Tel: 800-661-3365 |
| **Care Giver** | MARY zzHOLZER, MD |
| | 3 MARYLAND FARM |

| **Contact Info** | SUITE 250<br>BRENTWOOD, TN 370275053, US<br>Tel: 800-661-3365 |
|---|---|

# Allergies

No Known Allergies

# Results

No Results

# Reason For Referral

Addressed Referral details can be found under 'Consultation Request Notes' section

# Medications

| Medication | SIG (Take, Route, Frequency, Duration) | Notes Start Date | End Date | Diagnosis (ICD Code) | Status |
|---|---|---|---|---|---|
| Bactrim DS 800-160 MG Tablet | 1 tablet Orally Twice a day; Duration: 10 day(s) | 06/21/2022 | | Status post closed fracture of right femur (ICD_10 - Z87.81) | Active |
| Aspirin 325 MG Tablet | 2 tablet Orally prn | | | | Active |

# Immunizations

No Information

# Social History

Tobacco Use:

| Social History Observation | Description | Date |
|---|---|---|
| Details (start date - stop date) | Former Smoker | NA - NA |

Sex Observation

| Social History Observation | Description |
|---|---|
| Sex Observation | Male |

Social History

Social History

| Social Info | Question | Answer | Notes |
|---|---|---|---|
| | Patient is | a former smoker | |

Tobacco Status:

Illicit Drug Use:

Alcohol Use:

*DO NOT USE * Tobacco Status (CQW):

| | | |
|---|---|---|
| ??Quit in: | 2008 | |
| Patient/Family reports: | No illicit drug use | |
| Patient | uses alcohol | |
| ??Drinks per occasion: | 4 | football season |
| Patient is | Former smoker | |

Additional Details

| Category | Social Info | Options | Details |
|---|---|---|---|
| Social History | Exercise: | | walking |
| | Caffeine: | | coffee, per day |

# Problems

| Problem Type | SNOMED Code | ICD Code | Dates | Problem Status | W/U Status | Risk Notes |
|---|---|---|---|---|---|---|
| Problem temporarily unavailable | Information | Complete amputation of right foot, initial encounter (S98.911A) | Added On:08/28/2018 | Active confirmed | | |
| Problem temporarily unavailable | Information | Thalidomide exposure during gestation (P04.1) | Added On:08/28/2018 | Active confirmed | | |
| Problem temporarily unavailable | Information | Acquired absence of right leg below knee (Z89.511) | Added On:08/28/2018 | Active confirmed | | |

# Vital Signs

| Vital Sign | Value | Notes | Appt Date |
|---|---|---|---|
| Heart Rate | 88 /min | | 08/23/2022 |
| Blood pressure diastolic | 135 mm Hg | | 08/23/2022 |
| Height-cm | 172.72 cm | | 08/23/2022 |
| Weight-kg | 123.38 kg | | 08/23/2022 |
| Height | 68 in | | 08/23/2022 |
| Blood pressure systolic | 225 mm Hg | | 08/23/2022 |
| Weight | 272 lbs | | 08/23/2022 |
| BMI | 41.35 kg/m2 | | 08/23/2022 |

# Procedures

No Information

# Encounters

| Date | Time | Type | Facility | Location | Provider | Diagnosis |
|------|------|------|----------|----------|----------|-----------|
| 06/21/2022 | 08:40 AM | Postop visit (99024) | 393411LAK LAKEVIEW STE 300 | 101 JUDGE TANNER BLVD STE 300 COVINGTON, LA 70433-7503 | TIFFANIE zzBOYCE | Status post closed fracture of right femur Z87.81 |
| 07/05/2022 | 09:40 AM | Postop visit (99024) | 393411LAK LAKEVIEW STE 300 | 101 JUDGE TANNER BLVD STE 300 COVINGTON, LA 70433-7503 | TIFFANIE zzBOYCE | Status post closed fracture of right femur Z87.81 |
| 07/26/2022 | 09:00 AM | Postop visit (99024) | 393411LAK LAKEVIEW STE 300 | 101 JUDGE TANNER BLVD STE 300 COVINGTON, LA 70433-7503 | TIFFANIE zzBOYCE | Status post closed fracture of right femur Z87.81 |
| 08/23/2022 | 08:10 AM | Postop visit (99024) | 393411LAK LAKEVIEW STE 300 | 101 JUDGE TANNER BLVD STE 300 COVINGTON, LA 70433-7503 | TIFFANIE zzBOYCE | Status post closed fracture of right femur Z87.81 |
| 08/23/2022 | 01:00 PM | Office Visit | 393411LAK LAKEVIEW STE 300 | 101 JUDGE TANNER BLVD STE 300 COVINGTON, LA 70433-7503 | LANCE WEHRLY | Status post closed fracture of right femur Z87.81 |
| 09/12/2022 | 08:02 AM | Telephone Encounter | 393411LAK LAKEVIEW STE 300 | 101 JUDGE TANNER BLVD STE 300 COVINGTON, LA 70433-7503 | TIFFANIE zzBOYCE | |

