**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GLENDA JOHNSON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:11-cv-05782-PD |
| v. ) | And All Related Cases |
| ) | |
| SMITHKLINE BEECHAM CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL FOR
THE GSK DEFENDANTS**

COME NOW, movants Sonja S. Weissman of Reed Smith LLP and Michael T. Scott of Mike Scott Law LLC, pursuant to Local Rule 5.1(b), hereby request that the Court grant the substitution and withdrawal of counsel of record for Defendants GlaxoSmithKline LLC and GlaxoSmithKline Holdings (Americas) Inc. (collectively, "GSK") and in support thereof, respectfully show the Court as follows:

1. Throughout the course of this fifteen-year litigation, several attorneys have appeared as counsel of record on behalf of GSK who have left Reed Smith, were mistakenly listed on the docket as counsel for GSK, and/or who no longer need to receive ECF notifications of Court filings because they no longer represent GSK in this litigation. To update the service list for the Court, GSK seeks to remove such attorneys from the service list and keep the active attorneys handling this litigation on the service list.

2. To that end, GSK hereby seeks to withdraw as counsel of record the following attorneys:

1

   a.  Eric L. Alexander;

   b.  Farah Tabibkhoei;

   c.  Rachel Beth Weil; and

   d.  Brennan J. Torregrossa.

3. GSK also seeks to remove as counsel of record the law firm Phillips Lytle LLP and their attorneys listed on the docket as counsel for GSK, consisting of:

   a.  Cindy K. Bennes;

   b.  Tamar P. Halpern;

   c.  Martha M. Harris;

   d.  Thomas J. Sheehan;

   e.  Lisa L. Smith; and

   f.  Thomas S. Wiswall.

4. GSK further seeks to remove as counsel of record the law firm Sidley Austin LLP and their attorneys listed on the docket as counsel for GSK, consisting of:

   a.  Craig A. Knot; and

   b.  Daniel A. Spira[1].

5. Despite the withdrawal of those attorneys, GSK will continue to be represented by the following attorneys, who are all listed on the Court's service list as counsel of record for GSK:

   a.  Sonja S. Weissman;

   b.  Michael T. Scott;

---

[1] Mr. Spira is additionally listed on the docket as counsel for Defendant Grunenthal GMBH. This Motion does not seek to remove him as counsel of record for that defendant; he remains in his role as counsel for Grunenthal GmbH.

   c.  Raymond A. Cardozo;

   d.  Brian P. Cadigan; and

   e.  Stephen J. McConnell.

6.  Because GSK will continue to be represented by the aforementioned attorneys, no delay or prejudice to any party will result from the withdrawal.

WHEREFORE, movants respectfully request the Court substitute out and withdraw the aforementioned attorneys as counsel of record for GSK.

Dated: August 5, 2026                Respectfully submitted,

*/s/ Sonja S. Weissman*
Sonja S. Weissman (admitted pro hac vice)
REED SMITH LLP
101 Second Street, Ste. 1800
San Francisco, CA 94105
Telephone: (415) 543-8700

Michael T. Scott
MIKE SCOTT LAW LLC
1116 Red Rose Lane
Villanova, PA 19085
Telephone: (215) 518-8695

*Counsel for GlaxoSmithKline LLC, and*
*GlaxoSmithKline Holdings (Americas) Inc.*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 5, 2026, the foregoing document was filed electronically and is available for viewing and downloading from the CM/ECF system.  I also certify that a true and correct copy of the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.  A true and correct copy of the foregoing document is also being served this day on the following by electronic mail:

Terrie Bolton
tmixon922@gmail.com

John Marshall
jmarshall.marshall9@gmail.com

Jose Navamuel
josenavamue@gmail.com

Carolyn Sampson
cafsampson@gmail.com

*/s/ Sonja S. Weissman*