**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GLENDA JOHNSON**, *et al.*, | : | |
| | : | |
| **v.** | : | **Civ. No. 11-5782** |
| | : | **and all related cases** |
| **SMITHKLINE BEECHAM** | : | |
| **CORPORATION**, *et al.* | : | |

## ORDER

**AND NOW**, this 5th day of August, 2026, it is hereby **ORDERED** that Defendants GlaxoSmithKline LLC and GlaxoSmithKline Holdings (Americas) Inc.'s Motion for Substitution and Withdrawal of Counsel (Doc. No. 925) is **GRANTED**. The following attorneys are hereby **WITHDRAWN** as counsel of record for the GSK Defendants:

a. Eric L. Alexander;

b. Farah Tabibkhoei;

c. Rachel Beth Weil;

d. Brennan J. Torregrossa;

e. Cindy K. Bennes;

f. Tamar P. Halpern;

g. Martha M. Harris;

h. Thomas J. Sheehan;

i. Lisa L. Smith;

j. Thomas S. Wiswall;

k. Craig A. Knot; and

l. Daniel A. Spira.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

**PAUL S. DIAMOND, J.**