IN THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF

PENNSYLVANIA

GLENDA JOHNSON

VS

SMITHKLINE BEECHAM CORPORATION, ET AL.

CIV. NO 11-5782 AND ALL RELATED CASES

Case #: 2:11-cv-05782-PD

Date: August 6, 2026

Letter to the court regarding injuries caused by Thalidomide

Dear Honorable Judge,

My name is Glenda L. Johnson. I reside at 1616 Roselawn Ave Monroe, LA 71201

My phone number is (318) 547-6709

Email: JohnsonGlenda1962@gmail.com

DOB: 11-23-1962

I respectfully submit this letter to describe my lifelong injuries, medical conditions, and personal hardships and struggles from birth as a direct result of the drug Thalidomide.

I understand that the court must consider many factors and I am grateful for the opportunity to explain in my own words how these injuries have affected my body, health, independence, and daily life.

I have endured significant, often debilitating pain since birth, and required numerous surgeries as explained in my detailed medical records.

My birth defects are both internal and visible, which include but are not limited to

1. Phocomelia affecting both hands, the right arm, and toes bilaterally.
2. Inferior Vena Cava

3. Born with 1-ovary which has required treatment with BHRT
4. Scoliosis
5. Neuropathy
6. Congenital Bladder and ectopic ureter. Bladder nerves and muscle malformation.
7. Tracheoesophageal Fistula
8. Deviated Septum

Please see attached medical records for more detailed medical history.

I have required and continue to require numerous medications daily as a direct result of my birth defects and my condition will never resolve, but will continue to worsen. My birth defects have affected nearly every part of my life and made basic tasks difficult.

There was no way of knowing about a statute when for many years I was unaware of what caused my birth defects and injuries. I believe where there is a toxic drug which causes this type of devastating life threatening injuries which cause daily pain, hardships, and struggles there should be no statute of limitations. This has had a daily agonizing effect on my life and family.

Please refer to the seventeen in the 1970s getting a settlement.

(Peggy and Shirley Mccormick)

We had no choice in this matter, with all due respect please know by doing this, it will atleast help give us an opportunity to possibly have an improved quality of life and peace of mind and dignity.

I fear if this drug is not completely taken off the market what could happen to the lives of others in the future as we have been damaged for life.

I respectfully as the court to consider the full extent of these birth defects and injuries and their lifelong effects and consequences.

Medical records/reports and pictures included for the court's review and consideration.

Thank you for taking the time to consider this statement.

Respectfully,


Glenda Johnson

1616 Roselawn Ave.

Monroe, La 71201

Phone: (318) 547-6709

Email: JohnsonGlenda1962@gmail.com

# TRENT D. STEPHENS, PH.D.

**Emeritus Professor of Anatomy & Embryology**
Department of Biological Sciences
Idaho State University
Pocatello, ID 83209
208-240-4994
stephenstrent7@gmail.com

---

To whom it may concern                                                14 July 2026

This is an updated report in the case of Glenda Johnson:

My name is Trent Dee Stephens, PhD. My PhD is in Anatomy from the University of Pennsylvania, 1977. I completed a postdoctoral study in Pediatrics, 1977-1981. In 1981, I accepted a position at Idaho State University (ISU) in the Idaho Dental Education Program IIDEP), teaching dental students Gorss Anatomy, Head and Neck Anatomy, Neurobiology, and Oral Histology and Embryology. I also taught many other anatomy courses in other departments at ISU. I retired in 2011, but continue to teach Gross Anatomy, Histology, and Biochemistry to the dental students at the present time.

I have been conducting research on thalidomide since about 1972. I have published numerous papers and one book: *Dark Remedy: The Impact of Thalidomide and its Revival as a Vital Medicine*, Perseus Books, Cambridge, MA, 2001, on the subject. I have personally examined and given expert opinion on over one hundred cases of alleged thalidomide embryopathy (TE).

My original letter stated:

Hagens Berman Sobol Shapiro LLP                                       7 August 2014
1918 Eighth Ave Suite 3300
Seattle, WA 98101

**Preliminary Report in the Case of Glenda Johnson:**

Glenda Johnson was born 23 November 1962 in Ripley, Mississippi. Three days after her birth (11/26/62) she was diagnosed with multiple congenital anomalies including, esophageal atresia, tracheoesophageal fistula (type C), imperforate anus, rectoperineal fistula, agenesis of the right radius, and adduction deformity of the left thumb. An x-ray of the right forearm at age four years (7/11/67) showed "absence of the radius and several carpals, with no thumb structures."

At age twelve years (11/12/74) these defects were confirmed, plus bilateral syndactyly of toes 2-3 and headaches. In addition to these defects, 8/12/08 she was diagnosed with gastric ulcer, migraines, sinus problems, pneumonia, kidney stones, and overactive urinary bladder with frequent urination. She was also listed at that time as having a tubal ligation. Upon examination,

there were no bladder abnormalities seen. On 11/20/09, a possible ovarian cyst was mentioned and "no uterus." There was also malrotation of the colon and diverticulitis.

This appears to be a case of VACTERL association, which includes vertebral anomalies, atrisia (esophageal and/or anal), cardiac defects, tracheoesophageal fistula, renal defects, and limb defects. Often patients don't exhibit all these defects but they each range from 50-80% of cases for each defect. The incidence of VACTERL association is about 1:10,000 – 40,000 births. Stevenson and Hunter recently stated (*Mol. Syndromol*. 4:7-15, 2013) that VACTERL association, which is mainly sporadic, may occur as the result of chronic exposure to environmental agents in utero. "Thalidomide…offers the most dramatic and perhaps most relevant example."

Trent Dee Stephens, PhD
Emeritus Professor of Anatomy and Embryology
Department of Biological Sciences
Idaho State University
4441 N. Williamsburg Lane
Pocatello, ID 83204

Glenda Johnson has multiple congenital anomalies including: esophageal atresia (1 in 2,500 to 4,500 live births), tracheoesophageal fistula (type C; 1 in 2,500 to 5,000 live births), imperforate anus (1 in 5,000 live births), rectoperineal fistula (1 in 2,500 to 5,000 live births), "no uterus" (Müllerian agenesis; 1 in 4,500 to 5,000 live female births), malrotation of the colon (1 in 200 to 1 in 500 live births), agenesis of the right radius (1 in 30,000 to 1 in 100,000 live births), and adduction deformity of the left thumb (included in the radial agenesis data).

The incidence of VACTERL association is about 1:10,000 – 40,000 births. The VACTERL association includes: Vertebral anomalies, Anal atresia, Cardiac defects, Tracheo-esophageal fistula, Esophageal atresia, Renal anomalies, and Limb abnormalities. That number included births with some combination of the included defects, but not necessarily all. The probability that all of the defects in Ms Johnson occurred in the same person by coincidence is $2 \times 10^{24}$ to $1.4 \times 10^{26}$. All of these defects, either separately or in combination in the VACTERL association, are tightly associated with thalidomide exposure. Therefore, it is my opinion that the defects exhibited by Glenda Johnson are far more likely than not to have been caused by thalidomide exposure in utero.

Trent Dee Stephens, PhD
Emeritus Professor of Anatomy and Embryology
Department of Biological Sciences

Preliminary report in the matter of Glenda Johnson    14 July 2026

Idaho State University
4441 N. Williamsburg Lane
Pocatello, ID 83204