**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GLENDA JOHNSON, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:11-cv-05782 |
| | ) | |
| SMITHKLINE BEECHAM CORPORATION, et al., | ) | (AND ALL RELATED ACTIONS) |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE THAT PLAINTIFF TERRIE BOLTON**
**HAS COMPLIED WITH THE COURT'S MAY 27, 2026 ORDER**

Plaintiff Terrie Bolton gives notice that she served the Defendants with a declaration that complies with the requirements identified in this Court's May 27, 2026 (Doc. 911).

Dated: August 21, 2026. All docucuments was served by electronic email to the following defendants counsel.

A. Sonja S. Weissman - sweissman@reedsmith.com
B. Michael T. Scott - mikescottlaw@outlook.com
C. Raymond A. Cardozo – rcardozo@reedsmith.com
D. Brian P. Cadigan - bcadigan@reedsmith.com
E. Stephen J. McConnell - smcconnell@reedsmith.com
F. Daniel A. Spira - dspira@sidley.com

Terrie Bolton

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 21, 2026, the foregoing document was filed electronically and is available for viewing and downloading from the CM/ECF system.

/s/ *Terrie Bolton*
Terrie Bolton
21001 N. Tatum Blvd. STE 1630 #492
Phoenix, Arizona 85050
(312) 623-3070
Email: tmixon922@gmail.com