UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

GLENDA JOHNSON, et al.,
Plaintiffs,

v. Case
No.: 2:11-cv-05782-PD

SMITHKLINE BEECHAM CORP., AND ALL
RELATED CASES
et al.,
Defendants.

______________________________/

This Document Relates to:
Yeatts, et al. v. SmithKline Beecham Corp., et al., No. 11-cv-06711

PLAINTIFF YVONNE ENGLISH'S NOTICE OF FILING MEDICAL RECORDS IN SUPPORT OF EXPERT MEDICAL DECLARATION

Plaintiff, Yvonne English, proceeding pro se, hereby gives notice of filing her historical medical records from Rush University Medical Center (MRN: 7475638) as Exhibit A. These records are filed in direct support of the Expert Medical Declaration of Dr. Robert Jeffrey Snell, previously submitted to the Court in compliance with the Case Ve[illegible]

Chicago IL 60643
10500 S WALDEN PKWY APT 4D

Dated: September 9, 2026.

Respectfully submitted,

Yvonne English
______________________________
Yvonne English, Plaintiff Pro Se
15965 Dobson Ave.
South Holland, IL 60473

# Office Visit - Dec 05, 2017

with Vishali Shah, PA-C at Rush Cardiology - Chicago

## Notes from Care Team

Progress Notes by Vishali S at 12/5/2017 11:00 AM

**RUSH UNIVERSITY MEDICAL CENTER**
**University Cardiologists**
**APP Return Office Visit**

**CHIEF COMPLAINT:**

**Chief Complaint**

Patient presents with

- Hospital F/U

*s/p ASD repair*

**HISTORY OF PRESENT ILLNESS:**

Yvonne English is a 55 year old female with a past medical history significant for intrauterine thalidomide exposure, HTN, HLD, tobacco use, PAH, ASD and recent MI 2/2 embolus (9/2017 at OSH) who presents for hospital follow-up. Patient was admitted from 10/15-11/10 with chest pain d/t demand ischemia and was subsequently followed for repair of her very large, 4.20 cm secundum ASD.

*Per discharge summary:*

*She denied any knowledge of congenital cardiac condition prior to September 2017 when seen at Swedish Covenant Hospital for STEMI, presumed to be d/t paradoxical coronary embolus as cath at that time did not show any evidence of CAD. Additional workup revealed a very large ASD and was discharged on apixaban, aspirin, and ticagrelor which she self discontinued 3 weeks later. She then presented to Rush on 10/15th with type II NSTEMI likely d/t volume overload and admitted to CICU. Pulmonology was consulted and underwent RHC with iNO shunt challenge on 10/18 ; she was started on sildenafil 20 TID and able to maintain SpO2 > 90% on room air. CT Congenital surgery was consulted and performed fenestrated ASD repair on 10/26 after which patient was transferred to CVTICU. Heparin gtt was started due to previous embolic myocardial infarction in September. On POD2, she was started on Amio gtt per protocol for A fib with RVR, bolused with 1.5L crystalloid total and started on Epi gtt due to hypotension accompanied with a rise in lactic acid. She was also started on intermittent BiPAP due to hypercarbia/ respiratory acidosis. On POD3, diuresis was initiated with lasix IV and continued throughout the rest of her hospital stay. Mediastinal/Pleural chest tubes and pacing wires were removed on POD8 with heparin gtt paused. Due to transaminitis, her amiodarone was discontinued on POD8 and abdominal ultrasound was obtained which showed pulsatile flow in the portal vein but no other abnormalities. On POD9, her transaminitis was noted to be improving and a TTE was obtained which showed moderate tricuspid regurgitation, LVEF 55%, and normal RV size and function. She was weaned from supplemental oxygen on POD9 but continued to use it overnight for the remainder of her hospital course. On POD10, C diff obtained due to continued leukocytosis and frequent loose stools- it was noted to be positive and she was started on PO vancomycin for a ten day course. Additionally, she was noted to be in atrial flutter for which EP was consulted and on POD11, she had a TEE with cardioversion. She was discharged with 5 days of sildenafil while awaiting the pre-authorization for her sildenafil Rx. Pulmonology team to follow up with sildenafil needs upon discharge. She was scheduled for follow up with cardiac surgery team, cardiology, and pulmonology upon discharge.*

Today in clinic the patient reports feeling increased incisional p[illegible] of tramadol for 2 weeks; seen by CT NP - CXR WNL. She admits to only taking sildenafil daily instead c[illegible]n suggestive of angina. Patient also denies any SOB, edema, PND, or orthopnea. No palpitations, LH, fatigue, p[illegible]ed. Patient does not describe any lower extremity discomfort suspicious for intermittent claudication or symptoms concerning for sleep apnea. Adheres to a low sodium/fluid restricted diet and reports compliance with medication regimen. Patient is able to carryout ADLs without any difficulty. Patient does not regularly exercise.

