IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLENDA JOHNSON, *et al.*,

Plaintiffs,

v.

SMITHKLINE BEECHAM CORPORATION, *et al.*,

Defendants.

Case No. 2:11-cv-05782-PD

AND ALL RELATED CASES

**RESPONSE BY PLAINTIFFS CRAIG CHARLESTON, KATHLEEN GUNN, ALAN HORRIDGE, TAMMY JACKSON, MARY MCPARTLAN-HURSON, ROBERT MURRAY, CARMELLA NORCROSS, YOLANDA PEREZ, MARY SELLS, CHRISTOPHER SIMEONE, COLLEEN VAN VLEET, AND EDWARD WORTHAN TO DEFENDANTS' MOTION TO DISMISS THE CLAIMS OF FIFTEEN PLAINTIFFS FOR NON-COMPLIANCE WITH THE COURT'S *LONE PINE* ORDER**

Plaintiffs Craig Charleston, Kathleen Gunn, Alan Horridge, Tammy Jackson, Mary Mcpartlan-Hurson, Robert Murray, Carmella Norcross, Yolanda Perez, Mary Sells, Christopher Simeone, Colleen Van Vleet, and Edward Worthan do not oppose dismissal of their claims pursuant to the Court's *Lone Pine* order (*see* Dkt. 911). The undersigned counsel do not represent the three other Plaintiffs as to whom Defendants seek dismissal pursuant to the *Lone Pine* order.

DATED: September 22, 2026 HAGENS BERMAN SOBOL SHAPIRO LLP

By: *\/s\/ Craig R. Spiegel*
Craig R. Spiegel (*Admitted Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: craig@hbsslaw.com

*Attorneys for Plaintiffs* Craig Charleston, Kathleen Gunn, Alan Horridge, Tammy Jackson, Steven Lucier, Mary McPartlan-Hurson, Robert Murray, Camela Norcross, Yolanda Perez, Mary Sells, Chris Simeone, Colleen Van Vleet, William Tyler, Edward Worthan, and Phillip Yeatts

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using CM/ECF on this 22nd day of September, 2026. A true and correct copy of the foregoing document is being served on this date on all counsel of via transmission of Notices of Electronic Filing generated by CM/ECF.

DATED: September 22, 2026

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *<u>/s/ Craig R. Spiegel</u>*

Craig R. Spiegel (*Admitted Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: craig@hbsslaw.com

*Attorneys for Plaintiffs* Craig Charleston, Kathleen Gunn, Alan Horridge, Tammy Jackson, Steven Lucier, Mary McPartlan-Hurson, Robert Murray, Camela Norcross, Yolanda Perez, Mary Sells, Chris Simeone, Colleen Van Vleet, William Tyler, Edward Worthan, and Phillip Yeatts