**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GLENDA JOHNSON, et al.** | : | |
| | : | |
| **v.** | : | **Civ. No. 11-5782** |
| | : | **and all related cases** |
| **SMITHKLINE BEECHAM** | : | |
| **CORPORATION, et al.** | : | |

## ORDER

On May 27, 2026, I ordered each Plaintiff to submit: a declaration attesting, in part, to his or her purported injuries, and a declaration from an expert witness. (Doc. No. 911.) I also instructed that the claims of any Plaintiff who did not serve the required declarations would be dismissed with prejudice. (Id. at 5.) Many Plaintiffs did not submit any documents by the August 25, 2026 deadline I set, so on September 8, 2026, Defendants submitted a Motion to Dismiss the Claims of Fifteen Plaintiffs for Non-Compliance with the Court's Lone Pine Order. (Doc. No. 939.) Twelve of these fifteen Plaintiffs responded, conceding that dismissal is appropriate. (Doc. No. 947.) I will grant the Motion. (Doc. No. 911.)

**AND NOW**, this 25th day of September 2026, it is hereby **ORDERED** that Defendants' Motion (Doc. No. 939) is **GRANTED**. All claims brought by the following Plaintiffs are **DISMISSED with PREJUDICE**:

- Craig Charleston
- Kathleen Gunn
- Alan Horridge
- Tammy Jackson
- Mary McPartlan-Hurson
- Robert Murray

- Jose Navamuel
- Carmella Norcross
- Yolanda Perez
- Mary Sells
- Christopher Simeone
- Colleen Van Vleet
- Edward Worthan
- Richard Anderson
- Mark Endres

**BY THE COURT:**

*/s/ Paul S. Diamond*

**Paul S. Diamond, J.**