**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GLENDA JOHNSON, et al.** | : | |
| | : | |
| **v.** | : | **Civ. No. 11-5782** |
| | : | **and all related cases** |
| **SMITHKLINE BEECHAM** | : | |
| **CORPORATION, et al.** | : | |

**ORDER**

On April 22, 2026, I adopted the late Special Discovery Master William T. Hangley's recommendations to redact and publish portions of the 2017 and 2019 hearing transcripts and exhibits in these consolidated thalidomide cases. (Doc. Nos. 829, 861, 902, 905.) Hagens Berman moved to stay, informing me that the firm intended to seek appellate review, challenging: (1) the portion of that Order directing Mr. Hangley to file publicly the transcripts and exhibits, and (2) my 2021 ruling that the Firm had waived work product privilege over the materials by disclosing their contents to their testifying expert. (Doc. Nos. 749, 902, 905-1 at 2.) On May 21, 2026, in response to Hagens Berman's Motion, I ordered that the portion of my Order directing Mr. Hangley to file publicly the 2017 and 2019 hearing transcripts and exhibits was stayed for 30 days. (Doc. No. 909.) That stay expired on June 20, 2026. (See Docket.) On June 17, 2026, the Third Circuit denied Hagen Berman's Motion seeking a continued stay of my April Order. (Doc. No. 902.)

**AND NOW**, this 25th day of September 2026, it is hereby **ORDERED** that the stay is lifted. The 2017 and 2019 hearing transcripts and exhibits redacted according to Table A, Revised (Doc. No. 829) and Amended Table X (Doc. No. 861) **SHALL** be filed publicly **no later than October 2, 2026**.

**BY THE COURT:**

*/s/ Paul S. Diamond*

**Paul S. Diamond, J.**