UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA GLENDA JOHNSON, et al., Plaintiffs, v. Case No.: 2:11-cv-05782-PD SMITHKLINE BEECHAM CORP., AND ALL RELATED CASES et al., Defendants. ________________________________/ This Document Relates to: Gunn, et al. v. SmithKline Beecham Corp., et al., No. 2:12-cv-06431 (Individual Sub-Case: Yeatts, et al. v. SmithKline Beecham Corp., No. 11-cv-06711) PLAINTIFF YVONNE ENGLISH'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 41(b) I, Yvonne English (identified on the public docket as Yvonne English-Monroe), proceeding pro se, respectfully submit this Response in Opposition to Defendants' Motion to Dismiss my claims with prejudice under Federal Rule of Civil Procedure 41(b). Defendants argue that my August 18, 2026, submission fails to comply with the Court's Case Vetting Order. This argument is a blatant attempt to weaponize minor formatting technicalities against a severely injured pro se litigant who has acted in total good faith. I have fully met the substantive requirements of the Case Vetting Order, and my claims must be allowed to proceed to the merits. I. DEFENDANTS' NAME DISCREPANCY ARGUMENT IS WITHOUT MERIT 1. Defendants note that my original Complaint uses the name "Yvonne English-Monroe," while my recent Vetting Order submissions use my name "Yvonne English." 2. I explicitly clarify for the Court and for the record that Yvonne English and Yvonne English-Monroe are the exact same individual. My use of "Yvonne English" on my recent declarations represents my standard, everyday legal signature and was not an attempt to mislead the Court or create a separate identity. To completely cure this minor discrepancy, I am signing this Opposition using both names to ensure the docket remains perfectly aligned. II. THE SNELL DECLARATION IS FULLY COMPLIANT AND MEDIALLY SOUND 3. Defendants aggressively attack the expert medical declaration submitted by my treating cardiologist, Dr. Robert Jeffrey Snell, MD, labeling it "deficient." This attack must be rejected. 4. Dr. Snell's declaration complies perfectly with the strict evidentiary threshold demanded by this Court. As my treating physician, Dr. Snell explicitly certified to a "reasonable degree of medical certainty that I was exposed to thalidomide in utero during the critical period of gestation." 5. Furthermore, my medical history is fully substantiated on the public docket via Exhibit A, which contains my objective 2017 Rush University Medical Center hospital records (MRN: 7475638). These records document a catastrophic, hidden internal injury—a massive 4.20 cm secundum

atrial septal defect (ASD) that resulted in a myocardial infarction and congestive heart failure. 6. Dr. Snell's expert conclusion is directly tied to these definitive clinical findings. For the defendants to claim that a board-certified specialist's sworn statement is "deficient" simply because they disagree with his clinical findings is an abuse of the vetting process. III. THE POULIS FACTORS DEMAND THAT DISMISSAL BE DENIED 7. Dismissal with prejudice under Rule 41(b) is an extreme sanction reserved only for plaintiffs who show a history of bad faith or total abandonment of their case. Under the governing standard in Poulis v. State Farm Fire & Casualty Co., I have demonstrated total diligence. 8. I am a pro se plaintiff navigating a highly complex federal database. I timely filed my compliance paperwork on August 18, 2026, well before the Court's strict deadline. I have actively participated, gathered my lifelong medical histories, secured expert doctor signatures, and successfully uploaded Exhibit A to the docket. There is zero prejudice to the defendants, as they have full access to my complete cardiac files. To permanently bar a severely deformed thalidomide survivor from her day in court over the formatting of an expert's letter would completely violate the principles of equity and justice. CONCLUSION For the foregoing reasons, I respectfully request that this Court deny Defendants' Motion to Dismiss, recognize my full substantive compliance with the Case Vetting Order, and allow my active, medically verified claims to proceed forward. Dated: October 5, 2026. Respectfully submitted, ______ Yvonne English (Yvonne English-Monroe) Plaintiff Pro Se 15965 Dobson Ave. South Holland, IL 60473 Phone: (334) 549-8968 Email: bonnib2007@yahoo.com