IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENDA JOHNSON, *et al.*,<br>Plaintiffs,<br>v.<br>SMITHKLINE BEECHAM CORPORATION, *et al.*,<br>Defendants. | Case No. 2:11-cv-05782-PD<br>AND ALL RELATED CASES<br><br>This Document Relates to:<br>*Griggs, et al. v. GlaxoSmithKline, et al.*, No. 14-cv-02186 |

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS THE CLAIMS OF WILLIAM TYLER III FOR NON-COMPLIANCE WITH THE COURT'S *LONE PINE* ORDER**

Plaintiff William Tyler III does not oppose dismissal of his claims pursuant to the Court's *Lone Pine* order (*see* Dkt. 911).

DATED: October 15, 2026 HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Craig R. Spiegel*
Craig R. Spiegel (*Admitted Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: craig@hbsslaw.com

*Attorneys for Plaintiff William Tyler III*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using CM/ECF on this 15th day of October, 2026. A true and correct copy of the foregoing document is being served on this date on all counsel of via transmission of Notices of Electronic Filing generated by CM/ECF.

DATED: October 15, 2026

HAGENS BERMAN SOBOL SHAPIRO LLP

By: *\/s/ Craig R. Spiegel*

Craig R. Spiegel (*Admitted Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: craig@hbsslaw.com

*Attorneys for Plaintiff William Tyler III*