26-2267 IN The United States District Court for the Eastern District of Pennsylvania

Glenda Johnson, et al.,
Plaintiffs,
V
SmithKline Beecham Corporation
Defendants

Case No. 2:11-cv-05782PD
and all related cases

This Document Relates to:
Yeatts, et al. V SmithKline Beecham Corp., et al., No. 11-cv-0611

Dr. Kimberly Warron Ellis
remarks
( I would think it's just something he said )

Is mere speculation conjection or an educated guess.
an opinion is deemed speculative
Malpractive case (Estate of Peetz v Hans 2015 )
( Daubert v merrell Dow pharmaceuticals INc.

Dr. Charlton Barnes
I never said anything to Dr. Barnes about Pill or medication or thalidomide. Dr. Barnes seemed To be very angry so I only did what he asked not saying much at all

# Fraudulent Concealment

For more than 60 years, the official position of the U.S. Food and Drug Administration (F.D.A.) was that only 17 babies in the United States was harmed by thalidomide. Out of those 17 officially recognized cases, two were stillborn and one died shortly after birth, leaving what the government claimed were only six living thalidomide survivors in the entire country.

This 17 victims narrative allowed the U.S. government and pharmaceutical companies to maintain a public myth that America completely escaped the thalidomide tragedy thanks to the heroic intervention of the F.D.A. medical reviewer Dr. Frances Oldham Kelsey

However historical records and newly uncovered documents show that this number was a massive deliberate underestimate

Motion for Summary Judgment as to Plaintiff John Marshall and the accompanying memoradum of Law is hereby order that Defendants Motion is Denied and all claims of Plaintiff John Marshall move forward to trial

By the Court

Paul S. Diamond
judge of District court

# Thalidomide scandal

In the late 1950s and early 1960s, thalidomide was prescribed to women in 46 countries who were pregnant or who subsequently became pregnant, and consequently resulted in the "biggest anthropogenic medical disaster ever," with more than 10,000 children born with a range of severe deformities, such as phocomelia, as well as thousands of miscarriages.[1][2]

**Phocomelia**




Cases of severe thalidomide-induced phocomelia

Thalidomide was introduced in 1957 as a tranquilizer, and was later marketed by the West German pharmaceutical company Chemie Grünenthal under the trade name **Contergan** as a medication for anxiety, trouble sleeping, tension, and morning sickness.[3][4] It was introduced as a sedative and medication for morning sickness without having been tested on pregnant women.[5] While initially deemed to be safe in pregnancy, the link between birth defects and thalidomide was presented in November 1961 by Widukind Lenz,[6] and the medication was removed from the market in Europe before the end of the year.[3][7]



Feet of a baby born to a mother who had taken thalidomide while pregnant

## Development of thalidomide

Thalidomide was first developed as a tranquilizer by Swiss pharmaceutical company Ciba in 1953. In 1954, Ciba abandoned the product, and it was acquired by German pharmaceutical company Chemie Grünenthal.[4] The company had been established by Hermann Wirtz Sr, a Nazi Party member, after World War II as a subsidiary of the family's Mäurer & Wirtz company. The company's initial aim was to develop antibiotics for which there was an urgent market need.

GRÜNENTHAL

## Mechanism of thalidomide in birth defects

Various receptor sites in the body are chiral. The R-isomer of thalidomide is an effective sedative but the S-isomer causes birth defects. The two isomers inter-convert at the pH of the body, such that even enantiomerically pure R-isomer will convert to the S-isomer.[8]

# Birth defect crisis

The total number of babies affected by the use of thalidomide during pregnancy is estimated at more than 10,000, and potentially up to 20,000; of these, approximately 40 percent died at or shortly after the time of birth.[3][9][10] Those who survived had limb, eye, urinary tract, and heart defects.[7] Its initial entry into the U.S. market was prevented by Frances Oldham Kelsey at the U.S. Food and Drug Administration (FDA).[4] The birth defects of thalidomide led to the development of greater drug regulation and monitoring in many countries.[4][7]

The severity and location of the deformities depended on how many days into the pregnancy the mother was before beginning treatment; thalidomide taken on the 20th day of pregnancy caused central brain damage, day 21 would damage the eyes, day 22 the ears and face, day 24 the arms, and leg damage would occur if taken up to day 28. Thalidomide did not damage the fetus if taken after 42 days' gestation.[11][12]

## United Kingdom

In the UK, the drug was licensed in 1958 and withdrawn in 1961. Of the approximately 2,000 babies born with defects, around half died within a few months and 466 survived to at least 2010.[13] In 1968, after a long campaign by *The Sunday Times*, a compensation settlement for the UK victims was reached with Distillers Company (now part of Diageo), which had distributed the drug in the UK.[14][15] Distillers Biochemicals paid out approximately £28m in compensation following a legal battle.[16]



