**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 26-2267

Glenda Johnson, et al v. SmithKline Beecham Corp, et al

(U.S. District Court No.: 2:11-cv-05782)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 02, 2026
LMR/cc: Christopher C. Conner, Esq.
Stefanie P. Mekilo, Esq.
Mr. George V. Wylesol,

SEAL OF THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate