**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GLENDA JOHNSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION, et al.,<br><br>Defendants. | Case No. 2:11-cv-05782-PD<br><br>AND ALL RELATED CASES<br><br>*This Document Relates to:*<br><br>*Griggs, et al. v. GlaxoSmithKline LLC, et al.*, No. 2:14-cv-02186 |

**DEFENDANTS' MOTION TO DISMISS THE CLAIMS OF *PRO SE* PLAINTIFF DARREN GRIGGS**

Pursuant to Federal Rule of Civil Procedure 41(b) and for the reasons set forth in the accompanying Memorandum of Law in support of this Motion, Defendants respectfully move to dismiss the claims of *pro se* Plaintiff Darren Griggs with prejudice for failure to comply with the Court's May 27, 2026 Order (ECF No. 911).

Dated: November 16, 2026

Respectfully submitted,

*/s/ Daniel A. Spira*

Michelle A. Ramirez (*admitted pro hac vice*)
Daniel A. Spira (*admitted pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Eugene A. Schoon (*admitted pro hac vice*)
CROKE, FAIRCHILD, DUARTE & BERES, LLC
180 N. LaSalle St., Suite 3400
Chicago, Illinois 60601
Telephone: (773) 517-2740

Eliezer Granek
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone: (215) 851-8400

*Counsel for Grünenthal GmbH*

*<u>/s/ Daniel S. Pariser</u>*

Daniel S. Pariser (*admitted pro hac vice*)
Paige H. Sharpe (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Anand Agneshwar (*admitted pro hac vice*)
Carmela T. Romeo
Pennsylvania Bar No. 313042
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Counsel for Sanofi-Aventis U.S. LLC*

*/s/ Sonja S. Weissman*
Michael T. Scott
Mike Scott Law LLC
1116 Red Rose Lane
Villanova, PA 19085
Telephone: (215) 518-8695

Sonja S. Weissman (*admitted pro hac vice*)
REED SMITH LLP
101 Second Street, Ste. 1800
San Francisco, CA 94105
Telephone: (415) 543-8700

*Counsel for GlaxoSmithKline LLC, and GlaxoSmithKline Holdings (Americas) Inc.*