# EXHIBIT C

# (FILED UNDER SEAL)