# EXHIBIT F

**Biden, Naomi**

| | |
|---|---|
| **From:** | tmixon922@gmail.com |
| **Sent:** | Monday, November 10, 2025 11:35 AM |
| **To:** | 'Weissman, Sonja S.' |
| **Cc:** | Sharpe, Paige H.; zzz.External.dspira@Sidley.com; 'Hum, Sonoe'; zzz.External.mike@mikescottlaw.com |
| **Subject:** | RE: Johnson v SmithKline Beecham et al - notice filed with the Court |
| **Importance:** | High |

External E-mail

Sonja,

As you know, Dr. Trent Stephens has already prepared a completed, under-oath declaration regarding the cause of my birth injuries and provided testimony to that effect at earlier hearings. Although I attempted to find additional support in the time frame we agreed upon, I have been unable to do so and will therefore rely on Dr. Stephens.

Thank you,

Terrie Bolton

---

**From:** Weissman, Sonja S. <SWeissman@ReedSmith.com>
**Sent:** Monday, October 27, 2025 1:34 PM
**To:** tmixon922@gmail.com
**Cc:** 'Paige H. Sharpe' <paige.sharpe@arnoldporter.com>; 'Daniel A. Spira' <dspira@sidley.com>; Hum, Sonoe <SHum@ReedSmith.com>; mike@mikescottlaw.com
**Subject:** RE: Johnson v SmithKline Beecham et al - notice filed with the Court

Dear Ms. Bolton,

Yes, this is fine.

Note that I have corrected Mike Scott's email address in my reply, for your future reference.

All the best,
Sonja

**Sonja Weissman**
sweissman@reedsmith.com
D: +1 212.549.4270
M: +1 510.427.1691

---

**From:** tmixon922@gmail.com <tmixon922@gmail.com>
**Sent:** Friday, October 24, 2025 1:55 PM
**To:** Weissman, Sonja S. <SWeissman@ReedSmith.com>
**Cc:** 'Paige H. Sharpe' <paige.sharpe@arnoldporter.com>; 'Daniel A. Spira' <dspira@sidley.com>; Hum, Sonoe <SHum@ReedSmith.com>; mscott@reedsmith.com

**Subject:** RE: Johnson v SmithKline Beecham et al - notice filed with the Court
**Importance:** High

**External E-Mail - FROM tmixon922@gmail.com <tmixon922@gmail.com>**

All,

As you know, we agreed that the tentative deadline for me to identify a supplemental expert (in addition to Dr. Trent Stephens) was October 29, 2025. I would like additional time to locate a supplemental expert. Please confirm I may have an extension until November 10, 2025.

Thank you in advance for your professional courtesy,

Terrie Bolton

**From:** Weissman, Sonja S. <SWeissman@ReedSmith.com>
**Sent:** Friday, September 26, 2025 2:47 PM
**To:** tmixon922@gmail.com
**Cc:** 'Paige H. Sharpe' <paige.sharpe@arnoldporter.com>; 'Daniel A. Spira' <dspira@sidley.com>; Hum, Sonoe <SHum@ReedSmith.com>
**Subject:** Johnson v SmithKline Beecham et al - notice filed with the Court

Dear Ms. Bolton

Attached here is the notice filed with the Court regarding the meet and confer efforts.

Best regards
Sonja Weissman

**Sonja S. Weissman**
Partner
Life Sciences Health Industry
*She/Her/Hers*

sweissman@reedsmith.com
D: +1 212.549.4270
M: +1 510.427.1691

**Reed Smith LLP**
599 Lexington Ave
New York, NY 10022
T: +1 212.521.5400
F: +1 212.521.5450
**reedsmith.com**

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

RSUSv12021