**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GLENDA JOHNSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION, et al.,<br><br>Defendants. | Case No. 2:11-cv-05782-PD<br><br>AND ALL RELATED CASES<br><br>*This Document Relates to:*<br><br>*Spence, et al. v. Avantor Performance Materials, et al.*, No. 5:12-cv-04542 |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss the claims of *pro se* Plaintiff Terrie Bolton and the accompanying Memorandum of Law in support thereof, and any response thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and the claims of Plaintiff Terrie Bolton are **DISMISSED WITH PREJUDICE.** The Court expressly determines that there is no just reason for delay and, pursuant to Federal Rule of Civil Procedure 54(b), **FINAL JUDGMENT** is entered in favor of Defendants and against Plaintiff Terrie Bolton.

**IT IS SO ORDERED** this __ day of ____________, 20__.

BY THE COURT:

Paul S. Diamond, J.