**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GLENDA JOHNSON, et. al.<br><br>*Plaintiff*,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION, et. al.,<br><br>*Defendants*. | :<br>:<br>;<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO. 2:11-cv-05782-PD<br><br>AND ALL RELATED CASES |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Matthew Cioeta, Esquire, of Mitts Law, LLC, as counsel for Plaintiff, Terrie Bolton, in the above-captioned matter.

Respectfully submitted,

**MITTS LAW, LLC**

*/s/ Matthew S. Cioeta*
Matthew S. Cioeta, Esquire
Attorney I.D. No. 330410
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0120 (telephone)
(215) 866-0111 (facsimile)
mcioeta@mittslaw.com
*Attorneys for Plaintiff,*
*Terrie Bolton*

Dated: November 23, 2026

**CERTIFICATE OF SERVICE**

I, Matthew Cioeta, Esquire, hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically on all counsel of record via the Court's CM/ECF system. A true and correct copy of the foregoing Notice of Appearance is also being served on this day on the following by email:

John Marshall
Jmarshall.marshall9@gmail.com

Carolyn Sampson
cafsampson@gmail.com

/s/ *Matthew S. Cioeta*

Dated: November 23, 2026