# Medical Equipment

No Information

# Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|----------------|----------------------|-----------------|---------------|
| 07/05/2022 | Status post closed fracture of right femur (ICD-10 - Z87.81) | John is doing well today. Wounds well healed. Encouraged to stop wearing dressings. Shower as normal. I would like him to remain nonweightbearing to the right leg. He may call for pain medication as needed. Also encouraged the use of NSAIDs, Tylenol, and activity modification for pain relief. I would like to see him for follow-up in 2 weeks to check progress. New x-rays to be taken of the right femur at that time. Will more than likely begin weight bearing at that time. Encouraged him to call should he develop any acute changes in the interim. | |

| | | |
|---|---|---|
| 08/23/2022 | Status post closed fracture of right femur (ICD-10 - Z87.81) | John is doing well today. Wounds well healed. I have reviewed the xrays with him during the visit. Hardware is stable and fracture is well-healed. He is okay to begin weightbearing as tolerated. I have sent orders for new prosthetic to be built. He was living a fairly independent life prior to this most recent fracture. With his prior below the knee prosthetic he was able to ambulate and care for himself in regards to caring for his home, doing yard work, showering, and preparing his own meals. I do believe that the new prosthetic he will be able to return to all his prior activities and previous level of function. I would like to see him for follow-up after the prosthetic is built he has began fully weightbearing. He may utilize ice, NSAIDs, Tylenol, and activity modification for any discomfort. Encouraged him to call should he develop any acute changes in the interim. |
| 08/23/2022 | Status post closed fracture of right femur (ICD-10 - Z87.81) | X-rays taken of the right femur show an intramedullary nail with 2 distal screws. No signs of hardware loosening or movement in comparison to prior x-rays. Midshaft femur fracture is well aligned with significant callus formation. No deformity. Hip is well-maintained with no significant degenerative changes. Knee does still show severe degenerative changes in all compartments that is unchanged in comparison to prior x-rays. There is presence of a below the knee amputation with loss of patellar tendon fixation. Patella is sitting superiorly in the trochlear groove. These are unchanged in comparison to prior x-rays. |
| 06/21/2022 | Status post closed fracture of right femur (ICD-10 - Z87.81) | John is doing well today. All staples removed today without difficulty. New dressings placed today. I am concerned that he may be developing an infection. Bactrim prescribed today. I would like him to remain nonweightbearing to the right leg until wounds are completely healed. He may call for pain medication as needed. Also encouraged the use of NSAIDs, Tylenol, and activity modification for pain relief. I would like to see him for follow-up in 2 weeks to check progress. New x-rays to be taken of the right femur at that time. Encouraged him to call should he develop any acute changes in the interim. |
| 07/26/2022 | Status post closed fracture of right femur (ICD-10 - Z87.81) | John is doing well today. Wounds well healed. I have reviewed the xrays with him during the visit. He may begin wearing his prosthetic and weight bearing with assistance of walker as tolerated. He may call for pain medication as needed. Also encouraged the use of NSAIDs, Tylenol, and activity modification for pain relief. I would like to see him for follow-up in 4 weeks to check progress. New x-rays to be taken of the right femur at that time. Encouraged him to call should he develop any acute changes in the interim. |

# Plan Of Treatment

### Pending Test

| Test Name | Order Date |
|---|---|
| XRAY-FEMUR, 2 + VIEWS, RIGHT (73552RT) IH | 07/05/2022 |
| XRAY-FEMUR, 2 + VIEWS, RIGHT (73552RT) IH | 07/26/2022 |

XRAY-FEMUR, 2 + VIEWS, RIGHT (73552RT) IH                    08/23/2022

# Goals Section

No Information

# Health Concerns

No Information

# Insurance Providers

| Payer Name | Payer Address | Payer Phone | Subscriber Number | Group Number | Insured Name | Patient Relationship to Insured | Coverage Start Date | Coverage End Date |
|---|---|---|---|---|---|---|---|---|
| AETNA PPO MEDICARE/981106 | PO BOX 981106 EL PASO, TX 79998-1106 | 833-570-6670 | 101474246000 | | Marshall, John | Self - patient is the insured | 01/01/2022 | 06/08/2032 |

# Progress Notes

- Examination

| Date | Category | Field | Details | Notes | Category Notes |
|---|---|---|---|---|---|
| | | | | | General: In wheelchair and is in no apparent distress. |
| | | | | | Orientation: Pleasant, cooperative, alert and oriented to person, place, and time. |
| 06/21/2022 ORTHO | | | | | Right Leg: 3 incisions to the lateral aspect of the thigh are clean |

and intact with staples. Bloody serous drainage present to his dressings today. No drainage on palpation. There is mild erythema directly over staple sites. Distal incision as well as pin sites are clean, dry, and no signs of infection. Sensation intact to light touch.