10500 S WALDEN PKWY APT 4D Chicago IL 60643

**REVIEW OF SYSTEMS:**

12 systems were reviewed including depression screening. Pertinent positives are discussed in HPI.

**CURRENT MEDICATIONS:**

Current Outpatient Prescriptions:

- IBUprofen (MOTRIN) 600 mg PO tablet, take 1 Tablet by mouth every 6 hours as needed for Pain for up to 10 days. Best if taken with food., Disp: 40 Tablet, Rfl: 1
- traMADol (ULTRAM) 50 mg PO tablet, take 1 Tablet by mouth every 6 hours as needed for Pain., Disp: 50 Tablet, Rfl: 0
- warfarin (COUMADIN) 5 mg PO tablet, take 1 Tablet by mouth one time at 5pm. Tablet size may not reflect current daily dose., Disp: 30 Tablet, Rfl: 0
- furosemide (LASIX) 40 mg PO tablet, take 1 Tablet by mouth daily., Disp: 30 Tablet, Rfl: 0
- pantoprazole (PROTONIX) 40 mg PO delayed release tablet, take 1 Tablet by mouth every morning. Swallow whole., Disp: 30 Tablet, Rfl: 0
- sildenafil (REVATIO) 20 mg PO tablet, take 1 Tablet by mouth three times daily., Disp: 90 Tablet, Rfl: 0
- aspirin (EC) 81 mg PO TbEC enteric coated tablet, take 81 mg by mouth daily. Best if taken with food., Disp: , Rfl:

**ALLERGIES:**

Patient has no known allergies.

**PAST MEDICAL, SOCIAL AND FAMILY HISTORY:**

Past Medical History:

**Past Medical History:**

TROP 0.32 10/16/2017

***Diagnostic studies/procedures reviewed:***

**CT Angio Chest (10/15/2017)**
IMPRESSION:
1. Negative for pulmonary embolism down to the level of the opacified segmental pulmonary arteries. Limited evaluation of the left segmental and subsegmental pulmonary arteries secondary to mixing artifact.
2. Marked cardiomegaly without a visible atrial septum consist with patient's known history of atrial septal defect.
3. Centrilobular emphysema.

***Congenital TTE (10/16/17):***
1. Atrial septum: There is a very large, 4.20 cm secundum atrial septal defect.
2. Right atrium: The atrium is massively dilated. Estimated volume 166 ml/m2
3. Tricuspid valve: There is moderate-severe regurgitation. 32 mmHg.
4. Right ventricle: The cavity size is moderately increased. Wall thickness is normal. Systolic function is fair.
5. Left ventricle: The cavity size is normal. Wall thickness is normal. Systolic function is normal.

**Cardiac cath (10/19/2017)**
SUMMARY:

1. Hemodynamics: Cardiac output is at the upper limits of normal. Mean pressure in the pulmonary artery is moderately elevated (mean of 40 mm Hg). Pressure in the right atrium is elevated (mean of 25 mm Hg). Pressure in the pulmonary capillary wedge is markedly elevated (mean of 30 mm Hg). The pulmonary vascular resistance (PVR) is normal (1.5 Wood units)
2. Impressions: Bidirectional shunt is present with no response to iNO vasoreactivity testing, however her right to left component decreased with iNO suggesting some benefit with pulmonary vasodilators. Qp/Qs ratio: 1.61.

**OR Procedure (10/27/2017)**
On cardiopulmonary bypass, fenestrated (2.5mm) pericardial patch closure of secundum atrial septal defect

**Abdominal U/S (11/3/2017)**
IMPRESSION:
1. Unremarkable grayscale appearance of the liver.
2. Patent hepatic vasculature.
3. Pulsatile flow with the main portal vein, which can be seen with right heart dysfunction/tricuspid regurgitation.
4. Small right pleural effusion.

**TEE without evidence of left atrial appendage thrombus (11/6/2017)**
1. Successful synchronized cardioversion of atypical Atrial Flutter to ectopic atrial rhythm with competing junctional rhythm with 200 Joules x 1 attempt.