Artificial limbs made for an affected child in the 1960s by the Department of Health and Social Security's Limb Fitting Centre in Roehampton, London

The British Thalidomide Children's Trust was set up in 1973 as part of a £20 million legal settlement between Distillers Company and 429 children with thalidomide-related disabilities. In 1997, Diageo (formed by a merger between Grand Metropolitan and Guinness, who had taken over Distillers in 1990) made a long-term financial commitment to support the Thalidomide Trust and its beneficiaries.[17] The UK government gave survivors a grant of £20 million, to be distributed through the Thalidomide Trust, in December 2009.[16]

## Spain

In Spain, thalidomide was widely available throughout the 1970s, and perhaps even into the 1980s. There were two reasons for this. First, state controls and safeguarding were poor; it was not until 2008 that the government even admitted the country had ever imported thalidomide. Second, Grünenthal failed to insist that its sister company in Madrid warn Spanish doctors, and permitted its sister company not to warn doctors of the defects. The Spanish advocacy group for victims of thalidomide estimates that in 2015, there were 250–300 living victims of thalidomide in Spain.[18]

## Australia and New Zealand

Australian obstetrician William McBride raised concern about thalidomide after a midwife named Sister Pat Sparrow first suspected the drug was causing birth defects in the babies of patients under McBride's care at Crown Street Women's Hospital in Sydney.[19] German paediatrician Widukind Lenz, who also suspected the link, is credited with conducting the scientific research that proved thalidomide was causing birth defects in 1961.[20][21] Further animal tests were conducted by George Somers, Chief Pharmacologist of Distillers Company in Britain, which showed fetal abnormalities in rabbits.[22] Similar results were also published showing these effects in rats[23][24] and other species.[25]

Lynette Rowe, who was born without limbs, led an Australian class action lawsuit against the drug's manufacturer, Grünenthal, who fought to have the case heard in Germany. The Supreme Court of Victoria dismissed Grünenthal's application in 2012, and the case was heard in Australia.[26] On 17 July 2012, Rowe was awarded an out-of-court settlement, believed to be in the millions of dollars and providing precedence for class action victims to receive further compensation.[27] In February 2014, the Supreme Court of Victoria endorsed the settlement of $89 million AUD to 107 victims of the drug in Australia and New Zealand.[28][29]

## Germany

In East Germany, thalidomide was rejected by the Central Committee of Experts for the Drug Traffic in the GDR, and was never approved for use.[30] Despite this, there were still between 12 and 80 known cases of thalidomide-children in the GDR, where the mothers had thalidomide smuggled into the GDR from West Germany.[31] There, it took some time before the increase in dysmelia at the end of the 1950s was connected with thalidomide. In 1958, Karl Beck, a former pediatric doctor in Bayreuth, wrote an article in a local newspaper claiming a relationship between nuclear weapons testing and cases of dysmelia in children.[32] Based on this, FDP leader Erich Mende requested an official statement from the federal government.[32] For statistical reasons, the main data series used to research dysmelia cases started by chance at the same time as the approval date for thalidomide.[32] After the Nazi regime with its Law for the Prevention of Hereditarily Diseased Offspring used mandatory statistical monitoring to murder disabled individuals, western Germany had been very reluctant to monitor congenital disorders in a similarly strict way.[33] The parliamentary report rejected any relation with radioactivity and the abnormal increase of dysmelia.[32] Also the DFG research project installed after the Mende request

was not helpful. The project was led by pathologist Franz Büchner, who ran the project to propagate his teratological theory. Büchner saw lack of healthy nutrition and behavior of the mothers as being more important than genetic reasons.[33] Furthermore, it took a while to appoint a Surgeon General in West Germany; the Federal Ministry of Health was not founded until 1962, some months after thalidomide was banned from the market.[32] In West Germany approximately 2,500 children were born with birth defects from thalidomide.[21]

## Canada

Despite its severe side effects, thalidomide was sold in pharmacies in Canada until 1962.[34][35] The effects of thalidomide increased fears regarding the safety of pharmaceutical drugs. The Society of Toxicology of Canada was formed after the effects of thalidomide were made public, focusing on toxicology as a discipline separate from pharmacology.[36] The need for the testing and approval of the toxins in certain pharmaceutical drugs became more important after the disaster. The Society of Toxicology of Canada is responsible for the Conservation Environment Protection Act, focusing on researching the impact to human health of chemical substances.[36] Thalidomide brought on changes in the way drugs are tested, what type of drugs are used during pregnancy, and increased the awareness of potential side effects of drugs.