- Examination

| Date | Category | Field | Details | Notes | Category Notes |
|------|----------|-------|---------|-------|----------------|
| | | | | | General: In wheelchair and is in no apparent distress. |
| | | | | | Orientation: Pleasant, cooperative, alert and oriented to person, place, and time. |
| 07/26/2022 | ORTHO | | | | Right Leg:Incisions to the lateral aspect of the thigh are well healed. No drainage on palpation. No erythema or wound dehiscence. Sensation intact to |

light touch. Range of motion satisfactory to the hip and knee.

- Examination

| Date | Category | Field | Details | Notes | Category Notes |
| --- | --- | --- | --- | --- | --- |
| | | | | | General: In wheelchair and is in no apparent distress. |
| | | | | | Orientation: Pleasant, cooperative, alert and oriented to person, place, and time. |
| 07/05/2022 ORTHO | | | | | Right Leg:Incisions to the lateral aspect of the thigh are clean and well healed. No drainage to his dressings. No drainage on palpation. There is mild erythema over the proximal incision in a square pattern. No wound dehiscence. Sensation intact to light touch. |

- Examination

| Date | Category | Field | Details | Notes | Category Notes |
| --- | --- | --- | --- | --- | --- |

General: In wheelchair and is in no apparent distress.

Orientation: Pleasant, cooperative, alert and oriented to person, place, and time.

---

08/23/2022 ORTHO

Right Leg:Incisions to the lateral aspect of the thigh are well healed. No drainage on palpation. No erythema or wound dehiscence. Sensation intact to light touch. Range of motion satisfactory to the hip and knee. No pain to palpation. No swelling or distal edema

# History and Physical Notes

- HPI (History of Present Illness)

| Date | Category | c/o | Denies | Symptom | Duration | Details | Notes | Category Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | New symptoms over the past 7 days: none<br>In the past 3 | | |

| Date | Category | | | | | Details |
|------|----------|--|--|--|--|---------|
| 06/21/2022 | DO NOT USE \| First Point of Contact Screening | | | Do you have any of the following symptoms? | | weeks, have you traveled either within the U.S. or internationally? : No<br><br>In the past 3 weeks, have you had close contact with someone who has traveled either within the U.S. or internationally? : No<br><br>Have you been in close contact with a person confirmed to have COVID-19?: No |

- ## HPI (History of Present Illness)

| Date | Category | c/o | Denies | Symptom | Duration | Details | Notes | Category Notes |
|------|----------|-----|--------|---------|----------|---------|-------|----------------|
| 07/26/2022 | DO NOT USE \| First Point of Contact Screening | | | Do you have any of the following symptoms? | | New symptoms over the past 7 days: none<br><br>In the past 3 weeks, have you traveled either within the U.S. or internationally? : No<br><br>In the past 3 weeks, have you had close contact with someone who has traveled either within | | |

the U.S. or internationally? : No

Have you been in close contact with a person confirmed to have COVID-19?: No

## Physical Examination

| Date | Category | Organ | Details | Notes | Section Notes |
|------|----------|-------|---------|-------|---------------|
| 07/26/2022 | | | | | X-rays taken of the right femur show an intramedullary nail with distal locking screws. No signs of any interval changes or hardware loosening in comparison to prior x-rays. Fracture is well aligned with callus formation present. |

- HPI (History of Present Illness)

| Date | Category | c/o | Denies | Symptom | Duration | Details | Notes | Category Notes |
|------|----------|-----|--------|---------|----------|---------|-------|----------------|
| | | | | | | New symptoms over the past 7 days: none | | |
| | | | | | | In the past 3 weeks, have you traveled | | |

| Date | Category | | | Symptom | | Details |
|------|----------|--|--|---------|--|---------|
| 08/23/2022 | DO NOT USE \| First Point of Contact Screening | | | Do you have any of the following symptoms? | | either within the U.S. or internationally? : No<br><br>In the past 3 weeks, have you had close contact with someone who has traveled either within the U.S. or internationally? : No<br><br>Have you been in close contact with a person confirmed to have COVID-19?: No |

- HPI (History of Present Illness)

| Date | Category | c/o | Denies | Symptom | Duration | Details | Notes | Category Notes |
|------|----------|-----|--------|---------|----------|---------|-------|----------------|
| 07/05/2022 | DO NOT USE \| First Point of Contact Screening | | | Do you have any of the following symptoms? | | New symptoms over the past 7 days: none<br><br>In the past 3 weeks, have you traveled either within the U.S. or internationally? : No<br><br>In the past 3 weeks, have you had close contact with someone who has traveled either within the U.S. or internationally? | | |