**TEE (11/6/2017)**
SUMMARY:

1. Left ventricle: The cavity size is normal. Sys[illegible]tion is mildly to moderately reduced.
2. Right ventricle: The cavity size is dilated [illegible] function is reduced.
3. Left atrium: The atrium is dilated. No [illegible] of thrombus in the atrial cavity or appendage. The app[illegible]ge is dilated. Emptying velocity is reduced.
4. Right atrium: The atrium is dilated. [illegible]vidence of thrombus in the atrial cavity or appendage. The [illegible]endage is dilated.
5. Atrial septum: Agitated saline co[illegible]t study shows a large right-to-left shunt at the level of [illegible] inter atrial septum, in the baseline state.
6. Mitral valve: Mild to moderate thickening of the anterior leaflet. Prolapse, involving the A2 and A3 scallops. No evidence of vegetation. There is at least moderate regurgitation, with multiple jets directed eccentrically.
7. Aortic valve: No evidence of vegetation.
8. Tricuspid valve: Moderate diffuse leaflet thickening. There is malcoaptation of the valve leaflets. No evidence of vegetation. There is moderate-severe regurgitation.
9. Pulmonic valve: No evidence of vegetation.
10. Pericardium, extracardiac: A small pericardial effusion is

10500 S WALDEN PKWY APT 4D
Chicago IL 60643

| Diagnosis | Date |
|---|---|
| • Cardiac abnormality | |
| • Cardiac arrest | |
| • Hypertension | |

Past Surgical History: No past surgical history on file.
Family History: No family history on file.
Social History:

***Tobacco History***

**History**

Smoking Status
• Former Smoker
• *Packs/day:* *0.25*
• Quit date: 7/1/2017

Smokeless Tobacco
• Former User

**Alcohol History**

**Drug History**

**Marital Status**

**Social History - Occupational and Educational History**

**Social History - Living Arrangement**

Living Arrangement: With Family

**PHYSICAL EXAM**:
BP 123/65 | Pulse 95 | Resp 16 | Ht 170.2 cm (5' 7") | Wt 47.2 kg (104 lb) | BMI 16.29 kg/m²

CONSTITUTIONAL: awake, alert, cooperative, no apparent distress.
NECK: No JVD in the upright position, no carotid bruits bilaterally.
LUNGS: No increased work of breathing, CTA bilaterally, no crackles, rhonchi or wheezing.
*CARDIOVASCULAR: RRR, normal S1, S2, no S3, no S4, no murmur noted. No lower extremity edema, bilateral. Pulses 2 + all extremities.*
ABDOMEN: Normal bowel sounds, soft, non-distended, non-tender.
MUSCULOSKELETAL: There is no redness, warmth, or swelling of the joints.
NEUROLOGIC: Awake, alert, oriented to name, place and time. Sensory is intact.
*SKIN: No bruising or bleeding, normal skin color, texture, turgor and nails normal without discoloration or clubbing. Sternal incision healing* well without dehiscence or bleeding.

**DATA**:

***Labs:***

CBC:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 13.14 | 11/10/2017 |
| RBC | 2.93 | 11/10/2017 |
| HGB | 9.0 | 11/10/2017 |
| HCT | 28.3 | 11/10/2017 |
| MCV | 96.6 | 11/10/2017 |
| RDW | 14.2 | 11/10/2017 |
| PLT | 521 | 11/10/2017 |

CMP:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 131 | 11/10/2017 |
| K | 4.4 | 11/10/2017 |
| CL | 95 | 11/10/2017 |
| CO2 | 28 | 11/10/2017 |
| BUN | 17 | 11/10/2017 |
| CREAT | 0.8[illegible] | 11/10/2017 |
| IBEGFR | >[illegible] | 11/10/2017 |
| IINBEGFR | >[illegible] | 11/10/2017 |
| GLU | [illegible] | 11/10/2017 |
| PROT | [illegible] | 11/10/2017 |
| ALB | [illegible].3 | 11/10/2017 |
| CA | 9.2 | 11/10/2017 |
| TBIL | 0.7 | 11/10/2017 |
| AP | 111 | 11/10/2017 |
| SGOT | 24 | 11/10/2017 |
| SGPT | 34 | 11/10/2017 |

10500 S WALDEN PKWY APT 4D
Chicago IL 60643

BNP: No results found for: BNP
FLP (Lipid Profile): No results found for: CHOL, TRIG, HDL, LDLCALCU, CHOLHDLR
Hemoglobin A1C: No results found for: HGBA1C
Last 3 Troponin:

**Lab Results**

| Component | Value | Date |
|---|---|---|