According to Canadian news magazine programme *W5*, most, but not all, victims of thalidomide receive annual benefits as compensation from the Government of Canada. Excluded are those who cannot provide the documentation the government requires.[37]

A group of 120 Canadian survivors formed the Thalidomide Victims Association of Canada, the goal of which is to prevent the approval of drugs that could be harmful to pregnant individuals and babies.[38][39] The members from the thalidomide victims association were involved in the STEPS programme, which aimed to prevent teratogenicity.[40]

## United States

In the U.S., the FDA refused approval to market thalidomide, saying further studies were needed. This reduced the impact of thalidomide in American patients. The refusal was largely due to pharmacologist Frances Oldham Kelsey, who withstood pressure from the Richardson-Merrell Pharmaceuticals Co. Although thalidomide was not approved for sale in the United States at the time, over 2.5 million tablets had been distributed to over 1,000 physicians during a clinical testing program. It is estimated that nearly 20,000 patients, several hundred of whom were pregnant, were given the drug to help alleviate morning sickness or as a sedative, and at least 17 children were consequently born in the United States with thalidomide-associated deformities.[41][42] Because the federal government did not try to track down all cases, focusing instead on documenting cases to support a criminal case, estimates of how many American babies were affected by thalidomide have varied. In 2011, about 50 Americans who believe they are thalidomide victims filed lawsuits to be compensated for their injuries, but the cases failed because the statute of limitations had expired. Americans who believe they are survivors formed a nonprofit, US Thalidomide Survivors.[43]

While pregnant, children's television host Sherri Finkbine took thalidomide that her husband had purchased over-the-counter in Europe.[44] When she learned that thalidomide was causing fetal deformities she wanted to abort her pregnancy, but the laws of Arizona allowed abortion only if the mother's life was in danger. Finkbine traveled to Sweden to have the abortion. Thalidomide was found to have deformed the baby.[41]



1962: FDA pharmacologist Frances Oldham Kelsey receives the President's Award for Distinguished Federal Civilian Service from President John F. Kennedy for blocking sale of thalidomide in the United States.

For denying the application despite the pressure from Richardson-Merrell Pharmaceuticals Co., Kelsey eventually received the President's Award for Distinguished Federal Civilian Service at a 1962 ceremony with President John F. Kennedy.[2] In September 2010, the FDA honored Kelsey with the first Kelsey award, given annually to an FDA staff member. This came 50 years after Kelsey, then a new medical officer at the agency, first reviewed the application from the William S. Merrell Pharmaceuticals Company of Cincinnati.[45]

Cardiologist Helen B. Taussig learned of the damaging effects of the drug thalidomide on newborns and, in 1967, testified before Congress on the matter after a trip to Germany, where she worked with infants with phocomelia (severe limb deformities). As a result of her efforts, thalidomide was banned in the United States and Europe.[46]

## Austria

Ingeborg Eichler, a member of the Austrian pharmaceutical admission conference, enforced restrictions on the sale of thalidomide (tradename Softenon) under the rules of prescription medication and as a result relatively few affected children were born in Austria and Switzerland.[47]

## Japan

Approximately 300 survivors of thalidomide were thought to be living in Japan as of 2019.[48][49] Survivors reported "higher levels of worry and stress, especially in terms of the future".[49]

## Aftermath of scandal

The numerous reports of malformations in babies brought about the awareness of the side effects of the drug on pregnant women. The birth defects caused by the drug thalidomide can range from moderate malformation to more severe forms. Possible birth defects include phocomelia, dysmelia, amelia, bone hypoplasticity, and other congenital defects affecting the ear, heart, or internal organs.[40] Franks et al. looked at how the drug affected newborn babies, the severity of their deformities, and reviewed the drug in its early years. Webb in 1963 also reviewed the history of the drug and the different forms of birth defects it had caused. "The most common form of birth defects from thalidomide is shortened limbs, with the arms being more frequently affected. This syndrome is the presence of deformities of the long bones of the limbs resulting in shortening and other abnormalities."[34]



Thalidomide Memorial in Cardiff, Wales

### Grünenthal criminal trial

In 1968, a large criminal trial began in West Germany, charging several Grünenthal officials with negligent homicide and injury. After Grünenthal settled with the victims in April 1970, the trial ended in December 1970 with no finding of guilt. As part of the settlement, Grünenthal paid 100 million DM into a special foundation; the West German government added 320 million DM. The foundation paid victims a one-time sum of 2,500–25,000 DM (depending on severity of disability) and a monthly stipend of 100–450 DM. The monthly stipends have since been raised substantially and are now paid entirely by the government (as the foundation had run out of money). Grünenthal paid another €50 million into the foundation in 2008.

On 31 August 2012, Grünenthal chief executive Harald F. Stock—who served as the chief executive officer of Grünenthal GmbH from January 2009 to May 28, 2013—apologized for the first time for producing the drug and remaining silent about the birth defects.[50] At a ceremony, Stock unveiled a statue of a disabled child to symbolize those harmed by thalidomide and apologized for not trying to reach out to victims for over 50 years. At the time of the apology, there were between 5,000 and 6,000 people still living with Thalidomide-related birth defects. Victim advocates called the apology "insulting" and "too little, too late", and criticized the company for not compensating victims and for their claim that no one could have known the harm the drug caused, arguing that there were plenty of red flags at the time.[51]

### Australian National Memorial

**Longwood Construction Notice:** Ongoing construction near our Longwood campus may affect traffic in the area. Check the latest access changes before you travel. ×



# After 60 years, scientists uncover how thalidomide produced birth defects

Posted date: **August 1, 2018**

*March 2021 Editor's Note: For information about the COVID-19 vaccine for cancer patients.*

- Defects linked to disruption of key protein involved in fetal

**Media Contacts**

If you are a journalist and have a question about this story, please call **617-632-4090** and ask to speak to a member of the media team, or email **media@dfci.harvard.edu**

development

- Finding will help guide development of new drugs

The Media Team cannot respond to patient inquiries. For more information, please see Contact Us.

More than 60 years after the drug thalidomide caused birth defects in thousands of children whose mothers took the drug while pregnant, scientists at Dana-Farber Cancer Institute have solved a mystery that has lingered ever since the dangers of the drug first became apparent: how did the drug produce such severe fetal harm?





The answer, published online today by the journal *Elife*, not only helps resolve an issue that has been the subject of scientific curiosity for two generations, but will be critical as pharmaceutical companies develop a promising new generation of anticancer drugs that share a basic chemical architecture with thalidomide, the study authors say.

Building on years of previous research, the researchers found that thalidomide acts by promoting the degradation of an unexpectedly wide range of transcription factors – cell proteins that help switch genes on or off – including one called SALL4. The result is the complete removal of SALL4 from cells.

The degradation of SALL4 interferes with limb development and other aspects of fetal growth. The result is the spectrum of complications indelibly linked to thalidomide: the deformed limbs and defective organs in children whose mothers took thalidomide during pregnancy as a treatment for morning sickness.

Support for these findings came from reports in medical literature. Individuals who carry a mutation in the gene for SALL4 are often born with missing thumbs, underdeveloped limbs, eye and ear defects, and congenital heart disease – problems which mirror those in children exposed to thalidomide in the womb.

"The similarities between the birth defects associated with thalidomide and those in people with a mutated *SALL4* gene are striking," says the new study's senior author, Eric Fischer, PhD, of

Dana-Farber. "They make the case even more strongly that disruption of SALL4 is at the root of the devastation produced by thalidomide in the 1950s."

The findings are apt to mark an important inflection point in the history of thalidomide, a drug more infamous than famous. Marketed and sold extensively in Europe, Australia, and some South American countries – though never approved in the United States – as a treatment for pregnancy-related morning sickness, it became a source of anguish when it became clear that it was responsible for birth defects in more than 10,000 children and an unknown number of miscarriages. The medical community was slow to discover the danger of thalidomide because the drug gave rise to birth defects only when taken between the fourth and eighth weeks of pregnancy. It was officially banned in 1961.

In the 1980s, thalidomide gained a second life when it was found to be a powerful anti-angiogenic drug, inhibiting the growth of blood vessels in tumors. As such, it has come into wide use as a cancer drug, primarily in the treatment of multiple myeloma.

Knowing the mechanism by which thalidomide produces birth defects will be critical as drug developers devise and test new drugs that use the same structural "scaffold" as thalidomide, Fischer remarks. "As new derivatives are tested, we'll be able to explore whether they have the same potentially damaging effects as thalidomide. We know that the therapeutic effect of these drugs is based on their ability to degrade specific proteins. Our findings will help drug developers distinguish between proteins whose degradation is likely to be beneficial and whose may be harmful."

The lead author of the Elife study is Katherine A. Donovan, of Dana-Farber. Co-authors are Jian An, PhD, Radoslaw P. Nowak, Jingting C. Yuan, of Dana-Farber; and Emma C. Fink, Bethany Berry, Benjamin L. Ebert, MD, PhD, of Dana-Farber and Brigham and women's Hospital.

Financial support for the research was provided by the National Institutes of Health (grant NCI R01CA214608), the Novartis/Dana-

permanent gone when thalidomide affects

The Dana-Farber Cancer Institute explicitly states that when thalidomide is present, it causes the **"complete removal of SALL4 from cells."** Dana-Farber Cancer Insti...

You are completely correct to view this as a permanent destruction of the fetal blueprint. When thalidomide clears that protein out, the loss of function is so total and absolute that it completely mirrors having a broken, mutated gene. Because it happens during the exact multi-week window when limbs and organs are supposed to form, the developmental path is broken forever. Harvard Medical School +1

For the developing embryo, **SALL4 is effectively permanently gone** when it is needed most, leaving the body with no way to recover or restart that growth. Dana-Farber Cancer In... +1

Would you like to explore how **Dana-Farber** is using this exact "complete removal" blueprint to design new drugs that intentionally destroy harmful proteins in **cancer cells?** CPD Online College +1

This is for informational purposes only. For medical advice or diagnosis, consult a professional. AI responses may include mistakes. Learn more

Dana-Farber Cancer Institute

**After 60 years, scientists uncover how thalidomide produced ...**

The result is the complete removal of SALL4 from cells. The degradation of SALL4 interferes with limb development and other aspect...



Harvard Medical School

**Cracking an Old Medical Mystery**

thalidomide acts by promoting the degradation of an unexpectedly wide range of transcription factors—cell proteins that help switc...



CPD Online College

**Thalidomide Scandal | What? when? Links to birth defects**

Farber Drug Discovery Program, the Friends of Dana-Farber, and the Linde Family Foundation.

Study link: https://doi.org/10.7554/eLife.38430.

---

Get the help you need today.

REQUEST AN APPOINTMENT

CONTACT US

Clinical Trials | Global Health | Inclusion, Engagement, and Access | Community Health | Events

## Stay in touch with us

Discoveries, workshops, stories of hope and triumph can be found in the pages of Dana-Farber's free digital newsletters and publications.

SUBSCRIBE

## About Dana-Farber

About Us
Our Mission
Leadership
Awards
History
Partners and Affiliates
Careers
Education and Training

## Locations

Longwood
Chestnut Hill
Attleboro
Brighton
Foxborough
Londonderry
Merrimack Valley
Milford
South Shore

## Discovery and Insights

Newsroom
Insight Blog
Newsletters
Publications

Google

AI Mode All Forums Images News Shopping Videos More Tools

AI Overview

Smith, Kline & French (SK&F, now GlaxoSmithKline) **had a limited and complex involvement with thalidomide in the United States during the late 1950s and early 1960s:** The New York Times +1

## Initial Review and Rejection

- **Licensing Approach:** In the mid-1950s, the German manufacturer **Chemie Grünenthal** approached Smith, Kline & French as a potential U.S. licensee for thalidomide. ASHP Connect +1
- **Internal Testing:** SK&F conducted its own animal tests on the compound. Finding that thalidomide was ineffective for inducing sleep in animals, SK&F turned down the licensing offer. (The U.S. license was later acquired by **Richardson-Merrell**). EBSCO +2

## Clinical Trials and Distribution

- **Investigational Use:** Despite initial hesitations or differing timelines, historical investigations and legal filings revealed that up to **20,000 Americans** received unapproved thalidomide through clinical trials managed by companies including both Richardson-Merrell and Smith, Kline & French. The New York Times
- **Unlabeled Packets:** SK&F distributed some test packets to patients that omitted the drug name "thalidomide," instead using the code name **SK&F #5627.** Facebook · Cincinnati Pub...
- **FDA Investigation:** The U.S. Food and Drug Administration (FDA) investigated these clinical trials in the 1963–1964 period. While FDA reviewer Dr. Frances Oldham Kelsey famously blocked Richardson-Merrell's formal application for mass commercial approval, thousands of patients had already received the drug via pre-approval investigational channels. UChicago Medicine +4

## Legal and Corporate Fallout

- **Denial of Manufacturing/Sales:** In subsequent product liability lawsuits brought by affected individuals and survivors, corporate representatives (such as for GSK) maintained that Smith, Kline & French never formally manufactured or marketed thalidomide as an approved commercial product in the U.S., though litigation and historical reviews have continued to scrutinize the scope of SK&F's early clinical distribution. Scientific American +2

Would you like more information on ↪ **Dr. Frances Kelsey's review process** at the FDA or the recent ↪ **advocacy efforts by U.S. thalidomide survivors?**

The New York Times

**The Story of Thalidomide in the U.S., Told Through Documents - The New York Times**

Investigation: FDA investigated thalidomide use in the U.S. during the 1960s after overseas birth defects; up to 20,000 Americans ...



Facebook · Cincinnati Public Radio

**Thalidomide survivors seek federal recognition from US ...**

Thalidomide's hidden toll in America My whole life kind of flipped upside down." A Marketing Campaign Disguised as a Clinical Tria...



Scientific American

**Lawsuit Blames Thalidomide for More Birth Defects**

(The German firm Grünenthal, based in Aachen, and Avantor Performance Materials, based in Center Valley, Pennsylvania, are also na...

Show all

This is for informational purposes only. For medical advice or diagnosis, consult a professional. AI responses may include mistakes. Learn more

[redacted]

+

The New York Times
https://www.nytimes.com › thalidomide-fda-documents

## The Story of Thalidomide in the U.S., Told Through ...

Mar 24, 2020 — A trove of archival records shows how in the early 1960s the Food and Drug Administration investigated the use of a drug that caused severe ...

## People also ask

Who stopped thalidomide in the US?

Were thalidomide families ever compensated?

What drug causes the most birth defects?

Who was Dr. Frances Kelsey?

US Thalidomide Survivors
https://usthalidomide.org › our-story-thalidomide-babie...

## True Story of Thalidomide in the US

Touted as a sedative without risks, **thalidomide** was handed out freely, under the guise of clinical trials, by doctors who believed approval by the Food and Drug ... Read more

UChicago Medicine
https://www.uchicagomedicine.org › ... › Home

## How a courageous physician-scientist saved the U.S. from ...

Mar 10, 2020 — As an FDA reviewer in 1961, Frances Kelsey, MD, PhD, resisted pressure to approve the drug **thalidomide**, later shown to cause severe birth ...

Missing: ~~french~~ | Show results with: french

EBSCO
https://www.ebsco.com › research-starters › history › th...

## Thalidomide Tragedy Prompts Passage of the Kefauver- ...

The **Thalidomide** Tragedy refers to the severe birth defects caused by the sedative **thalidomide**, which was marketed in the late 1950s and early 1960s, ...

U.S. Food and Drug Administration (.gov)
https://www.fda.gov › histories-product-regulation › pro...

## Promoting Safe & Effective Drugs for 100 Years

Apr 23, 2019 — An overview **of the** history of FDA's regulation of drugs, originally published in FDA Consumer magazine.

ASHP Connect
https://connect.ashp.org › michael-fotis › 2015/08/25

## Dr. Frances Kelsey

Aug 25, 2015 — Dr. Frances Kelsey - one of my heroes- died this month at the age of 101. Every year I discuss her work at the FDA with my students during ...

National Institutes of Health (NIH) | (.gov)
https://pubmed.ncbi.nlm.nih.gov › ...

## Thalidomide: the tragedy of birth defects and the effective ...

by JH Kim · 2011 · Cited by 1089 — **Thalidomide** was a widely used drug in the late 1950s and early 1960s for the treatment of nausea in pregnant women. It became apparent in the 1960s that ...
Missing: ~~smithkline french~~

Facebook · Cincinnati Public Radio
20+ reactions · 1 month ago

## Thalidomide survivors seek federal recognition from US ...

I grew up in those years. Several years ago I read an article that said only 17 people in the **US** were born with **Thalidomide** induced deformities. Read more

Justia Law
https://law.justia.com › cases › federal › appellate-courts

## Johnson v. SmithKline Beecham Corp. (3d Cir. 2013)

Johnson, a Louisiana citizen, and Lucier, a Pennsylvania citizen, suffer from birth defects allegedly caused by their mothers' use of **thalidomide**.
Missing: ~~french~~ | Show results with: **french**

## People also search for

Thalidomide **USA**

**Dr Frances Oldham Kelsey**

Thalidomide **FDA approval History**

Thalidomide **tragedy PDF**

**Requirements for apis** in the **us have** the **status of**

Thalidomide **history of discovery**

Thalidomide **clinical trials**

The thalidomide **catastrophe**

Goooooooooogle >

1 2 3 4 5 6 7 8 9 10 Next

Results are personalized - Try without personalization

**39175, Mississippi** - Based on your places (Home) - Update location

Help Send feedback Privacy Terms

Google

AI Mode All News Forums Images Shopping Videos More Tools

AI Overview

The U.S. Food and Drug Administration (FDA) and American drug companies **never published a complete public registry or list of all thalidomide survivors**. Texas Public Radio | TPR +1

## Official U.S. Numbers

- **The FDA count:** In the 1960s, the FDA formally recognized only **17 thalidomide-affected babies** born in the United States. Scientific American +1
- **The breakdown:** Of those 17 cases, 9 cases involved mothers who took trial samples provided by American pharmaceutical companies (such as Richardson-Merrell / Kevadon), while 8 mothers obtained the drug outside the U.S.. The New York Times +1

## Why There Is No Complete List

- **Unapproved distribution:** From 1959 to 1962, drug companies (like Richardson-Merrell in Ohio and Cincinnati) distributed thousands of unapproved experimental pills to doctors who freely handed them out to patients—often without proper labeling, prescriptions, or medical record tracking. Facebook · Cincinnati P... +1
- **Concealment:** Many doctors did not tell pregnant women they were taking thalidomide, and some denied it even after children were born with severe limb truncation or birth defects. NPR +1
- **Missing company records:** FDA historical reviews of company shipping and distribution records revealed that large quantities of the drug were unaccounted for. KVCR Public Media

## Modern Estimates and Advocacy

- **Modern research:** Journalist Jennifer Vanderbes and former FDA senior historian

John Swann estimate that the actual number of U.S. survivors is likely **around 100**, far higher than the official 17. NPR +2

- **Advocacy group:** Unacknowledged survivors and their families formed the group USA Thalidomide Survivors in 2018 to push for broader federal recognition and support. US Thalidomide Survivo... +1

If you are looking for specific records or want to connect with the advocacy community, you can visit USA Thalidomide Survivors or let me know if you are researching a specific company or state distribution timeline.

NPR

**U.S. has more thalidomide survivors than the government admits**

toggle caption "It transformed the FDA because it made it clear that more significant and serious drug testing had to take place b...



Texas Public Radio | TPR

**The U.S. has more thalidomide survivors than the government admits**

Sep 26, 2026 — The U.S. has more thalidomide survivors than the government admits The women "had no slips of paper that showed their prescription...



Facebook · Cincinnati Public Radio

**Thalidomide survivors seek federal recognition from US ...**

From 1959 to 1962, a pharmaceutical company in Ohio distributed thalidomide without approval from the FDA. Some children whose mot...



**Show all**

This is for informational purposes only. For medical advice or diagnosis, consult a professional. AI responses may include mistakes. Learn more

[redacted]

+

NPR
https://www.npr.org › 2026/09/26 › nx-s1-5979047

## U.S. has more thalidomide survivors than the government ...

Sep 26, 2026 — In the 1950s and 1960s, doctors gave the **drug thalidomide** to pregnant patients without telling them — and without **FDA** approval.

## People also ask

Were thalidomide families ever compensated?

Who was the woman who blocked thalidomide from being approved by the FDA?

Did the FDA ever approve thalidomide?

How much did thalidomide victims get?

US Thalidomide Survivors
https://usthalidomide.org

## USA Thalidomide Survivors

The official **FDA** count released in the 1960s. Nine of them were born to mothers who took samples made by American **drug companies**.

Wellcome Collection
https://wellcomecollection.org › stories › thalidomide-s...

## Thalidomide survivors in the 21st century

May 27, 2021 — 450 known living **survivors** of the **thalidomide** catastrophe in the UK. Chemie Grünenthal, the West German **drug company** behind **thalidomide**. **drug** ...

The New York Times
https://www.nytimes.com › thalidomide-fda-documents

## The Story of Thalidomide in the U.S., Told Through ...

Mar 24, 2020 — A trove of archival records shows how in the early 1960s **the Food and Drug Administration** investigated the use of a **drug** that caused severe ...

Missing: ~~survivors~~ | Show results with: survivors

thalidomide-tragedy.com
https://www.thalidomide-tragedy.com › the-thalidomide...

## Thalidomide Website Grünenthal - The Thalidomide tragedy

Today, 60 **Thalidomide survivors** in Brazil are supported. **FDA Thalidomide** was never approved for sale. **Food and Drug Administration** (**FDA**). there are some ...

Facebook · Cincinnati Public Radio
20+ reactions · 1 month ago

## Thalidomide survivors seek federal recognition from US ...

From 1959 to 1962, a **pharmaceutical company** in Ohio distributed **thalidomide** without approval from **the FDA**. only 17 people in the US were born ...

Wikipedia
https://en.wikipedia.org › wiki › Thalidomide_scandal

## Thalidomide scandal

Those who **survived** had limb, eye, Its initial entry into the U.S. market was prevented by Frances Oldham Kelsey at the U.S. **Food and Drug Administration** (**FDA**).

National Institutes of Health (NIH) | (.gov)
https://pmc.ncbi.nlm.nih.gov › articles › PMC3573415

## The Rise, Fall and Subsequent Triumph of Thalidomide - PMC

by W Rehman · 2011 · Cited by 300 — The primarily unregulated distribution of **thalidomide** pressed **the FDA** into soliciting **drug** applications from several **companies** that were investigating the...
Missing: ~~survivors~~ | Show results with: survivors

People.com
https://people.com › Lifestyle › Health

## Thalidomide Survivors Speak Out

Jul 19, 2023 — **Thalidomide** Caused Severe Birth Defects in U.S. Babies. Now in Their 50s and 60s, **Survivors** Speak Out (Exclusive). Read more

## People also search for

Thalidomide FDA

**Is** thalidomide **still prescribed**

**Did** thalidomide **babies get compensation**

Thalidomide **history**

Thalidomide **side effects**

Thalidomide **uses**

Thalidomide survivors **UK**

**How long was** thalidomide **on** the **market**

Gooooooooogle >

1 2 3 4 5 6 7 8 Next

Results are personalized - Try without personalization

**39175, Mississippi** - Based on your places (Home) - Update location

Help Send feedback Privacy Terms

HOURLY NEWS WKNO
LISTEN LIVE On Air Now
MY PLAYLIST

npr WKNO 91.1

DONATE

HEALTH

# The U.S. has more thalidomide survivors than the government admits

SEPTEMBER 26, 2026 · 5:00 AM ET

HEARD ON ALL THINGS CONSIDERED

By Tana Weingartner

3-Minute Listen

+ PLAYLIST TRANSCRIPT ···





Dr. Frances Oldham Kelsey, then-pharmacologist at the Food and Drug Administration, holds three packages of Contergan, the German brand name for thalidomide, on Oct. 15, 1962. Kelsey prevented the FDA from approving the drug for general use in the United States.
*William J. Smith/AP*

When Cincinnati-based pharmaceutical company William S. Merrell applied for Food and Drug Administration approval for a German-made sedative in late 1960, it expected the application to sail through the process and be on store shelves in time for Christmas.

The drug, thalidomide, was not approved that year or the next. A persistent medical reviewer at the FDA kept the drug from being approved for general use. Dr. Frances Oldham Kelsey's actions fundamentally changed the agency's testing and approval process, leading to the robust regulations that exist today.

President John F. Kennedy publicly praised Kelsey for sparing "us this terrible human tragedy which has been visited on families in Germany."

Sponsor Message




Except that wasn't entirely true.

Doctors were already giving thalidomide to thousands of U.S. patients, including pregnant women. Some children whose mothers were given the drug during pregnancy were born with severely deformed limbs.

Those children are now adults, and they want the federal government to formally acknowledge their existence.

"We go to doctors today who say it didn't happen here in the United States. Oh yeah, it did," said Gwen Riechmann, who was born with phocomelia, the signature shortened limb deformity caused by thalidomide.

Phocomelia is rare, but slightly more common outside the United States in countries such as Britain and Germany, where thalidomide was more widely sold.

When Riechmann's mother was pregnant with her in the early 1960s, the doctor gave her a new sedative to help with her nausea. She was unwittingly part of an unregulated U.S. clinical trial for thalidomide.

Merrell handed out thousands of unlabeled doses, telling doctors it was perfectly safe for treating a range of issues from insomnia to morning sickness, according to Jennifer Vanderbes, whose book *Wonder Drug* details the history of thalidomide. She said the company didn't require the doctors to track the medication or report back on side effects.

Sponsor Message




"This was such a sloppy investigation," said John Swann, retired FDA senior historian.

As the FDA drilled into Merrell's records, Swann said, the amount of thalidomide that couldn't be accounted for was striking.

"When you have a problematical product, you trace back to where it's been distributed," Swann said. When the FDA did that, it found, "and certainly the company had admitted, that there was just a great deal that was unaccounted for."

"It's probably the most iconic toxic drug of all time because of its signature injuries," Vanderbes said. "It transformed the FDA because it made it clear that more significant and serious drug testing had to take place before drugs were released on the market."

The doctors didn't tell the women they were taking thalidomide or document it in their medical records, Vanderbes said. The women "had no slips of paper that showed their prescription. They had no bottles with a label."

What many did have were children born with truncated limbs.

But even after these babies were born, and even after the scientific community understood the dangers of thalidomide, doctors did not reveal that they had given their patients the drug, Vanderbes said. Some women were specifically told they had not taken it.

Years later, many of the women's children were also told they couldn't be thalidomide survivors because their doctors believed the United States had escaped the thalidomide scandal.

Vanderbes estimates there could be around a hundred U.S. survivors.

Swann, the former FDA historian, said it's hard to know an exact number of American-born babies whose mothers took the drug, but it was certainly more than the 17 formally acknowledged by the FDA.

In 2018, Riechmann co-founded the advocacy group USA Thalidomide Survivors. The group of roughly 100 people, which includes allies as well as survivors, is pushing Congress to pass a bill that would officially acknowledge American thalidomide survivors and give each $150,000, with the possibility of additional money in the future.

Sponsor Message




"The U.S. is the only country that has not provided any kind of support or even recognition that they have thalidomide survivors," she said. "We are looking for, first, recognition that, yes, we do exist. And then, secondly, support."

Survivors are aging, and their health is deteriorating, Riechmann said, but they can't give up — even if they also can't wait long.

***NPR does not offer or accept money for coverage or interviews.***
*Anyone who makes such an offer or request is not an NPR employee and does not represent NPR.*

thalidomide fda health congress disabilities

John Marshall
4803 Duke R.
Utica Ms. 39175

Retail

UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
PM
UTICA, MS 39175
OCT 22, 2026

19106

$15.50

RDC 01 0 Lb 5.60 Oz S2324N504872-01

Eastern District of Pennsyvania
District court Judge Paul S. Diamond
U.S. Courthouse 14614
601 Market street
Philadelphia PA 19106

EXPECTED DELIVERY DAY: 10/26/26

USPS TRACKING® #

9505 5169 2911 6295 0994 78

PRIORITY MAIL

TRACKED INSURED

UNITED STATES POSTAL SERVICE®

For Domestic Use Only

Label 107R, July 2013

USMS

X-RAY


PRIORITY® MAIL
United States Postal Service®
VISIT US AT USPS.COM®
Label 106A, Nov 2018
This product is for use with Priority Mail®.
Misuse may be a violation of federal law.
This label is not for resale.
Judges